**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JAN - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE ANGEL RUIZ RIVERA
P.O. Box 191209
San Juan, P.R. 00919-1209.

PETITIONER/PLAINTIFF

V.                                          Civil Case No.

ALBERTO R. GONZALES, U.S. ATTORNEY;
H. MARSHALL JARRET, DIRECTOR OF THE
U.S DEPARTMENT OF JUSTICE, OFFICE OF
PROFESSIONAL RESPONSIBILITY;
GLENN A. FINE, DIRECTOR OF THE OFFICE
OF THE INSPECTOR GENERAL OF
THE U.S. DEPARTMENT OF JUSTICE;
JOHN DOE, JANE DOE'S, ET AL., ET AL.;      CASE NUMBER  1:07CV00019
U.S. ATTORNEYS IN CHARGE OF THE
INVESTIGATION OF A COMPLAINT              JUDGE: Emmet G. Sullivan
FOR U.S. ATTORNEYS' MISCONDUCT
                                          DECK TYPE: Civil Rights (non-employm
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001.              DATE STAMP: 01/ 3 /2007

RESPONDENTS/DEFENDANTS

---

### MANDAMUS PETITION

TO THE HONORABLE COURT:

Comes now the Petitioner/Plaintiff, Angel Ruiz Rivera ("Ruiz"), appearing Pro

Se, who very respectfully states, alleges and prays:

The instant Mandamus Petition, is respectfully being filed to request from this

Honorable Court (HC), to compel the Respondents/Defendants, officers of the United

States, to perform a duty owed to the Petitioner/Plaintiff, pursuant to 28 U.S.C. 1361.

1

It is respectfully filed against the U.S. Attorney's Office (USAO) Attorneys, working for the U.S. Department of Justice (USDJ) Office of Professional Responsibility (OPR), in charge of supposedly having investigated a complaint for misconduct filed by Ruiz, against other U.S. Attorneys from the own USAO.

The Petition/Complaint is also filed against their supervisors, namely: (1) the U.S. Attorney; (2) the Director of the U.S. Department of Justice (USDJ), Office of Professional Responsibility (OPR); and (3), the Director of the Office of the Inspector General (OIG) of the USDJ, for having incurred into supervisory liability by not appropriately overseeing the cover up and/or negligent acts of the USDJ-OPR Attorneys who were in charge of supposedly having investigated the complaint in question. Same complaint was for the cover up by the intervening USAO Attorneys of their client-agency U.S. Department of Education (USDE) legal counsels' malicious prosecution of the Petitioner.

JURISDICTION

This Honorable Court has jurisdiction to entertain this action under 28 U.S.C. Sections 1331, 1332, 1343, 1346 and 1361.

THE PARTIES

1. Angel Ruiz Rivera is a U.S. citizen, resident of Puerto Rico (PR), of legal age, educator by profession, and founder/president of Instituto de Educacion Universal (IEU), a technical and higher education institution. On August 24, 2004, Ruiz filed a complaint before the USDJ-OPR, denouncing prosecutorial misconduct by various intervening USAO attorneys who covered up the malicious prosecution of the

2

Petitioner by their client-agency USDE legal counsels. The complaint was totally neglected.

2.  Alberto R. Gonzales, is the U.S. Attorney, upon whom the supervision of the USDJ-OPR Attorneys, and the intervening USAO Attorneys ultimately lies.

3.  H. Marshall Jarrett, is the Director of the USJD-OPR, in charge of investigating the complaints filed for misconduct against USAO Attorneys.

4.  Glenn A. Fine is the Director of the Office of the Inspector General (OIG) of the USDJ in charge of the complaints filed against the USAO Attorneys which are referred to same office.

5.  John Doe and/or Jane Doe is/are the unknown USDJ-OPR and/or OIG Attorney(s) in charge of supposedly having investigated all the issues of the complaint filed by Ruiz against the intervening USAO Attorneys.

6.  John Doe and/or Jane Doe, intentionally or with reckless disregard of his/her/their obligation to comply with the investigation of the complaint as mandated by the USDJ-OPR Policies and Procedures, failed to uncover the cover up by the U.S. Attorneys of the complained about USDE legal counsels malicious prosecution.

7.  John Doe and/or Jane Doe, covered up instead of uncovering the prosecutorial misconduct by the intervening USAO Attorneys, who evidently, according to the overwhelming smoking gun and clear and convincing evidence produced with the complaint, were derelict in complying with their imposed ministerial duties as mandated in the U.S. Attorney's Manual (USAM), in terms of sifting the evidence produced and making sure that the intervening USAO Attorneys amended, or

3

eliminated altogether, accord the evidence, the ethical violations of their client-agency USDE legal counsels, who wantonly and viciously concocted a malicious prosecution against Ruiz and IEU since 1995, and who have egregiously and callously; maintained, retained and sustained, the same unethical malicious prosecution up to this date.

THE FACTS

8.    Ruiz was the founder/president of IEU, a non-profit corporation, officially recognized as such by the U.S Department of the Treasury (USDT), as a tax-exempt organization under the Internal Revenue Code (IRS) section 501 (c)(3). IEU was founded in 1981 in Bayamon, P.R., accredited by the Accrediting Commission of Career Schools and Colleges of Technology, (ACCSCT), of Washington, D.C., a U.S. Department of Education (USDE), nationally recognized accrediting agency. In 1984, Ruiz, representing IEU, signed the Program Participation Agreement (PPA), for the administration of the Student Financial Aid Programs (SFAP), under the Higher Education Act (HEA) of 1965, as amended. Until 1995, Ruiz as the responsible person for IEU, signatory of the PPA and its fiduciary agent, fully complied with all the applicable statutory and regulatory requirements including the timely submission of the "Single Audit" Audited Financial Statements by independent Certified Public Accountants (CPA), always with unqualified or "clean opinions".

9.    Starting in 1995, Ruiz and IEU became victims of a malicious prosecution orchestrated by various USDE legal counsels, which provoked a complex and protracted litigation which is still sub judice. [See Case  No. 98-2225(RLA) at the

4

U.S. District Court for the District of P.R. (USDCDPR), presently under appeal at

the U.S. Court of Appeals for the First Circuit (USCA1C) as Case No. 06-1562].

**10.**     As one of the secondary effects caused by the malicious prosecution against

Ruiz/IEU by the USDE legal counsels, Ruiz was personally assessed by the IRS,

the "Trust Fund Liabilities" of IEU's tax debt, as the "responsible person" for IEU's

taxes. The IRS has attempted to collect those tax liabilities from Ruiz personally, at

different stages during the long span of time that the related controversy has

evolved. **Exhibit 1.**

11. Specifically since 1998, Ruiz/IEU have been actively pursuing the judicial review

of the final USDE action. On April 12, 2000, they won their first appeal (99-

1628), *Instituto de Educacion Universal Corp. v. United States Department of*

*Education,* 209 F.3d 18 (1st Cir. 04/12/2000). Presently, the issues that originated

that related controversy are still there sub judice for the third time. The first time

it was docketed as 98-1242. Presently, appeal 06-1562, is pending the filing of the

USDE appellate brief and subsequent procedures.

12. Since the outset of the original controversy, Ruiz has been adamantly and

vehemently complaining, intra-judicially and extra-judicially, at various forums,

about the fact that both Ruiz and IEU were the victims of a malicious prosecution

concocted by USDE legal counsels when they failed to drop fabricated, flawed,

grossly inflated and vicious USDE audit findings against IEU and Ruiz, who

personally has suffered the consequences.

13. On December 3, 2002, Ruiz wrote a letter to the U.S. Attorney's Office for the

District of P.R.(USAODPR), Mr. Humberto (Bert) Garcia, Esq., complaining

about the prosecutorial misconduct of some of the USAO Attorneys under his supervision, for his inferiors not uncovering, and instead, covering up, the denounced malicious prosecution of their client-agency USDE legal counsels. **Exhibit 2**.

14. On January 13, 2003, Ruiz wrote another letter to Garcia, complaining about the fact that the intervening U.S. Attorneys from his USAODPR had wantonly and egregiously failed to sift the "evidence" that their client-agency USDE-legal counsels had upheld against IEU, and which consequently had prejudiced Ruiz, with regards to audit issues at the administrative proceedings at the USDE, and which were timely challenged by ARR/IEU in 98-2225 (RLA) at the U.S District Court for the District of P.R., (USDCDPR) in the petition for judicial review of the USDE final agency decision statutorily mandated under the Administrative Procedures Act (APA). **Exhibit 3**.

15. On August 26, 2004, Ruiz filed a complaint before H. Marshall Jarrett, Esq., Director of the U.S. Department of Justice (USDJ), Office of Professional Responsibility (OPR), against all the intervening USAO Attorneys, including U.S. Attorney Garcia, as their supervisor, representing their client-agency the USDE, in 98-2225(RLA) at the USDCDPR, for the cover up by the former of the malicious prosecution of the latter. **Exhibit 4**.

16. That complaint was totally neglected by the USDJ-OPR Attorneys in charge of its investigation, and their supervisors. This absolute neglect, contrary to the overwhelming smoking gun and clear and convincing evidence submitted in its support, whether intentionally or as a result of their reckless disregard of their

obligations, constitute a cover up of the prosecutorial misconduct by the intervening USAO Attorneys and of the USDE legal counsels' malicious prosecution of Ruiz/IEU; and/or crass negligence, and dereliction in complying with their ministerial duties in an ethical manner.

17. The original malicious prosecution denounced was initiated when the USDE legal counsels pursued unconstitutional, illegal and ultra vires administrative action against IEU/Ruiz by upholding a fabricated USDE-OIG audit "clock hour finding", wrongly raised against: 1) the applicable statute specific mandates, [1] 2) all its Administrative Law Judges (ALJ's) decisions which constituted the applicable and controlling case law regarding the issue; [2] 3) their own Chief Auditor's Policy Memo regarding the issue; 4) their own USDE-OGC legal opinion regarding the same identical issue; 5) their own exceptions conceded to in their March 12, 1996 Letter of Termination; and 6) pure logic and common sense.

18. The own USDE-OIG's Quality Assurance Review (QAR) Team Report (TR), specifically and explicitly exonerated Ruiz/IEU of the finding, ruling that it would "*discriminate against students*" [IEU's] and that a "*cold reviewer (sic) could not find that the school violate the spirit of the regulation.*"

19. The USDE legal counsels compounded the denounced malicious prosecution by upholding and failing to adjust an "excess cash finding" which was grossly

---

[1] This "clock hour finding" was illegally applied to the 1993-94 award year based on a regulation published on July 23, 1993, which besides all of the above, was against the specific mandates of the statute, the Higher Education Act (HEA), as it explicitly expressed under section 482, that: "Any regulatory changes initiated by the Secretary affecting the program pursuant to this title that have not been published in final form by December 1 prior to the start of the award year shall not be effective until the beginning of the beginning of the second award year after the December 1 date."

[2] See In The Matter of Denver Paralegal Institute, 92-86-SP, 92-87-SA; In The Matter of MBTI, 93-147-SA, and In The Matter of Instituto de Educacion Universal, 96-28 ST, 96-93-SP, 96-103-SA.

inflated, as a result of ex-post-facto expelled OIG-Auditor In Charge (AIC),

Rafael Nater, having deliberately manipulated a non-accounting criteria, namely

the "posting dates", instead of using the applicable and controlling Generally

Accepted Accounting Principle (GAAP), namely the "credit dates", as the proper

criteria to evaluate the accounting/audit issue.[3] The USDE-OIG-QARTR-

exonerated Ruiz/IEU from this "finding" by ruling that it was one where the

*"logic is faulty"* and *"not supported by the work papers"*.

20. The QARTR in exclusive possession of the USDE counsels, was deliberately

suppressed from their own Administrative Law Judge (ALJ), their own Secretary,

as it was from Ruiz who was representing IEU at the administrative proceedings,

and all the subsequently intervening courts, ergo, the originally complained about

USDE legal counsels committed fraud upon all of the above by incurring into

suppression of exonerating evidence. This is one of the issues timely raised before

the USCA1C, at the impending appeal 06-1562.

21. The USDE legal counsels further reiterated their fraud upon all the intervening

parties by occluding from all the above mentioned parties, the pertinent and

relevant fact that the OIG-AIC Nater, the C.P.A. and lawyer responsible for the

above fabricated, flawed and grossly inflated audit "findings", was expelled, post

audit, from the USDE-OIG, in part as a result of his fabrications, flaws and

deliberate inflations in his audit of IEU/Ruiz.

22. Ruiz learned about the OIG-AIC expulsion by accident long after the

administrative proceedings were done and over. That record was also denied to

---

[3] This manipulation by analogy was equivalent to having used entry dates instead of filing dates in a docket record as the basis to calculate excess days over the limit of a statute of limitations.

Ruiz by the USDE legal counsels after it was timely and most appropriately requested, in another overt obstruction of justice by the complained about USDE legal counsels. See May 22, 1998 letter by the USDE-Office of the General Counsel (OGC), stating with respect to the Nater v. USDE record, that "*if it exists*", it would not be available. Ruiz later was able to obtain a copy of the record of the case that the expelled Nater had filed against the USDE, at the U.S. Merit Systems Protection Board (USMSPB). See, NY-1221-96-0334-W-1 **Exhibit 5.**

23. In order to consummate the malicious prosecution, the USDE counsels incurred into the subornation of perjury of the USDE key witnesses produced at the administrative hearings, who committed perjury. Among them, you find the OIG Chief Auditor (CA) of the P.R. Office, Mr. Porfirio Rios, who was fraudulently sat to testify as if he had been the AIC of the OIG audit, instead of the expelled AIC Nater, who obviously could not be produced since he had been fired from the USDE. Also you find, Mr. Felix Lugo, the AIC of the Program Review audit that was later performed over IEU/Ruiz, still after the OIG audit, as part of an evident scheme of harassment and persecution, and who after this audit resigned from the USDE to join IEU/Ruiz's main competitor, Instituto de Banca y Comercio (IBC), a fact that besides adding an extra motivation or incentive for his perjury, violated the prohibition on the use of an employee's public office for private gain. See USDJ-OPR Analytical Framework, B. Professional Misconduct, 2. Obligation or Standard.

24. The USDE legal counsels also furthered their obstruction of justice by
intimidating the IEU witnesses announced by Ruiz at the administrative
proceedings at a juncture when Ruiz was appearing Pro Se for himself and for
IEU. The own appearing counsel for the USDE confessed to this ex parte
communications for the record. See **Exhibit 6**.

25. In the most significant event pertinent to the instant Petition, the USDE counsels
also maintained, retained and sustained an alleged "unpaid refunds funding"
against IEU/Ruiz, when it was known by them that they were indeed paid, based
on the hard, overwhelming, and even smoking gun evidence that Ruiz/IEU have
produced in this vein ad nauseam before all the investigating forums, both intra-
judicially and extra-judicially, and which is produced here again. As a result of
the above, the USDE counsels incurred into a blatant abuse of the legal process by
callously and egregiously sustaining this denounced fraud upon the courts. This
Petition avers that in view of the quantity and quality of the evidence, it is clear
that the intervening USAO Attorneys, either aided and abetted in covering up the
denounced malicious prosecution and/or condoned and/or acquiesced to it.
Consequently, the USDJ-OPR attorneys in charge of the supposed investigation
of the complaint and their supervisors, have intentionally covered up the
evidenced misconduct or exhibited reckless disregard to their ministerial and
ethical obligation especially in view of the overwhelming smoking gun and clear
and convincing evidence submitted in its support.

26. The intervening USAO Attorneys who have represented the USDE as their client-
agency in these procedures, were derelict in complying with their ministerial

duties by failing to properly sift the evidence submitted by the USDE counsels and have failed to counterbalance it with the one that Ruiz/IEU have produced and resubmitted, as the U.S. Attorney's Office (USAO) Manual (USAOM) mandates. Consequently, they have failed to timely exonerate IEU/Ruiz from the audits "findings" and/or eliminate them altogether, nunc pro tunc, as the circumstances of this case and ethics dictate.

27. On his August 26, 2004, complaint before the USDJ-OPR, Ruiz complained about the fact that by the intervening USAO Attorneys not having sifted the "evidence" produced by their client-agency USDE colleagues and given the proper weight owed to the one produced by Ruiz, they unethically reduced their role as to one where they acted as a mere rubber stamp by having taken for granted the production of the USDE counsels as an act or leap of faith or simply played second fiddle to them. That complaint was denied without an explanation, justification nor opinion.

28. The hard evidence in support of the complaint submitted is so robust and overwhelming, quantitatively and qualitatively, including "smoking gun" evidence, with regards to the "unpaid refunds finding" and the "clock hour finding", and clear and convincing evidence with regards to the "excess cash finding", that it simply cannot be possibly neglected by an impartial evaluator of the same. A total neglect like the one that transpired can be legally conceived in our United States only as a result of a cover up or crass negligence by egregiously derelict and unethical investigators.

29. The complaint before the USDJ-OPR against the intervening USAO Attorneys, for their counterparts cover up and/or negligence in sifting, or rather not sifting the evidence of their client-agency USDE legal counsels malicious prosecution, was neglected by the John Doe's and Jane Doe's attorneys from the USDJ-OPR, who are legally mandated to investigate the complaint and who evidently, either incurred into a cover-up of their colleagues misconduct and unethical behavior, or were derelict in complying with the imposed ministerial and ethical duties since they plainly ruled against the evidence submitted in support. As a result of this, their supervisors incurred into supervisory liability.

30. On the basis of the overwhelming smoking gun and clear and convincing evidence produced by Ruiz in his complaint, there is no plausible or logical reason for the USDJ-OPR Attorneys upon whom the complaint was delegated, to have railroaded, neglected or denied it altogether, much less the way they did, without even a report or opinion. Such total neglect is tantamount to investigative corruption. This corruption is an anathema of the very own mission of the USDJ-OPR.

THE APPLICABLE LAW

1.    The USDJ-OPR, was created in 1975, as one response to the revelations of ethical abuses and misconduct by the Department of Justice officials in the Watergate scandal. 28 C.F.R. Section 0.39(a), OPR Reports to the Attorney General and Deputy Attorney General.

Other allegations of misconduct by Department attorneys that do not fall within the jurisdiction of OPR are investigated by the USDJ-Office of the Inspector General (OIG).

2. The USDJ-OIG is required to notify OPR of the existence and results of any OIG investigation that reflects upon the professional ethics, competence or integrity of a Department attorney. In such cases, OPR is directed to take appropriate action.

3. The U.S Supreme Court applicable and controlling case law have undoubtedly established that the immunities available to the USAO's attorneys are not automatically applicable if the conduct complained about is the result of actions performed in their investigative role. See *Burns v. Reed*, 500 U.S. 478 (1991).

4. The cover up and/or negligence of the U.S. Attorneys in charge of the USDJ-OPR's investigation of the facts and the evidence in the complaint against the USAO Attorneys in charge of the representation of their client- agency the USDE in the instant case, constitute a violation of 42 U.S.C. 1983, 1985 and 1986.

THE MOST PERTINENT, RELEVANT AND SIGINIFICANT EVENTS PERTAINING TO THE INSTANT COMPLAINT

1. Once immersed in the judicial review of the final agency action after it was vacated and remanded to the USDCDPR as a result of the USCA1C's, April 12, 2000 decision in appeal 99-1628, the USDE counsels again callously reiterated their fraud upon the courts, this time not against their own ALJ, their Secretary or Ruiz/IEU, but most significantly against the USDCDPR. On their Memorandum In Support of Defendant's Motion For Summary Judgment at p. 27, with regards to the "unpaid refunds finding" issue, the appearing USDE legal counsels aided and abetted by the USAO's attorneys, fraudulently represented to the USDCDPR that:

> *"It is at best curious that IEU makes the claim that a decrease of $1.2 million in its Pell grant authorization supposedly evidences payment of $655,554 in refunds. Refund payments consist of specific dollar amounts owed on behalf of specific students. It would be nonsensical to think that IEU generously paid approximately double what it owed in refunds. Since there is no reason to fathom that such charity occurred, it only logical to conclude that the authorization decrease had nothing to do with refund payments."*

This fraudulent misrepresentation occurred at a juncture where Ruiz/IEU had produced hard evidence emanating from official USDE documents that proved without a doubt that the falsely imputed "unpaid refunds" were paid by way of a direct debit to the Pell Grant funds as shown in its Statement of Authorization and the funds account at USDE as shown in its ED Finance Payment History and Account Balance Report issued by the USDE. That debit amount in particular was for $1,120,192 (instead of the $655,554 falsely imputed as "unpaid refunds"), simply because it included additional students to those that were imputed and for whom their refunds were paid just as it had occurred during all the previous years and it was the customs and usage. Notice that besides the peroration, the now joint government counsels (those from the USDE and the USAO), did not explain, nor could they, why the "authorization decrease had nothing to do with refund payments", reason why except for the conclusory allegation, they did not illustrate the court what was the real cause of the decrease according to their version of the facts. Neither could they explain the debit to IEU account in total control by the USDE as shown by the ED Payment History Account Balance which shows a one-to-one correspondence to the decrease in the funds authorization by the same exact $1,120, 192.

Further on, at p. 30, in same cited motion, the government counsels further fraudulently added:

> *"And it must be noted how incredibly uncomplicated it should had been for IEU to satisfy its burden in this regard, if, in fact, its contention was true. If IEU had paid specific Pell Grant refunds on behalf of 500+ students equaling about $650,000, it should had been able to produce the list of students for whom the school could have requested the Pell Grant funds, but did not, because it instead awarded to those students the money it would have refunded. This is an amazingly straightforward request for routine information, which if it existed, should have been readily ascertainable..."*

The above fraudulent statement motivated and provoked as a natural reaction that Ruiz/IEU produced still additional evidence proving without a doubt that the viciously imputed "unpaid refunds" (512) were indeed paid. This time, it was micro-accounting in nature, including the specific names of the maliciously imputed and viciously upheld "unpaid refund students", their specific social security numbers, the date when their refunds were paid, the amount originally requested to be paid, the amount finally awarded, with the resulting difference being the amount refunded, the batch number and the date where the corresponding payment vouchers were reprocessed to reflect the debit to IEU's authorization which as it most logical concomitant it was what was reflected on the macro-accounting evidence previously submitted.

All of the above is more than enough to persuade any impartial evaluator not acting with a pervasive bias and prejudice, that the falsely imputed "unpaid refunds" were paid indeed and more importantly that the upholding of this finding amounted to a vulgar malicious prosecution of the worst kind. Nevertheless, due to the events denounced herewith, the denounced cover up persists.

15

In all the heretofore procedures, this vicious finding has been maintained, retained and sustained, first by the USDE legal counsels and second, by all the intervening USAO Attorneys, egregiously, wantonly and callously, when they all know that they were indeed paid, simply because the hard evidence in this vein at the macro-accounting level is more than clear and convincing, and at the micro-accounting level it is of "smoking gun" quality. The quantity and quality of this evidence exonerating Ruiz/IEU of this vicious "finding", is of such nature that by itself without more, it does not only justifies this Mandamus Petition but demand by their own nature, the strongest sanction against all the intervening USDE legal counsels and USAO Attorneys, most particularly those of the USDJ-OPR and their supervisors who lend themselves to cover up a cover up in what amounts to a vindictive prosecution. [4] In order to save time and resources to this Honorable Court we are including the pertinent smoking gun evidence regarding this issue in Exhibit 7.

### a. CONCLUSION

In view of the quantity and quality of the evidence in support of the Petitioner's claims in his complaint for misconduct, it is axiomatic that the USDJ-OPR Attorneys in charge of the complaint filed by Ruiz, were egregiously derelict in their duties whether intentionally or as a result of their reckless disregard of their own obligation to comply with their duties by failing to take the appropriate actions and sanctions against the intervening USAO Attorneys, who either aided and abetted or condoned and/or acquiesced to the USDE counsels malicious prosecution of Ruiz/IEU. For this

---

[4] On July 23, 1996 Ruiz and IEU plus other IEU employees, students and alumni, filed a Bivens Complaint against eleven (11) of the USDE officers in charge of having initiated their malicious prosecution, on their personal basis. See case 96-1893 (JAF) and appeal 99-1398 at the USCA1C. Ruiz contention is that the prosecution escalated from malicious to vindictive as a result of him having filed this action.

reason, Petitioner is respectfully requesting that this Honorable Court compels the USAO-OPR supervisors of the U.S. Attorneys in charge of the investigation of the complaint, to comply with their ministerial and ethical duties and with the mandates of the USDJ-OPR Policies and Procedures, and the U.S. Attorney's Manual, and to have them amend the neglect by their inferior colleagues in their pseudo investigation of the complaint and to take the meritorious corresponding actions and sanctions.

The mere fact that the USAO-OPR lawyers in charge of the investigation of the complaint filed against the USAO Attorneys for their cover-up of their USDE counsels colleagues counterparts, neglected to prevent what was and is an obvious conspiracy to violate the civil rights of the Petitioner (Ruiz), is reason enough for this Honorable Court to grant the remedies that are part of this Mandamus Petition. See 42 U.S.C. 1985 and 1986.

Petitioner avers that the complaint before the UJSD-OPR could not be possibly denied on account of the quantity and the quality of the evidence submitted in its support, ergo, that the USDJ-OPR Attorneys in charge of the investigation incurred into a cover up of their counterpart USAO Attorneys complained about, which in turn had incurred into a prosecutorial misconduct by covering up their client-agency colleagues, the USDE's legal counsels, whose malicious prosecution was originally complained about.

Petitioner further alleges that in the event that this Honorable Court ends not being fully persuaded that a cover-up indeed transpired, it shall nevertheless be persuaded, that the USDJ-OPR Attorneys in charge of the complaint were at least negligent in their investigation of the facts, the applicable law, the controlling

uncover the cover up by the intervening U.S. Attorneys of the malicious prosecution by the USDE counsels.

3. That this Court determines that the USJ-OPR attorneys in charge of the investigation of the complaint, whether acting in the manner of a cover up or as a result of mere negligence, whether by conspiracy or acting alone, intentionally or with reckless disregard of their obligation to comply with their duties, obviously did not comply with the letter and spirit of the mandates of the applicable and controlling U.S. laws, including the USDJ-OPR Policies and Procedures, and the U.S. Attorney Manual, with regards to uncovering the evident and obvious cover up by the complained about U.S. Attorneys of the USDE counsels' malicious prosecution in the related controversy as proven by the submitted evidence.

4. That this Court determines that the USAO Attorneys from the USDJ- OPR and OIG in charge of the investigation of the facts relevant to the complaint violated the letter and spirit of 42 U.S.C. 1983, 1985 and 1986. That in the event that this Petition is considered as a complaint, it grants the Petitioner, (converted by this fiat into Plaintiff), the just compensatory and punitive damages that the circumstances dictate.

5. That this Court sanctions the attorneys in charge of the investigation of the complaint with the most severe sanction available, keeping in mind that their mission or reason for being is precisely the opposite of what was done.

WHEREFORE plaintiff Angel Ruiz Rivera, appearing Pro-Se, very respectfully request that this Honorable Court grants the requested relief and any other relief it deem appropriate.

Respectfully submitted, on this 24th. day of December 2006.

19

I, Angel Ruiz Rivera, hereby declare under the penalty of perjury, that everything included in this legal recourse is true to the best of my knowledge.

Angel Ruiz Rivera
Pro Se
P.O. Box 191209
San Juan, P.R. 00919-1209.
787-435-3512\

EXHIBITS

1. Evidence of IRS collections against Ruiz for IEU's tax liabilities.

2. December 3, 2002, Ruiz wrote a letter to the U.S. Attorney's Office for the District of P.R.(USADPR), Mr. Humberto (Bert) Garcia, Esq.

3. January 13, 2003, Ruiz letter to USADPR Garcia.

4. August 26, 2004, Ruiz complaint before H. Marshall Jarrett, Esq., Director of the U.S. Department of Justice (USDJ), Office of Professional Responsibility (OPR).

5. May 22, 1998 letter by the USDE-OGC (complained about counsels) stating with respect to the Nater v. USDE record, that *"if it exists"*, it would not be available.

6. Confession by USDE counsel of their ex parte communications with Ruiz/IEU's announced witnesses.

7. Evidence of the payment of the "unpaid refunds".

1. Evidence of IRS collections against Ruiz for IEU's tax liabilities.

Department of the Treasury
Internal Revenue Service
ACS SUPPORT
PO BOX 57
BENSALEM, PA 19020-8514

Date:
          DEC. 13, 2005

Taxpayer Identification Number:
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     0 00

Contact Telephone Number:
TOLL FREE: 1-800-829-3903
BEST TIME TO CALL:
MON - FRI  8:00AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-3903

ANGEL A RUIZ
ONEYDA M PAMQUE GARCIA
PO BOX 191209
SAN JUAN  PR    00919

## CALL IMMEDIATELY TO PREVENT PROPERTY LOSS
## FINAL NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING

### WHY WE ARE SENDING YOU THIS LETTER

We've written to you before asking you to contact us about your overdue taxes. You haven't responded or paid the amounts you owe. We encourage you to call us immediately at the telephone number listed above to discuss your options for paying these amounts. If you act promptly, we can resolve this matter without taking and selling your property to collect what you owe.

We are authorized to collect overdue taxes by taking, which is called levying, property or rights to property and selling them if necessary. Property includes bank accounts, wages, real estate commissions, business assets, cars and other income and assets.

### WHAT YOU SHOULD DO

This is your notice, as required under Internal Revenue Code sections 6330 and 6331, that we intend to levy on your property or your rights to property 30 days after the date of this letter unless you take one of these actions:
.    Pay the full amount you owe, shown on the back of this letter. When doing so,
     .    Please make your check or money order payable to the United States Treasury;
     .    Write your social security number and the tax year or employer identification number and the tax period
          on your payment; and enclose a copy of this letter with your payment.
.    Make payment arrangements, such as an installment agreement that allows you to pay off your debt over time.
.    Appeal the intended levy on your property by requesting a Collection Due Process hearing within 30 days
     from the date of this letter.

### WHAT TO DO IF YOU DISAGREE

If you've paid already or think we haven't credited a payment to your account, please send us proof of that payment. You may also appeal our intended actions as described above.

Even if you request a hearing, please note that we can still file a Notice of Federal Tax Lien at any time to protect the government's interest. A lien is a public notice that tells your creditors that the government has a right to your current assets and any assets you acquire after we file the lien.

We've enclosed two publications that explain how we collect past due taxes and your collection appeal rights, as required under Internal Revenue Code sections 6330 and 6331. In addition, we've enclosed a form that you can use to request a Collection Due Process hearing.

We look forward to hearing from you immediately, and hope to assist you in fulfilling your responsibility as a taxpayer.

Enclosures: Copy of letter, Form 12153, Publication 594, Publication 1660, Envelope

*07 0019*

## FILED

JAN - 3 2007

Automated Collection System

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Letter 1058 (Rev. 09-2002)(LT-11NC)

## Account Summary

ANGEL A RUIZ

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

| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
|---|---|---|---|---|---|
| CIVPEN | 12-31-1995 | $ 336,842.83 | $ 279,191.43 | $ 0.00 | $ 616,034.26 |

**Total Amount Due**  $  616,034.26

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
|  |  |  |

| Form 668 (Y) (c)<br>(Rev. August 1997) | | Department of the Treasury - Internal Revenue Service<br># **Notice of Federal Tax Lien** |
|---|---|---|

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
|  |  |  |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer

Residence

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
|  |  | 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 | 04/14/1997 | 05/14/2007 |  |

| Place of Filing | | | Total | $ |
|---|---|---|---|---|
| Registro de la Propiedad–Section 1<br>Ponce<br>PO Box 1988, Ponce, PR 00731 | | |  |  |

This notice was prepared and signed at _HATO REY, PR_ , on this,

the ____ day of __April__ , 1998 .

| Signature | Title Revenue Officer 66-01-0701<br>(787) 759-5465 |
|---|---|
|  |  |

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

# Request for 100-Percent Penalty Assessment

(Section 6672, Internal Revenue Code, or corresponding
provisions of prior Internal Revenue laws)

| Name and address of responsible person | The IRS assessment code | Amount of penalty assessed |
|---|---|---|
| | | $ |
| | | Assessment date |
| | | |

Type of assessment (x appropriate box)

[ ] Regular [ ] Quick [ ] Prompt Period

[ ] Form 53 prepared
[ ] Collection date
[ ] of Form 53

The penalty to be assessed is equal to the unpaid trust fund
portion of the outstanding tax assessments described below

| | | | Employer identification number |
|---|---|---|---|

Description of liability

| | | | Unpaid fund balance |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

(X) 405-3889

₣336,842.83

₣ Johnson Gilbee

2/11/97

Form 2749    (Rev. 1-87)

2. December 3, 2002, Ruiz wrote a letter to the U.S. Attorney's Office for the

District of P.R.(USADPR), Mr. Humberto (Bert) Garcia, Esq.

December 3. 2002.

Mr. Humberto Garcia
U.S. Attorney
Torre Chardon 1201
350 Chardon
Hato Rey, P.R. 00918.
787-766-5656

Respected Mr. Garcia:

Enclosed please find a copy of a Complaint for violations of the Rules of Professional Conduct
of the Washington, D.C. Bar and of the American Bar Association (ABA's) Model Code of
Professional Responsibility. It is being filed against four (4) lawyers that work or used to work
for the U.S. Department of Education. At least one of them, namely Ms. Alexandra Gil Montero
is presently represented by you in case 00-1590 (SEC) which is presently under appeal as 02-
1526 at the U.S. Court of Appeals for the First Circuit.

We respectfully insist that we have fallen a victim of the most malevolent and despicable
behavior that can be imagined from the lawyers complained about. Since you represent Ms. Gil
Montero and if we are successful in having the First Circuit remand and allow our Second
Amended Complaint in the case above, you will most probably be representing all of them, we
need you to take a close look into all the hard evidence submitted herewith which serves to prove
the fabrication of evidence, suborn perjury, malicious prosecution, abuse of the legal process,
obstruction of justice, abuse of the legal process and fraud upon the court committed by Ms. Gil
Montero and attorney Russell Wolff.

Recently you were quoted as stating that you had to withdraw the accusations in the Fajardo case
because of ethical contretemps. If we have correctly read the U.S. Attorney Manual you have the
responsibility of sifting the evidence that is raised by the agency before deciding upon pursuing
or not a cause of action. In line with this, we respectfully ask you to sift the evidence included in
this Complaint and determine by yourself if we are correct or not in our claims. As you will be
able to corroborate, there is overwhelming evidence that serves to demonstrate all the serious
accusations that we are making against the U.S. government lawyers here.

Before you tenure here, we tried to convince our ex-friend Guillermo Gil to sift this evidence but
he never did. We guess he was too busy dealing with people that are even more corrupt than the
lawyers denounced here. Since you are a foreigner to Puerto Rico and presumably not yet fully
contaminated with the local subculture biases and prejudices, we have hope that what may
remain from your foreign objectivity may aid in providing for Justice in our case and in saving
the U.S. government of the shame that this certainly represent to it.

Although we would had naturally preferred a Puerto Rican first, (even if it was Gil), to assume
the U.S. Attorney position in propriety, we do hope the best to you in these difficult times. As a
final note let me interject that most Puerto Ricans do not know the difference between a Chicano,

a Mexican American, a Tex-Mex or a Pachuco. My mentor during my graduate work in multilingual-multicultural education at the University of Illinois, at Urbana-Champaign was a Mexican, ex-Jesuit priest with a doctorate in anthropology who taught me the difference.

I hope that someone equally explains to you the difference among the different subcultures in our culture and that you do not become automatically biased against those of us that without being Anti-Americans, but quite to the contrary, precisely because it is in the best American spirit, believe in the self-determination of our people and of all the peoples of the world.

I also hope that in case that you are too busy with more important things, at least you make arrangements so that we can have an appointment with your deputy in civil matters, Mr. Jose Pizarro Zayas, Esq. Thank you very much. We will call you next week to inquire about our request

Respectfully yours,

Angel Ruiz Rivera
P.O Box 191209
San Juan, P.R. 00919-1209.
787-714-1069
787-438-1555
aruizrivera@aol.com

3.  January 13, 2003, Ruiz letter to USADPR Garcia.

January 13, 2003.

H.S. Garcia
United States Attorney
District of Puerto Rico
Torre Chardon 1201
350 Ave. Chardon
San Juan, P.R. 00918.

Respected Mr. Garcia:

First, we need to thank you for your prompt response to our letter through Mr. Miguel Fernandez, your Assistant U.S. Attorney, Chief, Civil Division. We also want to express to him our sincere gratitude for taking some of his busy time to look into this matter. We honestly expect this reply to be the last time we bother you with this issue.

Second, we respectfully disagree with the conclusion advanced in your letter since the case where most of the original issues in controversy are being elucidated is still sub judice, namely case 98-2225 (RLA) at the U.S. District Court for the District of P.R. (USDCDPR). This case is the judicial review of the final agency decision, in this case the U.S. Department of Education, (USDE). The heinous and egregious actions by the USDE attorneys that we are denouncing emerged originally in the administrative legal process abused by them in their malicious prosecution of us and have continued with the fraud upon the court perpetrated by them at the USDCDPR. [1]

Third, it is precisely because this case is still sub judice that we are raising to you our concerns regarding our serious and conscious accusations of fabrication of evidence, subornation of perjury and perjury of the government witnesses and intimidation of ours, malicious prosecution and abuse of the legal process, obstruction of justice and fraud upon the courts perpetrated by the U.S. Department of Education attorneys. We very respectfully need to denounce to you all of the above violations of our Constitutional, Civil and Human Rights in addition to the Federal Rules of Civil Procedure (FRCP) and the Rules of Professional Conduct by these attorneys. We must, so that when they are eventually unmasked in the hearings of the judicial review that some day will have to take place, your Office lawyers cannot claim that they did not know or did not need to know about the nature and scope of the heinous and egregious actions of the USDE attorneys.

---

[1] This case was originally filed by us Pro Se at the U.S. Court of Appeals for the First Circuit (USCA1C) where it was docketed as 98-1242. It was transferred to the U.S. District Court for the District of P.R. (USDCDPR), where it was docketed as 98-2225 (RLA). It was dismissed without a hearing, much less a trial, only to be remanded by the USCA1C on April 12, 2000 (Appeal Number 99-1628). The Honorable Court has before it a summary judgment motion by the USDE and a timely filed opposition and a cross motion by us pending resolution. That is the status quo of the case.

1

Fourth, since you are very busy we will not dare to abuse of your time and even less pretend to litigate here what is being litigated in court. Nevertheless, we have learned by reading the **U.S. Attorney Manual** that:

> "Authority over the disposition of a civil matter, once it is referred to the Department of Justice, resides in the Attorney General or his/her delegate, and the client agency may not control its handling or disposition. See *United States v. Sandstrom*, 22 F. Supp.190,191 ( N.D. Okla.1948); *FTC v. Guignon*, supra; E.O. 6166 § 5, June 10, 1933....Such powers as other officials of the government had theretofore with respect to litigation were withdrawn by E.O. 6166 § 5, June 10, 1933, leaving the Attorney General with complete authority. See *Duncan V. United States*, 39 F. Supp. 962,964 (W.D. Ky 1941); *Aviation Corp. v. United States*, 46 F. Supp. 491, 494 (Ct.Cl.1942), *cert. denied*, 318 U.S. 771 (1943); 38 Op. Att'y Gen. 124,125... " Cited from **4-1.410 Responsibilities of Client Agencies–Compromise of Dismissal or Closing**

Thus, from the reading of this section and the others that follow, we infer that you have not only the authority but the ministerial duty to sift the evidence submitted by your client agency and determine if it meets the minimum standards of your Office and more importantly, of a court of law. This is why we are daring to bother you again with this issue. If we were not absolutely certain of the validity and strength of our denunciations we would not running the risk of messing with the U.S. Attorney so that this could be brought against us in the pending case, with all its accompanying consequences. This is why we are hereby very respectfully insisting that you make sure that the attorneys at your Office in charge of evaluating this issue do not automatically take for granted, as a leap of faith, what the USDE attorneys have represented to your Office and consequently act as a rubber stamp of your client agency. We respectfully suggest that before blindly trusting them, you yourselves sift the evidence that we are sharing with you. In so doing, you will not only comply with your ministerial duty but in case we are wrong as we concede that almost everyone has heretofore presumed, you will find reassurance in the strength of your case, something which would definitely work for your benefit.[2]

If the opposite becomes true, and you are able to verify that our denunciations happen to be correct, you will also benefit from this since you will realize that you have also fallen a victim of the conduct unbecoming of an U.S. Government attorney that the USDE counsels denounced here have consistently incurred into. Also, you will economize millions of dollars to the U.S. Government by implementing the appropriate corrective measures and most importantly you will avoid the shame to your Office, will be complying with the Canon of Ethics and providing for Justice to be made, especially to many innocent people that suffered the consequences of the actions of the USDE attorneys denounced here. Perhaps we do not need to remind you that in the latest contemporary case where the U.S. Department of Justice blindly trusted its client agency lawyers, it ended costing the government over 30 billion dollars. See the so-called Winstar cases.

---

[2] Thus, by carefully reviewing our denunciations and the hard evidence that accompanies it, you will be in a win-win situation.

2

Perhaps we do not need to remind you that if we are wrong in our denunciations, we do not only run the chance of getting our pending case ruined but also run the chance of having criminal charges filed against us in relation to the main issue involved in them. Do you think that with such high risk involved we would be pressing this issue if we were not absolutely certain and had all the hard and overwhelming evidence to prove our denunciations? As you have already seen above, it is to your benefit also to make sure that what the USDE attorneys have represented to your Office and which have heretofore been so vehemently defended, has some substance to it. You most certainly would agree that it is also for your benefit to make sure that later it does not results that we happened to had been right since the onset, happened to had forewarned you and that you fumbled the invitation for lack of due diligence and care to review what is evident. [3]

### The Unpaid Refund "Finding" Issue Before The Judicial Review.

The USDE lawyers have accused us of not paying $655,554 in refunds owed for the 1994-95 year. The first question that we have to invite you to ask yourself is why if they claim that we did not pay those funds, they have not pressed for charges to be filed against us for "stealing" those hundreds of thousands of dollars from the fisc? Or shall we be enticed to believe that your client agency attorneys were and have remained benevolent with us? Or is it that they have been derelict in their duties in this vein?

The only evidence that the USDE lawyers produced at the administrative legal process they abused where they maliciously prosecuted us regarding this "finding" was a list of students whose refunds were pending to be processed, that was produced by us and that was voluntarily submitted to the Program Review (PR) Auditor-In-Charge (AIC), namely Mr. Felix Lugo. [4] Please See Exhibit 1 for Informe de Reprocesos. Incidentally, Lugo is on the administrative record admitting that we submitted it to him and that he never verified it. See October 22, 1996 hearing transcript at pages 213-214. Exhibit 2.

This undisputed and irrefutable fact serves to demonstrate that:

---

[3] Although with our previous letter we included a copy of our Complaint for Professional Misconduct against the USDE attorneys filed by us at the Washington D.C. Bar, which is self-explanatory, we are hereby reproducing to you the most pertinent and relevant pieces of evidence in order to facilitate your evaluation and reduce the time and effort in it. Obviously, if what you find here motivates you to take a deeper look, you can always refer to the Complaint.

[4] Incidentally, after upholding this fabrication against us through his perjured testimony, Lugo resigned from the USDE only to become employed by IEU's main competitor, Instituto de Banca (IDB). When last year IDB's President, Fidel Alonso Vals was charged by the U.S. Attorney's Office with criminal charges related to the Victor Fajardo case, Lugo was immediately appointed President of IDB. Although it is standard operational procedure for the USDE to sanction an eligible institution when its President is criminally charged, the USDE did nothing in the case of IDB. Was this coincidental?

1) The USDE attorneys did not produce at the administrative hearing nor have them produced at the pending judicial review an iota of evidence regarding this vulgarly fabricated claim. Please look for yourselves at the record or ask the client agency to show or produce the evidence to you.

2) The trust that the AIC Lugo had on IEU's honesty, accuracy of its records and management information systems was of such magnitude that he waited for IEU to deliver to him the list of the then pending to be paid cases (Informe de Reprocesos) and he did not even bother to look for them much less to verify them to the dismay of the own USDE's Administrative Law Judge (ALJ). See pages of transcript cited above.

While this was all the documentary evidence that the USDE attorneys could come up with, the following is a summary of what we produced:

1. The Pell Grant Statement of Account (PGSOA) for the year 1994-95, with a closing date of July 13, 1995, showing a debit of $1,120,192 corresponding to the cumulative effect of five (5) particular Pell Grant Institutional Payment Summary Batch Reports (PGIPSBR). [5] See the Table of IEU Pell Grant Batch Reports 1994-1995, Exhibit 4, for a breakdown of the Batch Reports involved in the $1,120,192 debit to our authorized funds level.

This represents obviously that we paid not only the $655,554 viciously and frivolously imputed but that in only one transaction we paid almost double that amount. Although this was not the only debit made to our account as a result of our reprocessing of the Pell Grant payment vouchers of the refund cases in order to pay the refunds, we are not including the others here because it is unnecessary. With the above along is more than enough to prove our point.

2. The ED Payment History and Account Balance Report of July 19, 1995 and July 20, 1995 showing a decrease from $4,538,788 in current balance on July 19, 1995 to $3,418,596 on July 20, 1995. Exhibit 5. This difference representing exactly the $1,120,192 that had already been debited from our funds authorized that were subsequently debited from our funds per se at Finance.

The question that we have for you is if the funds were debited from the funds authorization and subsequently from the account in Finance per se, how in God's name do you pretend to prove in a court of law that we did not pay those refunds? Heretofore you have been resting on the strong deference owed to you by the judges, but once an evidentiary hearing is held, to show what we both have, would you still bet on that you will prevail with what you have?

---

[5] On page 16 of the transcript of the October 22, 1996 hearing, Lugo himself stated for the record that the statement of account could fluctuate for "paid refunds". See Exhibit 3, specifically lines 13-14.

Besides this, you have here both an ethical and a practical problem. If the objective hard evidence shows to you that we paid indeed as we did, on what basis or authority do you sustain your client agency's fraudulent claims in this vein? And on top of that, if we eventually prevail as we should in view of this evidence, your posit will cause more damage to the government, right? Axiomatically then, it is to your advantage and benefit to double check on this evidence before blindly trusting your colleagues.

3. We submitted expert witness testimony that should not had been necessary in view of the evidence above, but just in case we reinforced our evidence with it. See pages 146,149,151, 152,153,155,159,160,161,162,163 and 165 on the October 23, 1996 hearing transcript for the pertinent excerpts of the testimony of Certified Public Accountant (C.P.A.) Ramon Marin of Valdes Garcia and Marin. Exhibit 6. Please pay particular attention to the question that USDE attorney Wolff himself asked our expert witness, at page 165 where this was the exchange:

> Q. Now, there's no question in your mind, Mr. Marin, is there, **that the refunds were, in fact, paid late, correct?**
> A. Right, they were.

As any objective mind would conclude by reading the above question, attorney Wolff himself admitted for the record that the refunds were paid, albeit late, correct? It just happens that we never questioned and even conceded that most of the refunds were paid late indeed. Th .s honest admission on our part has even been cited by attorney Wolff in his motions in case 98-2225 (RLA). [6] What we have always insisted upon is that they were paid, that the USDE lawyers knew this from the onset and that consequently the holding, maintaining, retaining and sustaining of this infamy constitutes a blatant fraud perpetrated upon the courts by these lawyers and we are going to make sure that they do not get away with this.

While we submitted the above expert witness testimony, the USDE attorneys could only resort to the subornation of the perjury of Lugo by inducing him to declare under oath that he had been told that we paid most of the refunds on September. See pages 207 and 209 of the transcript of the October 22,1996 hearing. Exhibit 7. The problems with this perjury are the following. First, the own USDE's official documents such as the PGSOA's and the PGIPSBR's specify when the refunds were paid and debited. Thus, what Mr. Lugo declared that whomever may have told him about when we paid the refunds was pure hearsay with questionable probative value, specially in view of the fact that the own USDE official documents explicitly answer that objectively. Second, in Lugo's own testimony, when asked leading questions by USDE attorney Gil Montero, about five (5) specific cases to support his perjury, it resulted that none of them was paid in September. This is what we have called elsewhere a very clumsy fabrication of evidence. See pages 203-206 of the October 22, 1996 hearing transcript. Exhibit 8.

---

[6] See Defendant's Opposition To Plaintiff's Motion For Summary Judgment, at page 12, specifically footnote 12.

For all the above reasons the ALJ committed clear error is sustaining this issue and so did the Secretary. Notwithstanding, we concede that this is for the court to determine. Nevertheless, after the USDE lawyers abuse of the legal process in their malicious prosecution of us, the plot has thickened. It is as a result of the evidence that we have submitted thereafter that we base our denunciations. Especially the most serious one which is the fraud perpetrated upon the court to which we ask for your special and most deserving attention.

## The Unpaid Refund "Finding" Issue At The Judicial Review  Sub Judice.

All of the evidence described above was the one submitted before the judicial review. Now in the sub judice judicial review, after we adamantly defended our posit that we paid those refunds and that the USDE attorneys knew it from the beginning, USDE attorney Wolff, evidently resting on the presumption of righteousness that is deferred to government lawyers starting with you the U.S. Attorney's Office colleagues, responded with cynical and undeserved remarks. Evidently he was and is overconfident in that we will not be able to rebut that presumption. However, we can guarantee to you that in the evidentiary hearing, we will not have any difficulty whatsoever in proving not only that we pay those refunds but that attorney Wolff, his confederate Ms. Gil Montero, and their superiors who have acquiesced or condoned it, have perpetrated a fraud upon the court in representing to it that we have not paid these refunds when all the evidence in their power since the onset demonstrate exactly the opposite.

What we did was to take those cynical remarks as a piece of advice and moved to find even more evidence than the one submitted at the abused administrative legal process where we were maliciously prosecuted which was macro-economic in nature as you may have corroborated. We then proceeded to produce micro-economic evidence and took the 512 specific cases which we had submitted to Lugo in our Informe de Reprocesos and which were abused by the USDE attorneys to pretend to prove that we had not paid those refunds and tracked all 512 cases to their original Batch Reports (PGIPSBR's). Incidentally, in doing this we corroborated that the initial data that we provided AIC Lugo was 99.37% accurate. See Exhibit 9. This serves to dramatize why AIC Lugo did not even bother to corroborate our data and trusted its veracity and accuracy.

Then we identified each student's social security number; each student's amount originally awarded per payment voucher; each student's amount finally awarded as per the Pell Grant Student Payment Summary [7]; each student's amount awarded refunded per reprocessed payment voucher; each student's withdrawal date as per the Informe de Reprocesos in Program Review; each student's PGIPSBR where each refund payment voucher was reprocessed and each student's date when the PGIPSBR where each refund payment voucher was reprocessed and each student's date when the PGIPSBR's with the refunds were reprocessed. See List of Refunds by Campus as Exhibit 10.

---

[7] The Pell Grant Student Payment Summary is also an official USDE document showing all the 6.550 unduplicated recipients for that fiscal year 1994-95 and the amount received by each one.

To the left of each student's name you will find the specific number that correspond to each one in the Informe de Reprocesos by campus, which as you already know is the "evidence" that the USDE abused to "prove" that we "did not pay". To the right of each student's name you will find the specific page, the specific line within the page and the unique number for each specific student handwritten in the Pell Grant Student Payment Summary. See Exhibit 11. This way, every single specific student is cross-referenced to all documents in order to make them specifically and exactly traceable.

Then we included the Federal Pell Grant Program Electronic Payment Information Batch Summary Report for each one of the PGIPSBR's where each and every one of all the 512 student's cases were reprocessed, thus paid. See Exhibit 12. Then we included the corresponding List of Selected Records corresponding for each one of the PGIPSBR's. See Exhibit 13. Then we handwrote next to social security number of each student who was a part of the Informe de Reprocesos a code made up of a letter and a number. The letter represents the campus. "B" for Bayamon; "C" for Carolina and "HR"for Hato Rey. The number represents the specific and exact number that each student case occupies in the corresponding Informe de Reprocesos for each campus. This way every single case again is exactly cross-referenced, thus perfectly traceable.

As you can verify, it is difficult to cor∙ eive even in theory more overwhelming, and beyond any doubt evidence than what you ha∙.∙ here. You have here in summary, each case imputed, with its complete name, social security number, the date of the withdrawal, the amount originally paid, the amount of the refund paid, when it was paid, the batch number of the IPS through which it was paid, cross- reference to the List of Selected Records, the cross- reference to the Pell Grant Student Payment Summary, all of them official documents of the USDE, all perfectly traceable with one-to-one correspondence cross- reference to the original source of the fabrication-the Informe the Reprocesos. You also have the objective evidence of the debit to our funds authorization and to our funds per se. What else do you need?

Hence, you have before you the proof that the USDE lawyers not only maintained, retained and sustained this vulgar fabrication but perhaps more scandalous, that they have fooled you in the process and perpetrated fraud upon the courts by representing to them that we did not pay these refunds when they know even better than us that we did because they have all the evidence in their power. To add insult to injury they do not even have any evidence to support their fabrication. As we have stated elsewhere, the only thing we have not yet produced are the hearts and souls themselves of these students. Is this what we must produce in order for you to be convinced of our accusation? Is this the quantum of proof that is required from us to meet our burden of persuasion?

We should had never being forced to produce any of the above since the onset simply because the USDE officials and the lawyers specially, did perfectly know from the beginning that we had indeed paid these refunds. This fact is evident when you see how the same USDE officers and attorneys treated this exact same issue for the previous two years. When you compare the two prior years to the instant one, you simply cannot understand why the disparate treatment.

**The Disparate Treatment Of The Same Identical Issue For The Previous Years**

To add insult to injury, for the previous two years, namely 1992-93 and 1993-94, the refunds were paid the exact same way they were for year 1994-95. For inexplicable reasons, the USDE attorneys, arbitrarily and capriciously determined that the refunds were paid late for those years but that for year 1994-95 they were not paid at all. See the Tables of PGSOA and PGIPSBR's for each of all the three years in question. Exhibit 14. See IEU's Comparative Table Of Batches With Payment Vouchers Of Refunds Reprocessed To Be Paid For Year 1992-95, to facilitate the comparison. Exhibit 15. We respectfully invite you to ask your trusted colleagues what was and is the rationale and logic behind this.

**Conclusion**

Regardless of the above abominable atrocity, the fact remains that after more than eight (8) years now beseeching for a day in court, our resistance has not been strong enough to overcome the inertia that the presumption of righteousness everyone gives to the government lawyers carries with it, U.S. Attorneys and U.S. Judges not excluded. Nevertheless, we are confident that as always, the truth will prevail. Now that we have specifically demonstrated to you what is the truth and you have it before you, we respectfully ask that you confront your colleagues with this objective evidence and evenmore that you ask them to provi e you with the best they may have in this vein, even in an ex-parte fashion. We are confident that there is nothing they can produce that can convince you that they have not committed fraud upon the courts and fooled and used you as an accessory to their vicious crime in the process. We also ask that you give us one-half our of your time to personally explain to you this evidence, that is in case you deem it necessary something which humbly, in the best Puerto Rican spirit, respectfully feel that should not be necessary given its value both quantitatively and qualitatively.

As a last note, if we may, pursuant to the U.S. Attorney's Manual section 4-1.430; 440 and 500, please ask your trusted colleagues if it is true or not that all the ALJ decisions regarding the clock hour issue, which is one of the other issues in this controversy, was decided against their posit in our case in all the occasions that they the ALJ's had the opportunity to rule over it. (See the cases In the Matter of Denver Paralegal Institute - 92-86-SP and 92-87-SA; In the Matter of MBTI - 93-147-SA and In The Matter of IEU - 96-28-ST, 96-93-SP, and 96-103-SA). Please ask them is it is true or not that the Quality Assurance Review Team Report (QARTR) that was made of IEU's - OIG audit strongly criticized and chastised the findings against us. Why do not you ask them for a copy since they denied it to us in a undisguised obstruction of justice and take a look at it, not for our sake but to save your responsibility. Please also ask them if it was not as a result of this QARTR that the OIG AIC Nater was expelled from the USDE. See cases Rafael Nater v. U.S. Department of Education at the Merit System Protection Board MSPB), Docket No. NY-1221-96-0334-w-1 and Nater v. U.S. Department of Education 99-1366 (JP) at this USDCDPR. By asking these questions you will be able to verify if you have been used or not by your colleagues. If we were you, we would not find anything wrong in just verifying, even if it is to double check, just in case.

8

For all the above stated reasons and the explicit, specific, undisputed and irrefutable evidence that we are submitting herewith, we respectfully ask you, the U.S. Attorney, as representative of the U.S. Department of Justice, to make a professional, serious and thorough evaluation of the denunciations made herewith. We respectfully insist that it is beneficial to all the parties related to this controversy that you take the initiative to sift the evidence voluntarily submitted to you in good faith and that you also take some of your busy time to objectively evaluate what has been represented to you by your colleagues. They more often than not may be correct but their past performance and even their entire dossiers do not necessarily and obligatorily entail that they have represented to you the truth in the instant case. This time they have violated almost every rule in the books whether caused by overzealousness, pure invidious discrimination and hatred, or all of the above.

As a last not let me share with you that I am praying that you do not act as a mere "yes man" and a rubber stamp of your colleagues as your predecessors did. I f you do, you will consequently become an accomplice of the USDE lawyers in their crimes.[8] As we said in our previous letter, since you are a foreigner that fairly recently arrived to our beautiful beaches, we pray that you have not contaminated yourself with all the biases and prejudices that permeate the environment here, not precisely of the beaches. The Great Benito Juarez taught us that: "El respeto al derecho ajeno es la paz". Apparently, the USDE lawyers think that Benito Juarez is a mere tequila brand or something of the like. We ought to teach these racist bigots that no matter the degree of overzealousness and the commitment to your work, a U.S. government lawyer does not need to be disrespectful in order to achieve his or her goals and objectives. We want to assure you that we are going to teach at least these USDE attorneys what Benito Juarez meant by his illustrious words. We just are absolutely certain that it would work for your benefit to "take the bull by the horns" as we also told the panel of the USCA1C in our Petition for Rehearing in appeal 02-1526, and make sure that what we are claiming is false. If you do not, we respectfully contend that you will regret it.

Finally, just to emphasize in our degree of commitment to our cause, (as we have said elsewhere, this ceased to be a case long ago), we invite you to file criminal charges against us for the "unpaid refunds" any time now. Although it is a shame that a U.S. citizen, no matter if second or third class, has to reach this far in order to get a day in court, in view of the fact that the courts have managed justice in such a way and manner as to deprive us of a hearing in almost seven (7) years now, we have been left with no other choice than to respectfully ask you yo file charges against us so that then perhaps, we may have a hearing and have the opportunity to unmask these truants and their falsities. This is how far we are willing to go if that is what it takes to vindicate us, our honor, dignity and pride. This is a solemn duty that we have not only for our own sake but for all others that have been similarly situated in the past and in the present. Someday, somehow, somewhere, someone will have to do something so that Puerto Ricans are treated with respect, specially by representatives of the U.S. government.

---

[8] We hold that in addition to having violated 42 U.S.C. 1985 and 1986, the USDE attorneys violated 18 U.S.C. 241 and 242.

9

Thus, why do not you ask Mr. Wolff to put his money where his mouth is and to press for criminal charges against us. We defy and challenge him through you to do just that. This is how absolutely certain we are of our denunciations and even when it is contrary to the spirit of the Constitution, all the principles behind this otherwise great U.S. of A. Democracy and obviously our most basic instincts, especially within the framework of the "quality" of the administration of Justice that we have enjoyed so far, we are willing to pay such a high price for our vindication even when we should not. These USDE lawyers actions viciously destroyed all our property, and negatively affected our liberties and lives. (Various IEU ex-employees have died without proper medical care due to lack of health insurance and other benefits they worked hard for during many years before being lost as a direct consequence of the vicious actions of your colleagues.) If it takes us to submit ourselves to an unjustified criminal accusation, based on a fabrication, we are willing and able to face its consequences as long as we can get rid of the chains that have had our honor, dignity, pride, liberties and life oppressed for the past eight (8) years now.

We prefer to sacrifice ourselves and to teach as the good pedagogues that we are, pardoning the immodesty, Mr. Wolff, Ms. Gil Montero and their superiors, the value of the respect owed to other human beings, like Benito Juarez taught us, by exposing ourselves to an undeserved criminal process, than running the risk of losing our lives by falling victim of the natural temptation of taking Justice in our hands and attempt to teach them the same lesson through non-Christian an uncivilized manners, which is the only other option that this system of Justice is leaving to us. If we are wrong in this vein, please teach us and illustrate us and share with us one single reason why shall we continue to suffer with Mandela's patience what has been fabricated, maintained, retained and sustained against us in Machiavellian fashion? Why should we continue carrying the burden of having being demonized when the ones really playing the role of Faust whether Goethes, or Marlowe's, brilliantly may we add, have been your colleagues? They are the ones in need of being exorcized, not us.

If you happen to find any authority that you can share with us that mandates that we should remain docile and continue suffering the consequences of having being accused of robbery when we were the ones who were robbed, please cite it so that we can learn. Please share with us under what principles of Law and Justice, should we suffer ad perpetuam the ignominy and the vicissitudes that we have, without even attempting to defend ourselves, which is what some have suggested heretofore not subliminally but openly. Please show us where it is written or implied that we must relinquish as cowards to the defense of our honor, dignity and pride.

For all the above reasons, we respectfully pray that you cease to take at face value what your client agency lawyers have represented to you and that you are more diligent and careful in the compliance of your ministerial duties and sift and scrutinize what your colleagues have heretofore represented to you and to the courts. As you have seen, you have nothing to lose and a lot to gain. If we are wrong you will ratify their claims and be in a position to ask the court of sanctions as you threatened us with in your letter. If we are right, you still have time to save your Office and to take the remedial measures that you may deem appropriate under the circumstances.

10

In the alternative, we have been left with no other option than to respectfully ask you to file criminal charges against us. The infinite inertia that the presumption of righteousness of the government lawyers carries with it, together with the biases and prejudices against this Pro Se litigant, compounded by the retaliation of the ex-Acting U.S. Attorney and the federal judges that have offended themselves because I have attempted to defend myself, have shamefully left me without any other option. If our family is going to continue suffering the stigma and the "verguenza" of being treated like criminals we might as well face the charges and if found guilty as charged carry the stigma and feel the "verguenza" for a reason and not without one. You can even manage to have the Honorable Judge Fuste oversee the charges, since we have filed various complaints against him for Judicial Misconduct. This was your USDE colleagues will increase their chances. We are so absolutely certain of our denunciations and the evidence that we are sharing with you that even with my ex-classmate and ex-friend Guillermo Gil in charge of the case before the Honorable Judge Fuste, we shall prevail.

Thank you for your consideration of this matter. Please excuse us if you find any part of this offensive but sometimes the Via Crucis to which we have been unjustly and without any due process submitted to has taken its toll. You do not have the slightest idea of how it feels to become a victim of unscrupulous scoundrels like the USDE attorneys, and not have an opportunity to even express and present your position because your colleagues at your Office are negligent and do not even verify what is presented to them before echoing their client agency lawyers and the federal judges follow suit taking for granted whatever is raised by you even if it does not stand the weakest scrutiny. But even alone, without resources, we shall prevail because the truth that you now have before you, spelled out for your easier analysis, is so robust and overwhelming, that even before the most biased and full of prejudice judge, we will prevail. Pardoning the immodesty again, if you take a serious look at this letter, most probably some day, you will thank us for having bothered you with it. We are also certain about this.

Thank you for your time and effort and please receive our anticipated thanks for the serious and deep evaluation I trust you will make of all its extremes.

Respectfully yours,

Angel Ruiz Rivera
P.O. Box 191209
San Juan, P.R. 00919-1209.
787-714-1069

cc.

11

4. August 26, 2004, Ruiz complaint before H. Marshall Jarrett, Esq., Director of the U.S. Department of Justice (USDJ), Office of Professional Responsibility (OPR).

August 26, 2004.

U.S. Department of Justice
H. Marshall Jarrett, Counsel
Office of Professional Responsibility
20 Massachusetts Avenue, N.W., Suite 5100
Washington, D.C. 20530

Respected Mr. Jarett, Esquire:

This is a Complaint for professional misconduct against the U.S. Attorney (USA) for the District of Puerto Rico, Mr. Humberto Garcia, Esquire (Esq.); Mr. Miguel A. Fernandez, Esq. Assistant U.S. Attorney (AUSA), Chief, Civil Division; Mr. Guillermo Gil, Esq., the ex-interim USA for that same district during the years when the majority of the events complained about transpired, and AUSA for the Civil Division, Ms. Isabel Munoz Acosta, Esq.. The latter was and still is in charge of the representation at the local federal forum of the client agency, the U.S. Department of Education (USDE) where the events complained about originated. The Complaint is being respectfully filed based on objective facts and it is far from pretending to offend the federal officers in their personal mien.

The Complaint is based upon the theory that you shall corroborate upon due course, that the U.S. Attorney's Office counsels complained against, have neglected to prevent the conspiracy of various lawyers of their client agency, the USDE, who in turn have heinously, egregiously and maliciously violated the Constitutional and Civil Rights of the Complainant. By echoing their client agency lawyers' conspiracy in maliciously prosecuting the Complainant, abusing the legal process, fabricating evidence, suborning perjury, intimidating our witnesses, committing fraud to the Administrative Law Judge-ALJ, the USDE Secretary, the own U.S. Attorney's Office counsels and the Courts, obstructing justice and violating the ethics of their profession, the complained against counsels have emulated the USDE lawyers conduct which is tantamount to confederating or aiding and abetting in the conspiracy of the former.

The main reason for the filing of the Complaint at this specific juncture is that after various prayers [1] by the Complainant, all of the complained against U.S. Attorney's Office counsels have wantonly and callously incurred into dereliction of their duties, failing to comply with their vicarious responsibility by neglecting to sift the evidence submitted to them by their client agency, the USDE, against Instituto de Educacion Universal (IEU), Inc., a non-profit educational institution and its President, Mr. Angel Ruiz Rivera (ARR) to corroborate our serious accusations against them. With their neglect to sift the USDE-OGC lawyers "evidence" against

---

[1] I am respectfully including copy of the letters of December 3, 2002 and January 13, 203 to Mr. Humberto Garcia, Esq. The USA and their accompanying evidence that demonstrates how and when we filed our timely prayers to the U.S. Attorney's Office in order to show that we exhausted all the resources available before filing this Complaint. (See Exhibit 1).

1

IEU/ARR, they have aided and abetted the confederates by blindly adopting the latter recommendations without making a careful, responsible, ethical, and objective strict scrutiny of the false, flawed and fabricated findings upon which the former concocted all of the above mentioned violations. This conduct, as you are very well aware of, is unbecoming of a U.S. Attorney's Office counsel and contrary to various provisions of the U.S. Attorney Manual which we cite below.

The issues that provoke the Complaint originated with fraudulent audits performed by two USDE auditors, which various USDE lawyers used as the basis for their conspiracy to violate the Constitutional and Civil Rights of IEU/ARR. The first of the fraudulent audits was performed by an auditor who is a Certified Public Accountant (C.P.A.) and lawyer, named Mr. Rafael Nater, who acted as the Auditor-In-Charge (AIC), of the USDE's - Office of the Inspector General (OIG) Audit performed on IEU/ARR from June thru December 1994. The net results of that audit were a vicious and false finding (based on the "clock hour" regulation) and a flawed and maliciously inflated finding (based on the "excess cash" regulations), both of which are the object of a judicial review of the final agency decision at the Honorable U.S. District Court for the District of Puerto Rico (HUSDCDPR), under docket number 98-2225 (RLA) which is presently sub judice and pendente lite. That case is under judicial review after having being filed first at the Honorable U.S. Circuit Court of Appeals for the First Circuit, (HUSCA1C) under 97-2205, by this same Complainant, Pro Se (PS) and In Forma Pauperis (IFP). It was promptly transferred by the HUSCA1C to the HUSDCDPR. There it was initially dismissed and an appeal ensued at the HUSCA1C under 99-1628, also filed PS and IFP by this Complainant. The First Circuit remanded the case [209 F.3d 18 (1st.Cir.4/12/2000)] and it is presently awaiting for resolution.

One of the main pieces of the overwhelming and beyond doubt evidence in support of our serious claims in this Complaint are the contents of a Quality Assurance Review Team Report (QARTR) that was performed by the experts of the OIG within the expert agency-the USDE, in charge of the verification and validation of the USDE-OIG Audit of IEU/ARR by AIC- Nater, for quality assurance purposes. Although heretofore we have not been able to obtain the entire contents of that QARTR, since it has been consistently concealed from us in an undisguised obstruction of justice by the USDE lawyers, (just as it was concealed from the own USDE's ALJ, the own USDE's Secretary and it has been concealed from the own U.S. Attorney's Office counsels complained against), the few excerpts that we were able to accidentally obtain from the AIC-Nater's case record at the U.S Merit System Protection Board (USMSPB) proceedings are nonetheless sufficiently enough not only exonerate IEU/ARR of any wrongdoing, but go as far as chastising AIC- Nater for his flaws in that audit. This exonerating evidence was timely produced to the U.S. Attorney's Office in our previous letters to him cited above.

The revelations that the excerpts of the QARTR produced are sufficiently clear and convincing that they undoubtedly serve to solve the enigma of why the USDE lawyers have consistently denied us the entire QARTR, in a flagrant obstruction of justice as well as part of a well-designed cover up. First we asked for it through formal written requisition as soon as we

knew by accident that USDE-OIG-AIC- Nater had included some excerpts of it at his USMSPB proceedings. On that occasion, the USDE-OGC lawyer who responded reacted by intimating that it did not exist and if it did we did not have a right to it. See Letter under Exhibit 2. Second, we requested it through the discovery procedures in case 98-2225 (RLA) where it was denied to us based on the USDE lawyers' pretext that the ALJ did not have it under his consideration. Of course he did not have it under his consideration at the administrative proceedings because they hid it from him. How could he have had it before him if they even had the courage to negate its mere existence. Third, we attempted to get it through our attempts based on the Freedom of Information Act (FOIA) provisions. This denial is under judicial review in case 04-610(RBW) at the U.S. District Court for the District of Columbia).

Our position is that if the USDE lawyers obstructed justice as they irrefutably did, that is no reason for the U.S. Attorney's Office counsels to follow suit and end aiding and abetting in the cover up. That is clearly not their function as all of the following parts of the U.S. Attorney's Manual (USAM) admonish and mandate. As a respectful prayer to this Office of Professional Responsibility, we pray that before doing anything else with this Complaint, even before discarding it ab initio, you manage to get a copy of this QARTR, evaluate it objectively, and conclude from that evaluation if there are objective reasons to give consideration to this Complaint. We are absolutely certain that you will. This prayer is the same that we have timely submitted to Honorable Judge Walton, in the case above. If you both do take a judicious look at this QARTR, this should result in every party cutting its losses short in terms of the time and effort to be invested in the rest of this matter.

From the USMSPB's record itself we learned that soon after the enigmatic QARTR was released, the C.P.A. and lawyer, AIC- Nater, after many years as a federal auditor, was expelled from the USDE-OIG, in part as the result of the falsities and flaws in IEU's audit. AIC-Nater reacted by filing various actions before the U.S. Merit System Protection Board (USMSPB), based on alleged violations to the Whistleblower Protection Act (WPA) which he creatively used to argue that he had been object of reprisals that ended in his expulsion, but he lost. See Docket Nos. NY-1221-96-0334-W-1 and NY-1221-98-0401-W-1. He appealed to the U.S. Court of Appeals for the Federal Circuit. [(99-3083), (99-3143), (99-3213)] and also lost [232 F.3d 916, (Fed. Cir.5/9/2000)]. In that unpublished opinion, the Federal Circuit joined the USMSPB-ALJ in not giving AIC-Nater credit for his whistleblowing claims because: "the grievance merely **"revolved around a difference as to application of regulations to working papers"**" (Opinion at ¶ 13); "**alleged irregularities in the agency's auditing department were nothing more than professional disagreements...**" (Opinion at ¶ 17) and "In particular, Nater fails to demonstrate how his disclosures were anything other that **""professional disagreements" over accounting policies**" (Opinion at ¶ 32.).

AIC- Nater also sued the USDE in Nater v. Riley, 99-1366 (JP) at the HUSDDPR and lost. He appealed to the USCA1C, in Nater v. Riley, No. 00-2348 (1st.Cir.7/23/2001), but to no avail. At all forums he lost. All of the above decisions are pertinent, relevant and significant to this Complaint because by not prevailing in any of these procedures, consequently not persuading

any of these forums that his expulsion was unjustified, they irrefutably constitute clear and convincing evidence, that the claims that we have been adamantly and vehemently insisting upon, should had been given their due weight since the onset. After all, the **"difference as to application of regulations to working papers"**; the **"alleged irregularities in the agency's auditing department were nothing more than professional disagreements"** and the **""professional disagreements" over accounting policies"** were related to his flaws in IEU/ARR's audit. That his defenses in those cases did not meet these forums' muster for whistleblowing purposes do not affect our claims at all in any way or manner. Our claims are clearly a different ballgame altogether. The above are among the reasons why AIC- Nater was expelled and precisely why his findings should had been eliminated altogether since the outset and the USDE lawyers should had equally discontinued their malicious prosecution of IEU/ARR, with obstruction of justice, fabrication of evidence, suborn perjury, fraudulent representations to the U.S. Attorney's Office, the Courts and their abuse of the legal process. Actually, we insist that the upholding of the expulsion of AIC-Nater and his audit findings are mutually exclusive. As Nater himself argued, if the USDE upheld his audit findings it should had commended him instead of expelling him. Our position is rather simple. If AIC-Nater was found to be wrong in his claims we must be obligatorily correct in ours. This as a result of the application of the basic cause and effect principle.

The other USDE auditor who fabricated a fraudulent "finding" against the Complainant, the Program Reviewer, Mr. Felix Lugo, subsequently resigned from the agency and since then joined Instituto de Banca y Comercio (IBC), who happens to have been IEU's main competitor. Originally he joined as an executive but subsequently became its President abruptly, at the precise point in time when non other than the U.S. Attorney filed criminal charges against IBC's President, Mr. Fidel Alonso Vals, as part of the indictments related to the case of Mr. Victor Fajardo, the ex-Secretary of Education of Puerto Rico. (3:02-cr-00042-HL), convicted of those crimes and presently serving his sentence in federal prison. The fact that Mr. Lugo was aptly and Machiavellianly utilized by Mr. Alonso Vals, as a "front" to try to protect the institution of the effects of the indictment, (termination of eligibility) is another genuine issue of material fact that deserved and still deserves serious and responsible evaluation by the U.S. Attorneys.[2] The mere fact that a federal auditor that raised fraudulent findings against an auditee, which are under judicial review, resigns to the agency he had worked for many years, joined the main competitor of the institution he fabricated the findings against in his audit, and ended acting as its President, when its true President was indicted by the U.S. Attorney, is an scenario that should had, besides having had raised some eyebrows, raised at least a flag as to the fact that something very phony could be transpiring.

All these illegal and unethical actions by the USDE-OGC lawyers were duly and timely

---

[2] Curiously enough, while the real IBC President was indicted and remained awaiting trial, the USDE lawyers did not take any action against IBC, much less termination of eligibility, as their regulations mandate. This is another instance where the USDE lawyers repeated their customary disparate treatment when other persons besides IEU and Angel Ruiz Rivera are involved.

notified to the U.S. Attorney counsels complained against but to no avail. This wanton and blind indifference is what provokes the Complaint. The inaction and omission of any reaction by the complained about counsels in view of the denunciation of the above illegal and unethical actions by the USDE-OGC lawyers who covered up the auditors' fraud especially in view of the overwhelming, undisputed, irrefutable and beyond any doubt evidence shared with the U.S. Attorney's Office counsels, make crystal clear that they have failed to comply with the following regulations of the U.S. Attorney Manual, besides elementary principles of ethics and even logic.

In the case of USDE-OIG-AIC, C.P.A. Nater, Esq., the total absence of consideration of the evidence submitted to the U.S. Attorney's Office to forewarn it that the audit findings were fraudulent is almost pathetic. This serious claim is made because from the evidence submitted by non other than himself in his USMSB proceedings, AIC- Nater included excerpts of the Quality Assurance Review Team Report (QARTR), that are more than enough to support our claim that the original audit findings upon which all the destruction of IEU/ARR was initiated, were totally false or flawed. The QARTR was issued by non other than the experts of the OIG entrusted by the agency to validate the audits for quality assurance purposes. Ergo, there is no possible defense against them since they emerge from the own agency's experts paid to verify the quality of the audits. It is not the Complainant the one making the denunciation, it is the experts of the expert agency.[3]

In the case of the other audit performed by Lugo, the maintaining, retaining and sustaining of the malicious prosecution based on it is simply outrageous and inconceivable. The evidence that we have submitted is this regard is not only overwhelming and clear and convincing but without any doubt whatsoever. Up to the point where we have ventured to challenge the U.S. Attorney's Office to file criminal charges against us. If we did not pay those $655,554 of the 1994-95 refunds as auditor Lugo forsworn and as it has been heretofore sustained by USDE-OGC corrupt attorney Wolff, how come we have not been charged for not only failing to comply with our fiduciary obligation but more importantly for stealing funds from the federal fisc, simply because the claim by the USDE lawyers is tantamount to that. Or is it that they are being derelict in their duties by allowing us a free ride on this one just because our pretty face? Up to the point where in our letter to the U.S. Attorney we emphasized that the only evidence we have yet to submit are the "hearts and souls" themselves of the refund students in question. Up to the point where as a natural result of the desperation that anyone similarly situated must feel if subject to the opprobrium we have, we ventured to claim to the D.C. Bar, in the Complaint for Professional Misconduct that was included as part of the evidence to the U.S. Attorney, that the only thing that we have to produce as evidence in this vein are the "prepuces and hymens" of the students.

The U.S. revolution against England, its net result, the U.S. Constitution, the philosophy

---

[3] If the principle of deference to the administrative agencies is based on their expertise on the field they are supposed to regulate, where was the deference here to the experts within the expert agency? Because after all, that deference should operate both ways and not only one way.

of the Founding Fathers and the blood, sweat and tears of thousands of U.S. citizens throughout centuries to defend those principles, all were based on the elementary principle of protecting the citizen from the abuses of the State. When federal officers are overjealous and overzealous in protecting the interests of the State, they are undoubtedly performing the most patriotic task and endeavor imaginable. But in so doing, if they violate the same principles that constructed the State they are purporting to defend, they are committing not only an assassination of those same principles, but of innocent citizens and even of themselves because by corrupting the system of Justice they are a part of, they end committing treason against themselves, ergo, against the same State they are wrongfully and erroneously purporting to defend.

It is true that this crime is more serious when the most fundamental rights such as life or liberty are involved. But it is no less damaging to the full faith and credit of the State, when such mismanagement of Justice results in the destruction of the next other fundamental right protected by our Constitution, that of property, in addition to the damage to the reputation of innocent citizens. When nothing is done, by no one, even after corroborating the fait accomplis in this tragic history and the overwhelming and beyond doubt objective evidence that substantiate it, the overjealousy and overzealousness of the federal officers are converted into tyranny and despotism. For the above stated reasons we are respectfully filing this Complaint, not only with the hope and confidence that Justice is accomplished in our case, but to contribute to avoid that the same barbaric and abominable actions are committed against any other U.S. citizen(s) similarly situated in the future.

As a final note, I do not need to remind you that in case the above damages are not enough for you to seriously look into this Complaint, billions of fisc dollars are lost each year as an effect of the overzealousness of certain governmental officials whose conduct remain unchecked for too long until the damage is done and then all the reactions are reduced to mere damage control. It all turns into futile Monday morning quarter-backing. The last vivid example of this was a similar behavior to the one in this controversy by the regulators and lawyers in charge of the oversight of the savings and loans banks. The rest is history. See the so-called Winstar cases where the damage control cost exceeded the $30 billion dollar mark.

## AUTHORITIES IN SUPPORT OF THE COMPLAINT

### USAM 3-2.140 Authority

Although the Attorney General has supervision over all litigation to which the United States or any agency thereof is a party, and has direction of all United States Attorneys, and their assistants, in the discharge of their respective duties (28 U.S.C. Secs. 514, 515, 519), **each United States Attorney, within his/her district, has the responsibility and authority to**: (a) prosecute for all offenses against the United States; (b) **prosecute or defend, for the government, all civil actions, suits, or proceedings in which the United States is concerned**; ...

By virtue of this grant of statutory authority and the practical realities of representing the

6

United States throughout the country. **United States Attorneys conduct most of the trial work in which the United States is a party.** They are the principal federal law enforcement officers in their judicial districts. **In the exercise of their prosecutorial discretion, United States Attorneys construe and implement the policy of the Department of Justice. Their professional abilities and the need for their impartiality in administering justice directly affect the public's perception of federal law enforcement.**

## 4-1.100 Responsibilities of the Attorney General re Civil Litigation

The Office of the Attorney General was established by the **Judiciary Act of 1789.** Act of September 24, 1789, 1 Stat. 73. **Section 35 of that Act vested the Attorney General (AG) with plenary authority to "prosecute and conduct all suits in the Supreme Court in which the United States shall be concerned" and to give advice and opinions upon questions of law when requested by the President or the heads of various Departments...**

**The present statutory authority vesting plenary litigating authority with the Attorney General,** including 28 U.S.C. §§§§ 516, 519 and 5 U.S.C. §§ 3106, parallels that found in the 1870 Act. Except as otherwise authorized by law, **only attorneys of the Department of Justice under the supervision of the Attorney General may represent the United States or its agencies or officers in litigation. Counsel for other government agencies may not be heard in opposition.** *See In re* Confiscation Cases, 74 U.S. 454, 458 (1868); The Gray Jacket, 72 U.S. 370, 371 (1866). Nor, in the absence of statutes to the contrary, may any suit be brought on behalf of the United States except by the Attorney General or an attorney under his/her superintendence. *Sutherland v. International Ins. Co., supra; F.T.C. v. Guignon,* 390 F.2d 323 (8th Cir. 1968); *I.C.C. v. Southern Railway Co.,* 543 F.2d 534 (5th Cir. 1976), reh. en banc denied, 551 F.2d 95 (5th Cir. 1977). **The completeness of the Attorney General's authority is further illustrated by the fact that once a matter has been referred to the Department of Justice, the referring agency ceases to have control over it.** *See United States v. Sandstrom,* **22 F. Supp. 190, 191 (N.D. Okla. 1938).**

**See USAM 4-3.000 for additional authorities with respect to the Attorney General's inherent authority to compromise and close civil cases...**

## 4-1.410 Responsibilities of Client Agencies -- Compromise and Dismissal or Closing

Authority over the disposition of a civil matter, once it is referred to the Department of Justice, resides in the Attorney General or his/her delegate, **and the client agency may not control its handling or disposition.** *See United States v. Sandstrom,* 22 F. Supp. 190, 191 (N.D. Okla. 1938); *FTC v. Guignon, supra;* E.O. 6166 § 5, June 10, 1933. In rare cases a statute may provide continuing settlement or other authority in the referring agency. Cf. 28 U.S.C. § 2348. **An agency's recommendation (which may be couched in terms such as "we have accepted the offer of settlement," for example) should not be construed as an acceptance but rather only as a recommendation. Such powers as other officials of the government had theretofore with respect to litigation were withdrawn by E.O. 6166, June**

10, 1933, leaving the Attorney General with complete authority. *See Duncan v. United States*, 39 F. Supp. 962, 964 (W.D. Ky 1941); *Aviation Corp. v. United States*, 46 F. Supp. 491, 494 (Ct. Cl. 1942), *cert. denied*, 318 U.S 771 (1943); 38 Op. Att'y Gen. 124, 125. **Where the authority of the Attorney General has been redelegated to United States Attorneys, and the client agency involved objects to the compromise, dismissal, or closing, the case may not be compromised, dismissed, or closed without the consent of the Assistant Attorney General of the Civil Division. "Consult" within the meaning of Civil Division Directive 14-95, means to discuss with the agency in good faith, in order to decide or plan an appropriate course of action. In Tort cases, although all agencies should be consulted, the agency "involved" for purposes of requiring referral to the Assistant Attorney General, Civil Division does not construe "agency or agencies involved" to ordinarily encompass the agency whose acts or omissions gave rise to the tort since the agency is not a proper party to an FTCA suit.**

### 4-1.440    Responsibilities of Client Agencies -- Pleadings and Interrogatories

Agency counsel may offer to prepare suggested pleadings and papers for civil cases. It is appropriate to receive such suggestions, or even to request agency preparation of suggested pleadings and papers, if this will facilitate the disposition of litigation rather than delay it. However, agency counsel are not required to provide this service. **Pleadings and papers prepared by agency counsel should be critically examined, and rewritten as necessary, to assert the proper litigating position for the government** and conform with proper practice....

Agency representatives generally should prepare the answers to interrogatories and sign such answers. *See* Fed. R. Civ. P. 33. Agency answers to interrogatories, if any, should not be submitted to the court pro forma, **but should be critically examined, and recast if necessary, to reflect accurately the facts and the appropriate litigating position which should be taken under the circumstances**.

### 4-1.450    Responsibilities of Client Agencies -- Referrals

**Agency referrals for litigation should be accompanied by sufficient information**, whether in the form of a litigation report or otherwise, **to permit an intelligent evaluation of the factual and legal merits of the case**...

### 4-1.500    Liaison of United States Attorneys with Civil Division

**The degree of liaison which should be maintained with the Civil Division varies substantially from one type of case to another. Most civil cases, claims, and judgments have been delegated to the United States Attorneys for handling, though the Assistant Attorney General for the Civil Division remains responsible for their effective handling.** Little liaison is required as to these cases. **However, the Civil Division remains ready to advise and assist on these cases upon request.**

**Significant matters of policy, important questions of first impression, serious differences of views with client agencies, and adverse court decisions, should be brought to the**

attention of the Civil Division, regardless of the amounts involved, the method of referral, or whether the case is delegated or nondelegated. The Civil Division will communicate with client agencies to effect changes, clarification or consistency in policies, endeavor to make available the latest precedents which may not otherwise be available, attempt to assure reasonable uniformity of positions and procedures among United States Attorneys, advise whether particular cases should be used to test new propositions, and make available expertise developed in certain specialties over the years.

### 4-3.100        Authority of the Attorney General

The Attorney General has the inherent authority to dismiss any affirmative action and to abandon the defense of any action insofar as it involves the United States of America, or any of its agencies, or any of its agents who are parties in their official capacities. *See Confiscation Cases*, 7 Wall. 454, 458 (1868) (action brought by an informer with expectation of financial gain); Conner v. Cornell, 32 F.2d 581, 585-6 (8th Cir.), *cert. denied*, 280 U.S. 583 (1929) (dismissal of suit on behalf of restricted Indian wards of the United States); Mars v. McDougal, 40 F.2d 247, 249 (10th Cir.), cert. denied, 282 U.S. 850 (1930); 22 Op. Att'y Gen. 491, 494; 38 Op. Att'y Gen. 124, 126; see United States v. Throckmorton, 98 U.S. 61, 70 (1878); United States v. Newport News Shipbuilding & Dry Dock Co., 571 F.2d 1283 (4th Cir.), cert. denied, 439 U.S. 875 (1978). **This authority may be exercised at any time during the course of litigation.**

The Attorney General also has the inherent authority to compromise any action insofar as it involves the United States of America, its agencies, or any of its agents who are parties in their official capacities. *See Halbach v. Markham*, 106 F. Supp. 475, 479-480 (D.N.J. 1952), aff'd, 207 F.2d 503 (3rd Cir. 1953), *cert. denied*, 347 U.S. 933 (1954); 38 Op. Att'y Gen. 124, 126. **This authority is not dependent upon any express statutory provision.** *See* 38 Op. Att'y Gen. 98, 99. **To the contrary, it exists to the extent that it is not expressly limited by statute.** *See Swift & Co. v. United States*, 276 U.S. 311, 331-2 (1928).

### 4-3.110 Delegations of the Attorney General's Authority to Compromise and Close

The Attorney General has delegated settlement authority in civil cases to the several Assistant Attorneys General and certain other officials.

...

### 4-3.120 General Redelegation of the Attorney General's Authority to Compromise and Close

The Assistant Attorney General for the Civil Division has redelegated portions of the Attorney General's authority to United States Attorneys, and also to Deputy Assistant Attorneys General, branch directors, ...

While the United States Attorneys should study that published Directive before compromising, closing, or seeking authorization for the compromising or closing of a civil claim, it may be generally said that, subject to the exceptions noted in USAM 4-3.140:

The Deputy Assistant Attorneys General of the Civil Division are authorized to act for, and to exercise the authority of, the Assistant Attorney General with respect to the institution

9

of suits, and acceptance or rejection of compromise offers, and the closing of claims or cases, unless any such authority is required by law to be exercised by the Assistant Attorney General personally or has been specifically delegated to another Department official.

**4-3.200 Bases for the Compromising or Closing of Claims Involving the United States**

A United States Attorney should compromise or close a claim (the term "claim" is used in its broadest sense to include, for example, a claim that arises out of a judgment entered for or against the United States) **pursuant to the authority described in USAM 4-3.120 only when one or more of the following bases for such action are present:**

The United States Attorney believes that a claim of the United States is without legal merit (*see* 16 Op. Att'y Gen. 248 (1879); 23 Op. Att'y Gen. 631 (1902); 38 Op. Att'y Gen. 98 (1934));

The United States Attorney believes that a claim of the United States cannot be factually proven in court (*see* 16 Op. Att'y Gen. 259 (1879); 23 Op. Att'y Gen. 631 (1902); 38 Op. Att'y Gen. 98 (1934)):

The United States Attorney believes that a different claim of the United States should be selected for the purpose of resolving an open issue of law:

...

Compromise requires some mutuality of concession. There must be room for the play of give and take. *See* 16 Op. Att'y Gen. 248 (1879); 23 Op. Att'y Gen. 18 (1900); 36 Op. Att'y Gen. 40 (1929); 38 Op. Att'y Gen. 94 (1933). **The adequacy of the concession is to be determined by the exercise of sound discretion.** See 38 Op. Att'y Gen. 98 (1934).

Hardship, which does not involve inability to pay, is not a proper basis for settlement. *See* 23 Op. Att'y Gen. 18 (1900); 38 Op. Att'y Gen. 94 (1933).

The United States Attorney believes that the cost of collecting a claim in favor of the United States will exceed the amount recoverable (see 4 C.F.R. §§ 103.4);

The United States Attorney believes that compromising or closing a claim of the United States is necessary to prevent injustice (*see* 38 Op. Att'y Gen. 98 (1934); 38 Op. Att'y Gen. 94 (1933));

The United States Attorney believes that the enforcement policy underlying a claim of the United States will be adequately served by a compromise (see 17 Op. Att'y Gen. 213 (1881); 29 Op. Att'y Gen. 217 (1911); 31 Op. Att'y Gen. 459 (1919); as restricted by 21 Op. Att'y Gen. 264 and 36 Op. Att'y Gen. 40);

The United States Attorney believes that it is less costly to compromise a claim against the United States than to undertake further legal action in defense against the claim;or

The United States Attorney believes that a compromise of a claim against the United States is substantially more favorable than the verdict or judgment that would probably result from further litigation.

**EVIDENCE IN SUPPORT OF OUR CLAIMS**

Although in our letters to the U.S. Attorney we included ad nauseam evidence proving

that the agency lawyers abused the legal process since the onset by maliciously prosecuting the Complainant; committed fraud to the own agency's Administrative Law Judge, its own head- the Honorable Secretary (past and present), the U.S. Attorney's Office counsels (past and present), and the Courts (past and present); have no legally valid evidence in support of their claims and the one they have is false, flawed or fabricated through their suborn perjury and the resultant perjury of their witnesses; have possessed exonerating evidence also since the onset which they have wantonly and heinously hidden in a overt obstruction of justice; and have violated a myriad of rules of ethics as cited in our complaint for professional misconduct filed against them before the Office of Professional Responsibility of the District of Columbia Bar (D.C. Bar); in order to substantiate our just claims, we will nevertheless summarize them, for the sake of facilitating your evaluation of this Complaint and save some of your precious and valuable time.

**I. In Terms of the Clock Hour Issue Viciously Raised By AIC-Nater and the USDE lawyers.**

1. For the years under the OIG Audit: 1991-92;1992-93; and the beginning of year1993-94,

34 Code of Federal Regulations, § 600.2 defined a clock hour literally as:

A period of time consisting of :

> 1. A 50 to 60 minute class, lecture or recitation;

> 2. A 50 to 60 minute faculty-supervised laboratory, shop training or internship;

Then on July 23, 1993 **after** the 1993-94 academic year had begun as of July 1, 1993, the USDE promulgated new regulations that became effective on September 7, 1993, **after** the Fall academic term had begun, which defined a clock hour as:

> 1. A 50 to 60 minute class, lecture or recitation in a 60 minute period;

> 2. A 50 to 60 minute faculty-supervised laboratory, shop training or internship in a 60 minute period;

The USDE lawyers claimed that the addition of the phrase "in a 60 minute period" at the end of each clause of the regulation somehow must have been interpreted as a clear sign that IEU could not offer two (2) or more classes in succession of fifty (50) minutes. This claim is both absurd and nonsensical. Who, with an unbiased mind can infer such oddity from the above? But that was not enough, the USDE lawyers went a step further and let us see what they came up with.

2. In the own USDE-Compliance and Enforcement Division (CED), Letter of Termination of Eligibility to IEU of March 12, 1996,( legally unripe because the OIG- FAD was not issued until June 28, 1996, thus not providing for the most elementary due process guarantees protection), the USDE lawyers nevertheless recognized, that clock hours of classes after all could be fifty (50) minutes in length, although only whenever they felt like it. As you shall corroborate below, it just does not get more arbitrary, capricious, not in accordance with the regulations, reason and logic than this. (See Exhibit 3).

" The revised regulation became effective on September 7, 1993. Under the regulation, the following are acceptable methods for institutions to structure periods of instruction:

**(1) Instruction for 50 minutes with no preceding or subsequent classes is acceptable as one clock hour of instruction** ...

11

(2) ...

(3) **Instruction for 50 minutes with no preceding class, followed by 10 minutes of non-instructional time with subsequent classes 50 minutes in length, each followed by 10 minutes of non-instructional time, is an acceptable schedule. Each 50- minute period would total a clock hour.**

(4) **Instruction for 50 minutes with no preceding class, but with a subsequent class of instruction immediately following, is an acceptable schedule. However, 10 minutes of non-instructional time must follow the second class and all subsequent classes. In this instance each 50-minute period would total a clock hour. This is acceptable because non-instructional time precedes the beginning of the first class. Thus, under the new regulation, the first two periods of instruction may run consecutively.**

As you can see, the USDE lawyers went as far as putting in writing that , it "was acceptable" to offer two (2) fifty (50) minute classes that "may run consecutively", "because non-instructional time precedes the beginning of the first class". As if they deserved to be Nobel Prize winners by discovering that a non-instructional time precedes the beginning of the first class. This quote is illustrative of the degree of absurdity that these lawyers reached with this nonsense. The plain language itself of the regulation, explained in standard English, that a clock hour of instruction could be anywhere between fifty (50) to sixty (60) minutes in length. There are no quantum physics concepts in this standard. Any person knows that as a matter of customs and usage in all academic environments throughout the United States, during the past three (3) centuries, classes have been defined by institutions as periods between fifty (50) to sixty (60) minutes. The fact that IEU defined its clock hour as a fifty (50) minute period, just as the regulation explicitly and specifically provided for, just as hundreds of years of customs and usage have, throughout thousands and thousands of institutions, should be more than enough to convince an objective evaluator that the sustainment of this maliciously fabricated and flawed finding from AIC-Nater by the USDE lawyers was more than arbitrary, capricious and not in accordance to the own regulations, it was an abuse of the legal process, and a malicious prosecution with fraudulent representation to ALJ, the Secretary, the U.S. Attorney's Office counsels and the Courts.

3. The own OIG reports recognized that there was no difference in the clock hours in question duration. It further recognized that IEU did not charge for non-instructional time.

When and if you read all of the OIG audit reports: the OIG Draft Report (June 1995) (Exhibit 4); the OIG Audit Report (September 1995) (Exhibit 5); and the Final Audit Determination (FAD) (June 28,1996) (Exhibit 6), all of them recognize that there was no difference in the arithmetic of the net hours of instruction between OIG and IEU. They also explicitly recognized that IEU did not charge for non-instructional time. Ergo, that should had been the end, at least of the abuse of the legal process and the malicious prosecution of this issue.

The OIG-AIC Nater's aberrant position was that the Complainant could not accumulate the breaks or recesses periods of ten (10) minutes between classes to offer the students the customary period for eating food, going to the bathroom, etc., As anyone shall recognize, it does not get more absurd and stupid than this. But even when the regulation, the customs and usage, the QARTR findings, and the own agency's ALJ decision were all against his evidently flawed position, plus the fact that the agency fired the own OIG-AIC after the fact, the USDE lawyers

12

nonetheless have persisted in their abuse of the legal process, their malicious prosecution, in obstructing justice, and making their fraudulent representation to the courts pursuing this matter to this date without an iota of remorse or intention to professionally and ethically acknowledge and comply with their legal and moral obligation to concede the real truth of the matter, not even with their U.S. Attorney's Office counsels.

4. The own USD-OGC legal opinion (Exhibit 7) on the subject ruled that the interpretation that the USDE auditors were giving to this issue based on non other than an answer to a question that had appeared in a Dear Colleague Letter of June 1985, as authority in support of this nonsense was dead wrong and in so doing, after a rather extensive study on the issue, the opinion concluded with the following admonition:

> " To uphold the interpretation of the regulation advanced in the Dear Colleague and the Q & A, the regulation must be ambiguous enough to leave room for interpretation, and the interpretation must be consistent with the terms of the regulation and the reasons the rule was adopted. Because the regulatory language "equivalent of a 50 to 60 minute period" is not ambiguous on its face, and because the rule was promulgated with the avowed intention to preserve institutional flexibility, it seems more probable that a reviewing administrative tribunal or court would reject the Dear Colleague restriction applied to the 100-minute class considered by the program reviewer at issue here".

5. The Chief Auditor of the USDE-Institutional Review Branch (IRB), the other auditing arm of the agency besides the OIG, and the one who had requested the legal opinion on the subject to the OGC, had issued a Policy Memo, (See Exhibit 8), ordering that the auditors "**should not cite a finding nor take any action**" in scenarios such as this.

6. With the above background, it should not come as a surprise to realize that the own USDE-ALJ in the case In Re Denver Paralegal Institute, Docket No. 92-86-SP, 92-87-SA, March 14, 1994, affirmed February 24, 1995, (Exhibit 9), decided against the USDE lawyers absurd interpretation and stupid application of the clock hour regulation. See the pertinent excerpt below.

> Initially, a clock hour is defined by 34 C.F.R. §§ 668.2 (1989) as "[t]he equivalent of [a] 50 to 60 minute class, lecture, or recitation." Thus, 50 minutes of instruction is sufficient to constitute one clock hour. Hence, the regulation is clear that clock hour measurement does not correspond precisely with the actual amount of time of instruction. Clock hour measurement will always be the same or more than the actual instruction time. **Hence, ED's the premise underlying its litigating position -- that clock hour measurement reflects actual time -- is inconsistent with the Department's regulation.**
>
> **To reach its premise, ED argues, in effect, that a period for a break must also be included as part of a clock hour of instruction. Under ED's view, the sum of the break period and the instruction period must equal an actual hour of time in order to constitute a clock hour.** Therefore, it asserts that DPI's 150 minutes of evening

13

instruction is less than three clock hours because DPI's evening session failed to include three 10 minute breaks.

ED's position is based on the 1992-93 Student Financial Aid Handbook which contains a provision not included in earlier editions--

It is not allowable to count more than one clock hour per 60-minute period; in other words, a school cannot schedule several hours of instruction without breaks, and then count clock hours in 50-minute increments. The result would be that seven hours of consecutive instruction would count as 8.4 clock hours (420 minutes/50 minutes=8.4 hours). This is not allowable; seven real-time attendance hours cannot count for more than seven clock hours.

In this case, the nine month evening program consisted of four lectures each week. Each lecture was held from 6:00 pm to 8:30 p.m. and provided 150 minutes of instruction. This approach provided the same quantity of education as would have been provided by three separate, 50 minute classes with three 10- minute breaks.

**The clock hour regulation focuses solely upon the period of instruction. Break periods are not relevant under the regulation. Thus, the determining factor is the quantity of education provided, not whether there is or is not a break provided before or after the period of instruction**. In this case, the minimum quantity of education provided at DPI satisfies the quantity required by ED's regulations governing half-time status and, therefore, the students in the nine month evening program may be considered as half-time students during the period in which the course measurement was in clock hours.

ED's student financial aid handbook for fiscal 1993 does not

affect this issue in any event. First, it was published and made effective for periods after the period in issue in this case. Under Bennett v. New Jersey, 470 U.S. 632 (1985) and In re Temple University, Dkt. No. 89-26-S, U.S. Dep't of Education (1990), **regulations promulgated subsequent to the year of the program may not govern the program in a prior year. Such a proscription is equally applicable to a modification in the Student Financial Aid Handbook which came after the period in issue. Second, the position advocated in the handbook conflicts with the rationale of the definition of clock hour in 34 C.F.R. §§ 668.2, as noted above, and, therefore, the handbook may be disregarded.** See footnote 9 9/

7. The own USDE ALJ in the case In Re MBTI, Docket No. 93-147-SA, April 15, 1994, affirmed June 9, 1995, reaffirmed against the USDE lawyers retainment of this absurdity and stupidity. See below for the pertinent excerpt. (Exhibit 10).

**The dispute between the parties is whether a clock hour may constitute 50 minutes of instruction, as MBTI urges, or whether it must be, as ED argues, 60 minutes in duration of which 50 to 60 minutes must be instructional** and any remaining time in

14

that hour must be spent by the student at the school.

Since the parties agree that the amount of instruction was adequate, the practical effect of the disagreement is that ED seeks the recovery of Pell funds because, under its view, MBTI did not provide its students with an additional 10 1/2 minutes of break time each day in the Conversational English program. See footnote 3 3/

**A clock hour is defined by 34 C.F.R. §§ 668.2 (1991) as the equivalent of "[a] 50 to 60 minute class, lecture or recitation." This is precisely the definition implemented by MBTI. MBTI used 50 minutes as representing a clock hour and determined the number of clock hours in its programs based upon the actual amount of instruction. It did not include any break time as part of a clock hour of instruction. This construction is fully consistent with the above definition of a clock hour.**

**The positions and arguments of the parties in this litigation are identical to the dispute in In re Denver Paralegal Institute, Dkt. Nos. 92-86-SP and 92-87-SA, U.S. Dep't of Education at 15-16 (Mar. 14, 1994). There, ED's argument was rejected and the tribunal held that the clock hour regulation focuses solely on instructional time and that a clock hour of instruction may be less than an actual hour of time--**

[A] clock hour is defined by 34 C.F.R. §§ 668.2 . . . as '[t]he equivalent of [a] 50 to 60 minute class, lecture, or recitation.' **Thus, 50 minutes of instruction is sufficient to constitute one clock hour. Hence, the regulation is clear that clock hour measurement does not correspond precisely with the actual amount of time of instruction. Clock hour measurement will always be the same or more than the actual instruction time. Hence, ED's . . . premise underlying its litigating position -- that clock hour measurement reflects actual time -- is inconsistent with the Department's regulation.**

. . . .

**The clock hour regulation focuses solely upon the period of instruction. Break periods are not relevant under the regulation. Thus, the determining factor is the quantity of education provided, not whether there is or is not a break provided before or after the period of instruction.** Id.

**Notwithstanding the unambiguous definition of clock hour in 34 C.F.R. §§ 668.2, ED relies upon a June 1985 Dear Colleague Letter (Gen-85-12) as authority for the proposition that an institution cannot divide the total number of minutes of instruction in a day by 50 minutes to determine the number of clock hours in that day.** See footnote 4 4/ This proposition was also included in the 1992-93 Student Financial Aid Handbook which ED relied upon as its primary authority in Denver Paralegal Institute.

The position advanced in the Student Financial Aid Handbook in Denver Paralegal Institute was disregarded and its basis is equally applicable to the Dear Colleague Letter--

[It] conflicts with the rationale of the definition of clock hour in 34 C.F.R. §§ 668.2, as

15

noted above, and, therefore, the handbook may be disregarded. Id., at 17.

Moreover, the legal significance of a Dear Colleague Letter was also addressed in Denver Paralegal Institute. **There, it was held that a Dear Colleague Letter cannot--serve as a basis for substantive rules upon which ED can rely.** This view is consistent with Jackson v. Culinary Sch. of Wash., 788 F. Supp. 1233, 1262 (D.D.C. 1992) which held that **a Department policy, not subject to the notice and comment procedures of the Administrative Procedure Act (APA), was not binding on third parties--[since] this policy has not yet been codified in law or regulation . . . [t]he case law in this Circuit clearly suggests that such a pronouncement, which has not been subjected to the notice and comment procedures required by the APA, 5 U.S.C. §§ 553, cannot be binding on third parties.**

See also In re Baytown Technical Sch., Inc., Dkt. No. 91-40- SP, U.S. Dep't of Education (1991) at 26 **(the Department's Dear Colleague Letters may be useful as a "backdrop of published policy statements . . . but these indicia of policy cannot stand alone as the basis for regulatory violation.")** Id., at 4-5.

**For the reasons indicated above, the position set forth in the Dear Colleague Letter is rejected.**

**ED also relies on the Preamble to the Federal Register published on July 23, 1993.** In the Preamble, the Secretary notes that an institution may not compute clock hours by dividing by 50 minutes--

To demonstrate the number of clock hours in an educational program, certain institutions have aggregated the number of minutes of instruction provided in that program, and have divided those minutes by 50. This practice is inconsistent with the Secretary's long-standing interpretation under the current definition of the term "clock hour." Under that interpretation, if an institution seeks to determine the number of clock hours in an educational program by aggregating the number of minutes in that program, it has to divide those minutes by 60 rather than 50.

The revised definition of a clock hour requires that each clock hour of instruction takes place in a discrete 60- minute period.[See footnote 5 5/ ] 58 Fed. Reg. 39,619 (July 23, 1993).

Regulations and decisions of the Secretary, issued in response to appeals of the decisions of Administrative Law Judges or hearing officials, are binding on this tribunal as accepted means of expressing policy and interpretation. **However, a comment by the Secretary in a Preamble is not a regulation and has no binding effect.** See Bissette v. Colonial Mortgage Corp. of D.C., 477 F.2d 1245, 1247 (D.C. Cir. 1973); Gersman v. Group Health Ass'n, Inc., 725 F. Supp. 573, 577 (D.D.C. 1989); Council of Hawaii Hotels v. Agsalud, 594 F. Supp. 449, 453 (D. Haw. 1984). "[T]he preamble . . . is merely a general statement of policy which does not mitigate and certainly does not override the specific requirements laid out in the body of the

16

**statute**." Samuels v. District of Columbia, 650 F. Supp. 482, 484 (D.D.C. 1986).

In addition, the Preamble to a regulation published in 1993 does not affect the period of July 1, 1990, through June 30, 1991, which is in issue in this proceeding. **Regulations promulgated subsequent to the year of the program may not govern the program in a prior year. Bennett v. New Jersey, 470 U.S. 632 (1985); In re Temple University, Dkt. No. 89-26-S, U.S. Dep't of Education (1990). Such a proscription is equally applicable to a Preamble which came after the period in issue. See Denver Paralegal Institute, at 17.**

**In summary, ED's position is contrary to the plain language of the definition of clock hour as set forth in 34 C.F.R. §§ 668.2.** Accordingly, ED's proposed recovery, which seeks $90,112 in Pell funds due solely to MBTI's purported failure to compute properly the clock hours of its programs, is denied and the final audit recovery determination is vacated. See footnote 6 6/

8. Also not surprisingly, the ALJ in the own IEU's case as logically and naturally could be expected, for more than one reason also ruled against the USDE lawyers' fixation with their absurd and stupid pretentiousness stubbornly maintained with utmost temerity. See In the Matter of Instituto de Educacion Universal, Docket nos. 96-28-ST, 96-93-SP and 96-103-SA, January 24, 1997. (Exhibit 11). Please see the pertinent excerpt below.

The Department's primary goal is to award Pell Grants to students based upon receiving a specified amount of instruction - a clock hour. This instructional clock hour must not consist of anything less than 50 minutes of class, lecture or recitation; the Department will recognize a 50 minute class, accompanied by a 10-minute non-instructional period, to be the equivalent of one clock hour. The regulation confirmed this when it was amended in 1993 specifically sanctioning the inclusion of up to 10 minutes of non-instructional time within one clock hour. However, in many institutions which offer classes which cover a two, three, or four hour block of time in one session, designed with 10-minute breaks for each hour, the instructor and students frequently decide to reallocate the 10 minute break periods. This is accomplished by aggregating them either in the middle, or at the conclusion, of the class session. The obvious benefit to the choice of the latter option is that the class ends early and the non-instructional period is taken after the students and faculty have departed the facility. **This, or any other form of realignment of the non-instructional periods does not deprive the students of any instructional time, as the student has had the benefit of several 50 minute periods of instruction and several 10 minute periods of non-instructional time.**

SFAP's failure to include the 50 minutes of non-instructional time IEU allows each of its day program students, and the 20 minutes of non-instructional time for the night students, in the computation of the program's clock hours suggests that the Department is interested in preventing a school from providing a continuous stream of 50 minute lectures, without the benefit of a break. Perhaps this is premised on the concern for the value of such non-stop class time. **If the non-inclusion of non-instructional time in the clock hour**

17

computation is based on this theory, then this appears to be a venture by the **Department to exercise direction or control over IEU's curriculum or program of instruction, which is expressly prohibited. 20 U.S.C. §§ 3403;** *see also* **20 U.S.C. §§§§ 1232-a, 5899.[4] The arrangement of instructional and non- instructional class hours is not a Departmental concern,** but one within the province of a state licensing body or accrediting agency.

---

[4] "SECTION 5899 STATE AND LOCAL GOVERNMENT CONTROL OF EDUCATION
(A) FINDINGS
THE CONGRESS FINDS AS FOLLOWS:
    (1) CONGRESS IS INTERESTED IN PROMOTING STATE AND LOCAL GOVERNMENT REFORM EFFORTS IN EDUCATION.
    (2) IN PUBLIC LAW 96-88 (20 U.S.C. 33401 ET SEQ.) THE CONGRESS FOUND THAT EDUCATION IS FUNDAMENTAL TO THE DEVELOPMENT OF INDIVIDUAL CITIZENS AND THE PROGRESS OF THE NATION.
    (3) IN PUBLIC LAW 96-88 THE CONGRESS FOUND THAT IN OUR FEDERAL SYSTEM THE RESPONSIBILITY FOR EDUCATION IS RESERVED RESPECTIVELY TO THE STATES AND THE LOCAL SCHOOL SYSTEMS AND OTHER INSTRUMENTALITIES OF THE STATES.
    (4) IN PUBLIC LAW 96-88 THE CONGRESS DECLARED THE PURPOSE OF THE DEPARTMENT OF EDUCATION WAS TO SUPPLEMENT AND COMPLEMENT THE EFFORTS OF THE STATES, THE LOCAL SCHOOL SYSTEMS, AND OTHER INSTRUMENTALITIES OF THE STATES, THE PRIVATE SECTOR, PUBLIC AND PRIVATE EDUCATIONAL INSTITUTIONS, PUBLIC AND PRIVATE NONPROFIT EDUCATIONAL RESEARCH INSTITUTIONS, COMMUNITY BASED ORGANIZATIONS, PARENTS AND SCHOOLS TO IMPROVE THE QUALITY OF EDUCATION.
    (5) WITH THE ESTABLISHMENT OF THE DEPARTMENT OF EDUCATION, CONGRESS INTENDED TO PROTECT THE RIGHTS OF STATE AND LOCAL GOVERNMENTS AND PUBLIC AND PRIVATE EDUCATIONAL INSTITUTIONS IN THE AREAS OF EDUCATIONAL POLICIES AND ADMINISTRATION OF PROGRAMS AND TO STRENGTHEN AND IMPROVE THE CONTROL OF SUCH GOVERNMENTS AND INSTITUTIONS OVER THEIR OWN EDUCATIONAL PROGRAMS AND POLICIES.
    (6) PUBLIC LAW 96-88 **SPECIFIED THAT THE ESTABLISHMENT OF THE DEPARTMENT OF EDUCATION SHALL NOT INCREASE THE AUTHORITY OF THE FEDERAL GOVERNMENT OVER EDUCATION** OR DIMINISH THE RESPONSIBILITY FOR EDUCATION WHICH IS RESERVED TO THE STATES AND LOCAL SCHOOL SYSTEMS AND OTHER INSTRUMENTALITIES OF THE STATES.
    **(7) PUBLIC LAW 96-88 SPECIFIED THAT NO PROVISION OF A PROGRAM ADMINISTERED BY THE SECRETARY OR BY ANY OTHER OFFICER OF THE DEPARTMENT OF HEALTH, EDUCATION AND WELFARE (FOOTNOTE 1) SHALL BE CONSTRUED TO AUTHORIZE THE SECRETARY OR ANY SUCH OFFICER TO EXERCISE ANY DIRECTION, SUPERVISION, OR CONTROL OVER THE CURRICULUM, PROGRAM OF INSTRUCTION, ADMINISTRATION, OR PERSONNEL OF ANY EDUCATIONAL INSTITUTION, SCHOOL, OR SCHOOL SYSTEM, OVER ANY ACCREDITING AGENCY OR ASSOCIATION OR OVER THE SELECTION OR CONTENT OF LIBRARY RESOURCES, TEXTBOOKS, OR OTHER INSTRUCTIONAL MATERIALS BY ANY EDUCATIONAL INSTITUTION OR SCHOOL SYSTEM.**

**(B) REAFFIRMATION**
**THE CONGRESS AGREES AND REAFFIRMS THAT THE RESPONSIBILITY FOR CONTROL OF EDUCATION IS RESERVED TO THE STATES AND LOCAL SCHOOL SYSTEMS AND OTHER INSTRUMENTALITIES OF THE STATES AND THAT NO ACTION SHALL BE TAKEN UNDER THE PROVISIONS OF THIS CHAPTER BY THE FEDERAL GOVERNMENT WHICH WOULD, DIRECTLY OR INDIRECTLY, IMPOSE STANDARDS OR REQUIREMENTS OF ANY KIND THROUGH THE PROMULGATION OF RULES, REGULATIONS, PROVISION OF FINANCIAL ASSISTANCE AND OTHERWISE, WHICH WOULD REDUCE, MODIFY, OR UNDERCUT STATE AND LOCAL RESPONSIBILITY FOR CONTROL OF EDUCATION."**

18

Another theory which SFAP may be pursuing here is its interpretation that the clock hour definition in Section 600.2 requires the 50- to 60-minute class and any resulting 0- to 10-minute non-instructional time to occur within one consecutive 60 minute period, as opposed to being aggregated as discussed above. **If this is SFAP's position, it is based on an ambiguous change to the regulation which leaves the regulation subject to further contention. Although the Secretary indicates a clock hour of instruction should occur in a ""discrete 60-minute period"", the regulation is not quite so precise. Requiring that the non-instructional time immediately follow a distinct 50-minute period of class ignores the realities of the dynamics of classroom behavior involving classes of two or more consecutive hours in length.** See footnote 6[6]

9. The OIG-QARTR exonerated IEU and chastised the OIG-AIC Nater's Audit. (Exhibit 12). The USDE lawyers that the U.S. Attorney's Office have so blindly entrusted obstructed this report altogether from the ALJ and the Secretary just as they have from the own U.S. Attorney's Office counsels and the Honorable Judges of all the courts that have had and continue to have this issue before them. See the pertinent excerpt below:

" SPECIFIC OBSERVATIONS:

1.BASED ON B-CT-3-a AND B-CT-3-B, THE SCHOOL'S CALCULATION OF CLOCK HOURS MAY HAVE BEEN CORRECT, AT LEAST PRIOR TO THE 1993/94 PROGRAM YEAR. THE DAY STUDENTS WENT FROM 8:00-1:50 (TRANSLATES TO SIX HOURS) AND THE NIGHT STUDENTS WENT FROM 6:00 TO 10:40 (TRANSLATES TO FIVE HOURS). USING 50 MINUTES OF INSTRUCTION IN A 60-MINUTE PERIOD AS THE BASIS, THE OIG TOOK THE POSITION THAT DAY STUDENTS WENT FOR FIVE HOURS AND THE NIGHT STUDENTS WENT FOR FOUR HOURS, 10 MINUTES. **THIS POSITION COULD BE UNSUPPORTABLE (SIC) UNDER APPEAL BECAUSE IT WOULD DISCRIMINATE AGAINST STUDENTS BASED ON THE SCHEDULE AS "SHOWN BELOW"** "IF THE SCHOOL SCHEDULE IS 8:00-8:50, 9:00-9:50, 10:00-10:50, 11:00-11:50, 12:00-12:50, AND 1:00-1:50--A STUDENT ATTENDS FOR 300 MINUTES OF INSTRUCTION AND HAS 50 MINUTES OF BREAKS. **ED WOULD AGREE THAT THE STUDENT WOULD BE CREDITED WITH SIX CLOCK-HOURS OF INSTRUCTION.**

**THEREFORE, WHY SHOULD  ED TAKE THE POSITION THAT A STUDENT WHO ATTENDS FROM 8:00-11:20 AND 12:10-1:50, THEREBY RECEIVING 300 MINUTES OF INSTRUCTION AND HAVING 50 MINUTES OF BREAKS, SHOULD BE CREDITED WITH ONLY FIVE HOURS OF INSTRUCTION? AN ALJ COULD HAVE SERIOUS PROBLEMS WITH THIS CONCEPT. "**

(INDEED THE ALJ IN IEU'S CASE DECIDED THIS ISSUE IN IEU'S FAVOR, ALTHOUGH OBTUSELY, SINCE HE CREATED AN INCREDIBLE AND UNNECESSARY FICTION OF A "TEN MINUTE AFTER CLASSES BREAK" THAT HAD THE EFFECT OF IMPUTING ON IEU AN ABSURD AND INSUPPORTABLE LIABILITY OF 1/3 OF ONE HOUR FOR THE

EVENING STUDENTS. CREATING IN THE PROCESS A DIFFERENCE AMONG IEU OWN STUDENTS. THE DAY AND NIGHT STUDENTS WERE TO BE MEASURED DIFFERENTLY. BELIEVE IT OR NOT!-PARENTHESIS OURS).

11. The own USDE' QARTR went even further by stating in writing that:

> **"The Team indicated that sufficient, competent, and relevant evidence to support finding # 1 was not obtained. They commented that... "the work papers did not provide sufficient evidence to convince a cold reviewer that the school violated the spirit of the regulations."** See AIC-Nater's Response to the QA Team Findings-IEU ACN 02-40075. (Exhibit 13).

12. The own USDE-OIG- AIC-Nater in his sworn testimony at the administrative hearing at the USMSPB confessed that he knew that the USDE-ALJ had ruled against the USDE lawyers obsession. See transcript of the procedure at the USMSPB at 64 where Nater confessed that:

> **" But that day, Porfirio [Rios, the OIG Chief] told me that the Hearing Offices of the Department of Education had dropped that finding."** See Exhibit 14.

13. The own USDE-OIG-AIC-Nater, in his response to the QARTR candidly conceded that:

> "The "Clock- Hour issue is currently before an administrative court, probably will be review (sic) at a later phase at a judicial court, is not for me to decide the issue. **However, you should take into account that before we developed the finding for IEU an ALJ had already decided the issue against ED..."** See Exhibit 15.

14. Finally, in a January 17, 1997 letter (**one week before the ALJ decision -** parenthesis ours) to Regional Inspector General (RIGA). Mr. Guido Piaseci, AIC Nater himself made the following startling confession, as if he was been clairvoyant:

> "As I explained in the QA. I feel the issue is clearly a legal issue, which probably will be decided in a judicial court as the last resort. I feel that the Secretary do have a valid point to defend**; however, it is obvious, from a legal standpoint, that the issue is in favor of the school**.". Exhibit 16.

15. The OIG supervisor (Rios) recognized in the ALJ hearing under oath that IEU did not overcharge. (Exhibit 17).

IN THE OCTOBER 22, 1996, ADMINISTRATIVE HEARING, ON PAGE 178, THE U.S.D.E.'S WITNESS, MR. PORFIRIO RIOS, DECLARED:

QUESTION BY MR. CEREZO: BUT YOU CAN GUARANTEE THAT AFTER AUDITING THEIR REPRESENTATION OF 50- MINUTE CLASSES IS BEING CONFIRMED, THAT

THAT'S THE SAME THING THAT THEY OFFERING IN THEIR BROCHURES,[5]
CORRECT? **THAT THEY WERE NOT OVERCHARGING, THEY WERE
NOT OVERCHARGING 60 MINUTES FOR 50 MINUTES.
ANSWER BY MR. RIOS: NO, THEY'RE NOT CHARGING 60 MINUTES.
Q. THAT WOULD BE YOUR TESTIMONY UNDER OATH.
A. THAT'S MY TESTIMONY UNDER OATH.**

16. The own USDE lawyers on its FAD of June 28, 1996, at least had the partial decency of conceding us two-thirds of the reason by admitting that:

> **"During the period prior to the change in the definition of a clock hour (prior to the 1993-94 award year) there may have been ambiguity in the interpretation of the regulation regarding the definition of clock hour. Therefore we are not assessing a liability for the periods prior to the 1993-94 award year."**

Why did they concede for two of the three years and not for the last one is a clear sign of the real underlying problem with this controversy since the onset: the lack of valor, courage and will of responsible and ethical professional lawyers to recognize that some colleagues, both inferior and superior in their hierarchy, were terribly wrong since the beginning, besides been arbitrary, capricious and discriminatory. To add insult to injury, the USDE lawyers again incurred into committing fraud to the U.S. Attorney's Office counsels and the Courts by representing that the 1993-94 award year was not eliminated because it felt under the new July 23, 1993, effective September 7, 1993 regulation, and that allegedly that was not part of the In Re MBTI decision rejection of the USDE lawyers, by this time pathological mania with this issue.

Even a perfunctory reading of the excerpt above proves beyond any doubt whatsoever that such representation is absolutely and maliciously fraudulent. Its evident and obvious agenda is to try to confuse the U.S. Attorney's Office counsels and the Courts by trying to give the impression that the alleged clarification in the Preamble of that regulation which by the way was also was rejected by their own ALJ, cured the admitted ambiguities that their illegal interpretation and application of the regulation had according to its own ALJ's. The USDE lawyers also go a step

---

[5] See the USDE'S factors of Financial Responsibility, pursuant to section 668.15 of the Higher Education Act (HEA) as amended, where it states:

**SECTION 668.15 FACTORS OF FINANCIAL RESPONSIBILITY**
(A) GENERAL. TO BEGIN AND TO CONTINUE TO PARTICIPATE IN ANY TITLE IV, HEA PROGRAM, AN INSTITUTION MUST DEMONSTRATE TO THE SECRETARY THAT THE INSTITUTION IS FINANCIALLY RESPONSIBLE UNDER THE REQUIREMENTS ESTABLISHED IN THIS SECTION.
(B) GENERAL STANDARDS OF FINANCIAL RESPONSIBILITY. IN GENERAL, THE SECRETARY CONSIDERS AN INSTITUTION TO BE FINANCIALLY RESPONSIBLE ONLY IF IT--
(1) **IS PROVIDING THE SERVICES DESCRIBED IN ITS OFFICIAL PUBLICATIONS AND STATEMENTS;** ...

further in their fraudulent representation to the above judicial entities by also maliciously omitting the relevant and extremely significant fact the ALJ ruled this issue in IEU's favor even after considering the above fraudulent representation to it. The end result of this is that IEU remains the only institution in the history of education of the U.S. to have been viciously and heinously destroyed based on how it structured its breaks or recesses to its students!!! If you consider this an over- exaggeration, please ask the USDE lawyers for the production of any other similar case in this otherwise Great Nation.

Evidence by the USDE

1. No testimony, declaration, not even a sworn statement or affidavit by the OIG-AIC Nater. Of course, since they had expelled the AIC, they could not possibly produce this. They instead brought his immediate supervisor in (the same one against whom AIC-Nater had whistleblowed on various occasions), to declare through hearsay, in flagrant violation of the Federal Rules of Evidence, about an issue in an audit he had not performed, that he himself had advised and ordered AIC-Nater against (See Memo on Insubordination by Rios where he denounced that he had specifically ordered AIC-Nater not to include year 1993-94 in the scope of the audit-Exhibit 18 ) and with flaws for which he joined the rest of the USDE supervisors in moving for the expulsion of AIC-Nater from the USDE-OIG.

Here it is. You have seventeen pieces of good quality evidence versus a hearsay declaration by the OIG Chief Auditor himself that was instrumental in the expulsion of OIG-AIC Nater. Do you objectively think that your U.S. Attorneys complained against here did a good job sifting the evidence of the USDE lawyers? That is the question?

## II. In Terms of the Alleged Unpaid Refunds Finding by IRB-Auditor Felix Lugo.

In terms of this issue we produced all the following hard, overwhelming, clear and convincing and beyond any doubt evidence emerging from the own USDE documents or IEU official documents maliciously manipulated by the USDE lawyers:

1. The debit itself to the funds authorization in the Pell Grant Program Statement of Authorization is per se beyond doubt evidence that the alleged unpaid refunds were indeed paid. (Exhibit 19). This by itself should had been enough, because the funds were debited, ergo, we could not withdraw them again.

2. The debit to the account itself of IEU as shown in the ED Payment History and Account Balance Reports is per se beyond doubt evidence that the alleged unpaid refunds were indeed paid. (Exhibit 20). The fact that there is a one- to- one correspondence between the debit to the funds authorization and the debit to the funds in ED Finance should leave no room for any doubt whatsoever. This by itself should had been more than enough since it proves that the funds were debited from our account at Finance by the own USDE.

3. The List of Refunds of IEU entitled "Informe de Reprocesos" for the fiscal year 1994-95 on which AIC Lugo based its " unpaid refunds" finding. (Exhibit 21). See below.

4. The List of Refunds per the program review with the IPS Batch Number and Date when they were paid. This list includes the name, social security number, the amount originally awarded as per the student payment summary, the amount finally awarded as per the student payment summary, the amount refunded per the reprocessed payment vouchers per student, the student withdrawal date per the Informe de Reprocesos, the IPS Batch Number where each refund repayment voucher was reprocessed and the date when the IPS Batch Report with the refunds was processed by the USDE. If this is not enough, there is a cross reference to the Pell Grant Student Payment Summary, to the specific page, and cumulative number of the refund student in said Summary. As anyone can corroborate it cannot get more specific than this. (Exhibit 22).

5. The Federal Pell Grant Program Electronic Payment Information Batch Summary Report for each one of the students whose refunds we indubitably paid from the $655,554 imputed by the audit and viciously and heinously maintained by the USDE lawyers corresponding to the alleged 512 unpaid refunds is included together with a subsidiary List of Selected Records that provide each student name, social security number, the amount paid and the amount remaining to be paid once the refund was paid through the reprocessing of the payment voucher with cross references, to all the other pertinent USDE official documents(Exhibit 23).

6. The Table of Pell Grant Batch Reports for year 1994-95 showing from where the $1,120,192 debit to the authorization and the funds in ED Finance came from. The $655,554 corresponding to the 512 "unpaid refunds" falsely imputed were part of the $1,120,192. As anyone can corroborate we finished paying more than double the amount that the late refunds imputed by the USDE as unpaid.

7. The confession by AIC Lugo that: " All the information, related to the refunds..." was provided in good faith by IEU, October 22, 1996 hearing transcript at p. 213.

8. The concession by AIC Lugo before the ALJ that he did not even verify the records provided to him by IEU, and that he assumed they were correct as a clear sign that he trusted IEU's accountability more than his own USDE's for auditing purposes. October 22, 1996 hearing transcript at p. 214.

9. The concession by AIC Lugo that the reduction in the authorization could be for "paid refunds". October 22, 1996 hearing transcript at p. 216.

10. The perjury of Lugo suborned by the leading questions of the OGC lawyers became obvious when he said that Jose Ruiz, the "Executive Director", had told him that the refunds were processed in September. Besides being hearsay, this was contradicted by the own USDE documents above that specify when each refund is made. Besides, Lugo knew well that Ruiz was not the Executive Director since he had acted as IEU's host to Lugo and the USDE officers from

23

Washington and New York Region for the various Fiscal Officers Training Workshops that were offered during the 1991-94 years at IEU of all places. October 22, 1996 hearing transcript at p. 207-209.

11. The fact that all the cases of all the students whose refunds were allegedly not paid by IEU that the USDE lawyer produced in evidence, all of them did not coincide with the "September" answer with which Lugo perjured himself. October 22, 1996 hearing transcript at pp. 202-206. This is what I call a very clumsy fabrication of evidence indeed.

12. The expert witness testimony of Certified Public Accountant (C.P.A.) Ramon Marin, from C.P.A. firm Valdes Garcia and Marin, external independent auditors of IEU for federal funds, that there was no doubt that IEU had paid those refunds and that the evidence from the own USDE documents so demonstrated beyond any doubt. Such testimony was not even rebutted. To the contrary, the own USDE lawyer in his line of questioning contributed to make clear for the record the fact that the refunds were paid, albeit some of them late, but all of them paid indeed. October 23, 1996 hearing transcript at pp. 146, 149, 151,-153, 155, 159-163 and 165.

Consistently with this, if you look at page 146 of the October 23, 1996 hearing transcript, CPA Ramon Marin testified under oath, another uncontroverted issue of material fact in this controversy:

> JUDGE O' HAIR: EXCUSE ME. CAN YOU STATE FOR WHAT YEAR THESE REFUNDS WERE DUE–
>
> MR. MARIN: THESE REFUNDS WERE DUE FOR THE YEAR '93, '94, '95, I BELIEVE. JUDGE O' HAIR: 94/95. (NOTICE HIS EMPHASIS ON 94-95 AMIDST WHAT THE WITNESS HAD JUST DECLARED). OKAY, THANK YOU.
>
> **MR. MARIN: WE VISITED THE SCHOOL, AND EXAMINED CERTAIN DOCUMENTS, INCLUDING THE STUDENT PAYMENT VOUCHERS, AND PELL GRANT ADJUSTMENTS, AND WE WERE ABLE TO DETERMINE THAT, IN FACT, THE $655,000 WERE DEDUCTED FROM THE AUTHORIZATIONS THAT THE SCHOOL HAS AVAILABLE FOR THAT YEAR. AND, IN FACT, THEY WERE ALSO DEDUCTED FROM THE FEDERAL GRANT FUNDS.** THAT WAS THE EXTENT OF OUR TEST.

Further on, at page 149, for clarification purposes (assuming that was needed) the testimony went as follows:

> Q. OKAY, WHAT I WANT IS YOU TO EXPLAIN HOW DOES IT WORK, AND HOW DO YOU JUSTIFY TO THE JUDGE THE FACT THAT THE DEBT IS NO LONGER IN EXISTENCE?
> A. **IT'S REDUCED FROM THE AUTHORIZATION, AND IN ADDITION IT IS REDUCED FROM THE FEDERAL FUNDS THAT THE SCHOOL HAS AVAILABLE TO WITHDRAW. AND THAT'S SHOWN ON A STATEMENT OF**

24

**ACCOUNT THAT IS ISSUED FROM THE FED WIRE ACCOUNT BALANCE.**

On page 151, the exchange went as follows:

JUDGE O' HAIR: I SEE.

**MR. MARIN: ALL OF THOSE ADD UP TO MORE THAN WHAT THE $655,000 WERE, BECAUSE THOSE WERE ADJUSTMENTS AT THE TIME THAT THE AUDITOR, THE FEDERAL AUDITORS WERE THERE. THEY ARE NOT NECESSARILY ALL THE ADJUSTMENTS THAT THE SCHOOL MADE SUBSEQUENT TO THAT DATE.**
**IN FACT THE SCHOOL RETURNED MORE THAN THE $655,000 .**

JUDGE O' HAIR: THESE ADJUSTMENTS WERE MADE BY THE SCHOOL. I MEAN THEY–

**MR. MARIN: THEY WERE REPORTED TO THE DEPARTMENT OF EDUCATION, AND THE DEPARTMENT OF EDUCATION ADJUSTED THE AUTHORIZATION BASED ON THOSE DOCUMENTS.**

**JUDGE O' HAIR: OKAY. THIS IS A DEPARTMENTAL DOCUMENT.**

**MR. MARIN: YES, SIR.**

**JUDGE O' HAIR: A DEPARTMENT - GENERATED DOCUMENT. OKAY.**

**MR. MARIN: THE ONE THAT I WAS SHOWN PREVIOUSLY SHOWS A DECREASE OF $1 MILLION ONE POINT SOMETHING.**

BY MR. CEREZO:

Q. IN OTHER WORDS, WHAT YOU ARE TELLING--I'M ASKING--THAT THE DOCUMENT REFLECTS THE DECREASES THAT ARE MADE BY THE DEPARTMENT. IN THIS DOCUMENT--
A. YES.
Q. TO REFLECT THE INFORMATION SUBMITTED BY THE INSTITUTION. CORRECT?
A. YES.
Q. AND THAT INFORMATION IS INTENDED--TELL ME WHETHER        I'M CORRECT OR NOT, WHETHER I HAVE UNDERSTOOD YOU-- TO  ERASE WHAT IS CALLED A REFUND. TO PREPAY.
**A. WELL, TO DECREASE THE AUTHORIZATION, BASED ON AN ADJUSTMENT THAT YOU ARE SUPPOSED TO RETURN THE MONEY. BUT THE MONEY IN FACT, IS RETURNED, WHEN THEY SUBTRACTED**

IT FROM THE, FROM THE FEDERAL FUNDS ACCOUNT.
Q. AND, IF I UNDERSTOOD CORRECTLY, THIS ADDS UP TO
APPROXIMATELY $1.2 MILLION--
A. MMHM.

On page 155, Mr Marin declared under oath:

" BY EXAMINING THE CURRENT BALANCE IN THE ACCOUNT, IN THE JULY
19TH. THE SCHOOL HAD $4,538,000. AND IN JULY 20, THEY HAD $3,418,000. THE
DIFFERENCE IS $1, 120,000 THAT WERE DEDUCTED FROM THE CURRENT
BALANCE.
Q. AND IN THAT YOU SUSTAIN, AS YOU ASSERT, EXPLAINS WHAT?
A. WELL, THAT EXPLAINS THAT THE ADJUSTMENT ON THE PREVIOUS
DOCUMENT, THAT IT SHOWED THAT IT HAD A DECREASE OF ONE MILLION
TWENTY HAS BEEN DEDUCTED ALSO FROM THE, FROM THE FEDERAL FUNDS
ACCOUNT.

And on page 159:

JUDGE O' HAIR: YES.

MR. MARIN: OKAY? WE CAN SEE IT RIGHT THERE, THE CURRENT BALANCE
OF THE ACCOUNT, THIS IS THE FEDERAL CASH ACCOUNT, IS FOUR MILLION
FIVE THREE EIGHTY.
AND THE NEXT DAY, WITHOUT THE INSTITUTION DOING ANY
TRANSACTIONS, THE NEXT DAY, THAT IS JULY 20, 1995, THE BALANCE
DECREASES TO THREE POINT FOUR ONE EIGHTY.

JUDGE O' HAIR: ALRIGHT.

MR. MARIN: THE DIFFERENCE IS ONE MILLION ONE TWENTY THAT THE
FEDERAL, THAT THE DEPARTMENT OF EDUCATION DECREASE (SIC) FROM
THEIR ACCOUNT, IN PAYMENT OF THE REFUNDS.

In the cross examination, by USDE's lawyer, Mr. Russell Wolff, on pages 164-65, evidently
desperate in view of the undeniable reality that IEU's clear and convincing evidence
demonstrated beyond any doubt that IEU had paid these refunds albeit late, asked:

BY MR. WOLFF:

Q. MR. MARIN, YOU WERE ASKED TO DETERMINE WHETHER OR NOT
CERTAIN REFUNDS FOR 1994/95 WERE ULTIMATELY PAID BY THE SCHOOL.
ISN'T THAT RIGHT?
A. YES, SIR.
Q. NOW, THERE'S NO QUESTION IN YOUR MIND, MR. MARIN IS THERE

**THAT THOSE REFUNDS WERE, IN FACT, PAID LATE, CORRECT?** (NOTICE
HE DID NOT CLAIM THEY WERE NOT PAID)
A. RIGHT, THEY WERE.

Thus, the own USDE- OGC'S lawyer had to concede that the refunds in question were indeed
paid late, not unpaid! How and why he still has the nerve to persist in his calumny against this
Complainant, is a question I would like someday to be able to ask him in his face, preferably in
from of his family so that his loved ones learn what sort of scoria he is in reality. We rest our
case in terms of the issue of the payment of these refunds.

For the USDE lawyers to claim that IEU did not pay these refunds, or that the USDE did not
collect them for that matter, is the most insupportable and untenable calumny of the many
incurred by them in this controversy and it does not only dramatizes their imbedded and
accustomed dishonesty but serves to highlight the criminal character [6], bad faith and intentional
conduct of the members of their "Hate Team". We are certain that they are not going to change
but we are nonetheless filing this Complaint because we do need to assure ourselves that neither
them nor you can later claim that you did not know or that you did not need to know about these
crimes under the color of authority against an entire community of thousands of students, their
professors, administrators and technical workers who these lawyers destroyed.

13. In case more is needed, and we doubt that there is, we invite you to take a look at the
disparate treatment given to this issue for the previous two years in the same program review or
IRB audit. (See Exhibit 24 here and See Exhibits 13-15 of the January 13, 2003 Letter to USA
Humberto Garcia). For the years 1992-93 and 1993-94, the USDE lawyers agreed that the
refunds had been paid late after considering exactly the same identical evidence that was
produced for the 1994-95 year: the Pell Grant Statement of Account (PGSOA), the Pell Grant
Institutional Payment Summary (ies) Batch Reports. Actually, because of the irrational
persistence of the USDE lawyers in the false accusation that we did not pay the refunds for year
1994-95, we included all the additional evidence you have before you, such as the Federal Pell
Grant Program Electronic Payment Information Batch Summary Report and its subsidiary List of
Selected Records: the List of Refunds Per Program Review With IPS Batch Number And Date,
with cross reference to the Pell Grant Student Payment Summary (with the total over 6,000
awardees records also included) and most importantly the ED Payment History and Account
Balance Report, none of which were produced with regards to the years 1992 thru 1994. In other
words, the USDE lawyers with regards to this issue repeated the same behavior they exhibited
with the clock hour issue. They conceded for the previous two years but viciously and heinously
retained the "finding" or violation for the third just to give the false impression that they had
done their job well at least partially and that after all these years of investment they did not end
empty handed

---

[6] In this controversy there was a vicious character assassination of an entire institution,
the hundreds that worked for it and the thousands it served, by way of an undisguised conspiracy
to violate the civil rights of all of them. See 18 U.S.C. 241 and 242.

14. The fact that the USDE lawyers did not move nor requested the U.S. Attorney's Office counsels to file for criminal charges against the Complainant for having failed to pay the purported "unpaid refunds" to the federal fisc is definitely another strong and clear argument in our favor.

So here it is. You have here quantitative and qualitative evidence that proves without a doubt that the alleged unpaid refunds were undoubtedly paid. You have it in the form of macro-accounting evidence such as the debits to the authorization and from the funds per seat ED Finance. You have it in the form of micro-accounting evidence where you can corroborate the name, social security numbers, the amount repaid, the date, and the batch number of each IPS where each of the 512 "unpaid refunds" were paid according to USDE official documents. (All this showing that the original report provided to AIC-Lugo had a 99.37% of accuracy). Actually, you have here the evidence that demonstrates without a doubt that USDE attorney Wolff not only have been entertaining himself playing with our dignity during the past years but also with that of the ALJ, the Secretary, your staff counsels and worst all the Honorable Federal Judges he has heretofore fooled. This is why we are not going to rest until we get him disbarred.

    USDE Evidence

        1. Not even an Affidavit. Only the perjury of Lugo suborned by the OGC lawyers and contradicted by himself in his own testimony right there and then in the own administrative hearing.

        2. The Lists of Refunds provided to him by IEU with his confession to the ALJ that he did not even care to corroborate them.

III. In Terms of the Alleged Excess Cash Situation Claimed by OIG-AIC Expelled Auditor Nater

1. Although IEU since the onset conceded that it had inadvertently incurred into certain instances where in fact it held more cash on hand than its disbursements could justify, the amount of the excess cash amount imputed by OIG-AIC Nater was evidently flawed and maliciously inflated. First, the regulations at the time provided for a different set of rules than what later became the normative. At that juncture, institutions were allowed to request monies from their authorized funds through a cash forecasting that did not require a punctilious accounting prior to the request. This was recognized by non other than the own U.S. Attorney in charge of this case in the Motion For Summary Judgment, of September 16, 1996  in case 96-1893 (JAF), at p. 9, where it was almost graciously conceded that:

> " UNDER THE ADVANCE SYSTEM, THE DEPARTMENT PROVIDES FUNDS TO AN INSTITUTION BEFORE THE INSTITUTION PAYS STUDENT BENEFICIARIES. IN GENERAL, THE DEPARTMENT PROVIDES THESE FUNDS BASED SIMPLY UPON AN INSTITUTION'S REQUEST FOR THEM. AN INSTITUTION IS NOT REQUIRED TO ACCOUNT TO THE DEPARTMENT FOR THESE PAYMENTS BEFORE

28

RECEIVING THEM. AN AFTER-THE FACT ACCOUNTING IS PROVIDED
THROUGH A REQUIRED ANNUAL AUDIT. 34 C.F.R. SECTION 668.23.(UNDERLINED
IN THE ORIGINAL-).

2. The mere mathematics of the equation were a vivid proof of this claim. The amount of excess
cash imputed was so grossly inflated that it could not withstand a simple arithmetical division
operation. The reason for this was that AIC Nater maliciously took the posting date as the basis
to calculate the length during which IEU allegedly held cash on hand in excess of its needs or of
what the disbursements could justify, instead of the correct credit effective date when the
disbursement was due and payable which was determined by the amount of eligible students
attending an eligible program whose payment period was due. Anyone recognizes that during
those times the actual posting of the credit  transactions in the accounts receivable ledger took
weeks to materialize.

In the October 23, 1996 administrative hearing, when OIG Chief Auditor, Mr. Porfirio Rios was
questioned by IEU'S counsel about the existence or not of a regulation that prescribed that the
posting of the credit transactions needed to be made in X mount of time, on page 44. **Rios
confessed that there was not such regulation.** Here is how it went.

> **Q. ALL THOSE THINGS, WHATEVER, BUT THE THING IS THERE IS NO
> REGULATION.
> A. NOT IN THE FEDERAL REQUIREMENTS.**

Then on page 51, it was established, that there is a period of time between the actual effective
credit date and the date is posted.

> **"Q. I'M ASKING YOU, IF I COULD ESTABLISH BEFORE THE COURT, ON
> PROPER, ADMISSIBLE EVIDENCE, THAT THESE NUMBERS, THERE REFERENCE
> NUMBERS ARE ACTUAL DISBURSEMENT DATES--
> A. DATES, OKAY?
> Q. --WOULDN'T THAT MEAN, IN, SUCH A CASE, IN SUCH AN ACTUALITY,
> WOULD IT BE THAT THEY ARE, THAT THERE IS A LAPSE OF DAYS BETWEEN
> THE ACTUAL TRANSACTION AND THE RECORD KEEPING?
> A. THAT WOULD BE THE CASE."**

Furthermore, on pages 63 and 64, of the October 23, 1996 hearing, Mr. Rios confessed that it
was unfair to use the entry date or posting date, instead of the credit or transaction date, as a basis
to calculate the excess cash.

> **Q. THE TRUTH IS THAT IT WOULD BE UNFAIR IF ACTUALLY THE
> TRANSACTION OCCURRED ON ONE DAY, AND YOU ARE USING
> THE ENTRY.
> A. THAT WOULD BE TRUE.**

29

On page 90, Mr. Rios again confessed that Nater (as we already know he was not the auditor in charge, his testimony was hearsay), used the posting dates instead of the credit dates for the calculation of the excess cash.

> Q. YES, YESTERDAY, WHEN YOU WERE ANSWERING QUESTIONS FROM SISTER COUNSEL YOU MADE REFERENCE THAT THIS (SIC) WAS THE DATES, THE POSTING DATES, ENTRIES, ACCORDING TO MY NOTES, THAT THIS WAS THE INFORMATION, 15-1.
> A. YES, THE--
> Q. IT'S TITLED--
> A. -- **THE POSTING DATES OF DISBURSEMENTS.**
> Q. OF COURSE.
> A. OKAY.
> Q. AND I--
> A. BY BRANCH, BY BRANCH.
> Q. BY BRANCH, YES. **SO THIS IS THE INFORMATION YOU HAVE TOLD THE ADMINISTRATIVE LAW JUDGE THAT YOU USED IN ORDER TO DETERMINE THE EXCESS CASH.**
> **A. YES, THIS IS ONE OF THE BASIS.**

However, on page 60 of the transcript of the same hearing of October 23, 1996, Mr. Rios, had confessed**":THAT'S WHY WE COULDN'T RELY ON MUCH (SIC) OF THESE STUDENT LEDGERS...."** Thus, the evidence showed that the OIG audit only relied upon the "posting dates" schedule provided by IEU to base their excess cash imputation. By these actions, the auditors failed to observe the "punctiliousness" that this type of audit should maintain, paraphrasing the language of the U.S. Court of Appeals for the First Circuit in the case, Maine State Board Of Education v. Cavazos, 956 F.2d 376, (1st Cir. 02/13/1992). [7] Actually, when IEU found that AIC-Nater had utilized a non-accounting document ( "Hojas de Posteo") to back his manipulation and inflation of this finding, IEU proceeded to reproduce 12,000 student ledgers, the true and valid accounting document containing the real dates where the credits to the accounts receivable ledger were made and which constituted the irrefutable evidence regarding this issue and sent an emissary specifically to Washington, D.C., to personally deliver them. The USDE lawyers again ignored this hard evidence. By ignoring the accounts receivable ledgers, they violated the generally accepted auditing procedures (GAAP'S) as established by the Financial Accounting Standard Boards (FASB'S) and the Governmental Accounting Standard Board (GASB'S) of the Financial Accounting Foundation (FAF) as approved by the American Institute Of Certified Public Accountants (AICPA), the entity that governs the audit practice in

---

[7] "It is normally reasonable for an agency administering a large grant program to insist upon punctiliousness in money matters, applying rather strict accounting principles, to prevent fraud, to prevent waste, and to help understand, and thereby to evaluate, program operation". Justice Breyer writing when he still was at the First Circuit. We respectfully contend that this principle, with which we totally agree, should also apply to government auditors. Just as with the deference principle we argued before it should also work both ways, not one way.

the U.S..

On pages 96-98, there was additional evidence to these effects. Let us see.

Q. I GATHER THAT'S THAT YOU MEANT THAT THE LEDGER GIVES YOU MORE INFORMATION.
A. TRUE, THAT IS TRUE.
Q. BUT YESTERDAY YOU MADE A STATEMENT HERE TO THE JUDGE, TO THE PARTIES, THAT IN THE PARTICULAR CASE OF EXCESS CASH, YOUR ACTUAL COMPUTATIONS WERE MADE FROM POSTING DATES.
A. TRANSACTION POSTING DATES.
Q. POSTING DATES.
A. YES.
Q. FINE. WHICH MEANS, AND LET ME SEE IF I CAN ALMOST QUOTE YOU, THAT YOU USED THE DISBURSEMENT RECORDS, WHICH ARE THE POSTINGS, THE ONES LIKE 15-1, WHICH SAYS "HOJAS DE POSTEO", POSTING ENTRIES, AM I CORRECT?
A. POSTING RECORDS.
Q. RECORDS.
A. RECORDS. NOT SINGULAR BUT PLURAL.
Q. YES, POSTING--
A. CONSISTING OF THIS DOCUMENT WHICH WE HAVE, ED EXHIBIT 15-1, AND OTHER NECESSARY DOCUMENTS--
Q. SO, I GATHER--
A. THAT WERE DEEMED--
Q. THE WAY YOU--I'M SORRY
A. THAT WE DEEMED NECESSARY--
Q. OKAY.
A. --TO DETERMINE A CONCLUSION.
Q. OKAY, SO I UNDERSTAND THAT YOU, IN THIS CASE OF INSTITUTO DE EDUCACION UNIVERSAL, WHEN YOU IN YOUR REPORT, IN YOUR AUDIT REPORT YOU SAY THERE IS AN EXCESS CASH PROBLEM. YOU FOUND THAT PROBLEM, AND MADE YOUR CALCULATIONS, UTILIZING, FIRST, POSTING DATE, AND SECOND THE DATE THE MONEY WAS TRANSFERRED FROM THE DEPARTMENT TO THE INSTITUTION. AM I CORRECT?
A. TO THE FEDERAL ACCOUNT, YES. TO THE INSTITUTION'S FEDERAL ACCOUNT.
Q. TO THE INSTITUTION'S FEDERAL ACCOUNT.
A. YES.
Q. IN OTHER WORDS--
A. AND THE DATE THAT IT WAS TRANSFERRED FROM THE FEDERAL ACCOUNT TO THE OPERATIONAL ACCOUNT, WHICH IS ACTUALLY THE

31

, DATE IT IS DISBURSED. THAT'S THE DATE WE CALCULATED.
**Q. THAT YOU ARE CALCULATING THE EXCESS CASH FROM THE DATE THE FEDERAL GOVERNMENT TRANSFERRED THE MONIES INTO THE FEDERAL ACCOUNT, AND THE POSTING DATE.**
**A. THE POSTING DATE, YES.**
**Q. AM I CORRECT?**
**A. YES, THAT'S ONE OF THE DATES CONSIDERED.**

And on the following pages, the evidence ratifies IEU'S position. On page 99 .

**Q. OF COURSE. AND THAT ONE YOU MATCHED WITH THE ENTRY, WITH THE POSTING.**
**A. WITH THE POSTING DATE, YES.**
**Q. THAT IS CORRECT?**
**A. THAT WOULD BE CORRECT.**

And on pages 101 and 102 . . .

**Q. I KNOW YOU--**
**A. -- ON THE CALCULATION ON THE IMPUTED INTEREST, COUNSELOR, YES, THE DATES I JUST MENTIONED--**
**Q. POSTINGS, ACROSS THE BOARD FOR ALL CASES.**
**A. YES, FOR ALL CASES.**
**Q. BUT THAT'S THAT'S THAT'S PRECISELY--AGAIN, IN ALL CASES YOU MULTIPLIED, USING THE DATES ELAPSED BETWEEN THE TRANSACTIONS MADE OF THE DISBURSEMENT, NOT TO THE STUDENT, YOU ARE USING AS DATE OF DISBURSEMENT FOR THE STUDENT POSTING DATE, IN ALL CASES, THROUGHOUT THE SYSTEM. CORRECT?**
**A. RIGHT.**

3. The USDE lawyers' obstructed evidence included in the QARTR denounced the above when it reported to the supervisors at the USDE OIG and OGC. under the section entitled "Specific Observations" that:

2. THE AUDIT WORK PAPERS CONTAIN TWO DIFFERENT METHODS FOR CALCULATING IMPUTED INTEREST. D-1 CALCULATES INTEREST ON A DAILY BASIS, **BUT THE LOGIC IS FAULTY. D-1-1 CALCULATES INTEREST ON A SIX-MONTH BASIS WHICH CANNOT BE JUSTIFIED. THE REPORT SAYS WE CALCULATED INTEREST ON A MONTHLY BASIS. THIS STATEMENT OBVIOUSLY IS NOT SUPPORTED BY THE WORK PAPERS."**

4. The USDE lawyers also deliberately ignored IEU's expert witness account of this accounting

technicality which was not refuted not disputed by them.

Regarding this issue, IEU produced as expert witness, independent CPA, Ramon Marin, from Valdes, Garcia and Marin, IEU'S external auditors for federal funds for the years 1994-95, one of the most prestigious CPA firms in P.R.. In his testimony, at the October 23, 1996 hearing, on page 116 of the transcript, Mr. Marin attested to the fact that the effective date of a disbursement and its posting date are two different, independent events, that do not have to do one with the other. This fact was uncontroverted by the USDE. See page 116, supra, where it says:

> **Q. SO, IF I UNDERSTAND YOU CORRECTLY, THAT MEANS THAT THE TRANSACTION IS MADE ONE DAY, AND REGISTERED ANOTHER.**
> **A. WELL, I DON'T THINK THAT THE EFFECTIVE DATE OF THE TRANSACTION HAS TO DO WITH THE DATE IT IS POSTED. IT CAN BE POSTED ANY TIME.**

5. As a source for his manipulation, the AIC, used an unsigned spreadsheet entitled "posting dates." He never used the accounting spreadsheets, the student ledgers, the general ledger entries not any other reliable and pertinent accounting documentation, thereby violating all of the above.

6. The malicious inflation of the excess cash "finding" resulted in the absurdity of the AIC imputing that IEU had an arithmetically impossible monthly average excess cash of almost double the amount the monthly average of total cash received!! In other words, IEU received a total of $28,387,050 for the three (3) years included in the audit, which divided by the thrirty-six (36) months in the three (3) years, gives a monthly average of total funds received of $788,529. The AIC imputed IEU with a monthly average excess cash of $1,367,500, almost double the amount of total funds received. In banking terms, when IEU had a monthly average of total funds deposited of $788,529 the AIC determined that IEU had a monthly average overdraft of $1,367,500. This was the arithmetical logic result of the malicious inflation by the AIC as a direct and consequential result of having taken the wrong denominator from the formula- the posting dates instead of the effective credit dates. In case you may be interested in deciphering this additional flaw, see Response of IEU regarding this issue to the OIG Draft Report, the OIG Final Report, the OIG Final Audit Determination (FAD) and its final appeal to the Secretary of the ALJ Decision regarding this issue. Please also review what the QARTR had to say in regards to this issue above.

7. The USDE lawyers also bypassed the excess cash tolerance levels in a very accommodating fashion. They did this by arguing that the tolerance levels were not included in the rules until 1995 and the finding was related to years 1991-1994, thus supposedly not applicable. But in so doing, they failed to recognize that the fact that there were no tolerance levels recognized in the regulations before 1995 was a point against their position since for the time that the audit was performed there were no provisions whatsoever as to excess cash on hand in the regulations.

Ergo, a literal application of the then existing regulations would leave no room for the excess cash finding the way it was imputed and much less the way it was retained.

8. The fact that the USDE had not established at that time clear policies regarding excess cash is confirmed by the fact that it was not until the Blue Book was issued ex-post-facto in July 1995, that the USDE included its rules about how to deal with this issue.

9. The working papers of the IEU's OIG audit by AIC-NAter included a report of his test which purpose was: " To test is students payments as per the ledger card (Tarjeta de Estudiante) are actually traceable to a Pell Disbursement List (Nomina y Posteo Pell), as indicated in the ledger card." That report, handwritten by AIC-Nater was included as evidence in our letter to the U.S. Attorney. (See Exhibit 14 to the January 13, 2003 letter) (Exhibit 25 here). The most pertinent and relevant revelations of that report are the following:

> " To this end we traced 34 transactions which included tracing info from the student ledger-Pell+SEOG- to the acctng. Records (Registro de Posteo). Also we verified info in the Pell G. Pmt. Summary.
> Test Results:
> Except for two exceptions, **all the transactions were traced to the records and the information was accurate**....
> Conclusion: Two isolated exceptions were noted; **the system of posting pmt in the "Registro de Posteo" and them posting it to the student acct card provides accurate and traceable info.**
> ...
> **Thus, transactions related to the Fed program refelcted (posted) in the student ledger card are traceable to the Disb'mt list and to the Posting List.**"

As anyone can see, the above handwritten notes by the own AIC-Nater contradict his own findings and Chief Auditor Rios hearsay testimony regarding this issue. On the other hand, they are consistent with IEU claims and the QARTR contents in this vein.

So here it is. The QARTR few excerpts that we have made available to you, thanks to OIG-AIC-Nater, in addition to all the above evidence, should be more than enough to convince you that the USDE lawyers have deliberately omitted relevant evidence from your U.S. Attorney's Office counsels just to try to save their neck.

## USDE Evidence

All that the USDE lawyers produced in this vein was the hearsay testimony of OIG-Chief Auditor Rios, who should not had been allowed to speak for AIC-Nater; first because the former was not the AIC; second, because he himself had denounced the insubordinations of AIC-Nater, various of them related to the IEU audit; and third, because he was instrumental in the expulsion of the latter. The USDE lawyers omitted the above from the U.S. Attorney's Office counsels.

## IV. Aggravating Factors

1. The USDE lawyers deliberately violated the applicable statute (Higher Education Act -HEA of 1965 as amended) in not providing the Complainant the option mandated by law of providing a performance bond as a security to the USDE to cover any liabilities that might finally result after the final decision was reached regarding these issues. See HEA of July 1995, section 498(c)(3).

2. The USDE lawyers instead of obeying the statute provisions above cited or providing for the requested installment agreement for the payment of the liabilities while under appeal. (See Exhibit 26) proceeded to preconfiscate all funds pending to be disbursed to the Complainant, through an unconstitutional Notice of Offset previous to the ALJ's decision having become final. Those funds had been deliberately withheld and not disbursed abusing the reimbursement method of payment also imposed without due process over the Complainant. To add insult to injury, although the ALJ decided the clock hour issue against the USDE, which was the liability with the highest monetary impact, they preconfiscated all the funds not providing for the allotment that the ALJ decision mandated in terms of this finding. (IEU had $2, 263,389 in pending to be paid reimbursement requests and the Notice of Offset was for $1,631,699, leaving a balance of $631,690 stolen from IEU and its students. See Notice of Offset of February 6, 1997). Please explain under what legal precept did the USDE lawyers base this taking of property without due process if the ALJ decision upon which it was allegedly based upon:

> 1. Had ruled the issue of higher monetary impact (the alleged overawards due to the infamous clock hour interpretation and application) in favor of IEU?
> 2. Said ruling was not final because the statute of limitations to appeal had not expired. Actually by the time the Notice of Offset was implemented the ALJ decision had not been even notified to IEU.
> 3. Both parties availed themselves of this right and appealed, thus it did not become final.
> 4. The Secretary's final agency decision was promptly and timely appealed for judicial review and it is still not final.
> 5. The pretext on which the Notice of Offset was "justified" was on the ALJ determination of IEU's loss of eligibility. (See Letter at p.1, ¶ 3). Precisely and most ironically that specific portion of the ALJ decision was explicitly revoked by the Secretary who determined that IEU's termination of eligibility was " not warranted for lack of evidence of intentional wrongdoing". (See October 28, 1997 Final Decision by the Secretary - Exhibit 27). The USDE lawyers filed a Motion for Reconsideration before their Secretary imploring for IEU's termination and it was also denied. (Exhibit 28).

3. The obstruction of justice by hiding the QARTR to the ALJ, to the Secretary, to the U.S. Attorney's Office counsels, to the Plaintiff-Complainant and to the Federal Courts, both District and Circuit.

4. The ex-post-facto expulsion of the OIG-AIC Nater in the aftermaths of the QARTR.

5. The ex-post-facto resignation of the OIG supervisor Rios.

6. The ex-post-facto resignation of IRB- AIC-Lugo to join IEU's main competitor and to appear as its President while its true President was being indicted by the U.S. Attorney..

7. The ex-post-facto resignation of the OGC lawyer in charge Ms. Gil Montero, Esq..

8. The fait accompli that OIG-AIC Nater lost all his causes of action against the USDE at all forums, where he based his claims on alleged reprisals against him for his whistleblowings, when among the real true reasons why he was expelled were his flaws at the Complainant's audit as proved by the QARTR contents. If the real true reasons would have been his whistleblowing activities, he would had been given credit by at least one of the forums he reached in an attempt to vindicate himself.

9. The further denial of the QARTR even under the FOIA.

10. The pre-confiscation of all funds due to the Complainant before even an ALJ decision was final (which still is not). pre-depriving IEU of the funds to even hire counsel, due to the consequent lack of economic resources. These same lawyers unconstitutionally pre-confiscated over $2.263 million dollars that the USDE owed IEU/ARR pre-depriving us of the possibility of paying competent legal counsel and forcing us to appear Pro Se and IFP, once our scarce available funds depleted.

11. The unethical, irresponsible and futile posture of the U.S. Attorney's Office counsels regarding this Complainant's petition for judicial review that resulted in the USCA1C remand of the case to the District Court, even when we appeared PS and IFP.

12. The lack of disposition to meet with the Complainant as the Federal Rules of Civil Procedure mandate to explore the possibilities of a bona fide settlement.

13. The lack of disposition to even meet with the Complainant after having nourished the U.S. Attorney's Office with all the above evidence.

14. The issuance by the USDE of a Final Program Review Determination (FPRD) on the external audit of federal funds for the 1993-94 performed over IEU by independent C.P.A. firm, Valdes Garcia & Marin, where a total liability of $4,449 dollars was imputed. This liability contrasts with the over $1,284,900 for "overstating the clock hours on instruction" that the Secretary reinstated in his final agency decision that as we know emerged from the OIG-AIC-Nater heinous application of the interpretation of this regulation that had been rejected by all USDE authorities to that point in time, namely: 1) the OGC legal opinion, 2) the IRB-Chief Auditor Policy Memo, 3) The USDE- ALJ decision in In Re Denver Paralegal Institute, 4) The USDE-ALJ decision in In RE MBTI, 5) The USD-ALJ decision in In The Matter of Instituto de Educaion Universal, and the USDE-OIG-QARTR. The inconsistency and incompatibility between these two audits of IEU

for the same year, both by the USDE, serve to graphically illustrate the nature of the disaster that the cover up of the exonerating evidence by the USDE lawyers plus their preservation of the evidence they fabricated leave as a natural result. As we have claimed elsewhere, two audits by the own USDE for the same year with such disparate results is definitely a genuine issue of material fact in controversy that deserves a judicious scrutiny.

15. The failure by the USDE lawyers in recognizing the fact that IEU fully complied with its external audits by independent Certified Public Accountants (C.P.A.'s) for all the years in question and all of them with "clean opinions" or without qualifications of any sort.

16. The publication by the USDE lawyers in the OIG Report to Congress, as early as September 1995, the results of the OIG audit, even when it was not even final and before IEU had its opportunity to respond.

17. The publication to third parties that IEU had lost its eligibility before that decision was final resulting in those third parties taking action against IEU which resulted in its final demise only to eventually face that the eligibility was never terminated by the Secretary leaving IEU with a pyrrhic victory while it was already in shambles as a result of the libelous communications. See related cases 98-1300(JAG) and 00-1012 (JAG) under appeals 02-1744 and 03-1083 respectively at the First Circuit.

18. The reprisals taken against this Complainant for having availed himself of his Constitutional Rights, especially under the First Amendment and having filed suit against the USDE and various of its officers in their individual capacities, asking for the redress of grievances. The retaliation by the USDE lawyers took various ways, shapes and forms. One of them was to sent one of the Defendants to attempt an illegal search and seizure of our documents under the guise that he was to collect some promissory notes. See case 04-0610, at the HUSDCDC cited above. They also approved a Final Program Review Determination to unconstitutionally collect over $22 million dollars from this Complainant. Not conformed with this they threw the Department of the Treasury all over me asking me to pay it over $29 million dollars in 10 days or face a "very aggressive legal collection action". Still, since they had not satiated their hatred, they pretended to prevent me from leasing space in a building that IEU used to own, based on a clearly unconstitutional ultra vires rule that they pretended to apply where an institution that moves to occupy real estate previously occupied by another owing funds to the USDE for liabilities, is made responsible for the debts of the previous one. As crazy as it may sound, Curiously enough, when another institution moved to all the other real estate properties that IEU pre-occupied but that did not belong to IEU or myself, the same USDE lawyers did not attempt to enforce this same rule.

19. The total lack of respect to the over 5,000 students we had, the over 500 professors and non-academic personnel, and of my family and myself.

So here it is. You have here tens and tens of pieces of evidence, some of which alone are

sufficient to "convince a cold reviewer" that we "did not violate the spirit of the regulations", paraphrasing the QARTR own words in regards to the infamous clock hour finding issue. All of them together, nevertheless, constitute without any doubt whatsoever, vivid proof that our Constitutional, Civil and Human Rights have been violated by various USDE lawyers with the condonation or acquiescence of various of your U.S. Attorney's Office counsels. I respectfully pray that you finally take the bull by the horns, and put an end to the mischievous conduct of these subordinates of yourself, which incidentally is your legal, ethical and moral obligation. Thank you very much.

## CONCLUSION

During the past almost nine years now the dignity of my family and myself have been the object of and subject to the most flagrant and vulgar abuses by federal officers capitalizing on our defenselessness and In Forma Pauperis status, in the most despotic and tyrant manner imaginable and unimaginable. The most hurtful of these abuses have been those performed by fellow Puerto Ricans that know me personally since I was a child, like U.S. Attorney Guillermo "Rufo" Gil. When "Rufo", the son of a serious and respectable judge was enjoying the equestrian sport that few Puerto Ricans even know about and spending his other leisure time robbing property in federal facilities. I spent that same leisure time working all afternoons and evenings, Saturdays and Sundays until 1:00 P.M., in the different small businesses that may father had. That is our basic difference, the way we were raised up.

Pardoning the immodesty I have met few persons more honest than myself, if any. As an honest person I cannot understand how some persons can viciously and vulgarly destroy so many others, with the only objective of perhaps earning a meager commendation, raising a step in the civil service ladder or receiving some more hundreds of dollars a month: all based on falsities at the expense of innocent people that they abuse of under the color of authority at will and un-monitored if the expression exists. To those who perfectly know who they are, I need to forewarn them to be absolutely certain that I will not rest until I unmask them and let the rest of the world commencing with their own children know, what sort of human filth they are.

Heretofore, these individuals who indubitably are part of the scum of the Earth- for those who abuse the power and authority that has been entrusted upon them are nothing less- have been enjoying the trust and confidence that federal judges defer to them based on what I call the presumption of righteousness with which we all treat our federal officers including myself. But that trust and confidence are not infinite not limitless. The problem they face its simply the effect that physics have over legal, ethical and moral conundrums. The buoyancy potential capacity of the Truth is always stronger than the forces and energies of the Wrong. It may take a while, sometime years, but the Truth always floats regardless of the devils and demons that may eclipse it, always temporarily. In the history of humankind, there has been no more absolute truth than the undeniable reality that Truth always emerges, surges, floats, and launches itself triumphant. This is why humankind has survived heretofore, amidst all the efforts to destroy it by so many egotistical and self serving humans.

Humanity has had fortunately many brilliant philosophers. This otherwise Great Nation have had its fair share. From the Great Founding Fathers to the Great Indian Chiefs like Cochise and Geronimo. From Ralph Waldo Emerson to Martin Luther King, Jr. From John Marshall to Thurgood Marshall. From Oliver Wendell Holmes to Noam Chomsky. From Susan B. Anthony to Gloria Steinem. From Harriet Beecher Stowe to Helen Keller. From Richard Nixon, who seldom is recognized as the original architect of the end of the Cold War by meeting with Mao Tse Tung, to Bill Clinton who claimed that he did not inhale while he smoked marihuana nor had a sexual relationship with Monica Lewinsky while she performed oral sex on him. As you may recognize, everything in life after all, narrows down to philosophy.

Taking my misery philosophically if I may. I bet you that this "disgruntled litigant" shall eventually prevail just as my father, a Korean War honored and proud Veteran taught me that General Douglas Mc Carthur eventually did after his "I shall return" discourse in the Philippines. It is that simple. Remember that Truth always prevails because its buoyancy capacity is more powerful than all the other physical forces or energies combined against it. After all, all the trust of humanity throughout its existence in its belief in the diverse divinities upon whom it has trusted, all translate to the same principle: the Truth. Whether it is God, Yahve, Mohammed, Buddha, Chango or whatever; they are all personifications of the Truth. That is what this Complaint and this entire controversy is all about. This is why I bet you that the Truth regarding this controversy will prevail as always.

As a final note, I repeat my offer and defy you to file criminal charges against me for the charge of having stolen the $655,554 in unpaid refunds imputed by USDE-OGC corrupt lawyer, Russell Wolff. Since a criminal trial is at least theoretically a shorter route. I may be able to finally get a day in court and unmask this farce. So please, go ahead and let us get this over with. After all you have more important things to do and I need to leave this horrible judicial poltergeist and personal Via Crucis behind. Even if I have to spend the rest of my days in jail or end with a lethal injection or electrocuted, I am willing and able to do whatever it takes in order to vindicate my family honor and that of myself. Any of those predicaments would imply more dignity than what the present stigma represents for me- "a Spik that bilked the fisc." Ironically, I dedicated all my adult life to teach fellow Puerto Ricans to un-depend on it, that is if the vocable is acceptable. (Ask William Safire, Noam Chomsky or Bruce Selya, since Daniel Webster is dead).

This is one of my last resorts to exhaust all civilized avenues. Most Puerto Ricans are docile and submissive but by now I guess that you have figured out that I am definitely not your run-of- the-mill-Spik. If not successful, be absolutely certain that I am perfectly willing to go to jail, or to die if necessary in order to defend my hard earned honor and that of my family. After all, my property has been taken without due process, my liberty has been and is in jeopardy, and my life has been totally destroyed by these truants and racist bigots. If you do not do anything, I shall teach these animals that the respect of thy neighbor's rights is the peace, as Benito Juarez taught us, although through other more orthodox but less civilized means. Nevertheless, before I end up doing something really stupid or maybe even criminal, I am giving you the last chance to do something proactive in regards to the vicious destruction of 5,000 students, 500 honest and hard

working persons and that of my family and myself with which the above federal officers have entertained themselves with for the past almost nine years now. There is a limit to the abuse that a human being can tolerate and I am personally way past that limit. I just hope that you are not the typical run-of-the-mill bureaucrat and take this Complaint as seriously as its denunciations are. So I respectfully pray.

Respectfully submitted today August 26, 2004.

Angel Ruiz Rivera
Complainant
P.O. Box 191209 San Juan, P.R. 00919-1209.
787-714-1069.

EXHIBITS

1. Copies of the letters to the U.S. Attorney raising these issues to him first.
2. Letter of the USDE lawyer Ms. Gil Montero intimating that the USMSPB record did not exist.
3. USDE-Compliance and Enforcement Division (CED), Letter of Termination of Eligibility to IEU of March 12, 1996, excerpts related to the clock hour issue.
4. The pertinent excerpt of the OIG Draft Report (June 1995).
5. The pertinent excerpt of the OIG Audit Report (September 1995).
6. The pertinent excerpt of the Final Audit Determination (FAD) (June 28,1996).
7. The pertinent excerpt of the USDE-OGC legal opinion on the subject ruled which that the interpretation that the USDE auditors were giving to this issue based on non other than an answer to a question that had appeared in a Dear Colleague Letter of June 1985, as authority in support of this nonsense, was dead wrong.
8. The pertinent excerpt of the Policy Memo issued by the Chief Auditor of the USDE-Institutional Review Branch (IRB), the other auditing arm of the agency besides the OIG, and the one who had requested the legal opinion on the subject.
9. In Re Denver Paralegal Institute, Docket No. 92-86-SP, 92-87-SA, March 14, 1994, affirmed February 24, 1995.
10. In Re MBTI, Docket No. 93-147-SA, April 15, 1994, affirmed June 9, 1995.
11. In the Matter of Instituto de Educacion Universal, Docket nos. 96-28-ST, 96-93-SP and 96-103-SA, January 24, 1997.
12. OIG-QARTR exonerated IEU and chastised the OIG-AIC Nater's Audit.
13. The pertinent excerpt of the own USDE' QARTR when it went even further by stating in writing that:**"The Team indicated that sufficient, competent, and relevant evidence to support finding # 1 was not obtained. They commented that... "the work papers did not provide sufficient evidence to convince a cold reviewer that the school violated the spirit of the regulations."** See AIC-Nater's Response to the QA Team Findings-IEU ACN 02-40075
14. See pertinent excerpt of the transcript of the procedure at the USMSPB at 64 where AIC-Nater confessed that: " **But that day, Porfirio [Rios, the OIG Chief] told me that the Hearing Offices of the Department of Education had dropped that finding**."
15. The pertinent excerpt of the own USDE-OIG-AIC-Nater, in his response to the QARTR where he candidly conceded that: "The "Clock- Hour issue is currently before an administrative court, probably will be review (sic) at a later phase at a judicial court, is not for me to decide the issue. **However, you should take into account that before we developed the finding for IEU an ALJ had already decided the issue against ED...**"
16. The pertinent excerpt of the January 17, 1997 letter (**one week before the ALJ decision -** parenthesis ours) to Regional Inspector General (RIGA), Mr. Guido Piaseci, AIC Nater himself made the following startling confession, as if he was been clairvoyant:

> "As I explained in the QA, I feel the issue is clearly a legal issue, which probably will be decided in a judicial court as the last resort. I feel that the Secretary do have a valid point to defend; **however, it is obvious, from a legal standpoint, that the issue is in favor of the school**.".

17. The pertinent excerpt of the October 22, 1996, administrative hearing, on page 178, where the U.S.D.E.'s witness, Mr. Porfirio Rios, the OIG Chief Auditor declared.

18. Memo on Insubordination by Rios where he denounced that he had specifically ordered AIC-Nater not to include year 1993-94 in the scope of the audit.

19. The debit itself to the funds authorization in the Pell Grant Program Statement of Authorization is per se beyond doubt evidence that the alleged unpaid refunds were indeed paid.

20. ED Payment History and Account Balance Reports is per se beyond doubt evidence that the alleged unpaid refunds were indeed paid.

21. The List of Refunds of IEU entitled "Informe de Reprocesos" for the fiscal year 1994-95 on which AIC Lugo based its " unpaid refunds" fabricated finding.

22. The List of Refunds per the program review with the IPS Batch Number and Date .

23. The Federal Pell Grant Program Electronic Payment Information Batch Summary Report for each one of the IPS Batch Reports involved in the $1,1210,192 debit, of which the $655,554 imputed by the audit corresponding to the alleged 512 unpaid refunds is included together with a subsidiary List of Selected Records.

24. Pell Grant Program pertinent documents related to the refunds cases for the years 1992-93 and 1993-94.

25. Handwritten notes by AIC-Nater (transcribed) in regards to the traceability and accuracy of the posting records vis a vis the students' account receivable ledger or "ledger card."

26. Letter of Complainant to the USDE lawyers asking for an installment agreement to commence paying the liabilities although they were being contested through the appeal to the Secretary by both parties.

27.See October 28, 1997 Final Decision by the Secretary.

28. Order of January 9, 1998, ratifying its decision not to terminate IEU's eligibility and denying the USDE's reconsideration petition.

5.  May 22, 1998 letter by the USDE-OGC (complained about counsels) stating with
    respect to the Nater v. USDE record, that "*if it exists*", it would not be available.

6. Confession by USDE counsel of their ex parte communications with Ruiz/IEU's announced witnesses.

96-28-ST

(17a)

1

# UNITED STATES OF AMERICA

## OFFICE OF THE DEPARTMENT OF EDUCATION

+ + + + +

### HEARING

IN THE MATTER OF:

INSTITUTO DE EDUCACION
UNIVERSAL

Docket No. 96-28-ST
96-93-ST
96-103-SA

Tuesday, October 22, 1996

Room 1008
San Juan Judicial Center
Muñoz Rivera Avenue
Hato Rey, Puerto Rico

        The above-entitled matter was announced
to be heard at 9:30 a.m. at the aforementioned
location.

BEFORE:

        RICHARD O'HAIR, Administrative Law Judge
        Department of Education Office

OFFICE OF
HEARINGS AND APPEALS

001218   NOV 6  1996

RECEIVED

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
WASHINGTON, D.C. 20005-3701
(202) 234-4433

1          JUDGE O'HAIR:  Orally.

2          MR. CEREZO:  Orally.  Would that be now?

3          JUDGE O'HAIR:  Uh--

4          MR. CEREZO:  Or later?

5          JUDGE O'HAIR:  I think probably later is

6      probably as appropriate as anything.

7          MR. CEREZO:  Okay.  We have another, if we

8      may call it, administrative problem which we want to

9      bring to your attention.

10          We, even though the burden of proof, as

11      properly expressed by you, falls upon the Department

12      of Education, there are complex accounting matters

13      that are to be discussed in this hearing.

14          And we had intended to· bring two

15      accountants before, and it's of common knowledge who

16      the two accountants are.  And they were ready to

17      appear until functionaries from the Department of

18      Education, in an ex parte manner, contacted these

19      witnesses and all of a sudden we are without

20      witnesses.

21          After that intimidating conversation,

22      whatever the nature was, whatever the reasons were,

001226

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.

1    lawyers are not supposed, they're not supposed to be

2    contacting the other party's witnesses without going

3    through the lawyers.

4        And that is a serious problem that we have

5    today, because of that ex parte action taken by the

6    Department of Education. And that presents a serious

7    problem to us, which we submit for your knowledge.

8        JUDGE O'HAIR: Mr. Wolff?

9        MR. WOLFF: Yes. In fact the functionary

10   that counsel is referring to is my co-counsel who

11   specifically did knowingly, in my presence, properly

12   contact two independent public accountants who

13   appeared on a witness list that Respondent presented

14   to both the Department and to this Tribunal.

15       It would have been improper for the

16   Department not to contact independent individuals who

17   are to appear before this Tribunal as witnesses, and

18   request the opportunity to speak with them.

19       Clearly the Department did not contact the

20   school, the school officials, anybody that counsel

21   would be representing.    We would not contact

22   Respondent.

001227

1          Similarly we would not allow them to

2     contact someone that we purported as our client, for

3     purposes he described to us.

4          But an independent public accountant has

5     a duty to talk to the Department, as our regulations

6     specifically say.  It's the duty to present its work

7     papers for our evaluation.  And certainly, not only

8     was it not improper, but it was necessary that the

9     Department contact these two individuals.

10         I mean, I'll also say for the record,

11    since I was present for these conversations, that they

12    was certainly nothing that could possibly be intimated

13    as being intimidating.

14         The requests were simply would you, would

15    you, be willing to meet with us, and talk to us.  That

16    was the extent of it, and both parties said, Oh, we

17    have to check with Mr. Ruiz.  We're not sure if we

18    want to talk to you.  We'll get back to you.  They

19    never did.

20         So, in fact, we were denied an opportunity

21    to talk to them.  And rest assured, if they showed up,

22    they would be cross examined about their refusal to

001228

1  speak to the Department officials.

2          So I respectfully disagree with the

3  comments of counsel. In fact that they are improper

4  and inappropriate.

5          JUDGE O'HAIR: So the extent of the

6  conversation was just as you've represented to me.

7          MR. WOLFF: Absolutely, sir.

8          JUDGE O'HAIR: Mr. Cerezo?

9          MR. CEREZO: Well, that's precisely why

10  the Code of Ethics of lawyers established a

11  prohibition for lawyers to talk to other clients, to

12  other persons, without going through the process.

13  That's precisely. Now, brother counsel Wolff has the

14  pretension of being the judge and the arbiter of their

15  own actions.

16          What does he say? Well, it was my, my co-

17  counsel, she, I was there. So he is the witness. And

18  then he pronounces that it would have been improper.

19  And then he says that the accountants were forced,

20  because they had their duty to testify.

21          I'm not quarreling with that, despite the

22  fact that when their reply was submitted, if they

001229

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
WASHINGTON, D.C. 20005-3701
(202) 234-4433

1  intended, or they needed their testimony, or their

2  work documents, they could have requested them through

3  the administrative law judge.

4          No, but they don't do that. They just go

5  directly. I don't know what they said; I don't know

6  the contents of the conversation precisely because we

7  were left out of that conversation. That isn't

8  proper. I'm not inventing this. It's a code of

9  ethics for lawyers.

10         And that Code of Ethics applies in

11 administrative proceedings, applies in judicial

12 proceedings, because this is not that you are going to

13 be the judge, and the witness, and the party, and you

14 are going to adjudicate yourself. And that is the

15 conundrum where we are seeing right now in this

16 problem, created by this -- the word may be harsh --

17 it's improper, it's unethical, definitely unethical to

18 do that.

19         JUDGE O'HAIR: Well, I think disregarding

20 the ethics of the situation, I'm not convinced that

21 the Department's contacting the witnesses in any way

22 prevents them from testifying, appearing before me and

001230

NEAL R. GROSS
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.

7. Evidence of the payment of the "unpaid refunds".



OFFICE OF POSTSECONDARY EDUCATION
STUDENT FINANCIAL ASSISTANCE PROGRAMS

# FEDERAL PELL GRANT PROGRAM

1994–95 AWARD YEAR

### STATEMENT OF ACCOUNT

| | |
|---|---|
| INSTITUTO DE EDUCACION UNIVERSAL | |
| BUZON 1027 | |
| SABANA SECA            PR 00749 | |

| | |
|---|---|
| Pell Institution Number | 015915 |
| Entity Number | 1660384887A1 |
| Document Number | P063P45951 |

---

**General Information**

| | | | |
|---|---|---|---|
| Previous Authorization | $11,698,772 | ED/PMS Expenditures (as of) : | $11,328,915 |
| | | | (06/15/95) |
| Pell Grant Authorization | $10,578,580 | Date of This Authorization | 07/12/95 |
| Adjustment (Increase + or Decrease −) | $1,120,192− | Closing Date of Last Statement | 06/15/95 |
| Unexpended Balance as of Closing Date | $1,550+ | Closing Date of This Statement | 07/13/95 |
| Administrative Cost Allowance 5E001921 | $29,525 | Total Unduplicated Recipients Year−to−Date | 6,536 |

---

This Statement of Account shows you the status of your account for the Pell Grant program for the award year shown above. This Statement of Account reflects your authority to make payments to eligible students who have a valid Student Aid Report (SAR), or equivalent. You may only make payments up to the amount given on the line above labeled "Pell Grant Authorization".

Your authority to make payments is governed by the pertinent laws, applicable regulations, and your institutional agreement with the Department of Education. We base changes in your Pell Grant authorization on the payment data you send in for students attending your school. If you do not comply with program reporting requirements, we may withhold further fu

---

**1 Summary of Your Payment Reporting**

| IPS Date (Item 16 of your IPS) | Net Expenditures (Item 15 of your IPS) | Net Adjustment (Item 6 from your IPS Batch Report) |
|---|---|---|
| 09/30/94 | $1,398,648 | $2,422,638+ |
| 10/05/94 | $2,403,626 | $3,394,138+ |
| 10/06/94 | $5,816,776 | $431,586+ |
| 10/14/94 | $5,150,947 | $785,415+ |
| 10/25/94 | $7,033,777 | $435,052+ |
| 10/27/94 | $6,127,773 | $362,169+ |
| 11/03/94 | $6,135,300 | $165,820+ |
| 11/04/94 | $6,493,755 | $115,941+ |
| 11/15/94 | $7,111,412 | $142,080+ |
| 11/16/94 | $7,111,402 | $61,657+ |
| 11/28/94 | $7,257,862 | $50,831+ |
| 12/02/94 | $6,754,795 | $35,446+ |
| 12/14/94 | $7,333,164 | $141,097+ |
| 12/21/94 | $7,333,164 | $443,373+ |
| 12/29/94 | $7,838,009 | $122,763+ |
| 01/01/95 | $8,883,644 | $63,982+ |
| 01/01/95 | $8,903,026 | $36,800+ |
| 01/01/95 | $8,903,026 | $33,350+ |
| 01/01/95 | $8,949,026 | $22,275+ |
| 01/01/95 | $8,971,301 | $108,787+ |

**3. Distribution of Your Payments**

| Month | Amount | Cumulative Amount |
|---|---|---|
| BALANCE FORWARD: | | $10,577,030 |
| 08/95 | $1,550+ | $10,578,580 |

000884

---

Review this Statement carefully. Please notify the Pell Grant program if there are problems with this information.

NOTICE: See back of this page for important information.

DEPARTMENT OF EDUCATION

OFFICE OF POSTSECONDARY EDUCATION
STUDENT FINANCIAL ASSISTANCE PROGRAMS

# FEDERAL PELL GRANT PROGRAM
### 1994-95 AWARD YEAR
### STATEMENT OF ACCOUNT

INSTITUTO DE EDUCACION UNIVERSAL
BUZON 1027
SABANA SECA                    PR 00749

| | |
|---|---|
| Pell Institution Number | 015915 |
| Entity Number | 1660384887A1 |
| Document Number | P063P45951 |

| | | | |
|---|---|---|---|
| ...al Information | | | |
| ...us Authorization | $11,698,772 | ED/PMS Expenditures (as of): | $11,328,915 |
| ...rant Authorization | $10,578,580 | Date of This Authorization | 07/12/95 |
| ...ment (Increase + or Decrease −) | $1,120,192− | Closing Date of Last Statement | 06/15/95 |
| ...nded Balance as of Closing Date | $1,550+ | Closing Date of This Statement | 07/13/95 |
| ...istrative Cost Allowance 5E001921 | $29,525 | Total Unduplicated Recipients Year-to-Date | 6,536 |

...Statement of Account shows you the status of your account
...e Pell Grant program for the award year shown above. This
...t of Account reflects your authority to make payments to
...e students who have a valid Student Aid Report (SAR), or
...ent. You may only make payments up to the amount given
...line above labeled "Pell Grant Authorization".

Your authority to make payments is governed by the pertinent
laws, applicable regulations, and your institutional agreement
with the Department of Education. We base changes in your
Pell Grant authorization on the payment data you send in for
students attending your school. If you do not comply with
program reporting requirements, we may withhold further funds.

| ...ary of Your Payment Reporting | | | 3. Distribution of Your Payments | | |
|---|---|---|---|---|---|
| PS Date (...16 of your IPS) | Net Expenditures (Item 15 of your IPS) | Net Adjustment (Item 6 from your IPS Batch Report) | Month | Amount | Cumulative Amount |
| 1/01/95 | $9,207,863 | $102,737+ | | | |
| 2/14/95 | $9,098,745 | $146,866+ | | | |
| 2/22/95 | $9,188,153 | $157,023+ | | | |
| 2/28/95 | $9,296,826 | $453,917+ | | | |
| 3/01/95 | $9,585,720 | $138,159+ | | | |
| 3/09/95 | $10,372,352 | $235,954+ | | | |
| 3/16/95 | $10,128,040 | $126,770+ | | | |
| 3/24/95 | $10,218,640 | $178,053+ | | | |
| 3/29/95 | $10,342,718 | $112,146+ | | | |
| 3/30/95 | $11,025,275 | $24,221+ | | | |
| 4/12/95 | $11,049,496 | $136,770+ | | | |
| 5/03/95 | $11,186,266 | $49,269+ | | | |
| 5/12/95 | $11,237,085 | $63,985+ | | | |
| 5/12/95 | $11,237,085 | $19,310+ | | | |
| 6/02/95 | $11,320,380 | $2,296− | | | |
| 6/02/95 | $11,320,380 | $10,831+ | | | |
| 6/07/95 | $11,328,915 | $369,857+ | | | |
| /16/95 | $11,698,772 | $394,749− | | | |
| 6/16/95 | $11,698,772 | $3,451+ | | | |
| 06/23/95 | $11,307,474 | $16,649− | | | |

000886

Review this Statement carefully. Please notify the Pell Grant program if there are problems with this information.

NOTICE: See back of this page for important information.

OFFICE OF POSTSECONDARY EDUCATION
STUDENT FINANCIAL ASSISTANCE PROGRAMS

1994-95 AWARD YEAR

# FEDERAL PELL GRANT PROGRAM

STATEMENT OF ACCOUNT

INSTITUTO DE EDUCACIÓN UNIVERSAL
BUZON 1027
SABANA SECA          PR 00749

| | |
|---|---|
| Pell Institution Number | 015915 |
| Entity Number | 1660384887A1 |
| Document Number | P063P45951 |

**General Information**

| | | | |
|---|---|---|---|
| Previous Authorization | $11,698,772 | ED/PMS Expenditures (as of) : | $11,328,915 |
| Total Grant Authorization | $10,578,580 | Date of This Authorization | 07/12/95 |
| Adjustment (Increase + or Decrease −) | $1,120,192− | Closing Date of Last Statement | 06/15/95 |
| Unexpended Balance as of Closing Date | $1,550+ | Closing Date of This Statement | 07/13/95 |
| Administrative Cost Allowance 5E001921 | $29,525 | Total Unduplicated Recipients Year−to−Date | 6,536 |

This Statement of Account shows you the status of your account for the Pell Grant program for the award year shown above. This Statement of Account reflects your authority to make payments to eligible students who have a valid Student Aid Report (SAR), or equivalent. You may only make payments up to the amount given on the line above labeled "Pell Grant Authorization".

Your authority to make payments is governed by the pertinent laws, applicable regulations, and your institutional agreement with the Department of Education. We base changes in your Pell Grant authorization on the payment data you send in for students attending your school. If you do not comply with program reporting requirements, we may withhold further funds.

**Summary of Your Payment Reporting**

**3. Distribution of Your Payments**

| IPS Date (Item 16 of your IPS) | Net Expenditures (Item 15 of your IPS) | Net Adjustment (Item 6 from your IPS Batch Report) | Month | Amount | Cumulative Amount |
|---|---|---|---|---|---|
| 06/28/95 | $11,290,825 | $540,809− | | | |
| 06/29/95 | $11,290,825 | $171,436− | | | |
| | TOTAL: | $10,578,580+ | | | |

000888

Review this Statement carefully.  Please notify the Pell Grant program if there are problems with this information.

NOTICE: See back of this page for important information.

255-6 (4/95)

Page 3 of 3

```
                              DynaComm
 File   Edit   Settings   Phone   Transfers   Script   Window   Help

                            DYNACOMM.DCS
              ED RECIPIENT ACCOUNT BALANCE  AND PAYMENT HISTORY
              FOR PIN:  0620   PMT ACCT:  H177G   STARTING 950719 THRU 950719


       TOTAL AUTHORIZATIONS:       46,552,671.00
       TOTAL ADVANCES:             42,013,883.00
       FUTURE AUTHORIZATIONS:               0.00
       CURRENT BALANCE              4,538,788.00
       FUTURE REQUESTS                      0.00




       ENTER DATE RANGE FOR PAYMENT INFORMATION, THEN PRESS PF9




       B MJ L1U3                    NUM    A,a    R2 C50        L1U19
```

```
                              DynaComm
 File   Edit   Settings   Phone   Transfers   Script   Window   Help

                            DYNACOMM.DCS
              ED RECIPIENT ACCOUNT BALANCE  AND PAYMENT HISTORY
              FOR PIN:  0620   PMT ACCT:  H177G   STARTING 950201 THRU 950719
 TC    POSTED   DEPOSIT   CONFIRM   VOUCHER CFDA     CFDA DESC        AMOUNT
 916   950707   950710    1004965   00015                           702,000.00
 916   950703   000000    1044561   00014                         1,499,940.00
 916   950615   950616    1662945   00013                            10,350.00
 916   950530   950531    1501260   00012                            83,950.00
 916   950522   950523    1420658   00011                            48,300.00
 916   950510   950511    1309453   00010                           147,200.00
 916   950418   950419    1007427   00009                           707,250.00
 916   950411   950412    1016812   00008                           218,500.00
 916   950331   950403    0906023   00007                            83,950.00
 916   950328   950329    0875564   00006                           139,200.00
 916   950321   950322    0804951   00005                           345,000.00
 916   950316   950317    0754560   00004                           158,700.00
 916   950314   950315    0734199   00003                           100,050.00
 916   950313   950314    0724003   00002                           109,250.00
 916   950302   950303    0613257   00001                            90,000.00
 916   950228   950301    0592976   232                             100,100.00
 916   950224   950227    0552715   231                             149,500.00
 916   950215   950216    0461855   230                             100,100.00
 916   950214   950215    0451707   229                              92,000.00

 B MJ L1U3                    NUM    A,a    R2 C50        L1U19
```



```
                              DynaComm
 File   Edit   Settings   Phone   Transfers   Script   Window   Help
                            DYNACOMM.DCS
              ED RECIPIENT ACCOUNT BALANCE  AND PAYMENT HISTORY
              FOR PIN:  0620   PMT ACCT:  H177G   STARTING 950720 THRU 950720


      TOTAL AUTHORIZATIONS:        45,432,479.00
      TOTAL ADVANCES:              42,013,883.00
      FUTURE AUTHORIZATIONS:               0.00
      CURRENT BALANCE               3,418,596.00
      FUTURE REQUESTS                      0.00




  ENTER DATE RANGE FOR PAYMENT INFORMATION, THEN PRESS PF9




  B MJ L2U3                     NUM     A,a    R2 C58            L2U19
```

```
                              DynaComm
 File   Edit   Settings   Phone   Transfers   Script   Window   Help
                            DYNACOMM.DCS
              ED RECIPIENT ACCOUNT BALANCE  AND PAYMENT HISTORY
              FOR PIN:  0620   PMT ACCT:  H177G   STARTING 950201 THRU 950720
  TC    POSTED   DEPOSIT   CONFIRM   VOUCHER CFDA    CFDA DESC        AMOUNT
  916   950707   950710    1004965   00015                         702,000.00
  916   950703   950705    1044561   00014                       1,499,940.00
  916   950615   950616    1662945   00013                          10,350.00
  916   950530   950531    1501260   00012                          83,950.00
  916   950522   950523    1420558   00011                          48,300.00
  916   950510   950511    1309453   00010                         147,200.00
  916   950418   950419    1007427   00009                         707,250.00
  916   950411   950412    1016812   00008                         218,500.00
  916   950331   950403    0906023   00007                          83,950.00
  916   950328   950329    0075564   00006                         139,200.00
  916   950321   950322    0004951   00005                         345,000.00
  916   950316   950317    0754560   00004                         158,700.00
  916   950314   950315    0734199   00003                         100,050.00
  916   950313   950314    0724083   00002                         109,250.00
  916   950302   950303    0613257   00001                          90,000.00
  916   950228   950301    0592976   232                           108,100.00
  916   950224   950227    0552715   231                           149,500.00
  916   950215   950216    0461855   230                           108,100.00
  916   950214   950215    0451707   229                            92,000.00

  B MJ L2U3                     NUM     A,a    R2 C58            L2U19
```



## DynaComm

Edit  Settings  Phone  Transfers  Script  Window  Help

### DYNACOMM.DCS

```
ED RECIPIENT ACCOUNT BALANCE  AND PAYMENT HISTORY
FOR PIN:  0620    PMT ACCT:  H1770    STARTING 950719 THRU 950719


TOTAL AUTHORIZATIONS:        46,552,671.00
TOTAL ADVANCES:              42,013,883.00
FUTURE AUTHORIZATIONS:               0.00
CURRENT BALANCE               4,538,788.00
FUTURE REQUESTS                      0.00
```

DATE RANGE FOR PAYMENT INFORMATION, THEN PRESS PF9

L1U3              NUM    A,a    R2 C58              L1U19

---

## DynaComm

Edit  Settings  Phone  Transfers  Script  Window  Help

### DYNACOMM.DCS

```
       ED RECIPIENT ACCOUNT BALANCE  AND PAYMENT HISTORY
    FOR PIN:  0620    PMT ACCT:  H1770    STARTING 950201 THRU 950719
POSTED  DEPOSIT  CONFIRM  VOUCHER CFDA    CFDA DESC           AMOUNT
950707  950710   1004965  00015                            702,000.00
950703  000000   1044561  00014                          1,499,940.00
950615  950616   1662945  00013                             10,350.00
950530  950531   1501260  00012                             83,950.00
950522  950523   1428558  00011                             48,300.00
950510  950511   1309453  00010                            147,200.00
950418  950419   1087427  00009                            707,250.00
950411  950412   1016312  00008                            218,500.00
950331  950403   0906023  00007                             83,950.00
950328  950329   0875564  00006                            139,200.00
950321  950322   0804951  00005                            345,000.00
950316  950317   0754560  00004                            158,700.00
950314  950315   0734199  00003                            100,650.00
950313  950314   0724083  00002                            109,250.00
950302  950303   0613257  00001                             90,000.00
950228  950301   0592976  232                              100,100.00
950224  950227   0552715  231                              149,500.00
950215  950216   0461855  230                              100,100.00
950214  950215   0451707  229                               92,000.00
```

L1U3              NUM    A,a    R2 C58              L1U19

001956

# UNITED STATES DEPARTMENT OF EDUCATION

### REGION II
#### 75 PARK PLACE
#### NEW YORK, NEW YORK 10007

STUDENT FINANCIAL ASSISTANCE PROGRAMS

## JUN 3 - 1996

Mr. Angel Ruiz Rivera
President
Instituto de Educacion Universal          **CERTIFIED MAIL**
404 Barbosa Avenue                    **RETURN RECEIPT REQUESTED**
Hato Rey, Puerto Rico 00917-4302

REF: PRCN 199530200074
     Final Program Review Determination

Dear Mr. Ruiz Rivera:

This office has reviewed Instituto de Educacion Universals's
letter dated April 2, 1996. That letter and institutional
correspondence dated December 13 and 18, 1995 constitute your
response to the October 26, 1995, Federal Title IV program review
report. The October 26, 1995 program review report covered
Instituto de Educacion Universal's (IEU) administration of the
Federal Title IV, Higher Education Act programs during the 1992-
93, 1993-94, and 1994-95 award years.

Final determinations have been made for all program review
findings. The purpose of this letter is to (1) identify the
liabilities due from IEU, (2) provide instructions for the payment
of liabilities to the U.S. Department of Education (ED), and (3)
notify you of your right to appeal.

### FINDINGS AND FINAL DETERMINATIONS

IEU has taken the required corrective actions to resolve findings
no. 2 through 6, 8 through 10, and 12. Therefore, those findings
may be considered closed. The consequences of the program
violations identified in findings no. 1, 7, and 11 are further
discussed.

### Finding No. 1 - Late/Unpaid Refunds

This finding cited IEU for failing to make refunds of Federal Pell
Grant funds to the Federal bank account or to ED when due.

*OUR MISSION IS TO ENSURE EQUAL ACCESS TO EDUCATION
AND TO PROMOTE EDUCATIONAL EXCELLENCE THROUGHOUT THE NATION*    001131

ED Ex. 37-1

# INSTITUTO DE EDUCACION UNIVERSAL - Page 7

## UNPAID REFUNDS

### 1994-95

| Branch Campus | Number of Refunds Not Made | Dollar Amount |
|---|---|---|
| Hato Rey | 174 | $ 212,699 |
| Bayamon | 171 | $ 236,346 |
| Carolina | 167 | $ 206,509 |
| Total | 512 | $ 655,554 |

## Part 9 - Late Refunds

The reviewers noted that IEU failed to make 1,668 (803 during the 1992-93 award year, and 865 during 1993-94) timely refunds of Federal Pell Grant funds to the Federal Pell Grant account. Specifically, during the 1992-93 and 1993-94 award years, the institution failed to make timely refunds to the Federal Pell Grant account totalling $2,016,368. The refunds for both years were paid on September of each of the following award years. Following is a summarized depiction of the reviewer's finding:

### REFUNDS PAID LATE

| Branch Campus | Number of Late Refunds | Dollar Amount |
|---|---|---|
| | 1992-93 | |
| Hato Rey | 318 | $ 400,217 |
| Bayamon | 268 | $ 308,090 |
| Carolina | 217 | $ 263,607 |
| Total | 803 | $ 971,914 |
| | 1993-94 | |
| Hato Rey | 329 | $ 395,419 |
| Bayamon | 290 | $ 346,832 |
| Carolina | 246 | $ 302,203 |
| Total | 865 | $1,044,454 |
| Total 1992-93 and 1993-94 | 1,668 | $2,016,368 |

A school's failure to make refunds of Federal Title IV funds when due may affect the funds available for eligible, needy students at other institutions.

ED3-6

INSTITUTO DE EDUCACION UNIVERSAL
RECINTO DE HATO REY
OFICINA DE ASISTENCIA ECONOMICA

## INFORME DE REPROCESOS
### AÑO FISCAL : 94-95

| SEG - SOC | NOMBRE | FECHA BAJA | CANTIDAD |
|-----------|--------|------------|----------|
| 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 | APONTE SANCHEZ MILDRED | 08/03/94 | (1,150) |
| 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 | MENDOZA MIRANDA JUAN CARLOS | 08/03/94 | ( 230) |
| 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 | RODRIGUEZ MARRERO JORGE L. | 08/09/94 | (1,272) |
| 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 | NIEVES QUIÑONES ORLANDO | 08/15/94 | (2,300) |
| 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 | GONZALEZ BERNACET MAXIMO | 08/16/94 | (1,150) |
| **TOTAL DE AGOSTO, 1994** | **5** | | **( 6,102)** |
| 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 | SANTIAGO FERNANDEZ MELVIN | 09/07/94 | (1,847) |
| 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 | CORDOVA DIAZ EMELYN | 09/14/94 | (1,817) |
| 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 | MAFFIOLI VARELA SERGIO A. | 09/14/94 | ( 767) |
| 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 | PEREZ DE JESUS JOSE A. | 09/14/94 | ( 767) |
| 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 | HANCE RODRIGUEZ DAVID | 09/15/94 | (1,857) |
| 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 | PEREZ FIGUEROA ALEX D. | 09/19/94 | ( 257) |
| 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 | VICENTE CLASS VANESSA | 09/20/94 | (1,859) |
| 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 | HERNANDEZ REYES SONIA I. | 09/22/94 | (1,817) |
| 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 | VELAZQUEZ IRIZARRY GEORGE | 09/22/94 | (1,807) |
| 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 | WHITE PARADAS CHISTOPHER J | 09/22/94 | (1,907) |
| 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 | CARRASQUILLO VELAZQUEZ MARCO A. | 09/29/94 | ( 144) |
| 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 | ORTIZ BETANCOURT ALEJANDRO | 09/30/94 | ( 194) |
| **TOTAL DE SEPTIEMBRE, 1994** | **12** | | **( 15,040)** |
| 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 | CASTRO CRUZ DOMINGO | 10/03/94 | (1,807) |
| 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 | ROBLES RODRIGUEZ JESSICA | 10/03/94 | (1,847) |
| 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 | VIERA SANTIAGO AIDA | 10/04/94 | (1,847) |
| 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 | ALGARIN ARZUAGA GEINNY | 10/05/94 | ( 230) |
| 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 | ROBLES OSORIO MAIKA | 10/05/94 | (1,807) |
| 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 | RODRIGUEZ CRUZ CARLOS J. | 10/05/94 | ( 144) |
| 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 | AVILES VAZQUEZ LILLIAM | 10/10/94 | ( 230) |
| 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 | BONANO SANTIAGO ROSANA LEE | 10/10/94 | (1,380) |
| 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 | MARTINEZ SANTOS MIGUEL A. | 10/10/94 | (1,907) |
| 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 | PEREZ VARGAS THELMA M. | 10/10/94 | (1,847) |
| 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 | CUEVAS CALDERON NORMA | 10/11/94 | (1,897) |
| 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 | MORALES MORALES ROSA | 10/11/94 | (1,807) |
| 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 | NEGRON CRUZ IVELISSE | 10/11/94 | (1,767) |
| 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 | RIVERA ROSARIO ROXANA | 10/11/94 | (1,807) |
| 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 | TORRES GARDON FELIX J. | 10/11/94 | (1,857) |
| 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 | VELAZQUEZ CALDERON MICHAEL A. | 10/11/94 | (1,807) |
| 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 | ACEVEDO BERRIOS NOEL E. | 10/13/94 | (1,847) |
| 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 | NEGRON RIVERA JESUS M. | 10/14/94 | (1,857) |
| 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 | ORTIZ CANDELARIO JOSE L. | 10/14/94 | (1,897) |
| 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 | PEREZ FELIZ MARINO A. | 10/14/94 | (1,415) |
| 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 | RODRIGUEZ PARES MARIEL | 10/17/94 | (1,749) |
| 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 | ACEVEDO RIVERA MANUEL E. | 10/18/94 | ( 144) |
| 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 | ALVARADO MIRANDA JIMMY E. | 10/18/94 | (1,455) |

*** CONTINUA ***

INSTITUTO DE EDUCACION UNIVERSAL
BAYAMON CAMPUS

1994-95   REFUNDS   PER PROGRAM REVIEW WITH IPS BATCH NUMBER AND DATE

SPS= PELL GRANT STUDENT PAYMENT SUMMARY

| NAME AND SPS PAGE, LINE AND NUMBER | SOC.SEC.# | AMOUNT ORIGINALLY AWARDED PER PAYMENT VOUCHER | AMOUNT FINALLY AWARDED AS PER STUDENT PAYMENT SUMMARY | AMOUNT AWARDED REFUNDED PER REPROCESSED PAYMENT VOUCHER | STUDENT WITHDRAWAL DATE AS PER INFORME DE REPROCESOS IN PROGRAM REVIEW | IPS BATCH NUMBER WHERE EACH REFUND PAYMENT VOUCHER REPROCESSED | DATE IPS BATCH REPORT WITH REFUNDS DE REPROCESSO WAS PROCESSED BY USDE | REFUND AS IT APPEARED IN THE INFORME DE REPROCESOS TAKEN FOR GRANTED BY PROG.REVIEWER | DIFFERENCE WITH WHAT WAS FINALLY REFUNDED EVENTUALLY PER PAYMENT VOUCHERS |
|---|---|---|---|---|---|---|---|---|---|
| DAVILA COLON , NANETTE: 50, 15, 1387 | 581-049392 | $1,789 | $0 | | | | | | |
| COSME NIEVES, ANA Y. : 43, 18, 1194 | 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 | $2,300 | $0 | $1,789 | 07/19/94 | 95170452 | 06/22/95 | | |
| 2 STUDENT REFUNDS PAID | | | | $2,300 | 07/21/94 | 95177545 | 06/29/95 | | |
| | | | | $4,089 | | | | | |
| RODRIGUEZ QUINON(ES), CARLOS A. : 192, 3, 54 | 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 | $787 | | $787 | 08/04/94 | 95170452 | 06/22/95 | | |
| GONZALEZ RIVERA , YOHANNA: 65, 13, 2365 | 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 | $2,300 | $0 | $2,300 | 08/19/94 | 95170452 | 06/22/95 | | |
| NARVAEZ VARGAS, LUZ D. : 129, 114, 3598 | 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 | $1,380 | $1,150 | $230 | 08/19/94 | 95170452 | 06/22/95 | | |
| RODRIGUEZ POLLOC(K) , ULLIAM: 192, 1, 5449 | 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 | $1,380 | $1,150 | $230 | 08/23/94 | 95170452 | 06/22/95 | | |
| BERRIOS ORTIZ, JOSE D: 18, 5, 481 | 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 | $1,380 | $0 | $230 | 08/25/94 | 95170452 | 06/22/95 | | |
| CALDERO NIEVES, JOSE D: 23, 13, 629 | 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 | $1,380 | | $1,380 | 08/25/94 | 95170452 | 06/22/95 | | |
| RIVAS DIAZ, VICTOR M: 170, 13, 4847 | 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 | $1,380 | $1,150 | $230 | 08/25/94 | 95170452 | 06/22/95 | | |
| RONDON RAMOS , ALEXIS: 196, 20, 5634 | 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 | $1,380 | | $1,380 | 08/25/94 | 95170452 | 06/22/95 | | |
| FIGU(U)EROA RIVERA , JOANA: 67, 12, 1860 | 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 | $1,380 | $1,150 | $230 | 08/25/94 | 95170452 | 06/22/95 | | |
| 8 STUDENT REFUNDS PAID | | | | $1,380 | 08/31/94 | 95170452 | 06/22/95 | | |
| | | | | $6,127 | | | | | |
| CONS(C)EPCION BRUNO, ELIZABETH: 40, 17, 110 | 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 | $2,300 | $0 | $2,300 | 09/13/94 | 95170452 | 06/22/95 | | |
| GALARZA CUEVAS , JAVIER A: 74, 9, 2053 | 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 | $650 | $0 | $650 | 09/13/94 | 95170452 | 06/22/95 | | |
| RIVERA MELENDEZ ANTONIA D. : 177, 12, 5042 | 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 | $1,380 | $0 | $1,380 | 09/13/94 | 95170452 | 06/22/95 | | |
| SANTIAGO VAZQUEZ , JERRY: 214, 19, 6081 | 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 | $767 | $0 | $767 | 09/13/94 | 95170452 | 06/22/95 | | |
| AGOSTO LOPEZ, NOEL: 3, 4, 60 | 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 | $767 | | $767 | 09/13/94 | 95156450 | 06/08/95 | | |
| NIEVES QUILES, MELVIN: 133, 20, 3718 | 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 | $2,300 | $193 | $574 | 09/16/94 | 95170452 | 06/22/95 | | |
| BERNARDI ORTIZ , ERIC: 17, 14, 462 | 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 | $2,300 | $413 | $1,887 | 09/16/94 | 95170452 | 06/22/95 | | |
| VAZQUEZ VAZQUEZ , MARGARITA: 233, 6, 6600 | 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 | $2,300 | $443 | $1,857 | 09/23/94 | 95170452 | 06/22/95 | | |
| CINTRON LANDRON , IDA V: 34, 20, 944 | 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 | $2,300 | $472 | $1,828 | 09/21/94 | 95170452 | 06/22/95 | | |
| OTERO COLON , MIRIAM: 145, 13, 4047 | 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 | $2,300 | $431 | $1,869 | 09/23/94 | 95170452 | 06/22/95 | | |
| AVILES BRUNO JACQUELINE: 11, 25, 305 | 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 | $2,300 | $503 | $1,797 | 09/26/94 | 95170452 | 06/22/95 | | |
| AYALA ROMAN , DIANA: 13, 23, 353 | 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 | $2,300 | $453 | $1,847 | 09/30/94 | 95170452 | 06/22/95 | | |
| GARCIA GARCIA , JOSE: 75, 27, 2099 | 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 | $2,300 | $453 | $1,797 | 09/30/94 | 95170452 | 06/22/95 | | |
| 13 STUDENT REFUNDS PAID | | | | $1,847 | 09/30/94 | 95170452 | 06/22/95 | | |
| | | | | $20,400 | | | | | |
| SANTIAGO GONZALE(Z) , VICTOR : 211, 24, 6002 | 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 | $2,300 | $453 | $1,847 | 10/04/94 | 95170452 | 06/22/95 | | |
| FERNANDEZ (SERRANO) MARIA, E. : 66, 7, 1827 | 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 | $2,300 | $945 | $1,355 | 10/06/94 | 95170452 | 06/22/95 | | |
| CANCEL FRANCO , MARIA: 25, 26, 898 | 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 | $2,300 | $453 | $1,847 | 10/06/94 | 95170452 | 06/22/95 | | |
| MARTIS ROSARIO, WILLIAM L. : 113, 21, 3157 | 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 | $2,300 | | $1,847 | 10/10/94 | 95170452 | 06/22/95 | | |
| ORTIZ RIVERA, YOLANDA: 143, 18, 3996 | 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 | $2,300 | | $1,380 | 10/10/94 | 95170452 | 06/22/95 | | |
| PAGAN ROSARIO , LEONARDO: 149, 1, 4147 | 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 | $2,300 | $409 | $1,891 | 10/10/94 | 95156450 | 06/08/95 | | |
| RODRIGUEZ GARCIA, JEANNID: 188, 26, 5362 | 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 | $2,300 | $383 | $1,917 | 10/10/94 | 95170452 | 06/22/95 | | |
| SANTIAGO FLORES , EDWIN D. : 211, 14, 5992 | 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 | $1,789 | $0 | $1,789 | 10/10/94 | 95170452 | 06/22/95 | | |
| ADORNO SANCHEZ, CARMEN D: 2, 20, 48 | 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 | $2,300 | $431 | $1,869 | 10/10/94 | 95170452 | 06/22/95 | | |
| COLLAZO RIOS, GERMAN: 38, 17, 997 | 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 | $2,300 | $480 | $1,820 | 10/11/94 | 95170452 | 06/22/95 | | |
| HERNANDEZ CHEVER(E)  MARIA I. : 90, 2, 2494 | 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 | $2,300 | $403 | $1,897 | 10/11/94 | 95170452 | 06/22/95 | | |
| PABON RIOS, JUAN: 146, 20, 4082 | 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 | $2,300 | $409 | $1,891 | 10/11/94 | 95170452 | 06/22/95 | | |
| RIOS QUINONES MARCELINO: 169, 21, 4827 | 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 | $2,300 | $403 | $1,897 | 10/11/94 | 95170452 | 06/22/95 | | |
| RIVERA VAZQUEZ, LESLIE: 184, 7, 5233 | 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 | $2,300 | $393 | $1,907 | 10/11/94 | 95170452 | 06/22/95 | | |
| RUIZ CANINO , NELSON R. : 203, 23, 5777 | 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 | $2,300 | $451 | $1,849 | 10/11/94 | 95170452 | 06/22/95 | | |
| DEL VALLE MIRAND(A) , SANDRA I. : 54, 22, 1506 | 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 | $2,300 | $160 | $190 | 10/11/94 | 95170452 | 06/22/95 | | |
| ADORNO ROSADO , BRENDA: 2, 19, 47 | 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 | $2,300 | $453 | $1,847 | 10/14/94 | 95170452 | 06/22/95 | | |
| CRUZ ALVAREZ, JOSE E: 45, 12, 1244 | 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 | $2,300 | $503 | $1,797 | 10/19/94 | 95170452 | 06/22/95 | | |
| FERRAO SANTIAGO , JOSE E. : 66, 27, 1847 | 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 | $2,300 | $393 | $1,907 | 10/19/94 | 95170452 | 06/22/95 | | |
| RIVAS LOPEZ , FRANCISCO: 170, 15, 4849 | 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 | $787 | $823 | $144 | 10/19/94 | 95170452 | 06/22/95 | | |
| SANTOS MATOS, FRANCISCO: 215, 13, 6103 | 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 | $2,300 | $413 | $1,887 | 10/19/94 | 95170452 | 06/22/95 | | |
| SALAS RIOS EMILY: 204, 28, 5810 | 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 | $2,300 | $823 | $1,477 | 10/20/94 | 95170452 | 06/22/95 | | |
| ADORNO CARRILLO JAIRO: 2, 11,39 | 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 | $2,300 | $453 | $1,847 | 10/21/94 | 95170452 | 06/22/95 | | |
| ALOMAR RODRIGUEZ, WILLIAM: 6, 10, 150 | 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 | $2,300 | $413 | $1,887 | 10/21/94 | 95170452 | 06/22/95 | | |
| GOMEZ ADORNO , MADELINE: 79, 25, 2209 | 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 | $2,300 | $945 | $1,355 | 10/21/94 | 95170452 | 06/22/95 | | |
| MORALES ESTEVES, MARIO: 125, 26, 3498 | 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 | $2,300 | $823 | $1,477 | 10/21/94 | 95170452 | 06/22/95 | | |
| ORTEGA VEGA, ROSA L. : 139, 12, 3876 | 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 | $2,300 | $503 | $1,797 | 10/21/94 | 95170452 | 06/22/95 | | |
| PADILLA CORE(I)ANO  NELSON: 147, 11, 4101 | 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 | $1,850 | $845 | $1,005 | 10/21/94 | 95170452 | 06/22/95 | | |
| ROSADO SANCHEZ, SHEILA M. : 201, 2, 5700 | 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 | $1,380 | $0 | $1,380 | 10/21/94 | 95170452 | 06/22/95 | | |
| VAZQUEZ MERCED , LOURDES: 232, 2, 6568 | 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 | $2,300 | $873 | $1,427 | 10/21/94 | 95170452 | 06/22/95 | | |
| SIERRA TORRENS , JOSE A : 218, 18, 6192 | 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 | $2,300 | $413 | $1,887 | 10/24/94 | 95170452 | 06/22/95 | | |
| CARRION CARRERO, JESUS: 30, 1, 813 | 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 | $1,789 | $0 | $1,789 | 10/25/94 | 95170452 | 06/22/95 | | |
| MARRERO SANTO(S), ROSA E: 109, 19, 3043 | 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 | $1,789 | $0 | $1,789 | 10/25/94 | 95170452 | 06/22/95 | | |
| GARCIA REYES, BRENDA L. : 77, 19, 2147 | 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 | $1,789 | $0 | $1,789 | 10/31/94 | 95170452 | 06/22/95 | | |
| NIEVES CRUZ, LUZ: 132, 27, 3695 | 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 | $1,789 | $0 | $1,789 | 10/31/94 | 95170452 | 06/22/95 | | |
| 35 STUDENT REFUNDS PAID | | | | $57,530 | | | | | |
| JUARBE CASTRO , ABRAHAM: 96,9, 2669 | 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 | $1,150 | $0 | $1,150 | 11/14/94 | 95170452 | 06/22/95 | | |
| VILA ARIAS , ISABEL M. : 238, 8, 6742 | 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 | $2,300 | $411 | $1,889 | 11/14/94 | 95177545 | 06/29/95 | | |
| PADILLA CORE(I)ANO, CARMELO: 147, 12, 4102 | 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 | $2,300 | $453 | $1,847 | 11/17/94 | 95170452 | 06/22/95 | | |
| ALAMO SANTANA , PEDRO L: 3, 25, 81 | 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 | $2,300 | $453 | $1,847 | 11/28/94 | 95170452 | 06/22/95 | | |
| ALICEA MARRERO , ALVIN R: 5, 13, 125 | 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 | $2,300 | $383 | $1,917 | 11/28/94 | 95170452 | 06/22/95 | | |
| BARBOSA TORR(O)E)S , CARLOS A: 14, 27, 391 | 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 | $2,300 | $413 | $1,887 | 11/28/94 | 95170452 | 06/22/95 | | |
| CHAPARRO OLIVERA , REBECA: 33, 23, 919 | 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 | $2,300 | $503 | $1,797 | 11/28/94 | 95170452 | 06/22/95 | | |
| COLLAZO RIVERA , GLORIA: 36, 18, 998 | 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 | $2,300 | $745 | $1,555 | 11/28/94 | 95156450 | 06/08/95 | | |
| FIGUEROA (DE JESUS) , WANDA: 67, 19, 1867 | 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 | $2,300 | $2,023 | $277 | 11/28/94 | 95170452 | 06/22/95 | | |
| GARCIA MARRERO ISMAEL: 78, 13, 2113 | 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 | $2,300 | $346 | $1,954 | 11/28/94 | 95170452 | 06/22/95 | $1,427 | $1,150 |
| GONZALEZ RIVERA  DAMAR(YIS): 85, 8, 2360 | 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 | $2,300 | $845 | $1,455 | 11/28/94 | 95170452 | 06/22/95 | | |
| GUZMAN SANCHEZ JAHEL: 88, 22, 2458 | 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 | $2,300 | $453 | $1,847 | 11/28/94 | 95170452 | 06/22/95 | | |
| INSERN CRESPO, LYDIA: 94, 21, 2623 | 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 | $2,300 | $913 | $1,387 | 11/28/94 | 95170452 | 06/22/95 | | |
| LOPEZ SANTANA  JESSICA: 102, 10, 2838 | 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 | $2,300 | $845 | $1,455 | 11/28/94 | 95170452 | 06/22/95 | | |
| MARRERO MELENDEZ, ERIKA V: 109, 1, 3025 | 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 | $2,300 | $845 | $1,455 | 11/28/94 | 95170452 | 06/22/95 | | |
| MARRERO MORALES, ORLANDO: 109, 4, 3028 | 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 | $2,300 | $860 | $1,440 | 11/28/94 | 95170452 | 06/22/95 | | |
| MORALES LOZANO , ALEXIS: 128, 13, 3513 | 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 | $2,300 | $413 | $1,887 | 11/28/94 | 95170452 | 06/22/95 | | |
| RESTO CORREA , MADELYN: 166, 1, 4273 | 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 | $2,300 | $443 | $1,857 | 11/28/94 | 95170452 | 06/22/95 | | |
| ROSADO BAEZ, MANUEL A. : 200, 6, 5676 | 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 | $2,300 | $383 | $1,917 | 11/28/94 | 95170452 | 06/22/95 | | |
| ROSADO ORTIZ , ROBERTO 200, 19, 5689 | 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 | $787 | $523 | $244 | 11/28/94 | 95170452 | 06/22/95 | | |
| SANCHEZ ALBINO , MARCOS A. : 206, 1, 5839 | 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 | $2,300 | $383 | $1,917 | 11/28/94 | 95170452 | 06/22/95 | | |
| SANTIAGO COSME , ENID: 210, 27, 5977 | 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 | $2,300 | $845 | $1,455 | 11/28/94 | 95170452 | 06/22/95 | | |
| VIERA MARTINEZ , JOSE M : 238, 6, 6740 | 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 | $2,300 | $160 | $2,140 | 11/28/94 | 95170451 | 06/22/95 | | |
| 23 STUDENT REFUNDS PAID | | | | $36,566 | | | | | |
| PER INFORME DE REPROCESOS | | | | ($37,716) | | | | | |
| CALDERON ALICEA, JOSE A | | | | | | | | | |
| CASTRO COLON , RAMON: 31,23,863 | 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 | $2,300 | $725 | $1,575 | 12/07/94 | 95170452 | 06/22/95 | | |
| FELIBERTY NIEVES , EDGARDO: 65, 20, 1812 | 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 | $2,300 | $845 | $1,455 | 12/07/94 | 95170452 | 06/22/95 | | |
| | 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 | $2,300 | $1,150 | $1,150 | 12/07/94 | 95170452 | 06/22/95 | | |

| Name | ID | | | | Date | Account | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| IRIRAZRRY TORO , ERIC L : 94, 12, 2616 | 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 | $2,300 | $945 | $1,355 | 12/07/94 | 95170452 | 06/22/95 | | |
| MORALES FERNANDEZ, JUAN: 125, 27, 3499 | 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 | $2,300 | $725 | $1,575 | 12/07/94 | 95170452 | 06/22/95 | | |
| RAMOS GUZMAN , NOEL: 163, 16, 4654 | 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 | $2,300 | $453 | $1,847 | 12/07/94 | 95170452 | 06/22/95 | | |
| VELAZQUEZ PAGAN , LYDY(VIA: 255, 9, 6659 | 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 | $2,300 | $779 | $1,521 | 12/07/94 | 95170452 | 06/22/95 | | |
| AYALA CLAUDIO , JESSIKA:12, 14, 322 | 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 | $1,380 | $1,150 | $230 | 12/12/94 | 95170452 | 06/22/95 | | |
| GARCIA PAGAN , CARLOS: 77, 9, 2137 | 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 | $2,300 | $453 | $1,847 | 12/12/94 | 95170452 | 06/22/95 | | |
| GUZMAN MARRERO JOSE A : 88, 10, 2446 | 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 | $2,300 | $765 | $1,535 | 12/12/94 | 95170452 | 06/22/95 | | |
| ISERN HERNANDEZ, ANIDRA: 94, 22, 2626 | 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 | $2,300 | $845 | $1,455 | 12/12/94 | 95170452 | 06/22/95 | | |
| NAVARRO HERNANDEZ, VANNESA: 129, 28, 3612 | 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 | $2,300 | $1,150 | $1,150 | 12/12/94 | 95170452 | 06/22/95 | | |
| NUNEZ MELENDEZ , JANNETTE: 135, 8, 3760 | 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 | $2,300 | $845 | $1,455 | 12/12/94 | 95170452 | 06/22/95 | | |
| OYOLA RIVERA, MARIA: 146, 10, 4072 | 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 | $2,300 | $945 | $1,355 | 12/12/94 | 95170452 | 06/22/95 | | |
| PAGAN ESQUILIN , WANDA: 148, 18, 4136 | 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 | $2,300 | $914 | $1,386 | 12/12/94 | 95170452 | 06/22/95 | | |
| RIVERA SANTANA , DELIA: 163, 8, 5206 | 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 | $2,300 | $1,150 | $1,150 | 12/12/94 | 95170452 | 06/22/95 | | |
| ROSARIO MELENDEZ RAFAEL A : 202, 11, 5737 | 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 | $2,300 | $722 | $1,578 | 12/12/94 | 95170452 | 06/22/95 | | |
| VEGA COLON , JORGE L . 233, 16, 6610 | 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 | $2,300 | $945 | $1,355 | 12/12/94 | 95170452 | 06/22/95 | | |
| VELEZ VELEZ, EVELYN: 237, 9, 6715 | 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 | $2,300 | $1,150 | $1,150 | 12/12/94 | 95170452 | 06/22/95 | | |
| FLORES CHEVERES, YOVANIA: 70, 28, 1960 | 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 | $2,300 | $845 | $1,455 | 12/19/94 | 95170452 | 06/22/95 | | |
| LOPEZ FELICIANO MELISSA, I. : 100, 14, 2786 | 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 | $2,300 | $1,150 | $1,150 | 12/19/94 | 95170452 | 06/22/95 | | |
| MAYNARD SALGADO , IVONNE: 115, 2, 3194 | 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 | $2,300 | $823 | $1,477 | 12/19/94 | 95170452 | 06/22/95 | | |
| RIVERA GONZALEZ , ILIAMIL: 175, 15, 4989 | 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 | $2,300 | $845 | $1,455 | 12/19/94 | 95170452 | 06/22/95 | | |
| TORRES ANDINO , JUAN C . 223, 10, 6324 | 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 | $2,300 | $845 | $1,455 | 12/19/94 | 95170452 | 06/22/95 | | |
| GOMEZ RIVERA , ANGEL M . 80, 6, 2216 | 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 | $2,300 | $722 | $1,578 | 12/27/94 | 95170452 | 06/22/95 | | |
| JULBE ROSA . ROSALINDA: 149, 13, 2673 | 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 | $2,300 | $745 | $1,555 | 12/27/94 | 952136233 | 08/05/95 | | |
| RIVERA CRUZ, ANTONIO: 173, 11, 4949 | 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 | $2,300 | $732 | $1,568 | 12/27/94 | 95170452 | 06/22/95 | | |
| RIVERA NATER , DANNY: 178, 8, 5084 | 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 | $2,150 | $765 | $1,385 | 12/27/94 | 95170452 | 06/22/95 | | |
| RIVERA ORTIZ , JUAN C . 178, 27, 5085 | 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 | $2,300 | $725 | $1,575 | 12/27/94 | 95170452 | 06/22/95 | | |
| TORO RAMIREZ, OMAR : 222, 27, 6313 | 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 | $2,300 | $712 | $1,588 | 12/27/94 | 95170452 | 06/22/95 | | |
| AMADOR RIOS, GILBERTO: 6, 5, 201 | 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 | $2,300 | $823 | $1,477 | 12/29/94 | 95170452 | 06/22/95 | | |
| BEZARES AGUAYO, LUIS A. 19, 5, 509 | 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 | $2,300 | $845 | $1,455 | 12/29/94 | 95170452 | 06/22/95 | | |
| GARCIA MENA, EDAN: 76, 23, 2123 | 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 | $1,380 | $1,150 | $230 | 12/29/94 | 95170452 | 06/22/95 | | |
| GONZALEZ GERENA, LUIS A. 82, 28, 2296 | 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 | $2,300 | $2,300 | $0 | 12/29/94 | 95177545 | 06/29/95 | | |
| RIVERA ARROYO, OMAR: 171, 22, 4884 | 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 | $2,300 | $1,150 | $1,150 | 12/29/94 | 95170452 | 06/22/95 | $1,150 | $1,150 |
| VARGAS RODRIGUEZ, JUAN M . 230, 8, 6518 | 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 | $1,850 | $925 | $925 | 12/29/94 | 95170452 | 06/22/95 | | |
| 36 STUDENT REFUNDS PAID | | | | $47,602 | | | | | |
| PER INFORME DE REPROCESOS | | | | ($48,752) | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RIVERA BITTAR, YAMIL. 172, 2, 4892 | 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 | $1,533 | $1,128 | $405 | 12/29/94 | 95170452 | 06/22/95 | | |
| BERRIO(S) PADILLA , FRANCISCO: 17, 16, 464 | 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 | $2,300 | $1,150 | $1,150 | 01/24/95 | 95170452 | 06/22/95 | | |
| CARTAGENA ALBALA(DEJO) . JOSE M: 30, 9, 821 | 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 | $863 | $0 | $863 | 01/24/95 | 94349489 | 12/29/94 | | |
| CHAPARRO AVILES CHRISTIAN. 33,22, 918 | 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 | $2,300 | $1,150 | $1,150 | 01/24/95 | 95170452 | 06/22/95 | | |
| CRUZ SANTIAGO, IRIS M . 48, 23, 1339 | 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 | $2,300 | $914 | $1,386 | 01/24/95 | 95170452 | 06/22/95 | | |
| DELGADO MORALES, BARBARA: 55, 28, 1540 | 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 | $2,300 | $1,150 | $1,150 | 01/24/95 | 95170452 | 06/22/95 | | |
| FIGUEROA ZAYAS, YARITZA: 70, 12, 1944 | 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 | $2,300 | $1,830 | $470 | 01/24/95 | 95170452 | 06/22/95 | | |
| GONZALEZ TORRES, JOSE. 86, 14, 2394 | 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 | $2,300 | $1,118 | $1,182 | 01/24/95 | 95170452 | 06/22/95 | | |
| MARRERO BERIOS , WILMAR. 108, 14, 3010 | 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 | $2,300 | $1,150 | $1,150 | 01/24/95 | 95170452 | 06/22/95 | | |
| PAZ JIMENEZ MELISSA: 150, 27, 4201 | 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 | $2,300 | $1,150 | $1,150 | 01/24/95 | 95170452 | 06/22/95 | | |
| RAMOS( MARRERO), ROSA: 162, 15, 4625 | 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 | $2,300 | $1,575 | $725 | 01/24/95 | 95170452 | 06/22/95 | | |
| REYES RODRIGUEZ, DANIEL. 167, 19, 4769 | 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 | $2,300 | $725 | $1,575 | 01/24/95 | 95170452 | 06/22/95 | | |
| RIOS LOPEZ MIRELLA: 169, 9, 4815 | 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 | $2,300 | $1,150 | $1,150 | 01/24/95 | 95170452 | 06/22/95 | | |
| RIVERA GARCIA, ORLANDO . 175, 5, 4979 | 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 | $2,300 | $725 | $1,575 | 01/24/95 | 95170452 | 06/22/95 | | |
| ROSADO MARRERO , HECTOR. 200, 13, 5683 | 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 | $2,300 | $1,150 | $1,150 | 01/24/95 | 95170452 | 06/22/95 | | |
| SANCHEZ GONZALEZ VILMARIE. 206, 28, 5866 | 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 | $2,300 | $845 | $1,455 | 01/24/95 | 95170452 | 06/22/95 | | |
| ALVARADO SANTIAG(O), NELSON: 6, 20, 160 | 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 | $2,300 | $1,150 | $1,150 | 01/26/95 | 95170452 | 06/22/95 | | |
| GUZMAN ROSADO, WANDA. 88, 20, 2456 | 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 | $2,300 | $801 | $1,499 | 01/31/95 | 95170452 | 06/22/95 | | |
| MERCED MEDINA , GERARDO: 120, 18, 3350 | 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 | $2,300 | $705 | $1,595 | 01/31/95 | 95170452 | 06/22/95 | | |
| RIVERA DIAZ, CARMEN S . 173, 25, 4943 | 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 | $2,300 | $1,150 | $1,150 | 01/31/95 | 95170452 | 06/22/95 | | |
| ROMERO IRIZARRY, LUIS. 198, 1, 5615 | 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 | $2,300 | $917 | $1,383 | 01/31/95 | 95170452 | 06/22/95 | | |
| SANCHEZ SANTOS. CARMEN. 208, 7, 5901 | 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 | $2,300 | $825 | $1,475 | 01/31/95 | 95170452 | 06/22/95 | | |
| VAZQUEZ PADILLA . GABRIEL. 232, 12, 6578 | 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 | $2,300 | $725 | $1,575 | 01/31/95 | 95170452 | 06/22/95 | | |
| 23 STUDENT REFUNDS PAID | | | | $27,513 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ALICEA RIVERA , MARCOS. 5, 17, 129 | 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 | $2,300 | $1,088 | $1,212 | 02/02/95 | 95170452 | 06/22/95 | | |
| ALBALACEJO (RIVERA), JOSE.3,28,84 | 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 | $2,300 | $1,058 | $1,242 | 02/03/95 | 95170452 | 06/22/95 | | |
| GARCIA MATOS . JUAN: 76, 18, 2118 | 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 | $2,300 | $845 | $1,455 | 02/03/95 | 95170452 | 06/22/95 | | |
| GARCIA MOJICA, JOSE A . 76, 28, 2128 | 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 | $2,300 | $779 | $1,521 | 02/03/95 | 95170452 | 06/22/95 | | |
| RIVERA RIVERA,( RUTH) ISAMARIE. 180, 21, 513 | 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 | $2,300 | $735 | $1,565 | 02/03/95 | 95170452 | 06/22/95 | | |
| SANCHEZ COLON DAMAR(Y)IS 206, 13, 5857 | 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 | $2,300 | $1,150 | $1,150 | 02/03/95 | 95170452 | 06/22/95 | | |
| CAMACHO MARRERO JOSE 25, 3, 875 | 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 | $2,300 | $1,075 | $1,225 | 02/07/95 | 95170452 | 06/22/95 | | |
| DIAZ DIAZ . ASUNCION: 57, 26, 1594 | 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 | $2,300 | $1,150 | $1,150 | 02/07/95 | 95170452 | 06/22/95 | | |
| GALARZA MONCLOVA, LYZZETTE. 74, 11, 2055 | 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 | $2,300 | $1,150 | $1,150 | 02/07/95 | 95156450 | 06/08/95 | | |
| GUZMAN MARTINEZ JOSE A . 88, 11, 2447 | 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 | $2,300 | $1,808 | $692 | 02/07/95 | 95170452 | 06/22/95 | | |
| HAVES ANDUJAR, YOLANDA. 89, 5, 2469 | 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 | $2,300 | $1,150 | $1,150 | 02/07/95 | 95170452 | 06/22/95 | | |
| MARTINEZ SANTANA, ALVIN. 113, 8, 3144 | 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 | $2,300 | $1,150 | $1,150 | 02/07/95 | 95170452 | 06/22/95 | | |
| PACHECO PABON . JESUS M . 147, 3, 4093 | 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 | $2,300 | $1,150 | $1,150 | 02/07/95 | 95170452 | 06/22/95 | | |
| PAGAN GONZALEZ , JOSE M . 148, 20, 4138 | 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 | $2,300 | $1,088 | $1,212 | 02/07/95 | 95170452 | 06/22/95 | | |
| RIVERA RODRIGUEZ, MICHAEL. 182, 3, 5173 | 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 | $2,300 | $1,088 | $1,212 | 02/07/95 | 95170452 | 06/22/95 | | |
| VELEZ ORTIZ DANNESA. 236, 19, 6697 | 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 | $2,300 | $1,150 | $1,150 | 02/07/95 | 95170452 | 06/22/95 | | |
| RIVAS OTERO, YAZMINE. 170. 17, 4851 | 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 | $2,300 | $1,757 | $543 | 02/10/95 | 95170452 | 06/22/95 | | |
| CRUZ PIZARRO , DORA I . 47, 27, 1315 | 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 | $2,300 | $1,150 | $1,150 | 02/23/95 | 95170452 | 06/22/95 | | |
| MORALES GONZALEZ , RAUL. 126, 9, 3509 | 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 | $2,300 | $2,023 | $277 | 02/28/95 | 95170452 | 06/22/95 | | |
| 19 STUDENT REFUNDS PAID | | | | $21,356 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ADANIM ES BENITEZ CANDELARIA. 2, 9, 37 | 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 | $2,300 | $1,088 | $1,212 | 03/02/95 | 95170452 | 06/22/95 | | |
| MELECIO VAZQUEZ, MIGUEL A . 117, 5, 3253 | 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 | $2,300 | $1,586 | $714 | 03/06/95 | 95170452 | 06/22/95 | | |
| COLON CRUZ , MARILUZ 37, 12, 1020 | 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 | $2,300 | $1,150 | $1,150 | 03/10/95 | 95170452 | 06/22/95 | | |
| DAVILA VILLEGAS, JOSE L. 51, 11, 1411 | 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 | $2,300 | $1,022 | $1,278 | 03/10/95 | 95156450 | 06/08/95 | | |
| MIRANDA AYALA, ABRAHAM. 121, 9, 3369 | 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 | $2,300 | $1,088 | $1,212 | 03/10/95 | 95170452 | 06/22/95 | | |
| GONZALEZ ROJAS, FRANCISCO 85, 22, 2374 | 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 | $2,300 | $942 | $1,358 | 03/13/95 | 95170452 | 06/22/95 | | |
| CORDERO NAZARIO, MIGUEL. 41, 10, 1130 | 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 | $2,300 | $2,001 | $299 | 03/16/95 | 95170452 | 06/22/95 | | |
| DELGADO RIVERA , BIBIANA. 56, 6, 1545 | 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 | $2,300 | $1,630 | $670 | 03/21/95 | 95170452 | 06/22/95 | | |
| ACEVEDO TRUYOL, JENNEFER: 1,25,25 | 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 | $2,300 | $1,150 | $1,150 | 03/28/95 | 95170452 | 06/22/95 | | |
| BOU DIAZ, ARABEL. 20, 20, 552 | 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 | $2,300 | $1,630 | $670 | 03/28/95 | 95170452 | 06/22/95 | | |
| GONZALEZ CONKLIN, LORETA. 82, 2, 2270 | 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 | $2,300 | $1,150 | $1,150 | 03/28/95 | 95170452 | 06/22/95 | | |
| 11 STUDENT REFUNDS PAID | | | | $10,863 | | | | | |
| 171 STUDENT REFUNDS PAID | | | | $234,046 | | | | ($236,346) | ($2,300) |

INSTITUTO DE EDUCACION UNIVERSAL
CAROLINA CAMPUS 1994-95

LIST OF  REFUNDS PER PROGRAM REVIEW WITH IPS BATCH NUMBER AND DATE

| NAME AND SPS PAGE, LINE AND NUMBER | SOC.SEC.# | AMOUNT ORIGINALLY AWARDED PER PAYMENT VOUCHER PER STUDENT | AMOUNT FINALLY AWARDED AS PER STUDENT PAYMENT SUMMARY | AMOUNT AWARDED REFUNDED PER REPROCESSEDEDDE PAYMENT VOUCHER | STUDENT WITHDRAWAL DATE AS PER INFORME REPROCESO IN PROGRAM REVIEW | IPS BATCH NUMBER WHERE EACH REFUND PAYMENT VOUCHER REPROCESSED | DATE IPS BATCH REPORT WITH REFUNDS WAS PROCESSED BY USDE | REFUND AS IT APPEARED IN THE INFORME E REPROCESO GRANTED BY PROGRAM REVIEWER | DIFFERENCE WITH WHAT WAS FINALLY REFUNDED EVENTUALLY PER PAYMENT VOUCHERS |
|---|---|---|---|---|---|---|---|---|---|
| **SPS= PELL GRANT STUDENT PAYMENT SUMMARY** | | | | | | | | | |
| GONZALEZ GA(O)NZALE(Z), MARIA I. : 82, 25, 2293 | 584416005 | $1,380.00 | $0.00 | | | | | | |
| COLON RESTO BEXSAIDA : 38, 23, 1059 | 584416383 | $1,380.00 | $0.00 | $1,380.00 | 08/03/94 | 95180530 | 07/06/95 | | |
| PASTOR AGOSTO JOSE A. : 150, 11, 4185 | 581639140 | $1,610.00 | $1,380.00 | $230.00 | 08/10/94 | 95180530 | 07/06/95 | | |
| COLON GONZALEZ LISSETTE : 37, 19, 1027 | 584336679 | $1,380.00 | $1,380.00 | $230.00 | 08/11/94 | 95180530 | 07/06/95 | | |
| ESTRADA TOLENTIN(O) SONIA : 84, 21, 1785 | 582854287 | $1,380.00 | $0.00 | $1,380.00 | 08/17/94 | 95180530 | 07/06/95 | | |
| DIAZ CIRINO JESUS : 57, 15, 1583 | 581410852 | $767.00 | $0.00 | $767.00 | 08/23/94 | 95180530 | 07/06/95 | | |
| MELENDEZ ROMAN RAYMOND : 118, 16, 3292 | 056587023 | $1,380.00 | $1,150.00 | $230.00 | 08/24/94 | 95180530 | 07/06/95 | | |
| AYALA MARRERO JUAN : 12, 26, 334 | 584455105 | $767.00 | $240.00 | $527.00 | 08/24/94 | 95180530 | 07/06/95 | | |
| **8 STUDENT REFUNDS** | | $1,380.00 | $1,150.00 | $230.00 | 08/26/94 | 95180530 | 07/06/95 | | |
| | | | | $4,974.00 | | | | | |
| CASTELLANO CALDER(ON),VIRGINIA : 31, 10, 650 | 584583045 | $767.00 | $573.00 | $194.00 | 09/14/94 | 95180530 | 07/06/95 | | |
| CARMONA DELGADO CLARISA : 27, 28, 758 | 584311024 | $1,380.00 | $1,150.00 | $230.00 | 09/15/94 | 95180530 | 07/06/95 | | |
| VIERA COCHADO FELIX : 238, 4, 6736 | 581352551 | $2,300.00 | $453.00 | $1,847.00 | 09/19/94 | 95086597 | 03/30/95 | | |
| COLON ONEILL JOSE : 38, 15, 1051 | 584221814 | $2,300.00 | $393.00 | $1,907.00 | 09/20/94 | 95180530 | 07/06/95 | | |
| FERNANDEZ BETANC(OURT), JAIME : 66, 9, 1829 | 583406630 | $767.00 | $702.00 | $65.00 | 09/21/94 | 95180530 | 07/06/95 | | |
| ORTIZ PINET JOEL : 142, 28, 3928 | 583794961 | $2,300.00 | $453.00 | $1,847.00 | 09/21/94 | 95180530 | 07/06/95 | | |
| CRUZ ROSADO MARCUS : 48, 18, 1334 | 583191229 | $2,300.00 | $443.00 | $1,857.00 | 09/22/94 | 95180530 | 07/06/95 | | |
| GONZALEZ ARISTUD MODESTO : 81, 9, 2249 | 584942441 | $2,300.00 | $453.00 | $1,847.00 | 09/28/94 | 95180530 | 07/06/95 | | |
| QUIJANO BARBOSA MORAYMA : 159, 26, 4552 | 584654238 | $2,300.00 | $453.00 | $1,847.00 | 09/28/94 | 95180530 | 07/06/95 | | |
| LEBRON ROMAN ANGEL : 98, 8, 2722 | 583471024 | $2,300.00 | $413.00 | $1,887.00 | 09/29/94 | 95180530 | 07/06/95 | | |
| MARCANO RODRIGUE(Z), DAMARIS : 107, 2, 2970 | 584195078 | $2,300.00 | $588.00 | $1,712.00 | 09/30/94 | 95180530 | 07/06/95 | | |
| **11 STUDENT REFUNDS** | | | | $15,240.00 | | | | | |
| RUIZ CORREA DIANA : 203, 25, 5779 | 583250103 | $1,380.00 | $0.00 | $1,380.00 | 10/04/94 | 95180530 | 07/06/95 | | |
| DE LA CRUZ DIAZ IVAN : 53, 11, 1467 | 582932952 | $2,300.00 | $431.00 | $1,869.00 | 10/06/94 | 95180530 | 07/06/95 | | |
| DE LA CRUZ MART(I)NEZ, CELESTINO : 53, 12, 1468 | 596305516 | $2,300.00 | $413.00 | $1,887.00 | 10/06/94 | 95180530 | 07/06/95 | | |
| COLON VINALES IVAN : 39, 26, 1090 | 584531787 | $767.00 | $623.00 | $144.00 | 10/07/94 | 95180530 | 07/06/95 | | |
| DONES CASTRO MINERVA : 61, 18, 1698 | 584424261 | $2,250.00 | $503.00 | $1,747.00 | 10/07/94 | 95180530 | 07/06/95 | | |
| ROMAN SALAMAN MARGARITA : 197, 22, 5608 | 580940870 | $767.00 | $623.00 | $144.00 | 10/07/94 | 95180530 | 07/06/95 | | |
| VELEZ MIRANDA ANDY : 236, 14, 6692 | 584633341 | $767.00 | $515.00 | $252.00 | 10/07/94 | 95180530 | 07/06/95 | | |
| ALLENDE MARRERO JUAN : 5, 24, 136 | 581934222 | $1,230.00 | $0.00 | $1,230.00 | 10/14/94 | 95180530 | 07/06/95 | | |
| CARABALLO APONTE ESTEBAN : 26, 23, 723 | 581757667 | $767.00 | $621.00 | $146.00 | 10/14/94 | 95180530 | 07/06/95 | | |
| CRUZ PAGAN MAILEEN : 47, 22, 1310 | 581412396 | $2,300.00 | $443.00 | $1,857.00 | 10/14/94 | 95180530 | 07/06/95 | | |
| DUPREY VEGA GLORILUZ(A) : 61, 27, 1707 | 034408812 | $2,300.00 | $503.00 | $1,797.00 | 10/14/94 | 95180530 | 07/06/95 | | |
| MARTINEZ RIVERA MARIA : 112, 12, 3120 | 584414491 | $767.00 | $623.00 | $144.00 | 10/14/94 | 95180530 | 07/06/95 | | |
| RODRIGUEZ (B)RETANO(COURT), JORGE : 192, 9, 545 | 581790135 | $1,380.00 | $0.00 | $1,380.00 | 10/14/94 | 95180530 | 07/06/95 | | |
| ROMERO ORTIZ ANABEL : 198, 11, 5625 | 583490476 | $1,789.00 | $0.00 | $1,789.00 | 10/14/94 | 95180530 | 07/06/95 | | |
| CUSHION ORTIZ MARILYN : 50, 3, 1375 | 068585529 | $2,300.00 | $453.00 | $1,847.00 | 10/17/94 | 95180530 | 07/06/95 | | |
| ALVAREZ DIAZ GEORGINA: 7, 7, 175 | 583951037 | $2,300.00 | $945.00 | $1,355.00 | 10/19/94 | 95180530 | 07/06/95 | | |
| GARCIA CORDERO SIXTA : 75, 11, 2083 | 583334075 | $2,300.00 | $813.00 | $1,487.00 | 10/19/94 | 95180530 | 07/06/95 | | |
| LOPEZ LOPEZ JUAN : 100, 28, 2800 | 582411716 | $2,300.00 | $403.00 | $1,897.00 | 10/19/94 | 95180530 | 07/06/95 | | |
| DIAZ MANSO JOSE : 58, 22, 1618 | 072586354 | $2,300.00 | $503.00 | $1,797.00 | 10/20/94 | 95180530 | 07/06/95 | | |
| FERNANDEZ RODRIG(UEZ), CARLOS : 66, 24, 1894 | 583574151 | $2,300.00 | $393.00 | $1,907.00 | 10/21/94 | 95180530 | 07/06/95 | | |
| BATISTA ORTIZ GLENDA: 15, 21, 413 | 583673117 | $2,300.00 | $503.00 | $1,797.00 | 10/24/94 | 95180530 | 07/06/95 | | |
| ROJAS MOLINA NILSA : 196, 4, 5562 | 582356082 | $2,300.00 | $845.00 | $1,455.00 | 10/28/94 | 95180530 | 07/06/95 | | |
| **22 STUDENT REFUNDS PAID** | | | | $29,308.00 | | | | | |
| DELGADO CARRASQU(ILLO), PEDRO : 55, 12, 1524 | 581356391 | $2,300.00 | $403.00 | $1,897.00 | 11/01/94 | 95180530 | 07/06/95 | | |
| RIVERA RODRIGUEZ ANA : 181, 19, 5161 | 581579273 | $2,300.00 | $845.00 | $1,455.00 | 11/02/94 | 95180530 | 07/06/95 | | |
| GARCIA BARRETO SAMUEL : 74, 28, 2072 | 582555487 | $767.00 | $623.00 | $144.00 | 11/03/94 | 95180530 | 07/06/95 | | |
| RAMOS RODRIGUEZ Y(J)OEL : 164, 22, 4688 | 583983341 | $2,300.00 | $413.00 | $1,887.00 | 11/04/94 | 95180530 | 07/06/95 | | |
| RIVERA NIEVES JOSE L. : 178, 5069 | 582335647 | $2,300.00 | $413.00 | $1,887.00 | 11/04/94 | 95180530 | 07/06/95 | | |
| ALEJANDRO ANDINO OMAR: 4, 8, 92 | 581454495 | $2,300.00 | $823.00 | $1,477.00 | 11/08/94 | 95180530 | 07/06/95 | | |
| RIVERA SOTO MIGUEL : 183, 22, 5220 | 583410662 | $2,300.00 | $845.00 | $1,655.00 | 11/08/94 | 95180530 | 07/06/95 | | |
| CORTES, DAMARYS : 42, 22, 1170 | 583451781 | $2,300.00 | $801.00 | $1,499.00 | 11/15/94 | 95180530 | 07/06/95 | | |
| GRACESKI DOMING(UEZ), LUIS : 86, 25, 2405 | 581551190 | $2,300.00 | $393.00 | $1,907.00 | 11/15/94 | 95180530 | 07/06/95 | | |
| CABEZA VILLANUEV(A) ANTHONY : 22, 14, 602 | 582772695 | $2,300.00 | $845.00 | $1,455.00 | 11/17/94 | 95180530 | 07/06/95 | | |
| GONZALEZ PEREZ JACKELINE : 84, 26, 2350 | 581393381 | $2,300.00 | $845.00 | $1,455.00 | 11/17/94 | 95180530 | 07/06/95 | | |
| GRULLON FERNANDE(Z) LUIS : 87, 4, 2412 | 597256040 | $2,300.00 | $845.00 | $1,455.00 | 11/17/94 | 95180530 | 07/06/95 | | |
| RIVERA CHISM CARMEN : 172, 20, 4910 | 354643294 | $2,300.00 | $453.00 | $1,847.00 | 11/17/94 | 95180530 | 07/06/95 | | |
| CORREA RIVERA JOSE R. : 42, 14, 1162 | 584613439 | $2,300.00 | $712.00 | $1,588.00 | 11/21/94 | 95180530 | 07/06/95 | | |
| RODRIGUEZ FERNAN(CEZ), MARIA : 188, 16, 5352 | 583278281 | $2,300.00 | $453.00 | $1,847.00 | 11/21/94 | 95180530 | 07/06/95 | | |
| VELEZ DUENO JULIO : 235, 28, 6628 | 581678353 | $2,300.00 | $725.00 | $1,575.00 | 11/21/94 | 95180530 | 07/06/95 | | |
| ORTIZ MALDONADO FELIX : 141, 15, 3935 | 581730939 | $2,300.00 | $745.00 | $1,555.00 | 11/28/94 | 95180530 | 07/06/95 | | |
| REYES RIOS JOSE A. : 167, 11, 4781 | 584451221 | $2,300.00 | $645.00 | $1,655.00 | 11/28/94 | 95180530 | 07/06/95 | | |
| RIOS ESTEVES MARIA : 169, 4, 4810 | 582718612 | $2,300.00 | $845.00 | $1,455.00 | 11/28/94 | 95180530 | 07/06/95 | | |
| AYALA ORTIZ ELIZAIDA: 13, 3, 339 | 584515328 | $2,300.00 | $453.00 | $1,847.00 | 11/29/94 | 95180530 | 07/06/95 | | |
| CRUZ ARROYO ANIBAL : 45, 16, 1247 | 584318451 | $1,380.00 | $0.00 | $1,380.00 | 11/29/94 | 95180530 | 07/06/95 | | |
| DIAZ ALMESTICA DANILA : 56, 27, 1567 | 581436834 | $1,380.00 | $1,150.00 | $230.00 | 11/29/94 | 95180530 | 07/06/95 | | |
| NI(E)VES SANTIAGO SARA: 134, 21, 3745 | 583215420 | $2,300.00 | $845.00 | $1,455.00 | 11/29/94 | 95180530 | 07/06/95 | | |
| ORTEGA MORALES DANIEL : 139, 4, 3868 | 581513376 | $2,300.00 | $443.00 | $1,857.00 | 11/29/94 | 95180530 | 07/06/95 | | |
| RIOS ESCOBAR MARIA : 169, 2, 4808 | 582333421 | $2,300.00 | $453.00 | $1,847.00 | 11/29/94 | 95180530 | 07/06/95 | | |
| RIOS QUINONES WENDY : 169, 22, 4828 | 581918180 | $2,300.00 | $825.00 | $1,475.00 | 11/29/94 | 95180530 | 07/06/95 | | |
| **26 STUDENT REFUNDS PAID** | | | | $39,786.00 | | | | | |

1

car.refundswbatch#datedropdatecar.WK4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PIZARRO RIVERA BRENDA : 158, 13, 4512 | 582357780 | $2,300.00 | $845.00 | $1,455.00 | 12/05/94 | 95180530 | 07/06/95 |
| ROSA HIRALDO ANGEL : 199, 5656 | 582658171 | $2,300.00 | $725.00 | $1,575.00 | 12/05/94 | 95180530 | 07/06/95 |
| ALEJANDRO ESCRI, MARIEZEL: 4, 12, 98 | 583393247 | $2,300.00 | $845.00 | $1,455.00 | 12/08/94 | 95180530 | 07/06/95 |
| COLON MELENDEZ NANCY : 38, 12, 1048 | 582456786 | $2,300.00 | $845.00 | $1,455.00 | 12/08/94 | 95180530 | 07/06/95 |
| GEIGEL VELAZQUEZ JAHAIRA : 79, 3, 2187 | 583439622 | $1,380.00 | $1,150.00 | $230.00 | 12/08/94 | 95180530 | 07/06/95 |
| OTERO TORRES NELVA : 145, 28, 4082 | 582410598 | $1,380.00 | $1,150.00 | $230.00 | 12/08/94 | 95180530 | 07/06/95 |
| RAMOS FELICIANO DOMINGO : 163, 9, 4647 | 583728911 | $2,300.00 | $845.00 | $1,655.00 | 12/08/94 | 95180530 | 07/06/95 |
| RODRIGUEZ NAZARI(O) JANET : 191, 2, 5422 | 583414455 | $2,300.00 | $945.00 | $1,355.00 | 12/08/94 | 95180530 | 07/06/95 |
| MONTEMOINO VAZQU(EZ) ALEX : 124, 16, 3460 | 583778731 | $2,300.00 | $1,150.00 | $1,150.00 | 12/09/94 | 95180530 | 07/06/95 |
| CALDERON ISAAL(C) PASCUAL: 23,25, 641 | 584511947 | $2,300.00 | $745.00 | $1,555.00 | 12/13/94 | 95180530 | 07/06/95 |
| LOPEZ HUERTAS JACQUELINE : 100, 24, 2796 | 583973820 | $2,300.00 | $745.00 | $1,555.00 | 12/13/94 | 95180530 | 07/06/95 |
| PRIETO RIVERA MIRIAM : 159, 16, 4542 | 584358773 | $2,300.00 | $745.00 | $1,555.00 | 12/14/94 | 95180530 | 07/06/95 |
| CRUZ LOPEZ CATALINA: 47, 4, 1292 | 581551549 | $2,300.00 | $745.00 | $1,555.00 | 12/14/94 | 95180530 | 07/06/95 |
| RAMOS FERN ANDEZ, MYRNALIZ : 163, 10, 4648 | 597034371 | $2,300.00 | $1,150.00 | $1,150.00 | 12/14/94 | 95180530 | 07/06/95 |
| RIVERA GONZALEZ YOLANDA : 175, 21, 4996 | 583616500 | $2,300.00 | $1,150.00 | $1,150.00 | 12/14/94 | 95180530 | 07/06/95 |
| RIVERA PENALOZA LUZ : 179, 15, 5101 | 581812530 | $2,300.00 | $845.00 | $1,455.00 | 12/14/94 | 95180530 | 07/06/95 |
| BARRETO ORLANDO CARMEN: 15, 8, 400 | 584582943 | $2,300.00 | $745.00 | $1,555.00 | 12/23/94 | 95180530 | 07/06/95 |
| HERNANDEZ BRISTO(L) STEVEN : 89, 26, 2490 | 582793241 | $2,300.00 | $393.00 | $1,907.00 | 12/23/94 | 95180530 | 07/06/95 |
| 18 STUDENT REFUNDS PAID | | | | $23,997.00 | | | |
| | | | | | | | |
| ALEJANDRO ESCRIB(ANO),  ANIBAL: 4, 11, 95 | 583393692 | $2,300.00 | $725.00 | $1,575.00 | 01/13/95 | 95180530 | 07/06/95 |
| MENDEZ NIEVES VICTOR : 119, 13, 3317 | 584654619 | $2,300.00 | $705.00 | $1,595.00 | 01/13/95 | 95180530 | 07/06/95 |
| RODRIGUEZ QUINON(ES) JO-ANN : 192, 3, 5457 | 582479208 | $2,300.00 | $945.00 | $1,355.00 | 01/13/95 | 95180530 | 07/06/95 |
| SIERRA CEPEDA JOSE : 218, 2, 6176 | 582798557 | $2,300.00 | $745.00 | $1,555.00 | 01/13/95 | 95180530 | 07/06/95 |
| SUAREZ GARCIA JORGE : 221, 5, 6263 | 583638561 | $2,300.00 | $1,150.00 | $1,150.00 | 01/13/95 | 95180530 | 07/06/95 |
| CALCANO DIAZ CARLOS : 23, 8, 624 | 584416048 | $2,300.00 | $1,150.00 | $1,150.00 | 01/13/95 | 95180530 | 07/06/95 |
| COLLAZO OLMA(O) EDUARDO : 36, 14, 994 | 582695117 | $2,300.00 | $1,058.00 | $1,242.00 | 01/20/95 | 95180530 | 07/06/95 |
| DELGADO GUADALUP(E) LUZ : 55, 18, 1530 | 581714477 | $2,300.00 | $845.00 | $1,455.00 | 01/20/95 | 95180530 | 07/06/95 |
| MEDINA RIOS BRENDALIZ  116, 20, 3240 | 583958157 | $2,300.00 | $1,630.00 | $870.00 | 01/20/95 | 95180530 | 07/06/95 |
| RUIZ BETHANIA  203, 18, 5772 | 598302380 | $2,300.00 | $925.00 | $1,375.00 | 01/20/95 | 95180530 | 07/06/95 |
| AGOSTO FIGUEROA DESIREE: 3, 1, 57 | 334647638 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| FIGUEROA KERCADO LUIS : 68, 22, 1896 | 583817691 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| GONZALEZ RIVERA MANUEL  85, 10, 2382 | 584370736 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| PARRILLA CIRINO GRISEL  149, 27, 4173 | 583532411 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| QUIROS GOMEZ JAVIER  161, 20, 4602 | 581539931 | $1,380.00 | $1,150.00 | $230.00 | 01/24/95 | 95180530 | 07/06/95 |
| CUEVAS SANJURJO TANYA  49, 27, 1371 | 584451601 | $2,300.00 | $1,150.00 | $1,150.00 | 01/25/95 | 95180530 | 07/06/95 |
| COLLAZO CRUZ ROD M. 36, 4, 984 | 583514238 | $2,300.00 | $712.00 | $1,588.00 | 01/27/95 | 95180530 | 07/06/95 |
| DAVILA AGUAYO EDGAR : 50, 8, 1380 | 582179255 | $2,300.00 | $1,150.00 | $1,150.00 | 01/27/95 | 95180530 | 07/06/95 |
| FERRER PLAZA ENRIQUE . 67, 7, 1855 | 597101090 | $650.00 | $325.00 | $325.00 | 01/27/95 | 95180530 | 07/06/95 |
| LORENZO MOLINA JERRY : 103, 3, 2859 | 584578754 | $2,300.00 | $1,150.00 | $1,150.00 | 01/27/95 | 95180530 | 07/06/95 |
| ROSA FIGUEROA AARON  199, 6, 5648 | 582576430 | $2,300.00 | $712.00 | $1,588.00 | 01/27/95 | 95180530 | 07/06/95 |
| GARCIA MORALES JUAN : 78, 28, 2128 | 583338389 | $2,300.00 | $1,058.00 | $1,242.00 | 01/30/95 | 95180530 | 07/06/95 |
| RIOS RODRIGUEZ MARIELLIE  170, 2, 4836 | 583796329 | $2,300.00 | $800.00 | $1,500.00 | 01/30/95 | 95180530 | 07/06/95 |
| RODRIGUEZ ILDEFO(NSO), ORLANDO : 189, 13, 5377 | 581025045 | $2,300.00 | $1,031.00 | $1,269.00 | 01/30/95 | 95180530 | 07/06/95 |
| 24 STUDENT REFUNDS PAID | | | | $28,914.00 | | | |
| | | | | | | | |
| CASADO RIVERA JACQUELINE  30, 22, 833 | 581573841 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| ESQUILIN VELAZQU(EZ) MYRNA  64, 4, 1789 | 584671662 | $2,300.00 | $1,088.00 | $1,212.00 | 02/03/95 | 95180530 | 07/06/95 |
| GOMEZ DIAZ JOSE A.  80  2, 2214 | 584413669 | $2,300.00 | $1,630.00 | $870.00 | 02/03/95 | 95180530 | 07/06/95 |
| GOTAY (GOYTIA) CASILLAS OMAR  86, 22, 2402 | 582434308 | $2,300.00 | $1,088.00 | $1,212.00 | 02/03/95 | 95180530 | 07/06/95 |
| HERRERA RAMIREZ ISIS  93, 3, 2579 | 598402020 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| MADERA COLON MYRNA  104, 10, 2894 | 584770813 | $2,300.00 | $1,088.00 | $1,212.00 | 02/03/95 | 95180530 | 07/06/95 |
| MELENDEZ ALMESTIC(A), EDGARDO : 117, 10, 3258 | 581476940 | $2,300.00 | $1,058.00 | $1,242.00 | 02/03/95 | 95180530 | 07/06/95 |
| MIRABAL BURGOS RAUL  121, 5, 3365 | 135644579 | $2,300.00 | $1,058.00 | $1,242.00 | 02/03/95 | 95180530 | 07/06/95 |
| MORALES DE JESUS LIZALIA : 125, 22, 3424 | 581694864 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| NEGRON FRANCO CARMEN  130, 28, 3640 | 582459382 | $1,380.00 | $1,150.00 | $230.00 | 02/03/95 | 95180530 | 07/06/95 |
| PEREZ RIVERA JOHEL  155, 14, 4328 | 582671437 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| RIVERA SANCHEZ RICARDO  183, 6, 5204 | 581694349 | $2,300.00 | $1,088.00 | $1,212.00 | 02/03/95 | 95180530 | 07/06/95 |
| RODRIGUEZ MANSO RANDOLPH  190, 10, 5442 | 583396755 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| HERNANDEZ CRUZ LUIS  90, 9, 2501 | 584439245 | $1,380.00 | $1,150.00 | $230.00 | 02/08/95 | 95180530 | 07/06/95 |
| GIERBOLINI ALVAR(EZ) CARLOS : 79, 11, 2195 | 583214039 | $2,300.00 | $1,118.00 | $1,182.00 | 02/10/95 | 95180530 | 07/06/95 |
| MONGE MARQUEZ DAVID  123, 10, 3426 | 582432570 | $2,300.00 | $1,088.00 | $1,212.00 | 02/10/95 | 95180530 | 07/06/95 |
| NAZARIO CRUZ JOSUE . 130, 15, 3627 | 582376097 | $2,300.00 | $1,118.00 | $1,182.00 | 02/10/95 | 95180530 | 07/06/95 |
| NIEVES FIGUEROA NORMA  133, 6, 3702 | 584380734 | $2,300.00 | $823.00 | $1,477.00 | 02/10/95 | 95180530 | 07/06/95 |
| NUNEZ AYALA WANDA  134  26, 3750   * | 582551081 | $2,300.00 | $1,150.00 | $1,150.00 | 02/10/95 | 95180530 | 07/06/95 |
| FIGUEROA GONZALE(Z) RUTH  68, 21, 1897 | 584710938 | $2,300.00 | $1,564.00 | $736.00 | 02/14/95 | 95180530 | 07/06/95 |
| LOPEZ RODRIGUEZ CARMEN  102, 1, 2829 | 584435685 | $2,300.00 | $1,585.00 | $715.00 | 02/15/95 | 95180530 | 07/06/95 |
| DE JESUS PEREZ ERIC  52, 19, 1447 | 583975866 | $2,300.00 | $1,590.00 | $710.00 | 02/17/95 | 95180530 | 07/06/95 |
| GONZALEZ DELGADO ELISABEL  82, 14, 2282 | 583519039 | $2,300.00 | $1,549.00 | $751.00 | 02/17/95 | 95180530 | 07/06/95 |
| LORENZO MANSO DANIEL  103, 1, 2857 | 584087001 | $2,300.00 | $1,088.00 | $1,212.00 | 02/17/95 | 95180530 | 07/06/95 |
| SANCHEZ CARABALLO JOSE  206, 6, 5844 | 584949287 | $2,300.00 | $1,058.00 | $1,242.00 | 02/17/95 | 95180530 | 07/06/95 |
| URBINA NIEVES MARIA  228, 13, 6487 | 583393110 | $2,300.00 | $1,150.00 | $1,150.00 | 02/23/95 | 95180530 | 07/06/95 |
| PAGAN SANCHEZ YAMIL  149, 5, 4151 | 581773855 | $2,300.00 | $2,023.00 | $277.00 | 02/27/95 | 95180530 | 07/06/95 |
| MORALES RODRIGUEZ, MARITZA  127, 15, 3543 | 584436661 | $1,620.00 | $1,150.00 | $470.00 | 02/28/95 | 95180530 | 07/06/95 |
| 28 STUDENT REFUNDS PAID | | | | $27,678.00 | | | |
| | | | | | | | |
| DE JESUS GRISELLE  51, 18, 1417 | 584753552 | $2,300.00 | $453.00 | $1,847.00 | 03/01/95 | 95180530 | 07/06/95 |
| MORALES BETANCOU(RT) RENE  125, 10, 3482 | 581412895 | $2,300.00 | $403.00 | $1,897.00 | 03/07/95 | 95180530 | 07/06/95 |
| OJEDA MALDONADO LUIS  136, 17, 3797 | 583419816 | $2,300.00 | $393.00 | $1,907.00 | 03/07/95 | 95180530 | 07/06/95 |
| VELEZ RAMOS MIGUEL  236, 26, 6704 | 096285597 | $2,300.00 | $1,585.00 | $715.00 | 03/07/95 | 95180530 | 07/06/95 |
| CARABALLO APONTE ESLY  26, 22, 722 | 582751776 | $2,300.00 | $1,630.00 | $870.00 | 03/09/95 | 95180530 | 07/06/95 |
| GONZALEZ MOLIFUL(MOLLFULLEDA), WILDA  84, 4, | 582233674 | $2,300.00 | $370.00 | $1,930.00 | 03/10/95 | 95180530 | 07/06/95 |
| VELAZQUEZ BENITE(Z) MIGUEL  234, 18, 6640 | 583809752 | $2,300.00 | $2,023.00 | $277.00 | 03/10/95 | 95180530 | 07/06/95 |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| VELEZ GUZMAN  JOSE D. : 236, 7, 6684 | 582558638 | $2,300.00 | $1,978.00 | $322.00 | 03/10/95 | 95180530 | 07/06/95 |
| DIAZ CASUL HECTOR : 57, 12, 1580 | 583735582 | $2,300.00 | $413.00 | $1,887.00 | 03/14/95 | 95180530 | 07/06/95 |
| ALEJANDRA(O) SIERRA, JACQUELINE: 4, 7, 91 | 583784854 | $1,150.00 | $503.00 | $647.00 | 03/15/95 | 95180530 | 07/06/95 |
| LUNA ROMAN RAFAEL : 104, 2, 2888 | 581876277 | $2,300.00 | $1,150.00 | $1,150.00 | 03/15/95 | 95180530 | 07/06/95 |
| BELEN DE LEON MIRAMELINDA: 16, 3, 423 | 581838520 | $2,300.00 | $453.00 | $1,847.00 | 03/17/95 | 95180530 | 07/06/95 |
| CASTRO RESTO RUBEN : 32, 12, 880 | 581417605 | $2,300.00 | $1,332.00 | $968.00 | 03/17/95 | 95180530 | 07/06/95 |
| COTTO HERNANDEZ EMILY : 44, 4, 1208 | 584355837 | $2,300.00 | $1,150.00 | $1,150.00 | 03/17/95 | 95180530 | 07/06/95 |
| FANINI FERMIN ROSSEMARY: 65, 6, 1798 | 583952828 | $2,300.00 | $1,150.00 | $1,150.00 | 03/17/95 | 95180530 | 07/06/95 |
| HERNANDEZ DAVILA DANIEL : 90, 11, 2503 | 598142869 | $450.00 | $135.00 | $315.00 | 03/17/95 | 95180530 | 07/06/95 |
| MARTINEZ VILLANU(EVA), ALBERTO : 113, 20, 3158 | 583686304 | $2,300.00 | $1,630.00 | $670.00 | 03/17/95 | 95180530 | 07/06/95 |
| ROSA ROSADO MARITZA : 200, 1, 5671 | 584705351 | $2,300.00 | $403.00 | $1,897.00 | 03/17/95 | 95180530 | 07/06/95 |
| ANDREU RAMIREZ GABRIEL: 9, 5, 229 | 581448590 | $2,300.00 | $1,304.00 | $996.00 | 03/21/95 | 95180530 | 07/06/95 |
| REYEZ ONEILL MANUEL : 187, 6, 4756 | 584159193 | $2,300.00 | $393.00 | $1,907.00 | 03/21/95 | 95180530 | 07/06/95 |
| ROMERO PEREZ WILMA : 12, 12, 5626 | 581083875 | $2,300.00 | $403.00 | $1,897.00 | 03/21/95 | 95180530 | 07/06/95 |
| CRUZ RIVERA JOEL : 48, 9, 1325 | 582479914, | $2,300.00 | $1,973.00 | $327.00 | 03/24/95 | 95180530 | 07/06/95 |
| DE JESUS ROMAN CARLOS : 52, 28, 1458 | 582892988 | $2,300.00 | $1,973.00 | $327.00 | 03/24/95 | 95180530 | 07/06/95 |
| MENDEZ BRIGY(N)ONY ROBERTO : 119, 5, 3309 | 581778484 | $1,950.00 | $975.00 | $975.00 | 03/24/95 | 95180530 | 07/06/95 |
| RODRIGUEZ MELECI(O) SANDRA : 190, 25, 5417 | 583916140 | $2,300.00 | $1,150.00 | $1,150.00 | 03/24/95 | 95180530 | 07/06/95 |
| TORRES ABRHAMS JUAN D.: 223, 6, 6320 | 581515087 | $2,300.00 | $413.00 | $1,887.00 | 03/24/95 | 95180530 | 07/06/95 |
| GONZALEZ (DAVILA) EMMANUEL : 80, 19, 2231 | 584632599 | $2,300.00 | $453.00 | $1,847.00 | 03/28/95 | 95180530 | 07/06/95 |
| RIVERA FIGUEROA HERIBERTO : 174, 16, 4982 | 584737828 | $2,300.00 | $431.00 | $1,869.00 | 03/28/95 | 95180530 | 07/06/95 |
| COLON SANTANA CARMEN  39, 11, 1075 | 583356155 | $2,300.00 | $2,023.00 | $277.00 | 03/29/95 | 95180530 | 07/06/95 |
| ALVAREZ LOYOLA RICARDO: 7, 15, 183 | 582995418 | $2,300.00 | $393.00 | $1,907.00 | 03/30/95 | 95180530 | 07/06/95 |

30 STUDENT REFUNDS PAID

167 STUDENT REFUNDS PAID-CAROLINA TOTAL      $36,612.00

PER INFORME DE REPROCESOS      $208,509

     $208,509

3

IEU SUMMARY OF REFUNDS PAID PER PROGRAM REVIEW WITH BATCH REPORT AND DATE AFTER RECONCILIATION

| IEU CAMPUS | AMOUNT OF STUDENTS PER THE RECONCILIATION OF THE BATCHES WITH THE SPS | AMOUNT OF STUDENTS PER THE INFORME DE REPROCESOS I.R | DIFFE-RENCE | AMOUNT OF REFUNDS PER THE RECONCILIATION OF THE BATCHES WITH THE SPS | AMOUNT OF REFUNDS PER THE INFORME DE REPROCESOS I.R. | DIFFE-RENCE | PER CENT OF ACCURACY BETWEEN I.R. AND SPS |
|---|---|---|---|---|---|---|---|
| BAYAMON | 171 | 171 | 0 | $234,056 | $236,346 | | |
| CAROLINA | 167 | 167 | 0 | $206,509 | $206,509 | | |
| HATO REY | 172 | 174 | 2 | $210,835 | $212,699 | | |
| TOTALS | 510 | 512 | 2 | $651,400 | $655,554 | $4,154 | 99.37% |

INSTITUTO DE EDUCACION UNIVERSAL
HATO REY CAMPUS 1994-95

LIST OF REFUNDS   PER PROGRAM REVIEW WITH IPS BATCH NUMBER AND DATE

SPS= PELL GRANT STUDENT PAYMENT SUMMARY

| NAME AND SPS PAGE, LINE AND NUMBER | SOC SEC # | AMOUNT ORIGINALLY AWARDED PER PAYMENT VOUCHER PER STUDEN | AMOUNT FINALLY AWARDED AS PER STUDENT PAYMENT SUMMARY | AMOUNT AWARDED PER REPROCESSED PAYMENT VOUCHER | STUDENT WITHDRAWAL DATE AS PER INFORME DE REPROCESO IN PROGRAM REVIEW | IPS BATCH NUMBER WHERE EACH REFUND PAYMENT VOUCHER REPROCESSED | DATE IPS BATCH REPORT ITH REFUNDS WAS PROCESSED BY USDE |
|---|---|---|---|---|---|---|---|
| H1 ACEVEDO BERRIOS, NOEL E.: 1,6,6 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/13/94 | 95180530 | 07/06/95 |
| H2 ACEVEDO RIVERA, MANUEL E. : 1,19,19 | 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 | $767.00 | $623.00 | $144.00 | 10/18/94 | 95180530 | 07/06/95 |
| H3 ACO RIVERA, NATHANAEL: 1,27,27 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/31/95 | 95180530 | 07/06/95 |
| H4 AGOSTO AMBERTY, DORIS N.: 2,25, 53 | 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 | $2,300.00 | $453.00 | $1,847.00 | 11/17/94 | 95180530 | 07/06/95 |
| H5 AGOSTO CONCEPCION(N) LUIS  2,26,54 | 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 | $2,300.00 | $433.00 | $1,867.00 | 11/18/94 | 95180530 | 07/06/95 |
| H6 ALAGARIN ARZUAGA, GEINNY : 4,26,110 | 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 | $1,380.00 | $1,150.00 | $230.00 | 10/05/94 | 94349489 | 12/20/94 |
| H7 ALGARIN RODRIGUEZ, JOSE E.: 5,3, 115 | 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 | $2,280.00 | $1,773.00 | $507.00 | 03/03/95 | 95213623 | 08/05/95 |
| H8 ALICEA COTTO, CYNTHIA V.: 5, 11, 123 | 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 | $2,300.00 | $823.00 | $1,477.00 | 12/20/94 | 95180530 | 07/06/95 |
| H9 ALVARADO MIRANDA, JIMMY: 6, 17, 157 | 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 | $2,300.00 | $845.00 | $1,455.00 | 10/18/94 | 95180530 | 07/06/95 |
| H10 ALVARADO RIVERA, ROSA M.: 6,18, 158 | 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 | $2,300.00 | $503.00 | $1,797.00 | 11/17/94 | 95180530 | 07/06/95 |
| H11 ANDINO CORA, MONICA 8,17, 213 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/20/94 | 95180530 | 07/06/95 |
| H12 ANDINO ISAAC, NILKA V. 8,20,216 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/12/94 | 95180530 | 07/06/95 |
| H13 APONTE SANCHEZ, MILDRED. 10,1,253 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 06/03/94 | 95180530 | 07/06/95 |
| H14 AVILA MORALES, CARLOS J.: 11,21,301 | 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 | $2,300.00 | $725.00 | $1,575.00 | 11/15/94 | 95180530 | 07/06/95 |
| H15 AVILES VAZQUEZ, LILLIAM 12,3,311 | 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 | $1,380.00 | $1,150.00 | $230.00 | 10/10/94 | 95180530 | 07/06/95 |
| H16 BERMUDEZ REYES, JOSE A., 17, 8, 456 | 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 | $2,300.00 | $1,590.00 | $710.00 | 02/14/95 | 95180530 | 07/06/95 |
| H17 BERNARD BAEZ, ANGEL O.: 17,13, 460 | 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 | $2,300.00 | $825.00 | $1,475.00 | 11/08/94 | 95180530 | 07/06/95 |
| H18 BETANCOURT DIAZ, FRANCISCO: 18, 23, 499 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| H19 BONANO SANTIAGO, ROSANA LEE: 19, 23, 527 | 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 | $1,380.00 | $0.00 | $1,380.00 | 10/10/94 | 95180530 | 07/06/95 |
| H20 BONILLA VAZQUEZ, B(V)ELMA. 20, 5, 537 | 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 | $2,285.00 | $870.00 | $1,415.00 | 11/21/94 | 95180530 | 07/06/95 |
| H21 BURGOS CARRION, SAUL J. 21, 20, 580 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/10/95 | 95180530 | 07/06/95 |
| H22 CALDERON BAEZ, ANA L.: 23, 17, 633 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/18/94 | 95180530 | 07/06/95 |
| H23 CALDERON JIMENEZ, EVELIA : 23, 26, 642 | 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 | $1,380.00 | $1,150.00 | $230.00 | 01/24/95 | 95180530 | 07/06/95 |
| H24 CAMACHO GONZALEZ, ANGEL: 24, 27, 671 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/09/94 | 95180530 | 07/06/95 |
| H25 CAMACHO GONZALEZ, DAPHNE  25, 1, 673 | 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 | $1,150.00 | $925.00 | $225.00 | 11/28/94 | 95180530 | 07/06/95 |
| H26 CANALES SALDANA, ANIBAL  25, 23, 695 | 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 | $2,300.00 | $1,608.00 | $692.00 | 03/03/95 | 95180530 | 07/06/95 |
| H27 CANDELARIO CRUZ, ANTONIO D. 26, 13, 712 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/09/95 | 95180530 | 07/06/95 |
| H28 CARRASQUILLO VEL(AZQUEZ), MARCO A. 29, 1 | 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 | $767.00 | $623.00 | $144.00 | 09/29/94 | 95180530 | 07/06/95 |
| H29 CASTRO CRUZ, DOMINGO 31, 26, 865 | 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 | $2,300.00 | $493.00 | $1,807.00 | 10/03/94 | 95180530 | 07/06/95 |
| H30 CASTRO GARCIA, OMAR  32, 2, 870 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 11/21/94 | 95180530 | 07/06/95 |
| H31 CENTENO SANTIAGO, REBECA  33, 8, 904 | 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 | $2,300.00 | $1,790.00 | $510.00 | 01/26/95 | 95180530 | 07/06/95 |
| H32 CHRISTOPHER BORRERO, GIL  34, 9, 933 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/17/95 | 95180530 | 07/06/95 |
| H33 CONCEPCION HERNA(DEZ), MAYRA : 40, 2, 1094 | 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 | $1,380.00 | $1,150.00 | $230.00 | 12/09/94 | 95180530 | 07/06/95 |
| H34 CORDOVA DIAZ, EMELYN 41, 18, 1138 | 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 | $2,300.00 | $483.00 | $1,817.00 | 09/14/94 | 95180530 | 07/06/95 |
| H35 CORRES SCTO JOHANNA  42, 21, 1169 | 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 | $2,300.00 | $845.00 | $1,455.00 | 01/19/95 | 95180530 | 07/06/95 |
| H36 CORTORREAL LERRE (FERREIRA), NORMA  43, 1,596 | 38-0121 | $2,300.00 | $1,150.00 | $1,150.00 | 03/03/95 | 95180530 | 07/06/95 |
| H37 CUEVAS CALDERON, NORMA  49, 21, 1365 | 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 | $2,300.00 | $403.00 | $1,897.00 | 10/11/94 | 95180530 | 07/06/95 |
| H38 DAVILA RIVERA, MANUEL  51, 4, 1404 | 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 | $2,300.00 | $1,995.00 | $305.00 | 12/02/94 | 95180530 | 07/06/95 |
| H39 DIAZ CUELLO, WANDA  57, 23, 1591 | 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 | $2,300.00 | $745.00 | $1,555.00 | 02/06/95 | 95180530 | 07/06/95 |
| H40 DIAZ MOJICA, JOHANNA  58, 27, 1623 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/26/95 | 95180530 | 07/06/95 |
| H41 DIAZ SALCEDO, NIOVE  60, 12, 1664 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/17/95 | 95180530 | 07/06/95 |
| H42 FUENTES LOPEZ ORLANDO : 73, 20, 2036 | 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 | $2,300.00 | $1,073.00 | $1,227.00 | 12/09/94 | 95180530 | 07/06/95 |
| H43 GARCIA RIVERA, MAGDALENA  77, 28, 2156 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/09/94 | 95180530 | 07/06/95 |
| H44 GOMEZ CATAGUET, LEXVIALEX  79,28,2212 | 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 | $2,300.00 | $1,454.00 | $846.00 | 02/15/95 | 95180530 | 07/06/95 |
| H45 GONZALEZ BERNACE(T), MAXIMO  81, 21, 2261 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/23/95 | 95180530 | 07/06/95 |
| H46 GONZALEZ DIAZ, JORGE  82, 17, 2295 | 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 | $2,300.00 | $403.00 | $1,897.00 | 11/04/94 | 95180530 | 07/06/95 |
| H47 GONZALEZ MENANDO(EZ), WILSON  83, 14, 2310 | 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 | $2,300.00 | $705.00 | $1,595.00 | 12/09/94 | 95180530 | 07/06/95 |
| H48 GONZALEZ MAISONE(T), JOSE  83, 22, 2318 | 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 | $1,380.00 | $1,150.00 | $230.00 | 11/04/94 | 95180530 | 07/06/95 |
| H49 GONZALEZ OLMED(O)A, NELSON  84, 14, 2338 | 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 | $1,380.00 | $1,150.00 | $230.00 | 10/28/94 | 95180530 | 07/06/95 |
| H50 GONZALEZ TOLEDO, NILEXSA  86, 10, 2390 | 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 | $2,300.00 | $845.00 | $1,455.00 | 10/26/94 | 95180530 | 07/06/95 |
| H51 GOTAY ORTIZ, DAMARIS  86, 24, 2404 | 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 | $2,300.00 | $1,790.00 | $510.00 | 01/27/95 | 95180530 | 07/06/95 |
| H52 GUILLEN GUILLEN, JUAN  87, 22, 2430 | 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 | $1,380.00 | $1,150.00 | $230.00 | 11/08/94 | 95180530 | 07/06/95 |
| H53 GUZMAN DIAZ, STEVEN  88, 3, 2439 | 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 | $2,300.00 | $403.00 | $1,897.00 | 01/26/95 | 95180530 | 07/06/95 |
| H54 HANCE RODRIGUEZ, DAVID  89, 1, 2465 | 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 | $2,300.00 | $443.00 | $1,857.00 | 09/15/94 | 95180530 | 07/06/95 |
| H55 HERNANDEZ REYES, SONIA  91, 24, 2544 | 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 | $2,300.00 | $483.00 | $1,817.00 | 09/22/94 | 95180530 | 07/06/95 |
| H56 HUERTAS CHEVERE, DORA  93-16, 2592 | 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 | $2,300.00 | $1,750.00 | $550.00 | 01/23/95 | 95156450 | 06/06/95 |
| H57 IGLESIAS VARGAS, CECILLE  93, 26, 2602 | 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 | $2,300.00 | $2,023.00 | $277.00 | 02/24/95 | 95180530 | 07/06/95 |
| H58 JIMENEZ GUTIERRE(Z), RICARDO  95, 11, 2643 | 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 | $2,300.00 | $725.00 | $1,575.00 | 11/18/94 | 95180530 | 07/06/95 |
| H59 LEBRON MORALES, EDWARD  98, 4, 2720 | 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 | $2,300.00 | $453.00 | $1,847.00 | 11/28/94 | 95180530 | 07/06/95 |
| H60 LEE CHOW, WINNIE  98, 10, 2726 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/12/94 | 95180530 | 07/06/95 |
| H61 LOPEZ PADILLA, DANNY  101, 10, 2810 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/09/94 | 95180530 | 07/06/95 |
| H62 MACHADO MARTINEZ, BRENDA  104, 5, 2889 | 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 | $2,300.00 | $1,586.00 | $714.00 | 02/21/95 | 95180530 | 07/06/95 |
| H63 MACKENZIE CORSINO, CHARLES : 104, 9, 2893 | 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 | $2,300.00 | $725.00 | $1,575.00 | 11/18/94 | 95180530 | 07/06/95 |
| H64 MAFIOLI VARELA, SERGIO. 104, 13, 2897 | 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 | $767.00 | $0.00 | $767.00 | 09/14/94 | 95180530 | 07/06/95 |
| H65 MALDONADO SANCHEZ, JACINTA  106, 1, 2941 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/10/95 | 95180530 | 07/06/95 |
| H66 MARCANO BAEZ, YAMILET  106, 22, 2962 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/13/95 | 95180530 | 07/06/95 |
| H67 MARTINEZ DIAZ, CARLOS  110, 27, 3079 | 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 | $2,300.00 | $1,022.00 | $1,278.00 | 02/02/95 | 95180530 | 07/06/95 |
| H68 MARTINEZ SANCHEZ, HILDA  113, 5, 3141 | 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 | $2,300.00 | $825.00 | $1,475.00 | 10/31/94 | 95180530 | 07/06/95 |
| H69 MARTINEZ SANTOS, MIGUEL  113, 9, 3145 | 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 | $2,300.00 | $393.00 | $1,907.00 | 10/10/94 | 95180530 | 07/06/95 |
| H70 MATOS SANTIAGO, BRENDA  114, 20, 3184 | 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 | $2,300.00 | $922.00 | $1,378.00 | 02/06/95 | 95180530 | 07/06/95 |
| H71 MEDINA ALICEA, ALICIA  115, 15, 3207 | 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 | $2,300.00 | $845.00 | $1,456.00 | 11/29/94 | 95180530 | 07/06/95 |
| H72 MELENDEZ VELAZQUE(Z), OMAR  118, 28, 3304 | 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 | $1,375.00 | $0.00 | $1,375.00 | 11/18/94 | 95180530 | 07/06/95 |
| H73 MENDOZA MIRANDA, JUAN  119, 19 3323 | 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 | $1,380.00 | $1,150.00 | $230.00 | 08/03/94 | 95181502 | 07/06/95 |

| H74 | MERCADO LOPEZ, RAFAEL. 120, 2, 3334 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/27/95 | 95180530 | 07/06/95 |
| H75 | MIRANDA BURGOS, DAGMARIE. 121, 11, 3371 | 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 | $1,950.00 | $1,566.00 | $384.00 | 01/23/95 | 95180530 | 07/06/95 |
| H76 | MIRANDA LEON, BETHZAIDA. 121, 16, 3376 | 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 | $2,300.00 | $845.00 | $1,455.00 | 01/19/95 | 95180530 | 07/06/95 |
| H77 | MIRANDA OTERO, KAREN A. 121, 23, 3383 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| H78 | MORALES CASTRO JOSE. 125, 13, 3485 | 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 | $2,300.00 | $905.00 | $1,395.00 | 12/09/94 | 95180530 | 07/06/95 |
| H79 | MORALES DE LEON, OMAR. 125, 23, 3495 | 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 | $2,300.00 | $845.00 | $1,455.00 | 11/29/94 | 95180530 | 07/06/95 |
| H80 | MORALES MORALES, ROSA. 126, 24, 3524 | 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 | $2,300.00 | $493.00 | $1,807.00 | 10/11/94 | 95181502 | 07/06/95 |
| H81 | NAZARIO GUTIERRE(Z), JACKELINE. 130, 18, 363 | 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 | $2,300.00 | $1,630.00 | $670.00 | 03/02/95 | 95180530 | 07/06/95 |
| H82 | NEGRON COLON CRISTINA M. 130, 24, 3636 | 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 | $2,300.00 | $1,018.00 | $1,282.00 | 11/28/94 | 95180530 | 07/06/95 |
| H83 | NEGRON CRUZ, IVELISSE. 130, 25, 3637 | 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 | $2,300.00 | $533.00 | $1,767.00 | 10/11/94 | 95180530 | 07/06/95 |
| H84 | NEGRON RIOS, JOSE J. 131, 17, 3657 | 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 | $2,300.00 | $1,790.00 | $510.00 | 01/23/95 | 95180530 | 07/06/95 |
| H85 | NEGRON RIVERA, JESUS. 131, 19, 3659 | 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 | $2,300.00 | $443.00 | $1,857.00 | 10/14/94 | 95181502 | 07/06/95 |
| H86 | NEGRON SANCHEZ NYDIA. 131, 22, 3662 | 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 | $2,300.00 | $965.00 | $1,335.00 | 10/27/94 | 95181502 | 07/06/95 |
| H87 | NIEVES FELICIANO ALEXANDER 133, 5, 3701 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/23/95 | 95180530 | 07/06/95 |
| H88 | NIEVES QUINONES, ORLANDO 133, 24, 3720 | 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 | $2,300.00 | $0.00 | $2,300.00 | 08/15/94 | 95181502 | 07/06/95 |
| H89 | NUNEZ REYES, JUANA. 135, 12, 3764 | 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 | $2,300.00 | $1,630.00 | $670.00 | 02/15/95 | 95180530 | 07/06/95 |
| H90 | OLMO CARRASQUILL(O), DAISY. 137, 14, 3822 | 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 | $2,300.00 | $845.00 | $1,455.00 | 11/04/94 | 95180530 | 07/06/95 |
| H91 | ORTIZ BETANCOURT, ALEJANDRO 140, 4, 3896 | 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 | $767.00 | $573.00 | $194.00 | 09/30/94 | 95181502 | 07/06/95 |
| H92 | ORTIZ CANDELARIO, JOSE L. 140, 6, 3898 | 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 | $2,300.00 | $403.00 | $1,897.00 | 10/14/94 | 95181502 | 07/06/95 |
| H93 | ORTIZ RODRIGUEZ, ZAKI Y. 143, 27, 4005 | 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 | $2,300.00 | $1,630.00 | $670.00 | 02/07/95 | 95180530 | 07/06/95 |
| H94 | ORTIZ VEGA, MANUEL E. 144, 17, 4033 | 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 | $2,300.00 | $900.00 | $1,400.00 | 12/09/94 | 95180530 | 07/06/95 |
| H95 | OTERO ALVARADO, ROSA V. 145, 8, 4042 | 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 | $2,300.00 | $1,388.00 | $912.00 | 01/31/95 | 95180530 | 07/06/95 |
| H96 | PACHECO RIVAS, BETSY J. 147, 7, 4096 | 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 | $2,300.00 | $805.00 | $1,395.00 | 12/09/94 | 95180530 | 07/06/95 |
| H97 | PASTRANA MURIEL, ORLANDO 150, 23, 4192 | 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 | $767.00 | $648.00 | $119.00 | 11/29/94 | 95180530 | 07/06/95 |
| H98 | PENA MARTINEZ, MANUEL. 151, 18, 4220 | 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 | $2,300.00 | $925.00 | $1,375.00 | 11/18/94 | 95180530 | 07/06/95 |
| H99 | PEREZ FELIZ, MARINO A. 153, 10, 4268 | 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 | $2,300.00 | $885.00 | $1,415.00 | 10/14/94 | 95181502 | 07/06/95 |
| H100 | PEREZ FIGUEROA, ALEX. 153, 11, 4269 | 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 | $767.00 | $510.00 | $257.00 | 09/19/94 | 95181502 | 07/06/95 |
| H101 | PEREZ GARAY, YARITZA E. 153, 14, 4273 | 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 | $2,300.00 | $1,803.00 | $497.00 | 02/28/95 | 95180530 | 07/06/95 |
| H102 | PEREZ MELENDEZ. EVELYN 154, 7, 4293 | 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 | $2,050.00 | $845.00 | $1,205.00 | 01/13/95 | 95180530 | 07/06/95 |
| H103 | PEREZ VARGAS, THELMA M. 156, 26, 4468 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/10/94 | 95180530 | 07/06/95 |
| H104 | PEREJE(Z) DE JESUS, JOSE A. 157, 7, 4477 | 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 | $767.00 | $0.00 | $767.00 | 09/14/94 | 95181502 | 07/06/95 |
| H105 | PIAZZA ORTIZ, ANA MARIA. 157, 11, 4481 | 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 | $2,300.00 | $945.00 | $1,355.00 | 11/04/94 | 95180530 | 07/06/95 |
| H106 | QUIDIGLEY GREY, ANGEL L. 159, 25, 4551 | 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 | $2,300.00 | $925.00 | $1,375.00 | 12/12/94 | 95180530 | 07/06/95 |
| H107 | RAMIREZ CRUZ, MILDRED. 161, 26, 4608 | 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 | $2,300.00 | $745.00 | $1,555.00 | 02/07/95 | 95180530 | 07/06/95 |
| H108 | RAMOS ORTIZ, JAVIER O. 164, 2, 4668 | 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 | $2,300.00 | $723.00 | $1,577.00 | 12/16/94 | 95180530 | 07/06/95 |
| H109 | ROJAMOS RODFIGUEZ, ALEXANDRA. 198, 18, 5 | 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 | $2,300.00 | $841.00 | $1,459.00 | 12/01/94 | 95180530 | 07/06/95 |
| H110 | RAMOS VIAS, MARIA C. 165, 12, 4706 | 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 | $2,300.00 | $905.00 | $1,395.00 | 12/09/94 | 95180530 | 07/06/95 |
| H111 | RENTA(S) SANCHEZ, SHIRLEY. 165, 23, 4717 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/18/94 | 95181502 | 07/06/95 |
| H112 | REYES MEJIAS, PEDRO. 167, 2, 4752 | 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 | $1,553.00 | $1,148.00 | $405.00 | 12/09/94 | 95180530 | 07/06/95 |
| H113 | RIOS FIGUEROA, GLORIA E. 169, 6, 4812 | 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 | $2,300.00 | $431.00 | $1,869.00 | 10/18/94 | 95181502 | 07/06/95 |
| H114 | RIOS ORTIZ, MARITZA. 169, 19, 4825 | 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 | $2,300.00 | $483.00 | $1,817.00 | 10/27/94 | 95181502 | 07/06/95 |
| H115 | RIVERA RODRIGUEZ, REBECA. 182, 6, 5176 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/02/95 | 95180530 | 07/06/95 |
| H116 | RIVERA COTTO, MILDRED. 173, 9, 4927 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/09/94 | 95180530 | 07/06/95 |
| H117 | RIVERA ECHEVARRI(A), NANCY. 174, 4, 4950 | 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 | $2,300.00 | $1,830.00 | $470.00 | 02/02/95 | 95180530 | 07/06/95 |
| H118 | RIVERA ESCALERA, NAYMA. 174, 9, 4955 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/12/94 | 95180530 | 07/06/95 |
| H119 | RIVERA MARIN, JOSE F. 176, 24, 5026 | 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 | $2,300.00 | $1,088.00 | $1,212.00 | 02/21/95 | 95180530 | 07/06/95 |
| H120 | RIVERA ROBLES, ALICE B. 181, 16, 5158 | 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 | $2,300.00 | $493.00 | $1,807.00 | 11/18/94 | 95180530 | 07/06/95 |
| H121 | RIVERA RODRIGUEZ, ALIDA. 181, 18, 5160 | 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 | $2,300.00 | $1,790.00 | $510.00 | 02/14/95 | 95180530 | 07/06/95 |
| H122 | RIVERA RODRIGUEZ, JACQUELINE. 170, 25, 4859 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/10/95 | 95180530 | 07/06/95 |
| H123 | RIVERA RODRIGUEZ, ZUJELY. 182, 10, 5180 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/18/94 | 95181502 | 07/06/95 |
| H124 | RIVERA RODIU(S, WILLIAM. 182, 14, 5184 | 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 | $2,300.00 | $745.00 | $1,555.00 | 11/18/94 | 95180530 | 07/06/95 |
| H125 | RIVERA ROSARIO ROXANA. 182, 26, 5190 | 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 | $2,300.00 | $493.00 | $1,807.00 | 10/11/94 | 95180530 | 07/06/95 |
| H126 | RIVERA VAZQUEZ, CARMEN G. 184, 6, 5232 | 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 | $2,300.00 | $493.00 | $1,807.00 | 11/04/94 | 95124593 | 05/09/95 |
| H127 | ROBLES OSORIO, MAIKA. 185, 5, 5259 | 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 | $2,300.00 | $493.00 | $1,807.00 | 10/05/94 | 95181502 | 07/06/95 |
| H128 | ROBLES RODRIGUEZ, JESSICA. 185, 11, 5265 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/03/94 | 95181502 | 07/06/95 |
| H129 | RODRIGUEZ COLON, LUIS A. 187, 10, 5318 | 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 | $2,300.00 | $1,088.00 | $1,212.00 | 01/31/95 | 95180530 | 07/06/95 |
| H130 | RODRIGUEZ CRUZ, CARLOS J. 187, 22, 5330 | 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 | $767.00 | $623.00 | $144.00 | 10/05/94 | 95181502 | 07/06/95 |
| H131 | RODRIGUEZ MALDON(ADO), EMMANUEL. 190, 7, 582 | 75-1579 | $2,300.00 | $1,630.00 | $670.00 | 02/03/95 | 95180530 | 07/06/95 |
| H132 | RODRIGUEZ MARRER(O), JORGE L. 190, 13, 540 | 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 | $2,300.00 | $1,028.00 | $1,272.00 | 08/09/94 | 95180530 | 07/06/95 |
| H133 | RODRIGUEZ PARES, MARIEL. 191, 215441, | 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 | $2,300.00 | $551.00 | $1,749.00 | 10/17/94 | 95181502 | 07/06/95 |
| H134 | RODRIGUEZ RIVERA. DALINES. 192, 12, 5460 | 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 | $2,300.00 | $1,470.00 | $830.00 | 02/14/95 | 95180530 | 07/06/95 |
| H135 | RODRIGUEZ RODRIGUE(Z), JOEL A. 193, 4, 5480 | 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 | $2,300.00 | $1,013.00 | $1,287.00 | 11/10/94 | 95181502 | 07/06/95 |
| H136 | RODRIGUEZ SANCHE(Z), JOSE A. 194, 6, 5510 | 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 | $2,300.00 | $725.00 | $1,575.00 | 11/28/94 | 95180530 | 07/06/95 |
| H137 | ROMAN ARROYO, DOMINGO. 196, 23, 5581 | 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 | $2,300.00 | $1,603.00 | $697.00 | 11/04/94 | 95177545 | 06/29/95 |
| H138 | ROSA MALDONADO. SHEILA. 199, 17, 5969 | 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 | $2,300.00 | $1,630.00 | $670.00 | 02/14/95 | 95180530 | 07/06/95 |
| H139 | ROSARIO ROSA, JACQUELIN(E). 203, 4, 5758 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/21/94 | 95180530 | 07/06/95 |
| H140 | SANCHEZ CASTRO, HECTOR M. 206, 9, 5847 | 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 | $2,300.00 | $1,630.00 | $670.00 | 02/28/95 | 95180530 | 07/06/95 |
| H141 | SABIN(CHEZ JIMENEZ, MILAGROS. 204, 19, 5801 | 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 | $2,300.00 | $945.00 | $1,355.00 | 11/10/94 | 95180530 | 07/06/95 |
| H142 | SANCHEZ PENA, ISRAEL. 207, 22, 5888 | 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 | $2,300.00 | $925.00 | $1,375.00 | 01/19/95 | 95180530 | 07/06/95 |
| H143 | SANCHEZ SOLA, JOSE J. 208, 8, 5902 | 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 | $2,300.00 | $745.00 | $1,555.00 | 02/09/95 | 95180530 | 07/06/95 |
| H144 | SANTALIZ MALDONADO, E(DUARDO). 208, 25, 59 | 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 | $2,300.00 | $1,058.00 | $1,242.00 | 03/02/95 | 95180530 | 07/06/95 |
| H145 | SANTANA DIAZ, ELIZABETH. 209, 8, 5930 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/27/94 | 95180530 | 07/06/95 |
| H146 | SANTANA RIVERA. ROSA. 209, 23, 5945 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/27/95 | 95180530 | 07/06/95 |
| H147 | SANTIAGO CRESPO, ALEXIS. 211, 2, 5980 | 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 | $2,300.00 | $453.00 | $1,847.00 | 03/03/95 | 95180530 | 07/06/95 |
| H148 | SANTIAGO FERNAND(EZ), MELVIN. 211, 12, 5990 | 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 | $2,300.00 | $453.00 | $1,847.00 | 09/07/94 | 95156450 | 06/08/95 |
| H149 | SANTIAGO GIO(INZALE(Z), ELBA I. 211, 19, 5997 | 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 | $2,300.00 | $1,630.00 | $670.00 | 02/15/95 | 95180530 | 07/06/95 |
| H150 | SANTIAGO RAMIREZ, WILLIAM. 213, 11, 6045 | 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 | $2,300.00 | $1,058.00 | $1,242.00 | 03/03/95 | 95180530 | 07/06/95 |
| H151 | SANTOS RODRIGUEZ, SANDRA I. 215, 22, 6112 | 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 | $2,300.00 | $1,058.00 | $1,242.00 | 02/06/95 | 95180530 | 07/06/95 |
| H152 | SERRANO MARTINEZ, DELIZ. 217, 11, 6157 | 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 | $1,415.00 | $0.00 | $1,415.00 | 11/15/94 | 95213623 | 08/05/95 |
| H153 | SOLA BURGOS, SARAH. 219, 4, 6206 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/23/95 | 95180530 | 07/06/95 |
| H154 | SOTO MORALES, PERLA. 220, 13, 6243 | 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 | $2,772.00 | $925.00 | $1,847.00 | 10/18/94 | 95181502 | 07/06/95 |
| H155 | SUAZO VAZQUEZ YARISIS. 221, 17, 6275 | 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 | $2,300.00 | $453.00 | $1,847.00 | 11/18/94 | 95181502 | 07/06/95 |
| H156 | TORRES ACEVEDO, LUZ C. 223, 7, 6321 | 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 | $1,603.00 | $1,298.00 | $305.00 | 12/09/94 | 95180530 | 07/06/95 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| H157 TORRES GARDON, FELIX : 224, | ~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 | $2,300.00 | $443.00 | $1, | 1u 11/94 | 95156450 | 06/08/95 |
| H158 TORRES NEGRON, JOEL : 225, 26, 6395 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/23/95 | 95180530 | 07/06/95 |
| H159 TORRES NIEVES, RAFAEL A : 225, 28, 6398 | 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 | $2,300.00 | $443.00 | $1,857.00 | 11/04/94 | 95180530 | 07/06/95 |
| H160 TORRES OLIVERA(S), CAROL : 226, 2, 6400 | 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 | $2,300.00 | $493.00 | $1,807.00 | 11/02/94 | 95181502 | 07/06/95 |
| H161 VALENTIN HERNA(N)DE(Z), RALPH : 229, 8, 6490 | 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 | $3,014.00 | $2,300.00 | $714.00 | 01/24/95 | 95180530 | 07/06/95 |
| H162 VALERIANO MARTIN(EZ), AARON : 229,16, 6498 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/12/94 | 95180530 | 07/06/95 |
| H163 VAZQUEZ CRUZADO, ERASTO : 231, 7, 6545 | 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 | $2,300.00 | $801.00 | $1,499.00 | 12/02/94 | 95180530 | 07/06/95 |
| H164 VAZQUEZ GOMEZ, VIOLETA : 231, 15, 6553 | 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 | $2,300.00 | $920.00 | $1,380.00 | 10/28/94 | 95181502 | 07/06/95 |
| H165 VEGA DEL VALLE, JAHAIRA : 233, 17, 6611 | 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 | $2,300.00 | $1,630.00 | $670.00 | 01/24/95 | 95180530 | 07/06/95 |
| H166 VEGA NECO, K'ERYN : 233, 25, 6619 | 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 | $2,300.00 | $1,518.00 | $782.00 | 01/26/95 | 95180530 | 07/06/95 |
| H167 VELAZQUEZ CALDER(ON), MICHEL J : 234, 21, 66 | 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 | $2,300.00 | $493.00 | $1,807.00 | 10/11/94 | 95180530 | 07/06/95 |
| H168 VELAZQUEZ IRIZAR(RY), GEORGE : 235, 1, 6651 | 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 | $2,300.00 | $493.00 | $1,807.00 | 09/22/94 | 95181502 | 07/06/95 |
| H169 VICENTE CLASS, VANESSA : 237, 26, 6732 | 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 | $2,300.00 | $441.00 | $1,859.00 | 09/20/94 | 95033461 | 02/07/95 |
| H170 VIDAURRE PEREZ, CARLOS M : 238, 1, 6735 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/23/95 | 95180530 | 07/06/95 |
| H171 VIERA SANTIAGO, AIDA : 238, 7, 6741 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/04/94 | 95181502 | 07/06/95 |
| H172 WH TE PARADAS, CHRISTOPHI(ER) : 239, 19, 678 | 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 | $2,300.00 | $393.00 | $1,907.00 | 09/22/94 | 95181502 | 07/06/95 |
| | | $371,203.00 | $160,804.00 | $210,399.00 | | | |

INSTITUTO DE EDUCACION UNIVERSAL
BAYAMON CAMPUS 1994-95

LIST OF    REFUNDS    PROGRAM REVIEW WITH IPs BATCH NUMBER AND DATE

SPS+ PELL GRANT STUDENT PAYMENT SUMMARY

| NAME AND SPS PAGE, LINE AND NUMBER | SOC SEC # | AMOUNT ORIGINALLY AWARDED PER PAYMENT VOUCHER PER STUDENT | AMOUNT FINALLY AWARDED AS PER STUDENT PAYMENT SUMMARY | AMOUNT AWARDED REFUNDED PER REPROCESSED PAYMENT PER STUDENT | STUDENT WITHDRAWAL DATE AS PER INFORME DE REPROCESOS IN PROGRAM REVIEW | IPS BATCH NUMBER WHERE EACH REFUND PAYMENT REPROCESSED | DATE IPS BATCH REPORT WITH REFUNDS WAS PROCESSED BY USDE |
|---|---|---|---|---|---|---|---|
| B1 ACEVEDO TRUYOL, JENNEFER 1,25,25 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 03/28/95 | 95170452 | 06/22/95 |
| B2 ADAN(M)ES BENITEZ CANDELARIA 2, 9, 37 | 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 | $2,300.00 | $1,088.00 | $1,212.00 | 03/02/95 | 95170452 | 06/22/95 |
| B3 ADORNO CARRILLO JAIRO 2, 11,39 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/21/94 | 95170452 | 06/22/95 |
| B4 ADORNO ROSADO, BRENDA 2, 19, 47 | 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 | $2,300.00 | $503.00 | $1,797.00 | 10/19/94 | 95170452 | 06/22/95 |
| B5 ADORNO SANCHEZ, CARMEN D 2, 20, 48 | 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 | $2,300.00 | $480.00 | $1,820.00 | 11/11/94 | 95170452 | 06/22/95 |
| B6 AGOSTO LOPEZ, NOEL: 3, 4, 60 | 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 | $1,917.00 | $193.00 | $1,724.00 | 09/16/94 | 95170452 | 06/22/95 |
| B7 ALAMO SANTANA , PEDRO L 3, 25, 81 | 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 | $2,300.00 | $453.00 | $1,847.00 | 11/28/94 | 95170452 | 06/22/95 |
| B8 ALBALADEJO (RIVERA), JOSE 3,28,84 | 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 | $2,300.00 | $1,058.00 | $1,242.00 | 02/03/95 | 95170452 | 06/22/95 |
| B9 ALICEA MARRERO , ALVIN R 5, 13, 125 | 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 | $2,300.00 | $393.00 | $1,907.00 | 11/28/94 | 95170452 | 06/22/95 |
| B10 ALICEA RIVERA , MARCOS 5, 17, 129 | 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 | $2,300.00 | $1,088.00 | $1,212.00 | 02/02/95 | 95170452 | 06/22/95 |
| B11 ALOMAR RODRIGUEZ, WILLIAM 6, 10, 150 | 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 | $2,300.00 | $413.00 | $1,887.00 | 10/21/94 | 95170452 | 06/22/95 |
| B12 ALVARADO SANTIAG(O) NELSON 6, 20, 160 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/26/95 | 95170452 | 06/22/95 |
| B13 AMADOR RIOS GILBERTO 8, 5, 201 | 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 | $2,300.00 | $823.00 | $1,477.00 | 12/29/94 | 95170452 | 06/22/95 |
| B14 AVILES BRUNO JACQUELINE 11, 25, 305 | 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 | $2,300.00 | $453.00 | $1,847.00 | 09/30/94 | 95170452 | 06/22/95 |
| B15 AYALA CLAUDIO , JESSIKA 12, 14, 322 | 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 | $1,380.00 | $1,150.00 | $230.00 | 12/12/94 | 95170452 | 06/22/95 |
| B16 AYALA ROMAN , DIANA 13, 23, 353 | 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 | $2,300.00 | $503.00 | $1,797.00 | 09/30/94 | 95170452 | 06/22/95 |
| B17 BARBOSA TORRO(E)S , CARLOS A 14, 27, 391 | 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 | $2,300.00 | $413.00 | $1,887.00 | 11/28/94 | 95170452 | 06/22/95 |
| B18 BERNARDI ORTIZ , ERIC 17, 14, 462 | 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 | $2,300.00 | $443.00 | $1,857.00 | 09/21/94 | 95170452 | 06/22/95 |
| B19 BERRIOS ORTIZ, JOSE D 18, 5, 481 | 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 | $1,380.00 | $0.00 | $1,380.00 | 08/25/94 | 95170452 | 06/22/95 |
| B20 BERRIO(S) PADILLA , FRANCISCO 17, 16, 484 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/29/94 | 95170452 | 06/22/95 |
| B21 BEZARES AGUAYO ,LUIS A· 19, 5, 509 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/29/94 | 95170452 | 06/22/95 |
| B22 BOU DIAZ ,ARABEL 20, 20, 552 | 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 | $2,300.00 | $1,630.00 | $670.00 | 03/28/95 | 95170452 | 06/22/95 |
| B23 CALDERON NIEVES, JOSE D 23, 13, 629 | 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 | $1,360.00 | $1,150.00 | $230.00 | 08/25/94 | 95170452 | 06/22/95 |
| B24 CALCERON ALICEA JOSE A | 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 | $2,100.00 | $725.00 | $1,575.00 | 12/07/94 | 95170452 | 06/22/95 |
| B25 CAMACHO MARRERO JOSE 25, 3, 675 | 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 | $2,3..00 | $1,075.00 | $1,225.00 | 02/07/95 | 95170452 | 06/22/95 |
| B26 CANCEL FRANCO , MARIA 25, 26, 698 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/10/94 | 95170452 | 06/22/95 |
| B27 CARRION CARRERO JESUS 30, 1, 813 | 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 | $1,789.00 | $0.00 | $1,789.00 | 10/25/94 | 95170452 | 06/22/95 |
| B28 CARTAJENA ALBA(DEJO), JOSE M 30, 9, 821 | 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 | $0.00 | $0.00 | $0.00 | 01/24/95 | 9434889 | 12/29/94 |
| B29 CASTRO COLON , RAMON 31,23 863 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/07/94 | 95170452 | 06/22/95 |
| B30 CHAFARRO AVILES CHRISTIAN 33,22, 918 | 383-3F 3107 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95170452 | 06/22/95 |
| B31 CHAFARRO OLIVERA  REBECA 33 23 919 | 582-4  9608 | $2,300.00 | $503.00 | $1,797.00 | 11/28/94 | 95156450 | 06/08/95 |
| B32 CINTRON LANDRON , IDA V 34, 20 944 | 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 | $2,300.00 | $431.00 | $1,869.00 | 09/23/94 | 95170452 | 06/22/95 |
| B33 COLLAZO RIOS, GERMAN 36, 17, 997 | 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 | $2,300.00 | $403.00 | $1,897.00 | 10/11/94 | 95170452 | 06/22/95 |
| B34 COLLAZO RIVERA, GLORIA 36, 18, 998 | 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 | $2,300.00 | $745.00 | $1,555.00 | 11/28/94 | 95170452 | 06/22/95 |
| B35 COLON CRUZ  MARILUZ 37, 12, 1020 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 03/10/95 | 95170452 | 06/22/95 |
| B36 CONSIC(IEP)CION BRUNO ELIZABETH 40, 17, 1109 | 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 | $2,300.00 | $0.00 | $2,300.00 | 09/13/94 | 95170452 | 06/22/95 |
| B37 CORDERO NAZARIO MIGUEL 41, 10  1130 | 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 | $2,300.00 | $2,001.00 | $299.00 | 03/16/95 | 95170452 | 06/22/95 |
| B38 COSME NIEVES, ANA Y  43, 18, 1194 | 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 | $2,300.00 | $0.00 | $2,300.00 | 07/21/94 | 95177545 | 06/29/95 |
| B39 CRUZ ALVAREZ, JOSE E 45, 12, 1244 | 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 | $2,300.00 | $393.00 | $1,907.00 | 10/19/94 | 95170452 | 06/22/95 |
| B40 CRUZ SANTIAGO, IRIS M  48, 23  1339 | 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 | $2,300.00 | $914.00 | $1,386.00 | 01/24/95 | 95170452 | 06/22/95 |
| B41 CRUZ ,PIZARRO , DORA I  47, 27, 1315 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/23/95 | 95170452 | 06/22/95 |
| B42 DAVILA COLON , NANETTE 50, 15, 1387 | 581-049392 | $1,789.00 | $0.00 | $1,789.00 | 07/19/94 | 95170452 | 06/22/95 |
| B43 DAVILA VILLEGAS, JOSE L 51, 11, 1411 | 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 | $2,300.00 | $1,022.00 | $1,278.00 | 03/10/95 | 95156450 | 06/08/95 |
| B44 DEL VALLE M(RANDIA)  SANDRA I  54  22  1506 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/14/94 | 95170452 | 06/22/95 |
| B45 DELGADO MORALES, BARBARA 55, 28, 1540 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95170452 | 06/22/95 |
| B46 DELGADO RIVERA , B.BIANA 56, 6  1545 | 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 | $2,300.00 | $1,630.00 | $670.00 | 03/21/95 | 95170452 | 06/22/95 |
| B47 DIAZ DIAZ ,ASUNCION 57, 26, 1594 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/07/95 | 95170452 | 06/22/95 |
| B48 FELIBERTY NIEVES , EDGARDO 65, 20, 1812 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/07/94 | 95170452 | 06/22/95 |
| B49 FERNANDEZ (SERRANO) MARIA E  66, 7, 1827 | 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 | $2,300.00 | $945.00 | $1,355.00 | 10/06/94 | 95170452 | 06/22/95 |
| B50 FERRAO SANTIAGO , JOSE E  66, 27, 1847 | 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 | $2,300.00 | $393.00 | $1,907.00 | 10/18/94 | 95170452 | 06/22/95 |
| B51 FIGUERCA (DE JESUS) , WANDA 67, 19, 1867 | 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 | $1,380.00 | $2,023.00 | ($643.00) | 11/28/94 | 95170452 | 06/22/95 |
| B52 FIG(UE)ROA RIVERA , JOANA 67, 12, 1860 | 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 | $1,380.00 | $0.00 | $1,380.00 | 08/31/94 | 95170452 | 06/22/95 |
| B53 FIGUEROA ZAYAS YARITZA 70, 12, 1944 | 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 | $2,300.00 | $1,830.00 | $470.00 | 01/24/95 | 95170452 | 06/22/95 |
| B54 FLORES CHEVERES, YOVANIA, 70, 28, 1960 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/19/94 | 95170452 | 06/22/95 |
| B55 GALARZA CUEVAS , JAVIER A 74, 9, 2053 | 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 | $1,625.00 | $0.00 | $1,625.00 | 09/13/94 | 95170452 | 06/22/95 |
| B56 GALARZA MONCLOVA, LYZZETTE 74, 11, 2055 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/07/95 | 95156450 | 06/08/95 |
| B57 GARCIA GARCIA , JOSE 75, 27, 2099 | 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 | $2,300.00 | $453.00 | $1,847.00 | 09/30/94 | 95170452 | 06/22/95 |
| B58 GARCIA MARRERO ISMAEL  76, 13, 2113 | 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 | $2,300.00 | $346.00 | $1,954.00 | 11/28/94 | 95170452 | 06/22/95 |
| B59 GARCIA MATOS , JUAN 76, 18  2118 | 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 | $2,300.00 | $845.00 | $1,455.00 | 02/03/95 | 95170452 | 06/22/95 |
| B60 GARCIA MENA  EDAN 76  23  2123 | 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 | $1,380.00 | $1,150.00 | $230.00 | 12/29/94 | 95170452 | 06/22/95 |
| B61 GARCIA MOJICA JOSE A  76 26  2126 | 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 | $2,300.00 | $779.00 | $1,521.00 | 02/03/95 | 95170452 | 06/22/95 |
| B62 GARCIA PAGAN , CARLOS 77 9, 2137 | 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 | $2,300.00 | $453.00 | $1,847.00 | 12/12/94 | 95170452 | 06/22/95 |
| B63 GARCIA REYES BRENDA L  77  19, 2147 | 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 | $1,789.00 | $0.00 | $1,789.00 | 10/31/94 | 95170452 | 06/22/95 |
| B64 GOMEZ ADORNO  MADELINE 79  25, 2209 | 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 | $2,300.00 | $945.00 | $1,355.00 | 10/21/94 | 95170452 | 06/22/95 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B65 | GOMEZ RIVERA , ANGEL M . 80, 6 | 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 | $2,300.00 | $722.00 | $1,578.00 | 12/27/94 | 95170452 | 06/22/95 |
| B66 | GONZALEZ CONKLIN, LORETA 82, 2, 2270 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 03/28/95 | 95170452 | 06/22/95 |
| B67 | GONZALEZ GERENA, LUIS A : 82, 28, 2296 | 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 | $2,300.00 | $2,300.00 | $0.00 | 12/29/94 | 95177545 | 06/29/95 |
| B68 | GONZALEZ RIVERA , DAMARY(IS) 85, 8, 2360 | 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 | $2,300.00 | $845.00 | $1,455.00 | 11/28/94 | 95170452 | 06/22/95 |
| 969 | GONZALEZ RIVERA , YOHANNA 85, 13, 2365 | 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 | $1,789.00 | $0.00 | $1,789.00 | 08/19/94 | 95170452 | 06/22/95 |
| 370 | GONZALEZ ROJAS, FRANCISCO 85, 22, 2374 | 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 | $2,300.00 | $942.00 | $1,358.00 | 03/13/95 | 95170452 | 06/22/95 |
| B71 | GONZALEZ TORRES, JOSE 86, 14, 2394 | 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 | $2,300.00 | $1,118.00 | $1,182.00 | 01/24/95 | 95170452 | 06/22/95 |
| B72 | GUZMAN MARRERO JOSE A : 88, 10, 2446 | 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 | $2,300.00 | $765.00 | $1,535.00 | 12/12/94 | 95170452 | 06/22/95 |
| B73 | GUZMAN MARTINEZ JOSE A : 88, 11, 2447 | 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 | $2,300.00 | $1,608.00 | $692.00 | 02/07/95 | 95170452 | 06/22/95 |
| B74 | GUZMAN ROSADO, WANDA : 88, 20, 2456 | 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 | $2,300.00 | $801.00 | $1,499.00 | 01/31/95 | 95170452 | 06/22/95 |
| B75 | GUZMAN SANCHEZ JAHEL. 88, 22, 2458 | 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 | $2,300.00 | $453.00 | $1,847.00 | 11/28/94 | 95170452 | 06/22/95 |
| B76 | HAVES ANDUJAR, YOLANDA 89, 5, 2469 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/07/95 | 95170452 | 06/22/95 |
| B77 | HERNANDEZ CHEVER(E) MARIA I : 90, 2, 2494 | 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 | $2,300.00 | $409.00 | $1,891.00 | 10/11/94 | 95170452 | 06/22/95 |
| B78 | INSERN CRESPO, LYDIA 94, 21, 2625 | 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 | $2,300.00 | $913.00 | $1,387.00 | 11/28/94 | 95170452 | 06/22/95 |
| B79 | ISERN HERNANDEZ, ANIDRA 94, 22, 2626 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/12/94 | 95170452 | 06/22/95 |
| B80 | IRIZARRY TORO , ERIC L : 94, 12, 2616 | 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 | $2,300.00 | $945.00 | $1,355.00 | 12/07/94 | 95170452 | 06/22/95 |
| B81 | JUARBE CASTRO , ABRAHAM 96 9, 2669 | 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 | $2,300.00 | $0.00 | $2,300.00 | 11/14/94 | 95170452 | 06/22/95 |
| B82 | JULBE ROSA , ROSALINDA 96, 13 2673 | 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 | $2,300.00 | $745.00 | $1,555.00 | 12/27/94 | 95213623 | 08/05/95 |
| B83 | LOPEZ FELICIANO MELISSA, I : 100, 14, 2786 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/19/94 | 95170452 | 06/22/95 |
| B84 | LOPEZ SANTANA , JESSICA 102, 10, 2838 | 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 | $2,300.00 | $845.00 | $1,455.00 | 11/28/94 | 95170452 | 06/22/95 |
| B85 | MARRERO BERIOS , WILMAR 108, 14, 3010 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95170452 | 06/22/95 |
| B86 | MARRERO MELENDEZ, ERIKA V : 109, 1, 3025 | 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 | $2,300.00 | $845.00 | $1,455.00 | 11/28/94 | 95170452 | 06/22/95 |
| B87 | MARRERO MORALES, ORLANDO 109, 4, 3028 | 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 | $2,300.00 | $860.00 | $1,440.00 | 11/28/94 | 95170452 | 06/22/95 |
| B88 | MARRERO SANTO(S) , ROSA E : 109, 19, 3043 | 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 | $1,789.00 | $0.00 | $1,789.00 | 10/25/94 | 95170452 | 06/22/95 |
| B89 | MARTINEZ SANTANA, ALVIN 113, 8, 3144 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/07/95 | 95170452 | 06/22/95 |
| B90 | MARTIS ROSARIO, WILLIAM L : 113, 21, 3157 | 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 | $1,380.00 | $0.00 | $1,380.00 | 10/10/94 | 95170452 | 06/22/95 |
| B91 | MAYNARD SALGADO , IVONNE 115, 2, 3194 | 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 | $2,300.00 | $823.00 | $1,477.00 | 12/19/94 | 95170452 | 06/22/95 |
| B92 | MELECIO VAZQUEZ, MIGUEL A : 117, 5, 3253 | 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 | $2,300.00 | $1,586.00 | $714.00 | 03/06/95 | 95170452 | 06/22/95 |
| B93 | MERCED MEDINA , GERARDO 120, 18, 3350 | 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 | $2,300.00 | $705.00 | $1,595.00 | 01/31/95 | 95170452 | 06/22/95 |
| B94 | MIRANDA AYALA, ABRAHAM 121, 9, 3369 | 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 | $2,300.00 | $1,088.00 | $1,212.00 | 03/10/95 | 95170452 | 06/22/95 |
| B95 | MORALES ESTEVES, MARIO 125, 26, 3498 | 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 | $2,300.00 | $823.00 | $1,477.00 | 10/21/94 | 95170452 | 06/22/95 |
| B96 | MORALES FERNANDEZ, LUIS 125, 27, 3499 | 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 | $2,300.00 | $725.00 | $1,575.00 | 12/07/94 | 95170452 | 06/22/95 |
| B97 | MORALES GONZALEZ , RAUL 126, 9, 3509 | 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 | $2,300.00 | $2,023.00 | $277.00 | 02/28/95 | 95170452 | 06/22/95 |
| B98 | MORALES LOZANO , ALEXIS 126, 13, 3513 | 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 | $2,300.00 | $413.00 | $1,887.00 | 11/28/94 | 95170452 | 06/22/95 |
| B99 | NARVAEZ VARGAS LUZ D : 129, 114, 3598 | 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 | $1,380.00 | $1,150.00 | $230.00 | 08/19/94 | 95170452 | 06/22/95 |
| B100 | NAVARRO HERNANDEZ, VANNESA 129, 28, 3612 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/12/94 | 95170452 | 06/22/95 |
| 1101 | NIEVES CRUZ, LUZ 132, 27, 3695 | 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 | $1,789.00 | $0.00 | $1,789.00 | 10/31/94 | 95170452 | 06/22/95 |
| J102 | NIEVES QUILES, MELVIN 133, 20, 3718 | 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 | $2,300.00 | $413.00 | $1,887.00 | 09/16/94 | 95170452 | 06/22/95 |
| B103 | NUNEZ MELENDEZ , JANNETTE 135, 8, 3760 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/12/94 | 95170452 | 06/22/95 |
| B104 | ORTEGA VEGA ROSA L : 139, 12, 3876 | 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 | $2,300.0 | $503.00 | $1,797.00 | 10/21/94 | 95170452 | 06/22/95 |
| B105 | ORTIZ RIVERA, YOLANDA 143, 18, 3996 | 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 | $2,300.00 | $409.00 | $1,891.00 | 10/10/94 | 95156450 | 06/08/95 |
| B106 | OTERO COLON , MIRIAM 145, 13, 4047 | 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 | $2,300.00 | $503.00 | $1,797.00 | 09/26/94 | 95170452 | 06/22/95 |
| B107 | OYOLA RIVERA MARIA 146, 10, 4072 | 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 | $2,300.00 | $945.00 | $1,355.00 | 12/12/94 | 95170452 | 06/22/95 |
| B108 | PABON RIOS JUAN 146, 20, 4082 | 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 | $2,300.00 | $403.00 | $1,897.00 | 10/11/94 | 95170452 | 06/22/95 |
| B109 | PACHECO FABON JESUS M : 147, 3, 4093 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/07/95 | 95170452 | 06/22/95 |
| B110 | PADILLA CCRE(I)ANO, NELSON 147, 11, 4101 | 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 | $1,850.00 | $845.00 | $1,005.00 | 10/21/94 | 95170452 | 06/22/95 |
| B111 | PADILLA CCRE(I)ANO CARMELO 147, 12, 4102 | 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 | $2,300.00 | $453.00 | $1,847.00 | 11/17/94 | 95170452 | 06/22/95 |
| B112 | PAGAN ESCUILIN , WANDA 148, 18, 4136 | 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 | $2,300.00 | $914.00 | $1,386.00 | 12/12/94 | 95170452 | 06/22/95 |
| B113 | PAGAN GONZALEZ , JOSE M : 148, 20, 4138 | 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 | $2,300.00 | $1,088.00 | $1,212.00 | 02/07/95 | 95170452 | 06/22/95 |
| B114 | PAGAN ROSARIO , LEONARDO 149, 1, 4147 | 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 | $2,300.00 | $383.00 | $1,917.00 | 10/10/94 | 95170452 | 06/22/95 |
| B115 | PAZ JIMENEZ MELISSA 150, 27, 4201 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95170452 | 06/22/95 |
| B116 | RAMOS GUZMAN , NOEL 163, 16, 4654 | 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 | $2,300.00 | $453.00 | $1,847.00 | 12/07/94 | 95170452 | 06/22/95 |
| B117 | RAMOS(MARRERO), ROSA 162, 15, 4625 | 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 | $2,300.00 | $1,575.00 | $725.00 | 01/24/95 | 95170452 | 06/22/95 |
| B118 | RESTO CORREA , MADELYN 166, 1, 4273 | 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 | $2,300.00 | $443.00 | $1,857.00 | 11/28/94 | 95170452 | 06/22/95 |
| B119 | REYES RODRIGUEZ, DANIEL 167, 19, 4769 | 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 | $2,300.00 | $725.00 | $1,575.00 | 01/24/95 | 95170452 | 06/22/95 |
| B120 | RIOS LOPEZ MIRELLA 169, 9, 4815 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95170452 | 06/22/95 |
| B121 | RIOS QUINONES MARCELINO, 169, 21, 4827 | 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 | $2,300.00 | $393.00 | $1,907.00 | 10/11/94 | 95170452 | 06/22/95 |
| B122 | RIVAS DIAZ, VICTOR M 170, 13, 4847 | 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 | $1,380.00 | $0.00 | $1,380.00 | 08/25/94 | 95170452 | 06/22/95 |
| B123 | RIVAS LOPEZ , FRANCISCO 170, 15, 4849 | 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 | $1,917.00 | $623.00 | $1,294.00 | 10/19/94 | 95170452 | 06/22/95 |
| B124 | RIVAS OTERO YAZMINE 170, 17, 4851 | 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 | $2,300.00 | $1,757.00 | $543.00 | 02/10/95 | 95170452 | 06/22/95 |
| B125 | RIVERA ARROYO, OMAR 171, 22, 4884 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/29/94 | 95170452 | 06/22/95 |
| B126 | RIVERA BITTAR, YAMIL 172, 2, 4892 | 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 | $1,895.00 | $1,128.00 | $767.00 | 12/29/94 | 95170452 | 06/22/95 |
| B127 | RIVERA CRUZ ANTONIO 173, 11, 4949 | 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 | $2,300.00 | $732.00 | $1,568.00 | 12/27/94 | 95170452 | 06/22/95 |
| B128 | RIVERA DIAZ CARMEN S : 173, 25, 4943 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/31/95 | 95170452 | 06/22/95 |
| B129 | RIVERA GARCIA, ORLANDO 175, 5, 4979 | 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 | $2,300.00 | $725.00 | $1,575.00 | 01/24/95 | 95170452 | 06/22/95 |
| B130 | RIVERA GONZALEZ , ILIAMIL 175, 15, 4989 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/19/94 | 95170452 | 06/22/95 |
| B131 | RIVERA MELENDEZ ANTONIA D : 177, 12, 5042 | 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 | $1,380.00 | $0.00 | $1,380.00 | 09/13/94 | 95170452 | 06/22/95 |
| B132 | RIVERA NATER , DANNY 178, 6, 5064 | 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 | $2,150.00 | $765.00 | $1,385.00 | 12/27/94 | 95170452 | 06/22/95 |
| 133 | RIVERA ORTIZ , JUAN C : 178, 27, 5085 | 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 | $2,300.00 | $725.00 | $1,575.00 | 12/27/94 | 95170452 | 06/22/95 |
| B134 | RIVERA RIVERA,( RUTH) ISAMARIE : 180, 21, 5135 | 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 | $2,300.00 | $735.00 | $1,565.00 | 02/03/95 | 95170452 | 06/22/95 |
| B135 | RIVERA RODRIGUEZ MICHAEL 182, 3, 5173 | 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 | $2,300.00 | $1,088.00 | $1,212.00 | 02/07/95 | 95170452 | 06/22/95 |
| B136 | RIVERA SANTANA , DELIA 183, 8, 5206 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/12/94 | 95170452 | 06/22/95 |
| B137 | RIVERA VAZQUEZ, LESLIE 184, 7, 5233 | 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 | $2,300.00 | $451.00 | $1,849.00 | 10/11/94 | 95170452 | 06/22/95 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B138 | RODRIGUEZ GARCIA, JANNID 188 ... 62 | 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 | $1,789.00 | $0.00 | ...9 00 | 10/10/94 | 95170452 | 06/22/95 |
| B139 | RODRIGUEZ POLLOC(K), LILLIAM 192, 1, 5449 | 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 | $1,380.00 | $1,150.00 | $230.00 | 08/23/94 | 95170452 | 06/22/95 |
| B140 | RODRIGUEZ QUINON(ES), CARLOS A. : 192, 3, 545 | 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 | $1,971.00 | $1,204.00 | $767.00 | 08/04/94 | 95170452 | 06/22/95 |
| B141 | ROMERO IRIZARRY, LUIS. 198, 1, 5615 | 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 | $2,300.00 | $917.00 | $1,383.00 | 01/31/95 | 95170452 | 06/22/95 |
| B142 | RONDON RAMOS, ALEXIS. 198, 20, 5634 | 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 | $1,380.00 | $1,150.00 | $230.00 | 08/25/94 | 95170452 | 06/22/95 |
| B143 | ROSADO BAEZ, MANUEL A. : 200, 6, 5676 | 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 | $2,300.00 | $383.00 | $1,917.00 | 11/28/94 | 95170452 | 06/22/95 |
| B144 | ROSADO MARRERO, HECTOR. 200, 13, 5683 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95170452 | 06/22/95 |
| B145 | ROSADO ORTIZ, ROBERTO. 200, 19, 5689 | 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 | $1,917.00 | $523.00 | $1,394.00 | 11/78/94 | 95170452 | 06/22/95 |
| B146 | ROSADO SANCHEZ, SHEILA M : 201, 2, 5700 | 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 | $1,380.00 | $0.00 | $1,380.00 | 10/21/94 | 95170452 | 06/22/95 |
| B147 | ROSARIO MELENDEZ RAFAEL A : 202, 11, 5737 | 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 | $2,300.00 | $722.00 | $1,578.00 | 12/12/94 | 95170452 | 06/22/95 |
| B148 | RUIZ CANINO, NELSON R. : 203, 23, 5777 | 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 | $875.00 | $160.00 | $715.00 | 10/11/94 | 95170452 | 06/22/95 |
| B149 | SALAS RIOS EMILY. 204, 28, 5810 | 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 | $2,300.00 | $823.00 | $1,477.00 | 10/20/94 | 95170452 | 06/22/95 |
| B150 | SANCHEZ ALBINO, MARCOS A : 206, 1, 5839 | 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 | $2,300.00 | $383.00 | $1,917.00 | 11/28/94 | 95170452 | 06/22/95 |
| B151 | SANCHEZ COLON DAMAR(Y)IS : 206, 13, 5857 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95170452 | 06/22/95 |
| B152 | SANCHEZ GONZALEZ VILMARIE. 206, 28, 5866 | 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 | $2,300.00 | $845.00 | $1,455.00 | 01/24/95 | 95170452 | 06/22/95 |
| B153 | SANCHEZ SANTOS, CARMEN. 208, 7, 5901 | 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 | $2,300.00 | $825.00 | $1,475.00 | 01/31/95 | 95170452 | 06/22/95 |
| B154 | SANTIAGO COSME, ENID. 210, 27, 5977 | 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 | $2,300.00 | $845.00 | $1,455.00 | 11/28/94 | 95170452 | 06/22/95 |
| B155 | SANTIAGO FLORES, EDWIN D. : 211, 14, 5992 | 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 | $2,300.00 | $431.00 | $1,869.00 | 10/10/94 | 95170452 | 06/22/95 |
| B156 | SANTIAGO GONZALE(Z), VICTOR : 211, 24, 6002 | 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 | $2,300.00 | $453.00 | $1,847.00 | 10/04/94 | 95170452 | 06/22/95 |
| B157 | SANTIAGO VAZQUEZ, JERRY. 214, 19, 6081 | 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 | $767.00 | $0.00 | $767.00 | 09/13/94 | 95156450 | 05/08/95 |
| B158 | SANTOS MATOS, FRANCISCO 215, 13, 6103 | 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 | $2,300.00 | $413.00 | $1,887.00 | 10/19/94 | 95170452 | 06/22/95 |
| B159 | SIERRA TORRENS, JOSE A. : 218, 18, 6192 | 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 | $2,300.00 | $413.00 | $1,887.00 | 10/24/94 | 95170452 | 06/22/95 |
| B160 | TORO RAMIREZ, OMAR : 222, 27, 6313 | 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 | $2,300.00 | $712.00 | $1,588.00 | 12/27/94 | 95170452 | 06/22/95 |
| B161 | TORRES ANDINO, JUAN C. : 223, 10, 6324 | 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 | $2,300.00 | $845.00 | $1,455.00 | 12/19/94 | 95170452 | 06/22/95 |
| B162 | VARGAS RODRIGUEZ JUAN M : 230, 8, 6518 | 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 | $1,850.00 | $925.00 | $925.00 | 12/29/94 | 95170452 | 06/22/95 |
| B163 | VAZQUEZ MERCED, LOURDES 232, 2, 6568 | 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 | $2,300.00 | $873.00 | $1,427.00 | 10/21/94 | 95170452 | 06/22/95 |
| B164 | VAZQUEZ PADILLA, GABRIEL 232, 12, 6578 | 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 | $2,300.00 | $725.00 | $1,575.00 | 01/31/95 | 95170452 | 06/22/95 |
| B165 | VAZQUEZ VAZQUEZ, MARGARITA 233, 6, 6600 | 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 | $2,300.00 | $472.00 | $1,828.00 | 09/21/94 | 95170452 | 06/22/95 |
| B166 | VEGA COLON, JORGE L. 233, 16, 6610 | 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 | $2,300.00 | $945.00 | $1,355.00 | 12/12/94 | 95170452 | 06/22/95 |
| B167 | VELAZQUEZ PAGAN, LYD(VI)A 235, 9, 6659 | 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 | $2,300.00 | $779.00 | $1,521.00 | 12/07/94 | 95170452 | 06/22/95 |
| B168 | VELEZ ORTIZ DANNESA 236, 19, 6657 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 02/07/95 | 95170452 | 06/22/95 |
| B169 | VELEZ VELE EVELYN 237, 9, 6715 | 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 | $2,300.00 | $1,150.00 | $1,150.00 | 12/17/94 | 95170452 | 06/22/95 |
| B170 | VIERA MART EZ, JOSE M 238, 6, 6740 | 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 | $2,300.00 | $160.00 | $2,140.00 | 11/28/94 | 95170452 | 06/22/95 |
| B171 | VILA ARIAS, ABEL M 238, 8, 6742 | 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 | $2,300.00 | $411.00 | $1,889.00 | 11/... | 95177545 | 06/28/95 |
| | | | $358,897.00 | $130,683.00 | $238,214.00 | | | |

INSTITUTO DE EDUCACION UNIVERSAL
CAROLINA CAMPUS 1994-95

LIST OF   REFUNDS PER PROGRAM REVIEW WITH IPS BATCH NUMBER AND DATE

| SPS* PELL GRANT STUDENT PAYMENT SUMMARY | | | AMOUNT ORIGINALLY AWARDED PER PAYMENT VOUCHER PER STUDENT | AMOUNT FINALLY AWARDED AS PER STUDENT PAYMENT SUMMARY | AMOUNT AWARDED REFUNDED PER PAYMENT VOUCHER | STUDENT WITHDRAWAL DATE AS PER INFORME DE REPROCESOS IN PROGRAM REVIEW | IPS BATCH NUMBER WHERE EACH REFUND PAYMENT VOUCHER REPROCESSED | DATE IPS BATCH REPORT WITH REFUNDS WAS PROCESSED BY USDE |
|---|---|---|---|---|---|---|---|---|
| | NAME AND SPS PAGE, LINE AND NUMBER | SOC SEC # | | | | | | |
| C1 | AGOSTO FIGUEROA DESIREE 3, 1, 57 | 334647636 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| C2 | ALEJANDRA(O) SIERRA, JACQUELINE 4, 7, 91 | 583784854 | $1,150.00 | $503.00 | $647.00 | 03/15/95 | 95180530 | 07/06/95 |
| C3 | ALEJANDRO ANDINO OMAR 4, 8, 92 | 581454495 | $2,300.00 | $823.00 | $1,477.00 | 11/08/94 | 95180530 | 07/06/95 |
| C4 | ALEJANDRO ESCRIB(ANO), ANIBAL 4, 11, 95 | 583393692 | $2,300.00 | $725.00 | $1,575.00 | 01/13/95 | 95180530 | 07/06/95 |
| C5 | ALEJANDRO ESCRI MARIEZEL 4, 12, 96 | 583393247 | $2,300.00 | $845.00 | $1,455.00 | 12/06/94 | 95180530 | 07/06/95 |
| C6 | ALLENDE MARRERO JUAN 5, 24, 136 | 581934222 | $1,230.00 | $0.00 | $1,230.00 | 10/14/94 | 95180530 | 07/06/95 |
| C7 | ALVAREZ DIAZ GEORGINA 7, 7, 175 | 583951037 | $2,300.00 | $945.00 | $1,355.00 | 10/18/94 | 95180530 | 07/06/95 |
| C8 | ALVAREZ LOYOLA RICARDO 7, 15, 183 | 582995418 | $2,300.00 | $393.00 | $1,907.00 | 03/30/95 | 95180530 | 07/06/95 |
| C9 | ANDREU RAMIREZ GABRIEL 9, 5, 229 | 581448590 | $2,300.00 | $1,304.00 | $996.00 | 03/21/95 | 95180530 | 07/06/95 |
| C10 | AYALA MARRERO JUAN 12, 26, 334 | 584455105 | $1,380.00 | $1,150.00 | $230.00 | 08/26/94 | 95180530 | 07/06/95 |
| C11 | AYALA ORTIZ ELIZAIDA 13, 3, 339 | 584515328 | $2,300.00 | $453.00 | $1,847.00 | 11/29/94 | 95180530 | 07/06/95 |
| C12 | BARRETO ORLANDO CARMEN 15, 8, 400 | 584582943 | $2,300.00 | $745.00 | $1,555.00 | 12/23/94 | 95180530 | 07/06/95 |
| C13 | BATISTA ORTIZ GLENDA 15, 21, 413 | 583673117 | $2,300.00 | $503.00 | $1,797.00 | 10/24/94 | 95180530 | 07/06/95 |
| C14 | BELEN DE LEON MIRAMELINDA 16, 3, 423 | 581838520 | $2,300.00 | $453.00 | $1,847.00 | 03/17/95 | 95180530 | 07/06/95 |
| C15 | CABEZA VILLANUEV(A) ANTHONY 22, 14, 602 | 582772695 | $2,300.00 | $845.00 | $1,455.00 | 11/17/94 | 95180530 | 07/06/95 |
| C16 | CALCANO DIAZ CARLOS 23, 8, 624 | 584416048 | $2,300.00 | $1,150.00 | $1,150.00 | 01/20/95 | 95180530 | 07/06/95 |
| C17 | CALDERON ISAAL(C) PASCUAL 23, 25, 641 | 584511947 | $2,300.00 | $745.00 | $1,555.00 | 12/13/94 | 95180530 | 07/06/95 |
| C18 | CARABALLO APONTE ESLY 26, 22, 722 | 582751776 | $2,300.00 | $1,630.00 | $670.00 | 03/06/95 | 95180530 | 07/06/95 |
| C19 | CARABALLO APONTE ESTEBAN 26, 23, 723 | 581757667 | $767.00 | $621.00 | $146.00 | 10/14/94 | 95180530 | 07/06/95 |
| C20 | CARMONA DELGADO CLARISA 27, 28, 756 | 584311024 | $1,380.00 | $1,150.00 | $230.00 | 09/15/94 | 95180530 | 07/06/95 |
| C21 | CASADO RIVERA JACQUELINE 30, 22, 833 | 581573841 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| C22 | CASTELLANO CALDER(ON)(VIRGINIA 31, 10, 850 | 584583045 | $767.00 | $573.00 | $194.00 | 04/14/94 | 95180530 | 07/06/95 |
| C23 | CASTRO RESTO RUBEN 32, 12, *P0 | 581417605 | $2,300.00 | $1,332.00 | $968.00 | 03/17/95 | 951 J0530 | 07/06/95 |
| C24 | COLLAZO CRUZ ROD M 36, 4, 96* | 583514238 | $2,300.00 | $712.00 | $1,588.00 | 01/27/95 | 95180530 | 07/06/95 |
| C25 | COLLAZO GO(MA)O) EDUARDO 3< 14 994 | 582695117 | $2,300.00 | $1,058.00 | $1,242.00 | 01/20/95 | 95' | 07/06/95 |
| C26 | COLON GONZALEZ LISSETTE 37, 9, 1027 | 584336679 | $1,380.00 | $0.00 | $1,380.00 | 08/17/94 | 951...530 | 07/06/95 |
| C27 | COLON MELENDEZ NANCY 38, 12, 1048 | 582456786 | $2,300.00 | $845.00 | $1,455.00 | 12/08/94 | 95180530 | 07/06/95 |
| C28 | COLON ONEILL JOSE 38, 15, 1051 | 584221814 | $2,300.00 | $393.00 | $1,907.00 | 09/20/94 | 95180530 | 07/06/95 |
| C29 | COLON RESTO BEXSAIDA 38, 23, 1059 | 584416383 | $1,380.00 | $1,150.00 | $230.00 | 08/10/94 | 95180530 | 07/06/95 |
| C30 | COLON SANTANA CARMEN 39, 11, 1075 | 583356155 | $2,300.00 | $2,023.00 | $277.00 | 03/29/95 | 95180530 | 07/06/95 |
| C31 | COLON VINALES ANA 39, 26, 1090 | 584531787 | $767.00 | $623.00 | $144.00 | 10/07/94 | 95180530 | 07/06/95 |
| C32 | CORREA RIVERA JOSE R 42, 14, 1162 | 584813439 | $2,300.00 | $712.00 | $1,588.00 | 11/21/94 | 95180C .0 | 07/06/95 |
| C33 | CORTES CAMARYS 42, 22, 1170 | 583451781 | $2,300.00 | $801.00 | $1,499.00 | 11/15/94 | 951805J0 | 07/06/95 |
| C34 | COTTO HERNANDEZ EMILY 44, 4, 1208 | 584255637 | $2,300.00 | $1,150.00 | $1,150.00 | 03/17/95 | 95180530 | 07/06/95 |
| C35 | CRUZ ARROYO ANIBAL 45, 16, 1247 | 584318451 | $1,380.00 | $0.00 | $1,380.00 | 11/29/94 | 95180530 | 07/06/95 |
| C36 | CRUZ LOPEZ CATALINA 47, 4, 1292 | 581551545 | $2,300.00 | $745.00 | $1,555.00 | 12/14/94 | 95180530 | 07/06/95 |
| C37 | CRUZ PAGAN MALEEN 47, 22, 1310 | 584112396 | $2,300.00 | $845.00 | $1,857.00 | 10/14/94 | 95180530 | 07/06/95 |
| C38 | CRUZ RIVERA JOEL 48, 9, 1325 | 582479914 | $2,300.00 | $443.00 | $1,857.00 | 03/24/95 | 95180S™ | 07/06/95 |
| C39 | CRUZ ROSADO MARCUS 48, 18, 1334 | 583151229 | $2,300.00 | $1,973.00 | $327.00 | 09/22/94 | 9518053, | 07/06/95 |
| C40 | CUEVAS SANJURJO TANYA 49, 27, 1371 | 584451601 | $2,300.00 | $443.00 | $1,857.00 | 01/25/95 | 95180530 | 07/06/95 |
| C41 | CUSHION ORTIZ MARILYN 50, 3, 1375 | 068585529 | $2,300.00 | $1,150.00 | $1,150.00 | 10/17/94 | 95180530 | 07/06/95 |
| C42 | DAVILA AGUAYO EDGAR 50, 8, 1380 | 582179255 | $2,300.00 | $453.00 | $1,847.00 | 01/27/95 | 95180530 | 07/06/95 |
| C43 | DE JESUS GRISELLE 51, 18, 1417 | 584753552 | $2,300.00 | $1,150.00 | $1,150.00 | 03/01/95 | 95180530 | 07/06/95 |
| C44 | DE JESUS PEREZ ERIC 52, 19, 1447 | 583975866 | $2,300.00 | $453.00 | $1,847.00 | 02/17/95 | 95180530 | 07/06/95 |
| C45 | DE JESUS ROMAN CARLOS 52, 28, 1456 | 582892988 | $2,300.00 | $1,590.00 | $710.00 | 03/24/95 | 95180530 | 07/06/95 |
| C46 | DE LA CRUZ DIAZ IVAN 53, 11, 1467 | 582932952 | $2,300.00 | $1,973.00 | $327.00 | 10/06/94 | 95180530 | 07/06/95 |
| C47 | DE LA CRUZ MART(II)NEZ) CELESTINO 53, 12, 1468 | 596305516 | $2,300.00 | $431.00 | $1,869.00 | 10/06/94 | 95180530 | 07/06/95 |
| C48 | DELGADO CARRASQUILL(O) PEDRO 55, 12, 1524 | 581356391 | $2,300.00 | $413.00 | $1,887.00 | 11/01/94 | 95180530 | 07/06/95 |
| C49 | DELGADO GUADALUP(E) LUZ 55, 18, 1530 | 581714477 | $2,300.00 | $403.00 | $1,897.00 | 01/20/95 | 95180530 | 07/06/95 |
| C50 | DIAZ ALMESTICA DANILA 56, 27, 1567 | 581436834 | $1,380.00 | $1,150.00 | $1,455.00 | 11/29/94 | 95180530 | 07/06/95 |
| C51 | DIAZ CASUL HECTOR 57, 12, 1580 | 583735582 | $2,300.00 | $413.00 | $230.00 | 03/14/95 | 95180530 | 07/06/95 |
| C52 | DIAZ CIRINO JESUS 57, 15, 1583 | 581410652 | $1,380.00 | $1,150.00 | $1,887.00 | 08/24/94 | 95180530 | 07/06/95 |
| C53 | DIAZ MANSO JOSE 58, 22, 1618 | 072586354 | $2,300.00 | $503.00 | $230.00 | 10/20/94 | 95180530 | 07/06/95 |
| C54 | DONES CASTRO MINERVA 61, 18, 1698 | 584424261 | $2,300.00 | $503.00 | $1,797.00 | 10/07/94 | 95180530 | 07/06/95 |
| C55 | DUPREY VEGA GLORILUZ(A) 61, 27, 1707 | 034408812 | $2,300.00 | $503.00 | $1,797.00 | 10/14/94 | 95180530 | 07/06/95 |
| C56 | ESQUILIN VELAZQU(EZ) MYRNA 64, 4, 1769 | 584671662 | $2,300.00 | $1,088.00 | $1,797.00 | 02/03/95 | 95180530 | 07/06/95 |
| C57 | ESTRADA TOLENTIN(O) SONIA 64, 21, 1785 | 582854287 | $767.00 | $0.00 | $1,212.00 | 08/23/94 | 95180530 | 07/06/95 |
| C58 | FANINI FERMIN ROSSEMARY 65, 6 1798 | 583952628 | $2,300.00 | $1,150.00 | $767.00 | 03/17/95 | 95180530 | 07/06/95 |
| C59 | FERNANDEZ BETANC(OURT), JAIME 66, 9, 1829 | 583406630 | $767.00 | $702.00 | $1,150.00 | 09/21/94 | 95180530 | 07/06/95 |
| C60 | FERNANDEZ RODRIGUEZ) CARLOS 66, 24, 1894 | 583574151 | $2,300.00 | $393.00 | $65.00 | 10/21/94 | 95180530 | 07/06/95 |
| C61 | FERRER PLAZA ENRIQUE 67, 7, 1855 | 597101090 | $650.00 | $325.00 | $1,907.00 | 01/27/95 | 95180530 | 07/06/95 |
| C62 | FIGUEROA GONZALE(Z) RUTH 68, 21, 1897 | 584710936 | $2,300.00 | $1,564.00 | $325.00 / $736.00 | 02/14/95 | 95180530 | 07/06/95 |

1

Carolina.wk4

| | | | | | |
|---|---|---|---|---|---|
| C63 FIGUEROA MERCADO LUIS : 88 . | 583617691 | $2,300.00 | $1,150.00 | $150. | 01/24/95 | 95180530 | 07/06/95 |
| C64 GARCIA BARRETO SAMUEL . 74, | 582555487 | $767.00 | $623.00 | $144.00 | 11/03/94 | 95180530 | 07/06/95 |
| C65 GARCIA CORDERO SIXTA 75, 11, 2055 | 583334075 | $2,300.00 | $813.00 | $1,487.00 | 10/19/94 | 95180530 | 07/06/95 |
| C66 GARCIA MORALES JUAN . 76, 28, 2128 | 583338389 | $2,300.00 | $1,058.00 | $1,242.00 | 01/30/95 | 95180530 | 07/06/95 |
| C67 GEIGEL VELAZQUEZ JAHAIRA 79, 3, 2187 | 583439622 | $1,380.00 | $1,150.00 | $230.00 | 12/06/94 | 95180530 | 07/06/95 |
| C68 GIERBOLINI ALVAR(EZ) CARLOS 79, 11, 2195 | 583214039 | $2,300.00 | $1,118.00 | $1,182.00 | 02/10/95 | 95180530 | 07/06/95 |
| C69 GOMEZ DIAZ JOSE A . 80, 2, 2214 | 584413669 | $2,300.00 | $1,630.00 | $670.00 | 02/03/95 | 95180530 | 07/06/95 |
| C70 GONZALEZ GA(O)NZALE(Z), MARIA I . 82, 25, 2293 | 584416005 | $1,380.00 | $0.00 | $1,380.00 | 08/03/94 | 95180530 | 07/06/95 |
| C71 GONZALEZ ARISTUD MODESTO . 81, 9, 2249 | 584942441 | $2,300.00 | $453.00 | $1,847.00 | 09/28/94 | 95180530 | 07/06/95 |
| C72 GONZALEZ (DAVILA) EMMANUEL . 80, 19, 2231 | 584632599 | $2,300.00 | $453.00 | $1,847.00 | 03/28/95 | 95180530 | 07/06/95 |
| C73 GONZALEZ DELGADO ELISABEL . 82, 14, 2282 | 583519039 | $2,300.00 | $1,549.00 | $751.00 | 02/17/95 | 95180530 | 07/06/95 |
| C74 GONZALEZ PEREZ JACKELINE 84, 26, 2350 | 581393381 | $2,300.00 | $845.00 | $1,455.00 | 11/17/94 | 95180530 | 07/06/95 |
| C75 GONZALEZ RIVERA MANUEL . 85, 10, 2362 | 584370738 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| C76 GONZALEZ MOLIFUL(MOLLFULLEDA), WILDA : 84, 4, 23 | 582233674 | $2,300.00 | $370.00 | $1,930.00 | 03/10/95 | 95180530 | 07/06/95 |
| C77 GOTAY (GOYTIA) CASILLAS OMAR . 86, 22, 2402 | 582434308 | $2,300.00 | $1,088.00 | $1,212.00 | 02/03/95 | 95180530 | 07/06/95 |
| C78 GRACESKI DOMING(UEZ), LUIS 86, 25, 2405 | 581551190 | $2,300.00 | $393.00 | $1,907.00 | 11/15/94 | 95180530 | 07/06/95 |
| C79 GRULLON FERNANDE(Z) LUIS 87, 4, 2412 | 597266040 | $2,300.00 | $845.00 | $1,455.00 | 11/17/94 | 95180530 | 07/06/95 |
| C80 HERNANDEZ BRISTO(L) STEVEN 89, 26, 2490 | 582793241 | $2,300.00 | $393.00 | $1,907.00 | 12/23/94 | 95180530 | 07/06/95 |
| C81 HERNANDEZ CRUZ LUIS 90, 9, 2501 | 584439245 | $1,380.00 | $1,150.00 | $230.00 | 02/06/95 | 95180530 | 07/06/95 |
| C82 HERNANDEZ DAVILA DANIEL . 90, 11, 2503 | 598142869 | $450.00 | $135.00 | $315.00 | 03/17/95 | 95180530 | 07/06/95 |
| C83 HERRERA RAMIREZ ISIS 93, 3, 2579 | 596402020 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| C84 LEBRON ROMAN ANGEL . 98, 6, 2722 | 583471024 | $2,300.00 | $413.00 | $1,887.00 | 09/26/94 | 95180530 | 07/06/95 |
| C85 LOPEZ HUERTAS JACQUELINE . 100, 24, 2796 | 583973820 | $2,300.00 | $745.00 | $1,555.00 | 12/13/94 | 95180530 | 07/06/95 |
| C86 LOPEZ LOPEZ JUAN . 100, 28, 2800 | 582411716 | $2,300.00 | $403.00 | $1,897.00 | 10/19/94 | 95180530 | 07/06/95 |
| C87 LOPEZ RODRIGUEZ CARMEN 102, 1, 2829 | 584435685 | $2,300.00 | $1,585.00 | $715.00 | 02/15/95 | 95180530 | 07/06/95 |
| C88 LORENZO MANSO DANIEL . 103, 1, 2857 | 584087001 | $2,300.00 | $1,088.00 | $1,212.00 | 02/17/95 | 95180530 | 07/06/95 |
| C89 LORENZO MOLINA JERRY . 103, 3, 2859 | 584578754 | $2,300.00 | $1,150.00 | $1,150.00 | 01/27/95 | 95180530 | 07/06/95 |
| C90 LUNA ROMAN RAFAEL : 104, 2, 2886 | 581876277 | $2,300.00 | $1,150.00 | $1,150.00 | 03/15/95 | 95180530 | 07/06/95 |
| C91 MADERA COLON MYRNA . 104, 10, 2894 | 584770813 | $2,300.00 | $1,088.00 | $1,212.00 | 02/03/95 | 95180530 | 07/06/95 |
| C92 MARCANO RODRIGUE(Z) DAMARIS : 107, 2, 2970 | 584195076 | $2,300.00 | $588.00 | $1,712.00 | 09/30/94 | 95180530 | 07/06/95 |
| C93 MARTINEZ VILLANU(EVA), ALBERTO 113, 20, 3156 | 583686304 | $2,300.00 | $1,630.00 | $670.00 | 03/17/95 | 95180530 | 07/06/95 |
| C94 MARTINEZ RIVERA MARIA 112 12, 3120 | 584414491 | $767.00 | $623.00 | $144.00 | 10/14/94 | 95180530 | 07/06/95 |
| C95 MEDINA RIOS BRENDALIZ 116 20 3240 | 563958157 | $2,300.00 | $1,630.00 | $670.00 | 01/20/95 | 95180530 | 07/06/95 |
| C96 MELENDEZ A(L)MESTIC(A), EDGARDO 117, 10, 3258 | 1476940 | $2,270.00 | $1,058.00 | $1,212.00 | 02/03/95 | 95180530 | 07/06/95 |
| C97 MELENDEZ ROMAN RAYMOND 118 16, 3292 | 5587023 | $767.00 | $240.00 | $527.00 | 08/24/94 | 95180530 | 07/06/95 |
| C98 MENDEZ BRIGY(N)ONY ROBERTO 119, 5, 3308 | 1778464 | $1,950.00 | $975.00 | $975.00 | 03/24/95 | 95180530 | 07/06/95 |
| C99 MENDEZ NIEVES VICTOR 119 13, 3317 | 584654619 | $2,300.00 | $705.00 | $1,595.00 | 01/13/95 | 95180530 | 07/06/95 |
| C100 MIRABAL BURGOS RAUL 121 5, 3365 | 125644579 | $2,300.00 | $1,058.00 | $1,242.00 | 02/03/95 | 95180530 | 07/06/95 |
| C101 MONGE MARQUEZ DAVID 123, 10, 3426 | 582432570 | $2,300.00 | $1,088.00 | $1,212.00 | 02/10/95 | 95180530 | 07/06/95 |
| C102 MONTEMOINO VAZQUI(EZ) ALEX 124, 16, 3460 | 583778731 | $2,300.00 | $1,150.00 | $1,150.00 | 12/09/94 | 95180530 | 07/06/95 |
| C103 MORALES BETANCOU(RT) RENE 125, 10, 3482 | 581412895 | $2,300.00 | $403.00 | $1,897.00 | 03/07/95 | 95180530 | 07/06/95 |
| C104 MORALES DE JESUS LIZALIA 125, 22, 3424 | 581694864 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| C105 MORALES RODRIGUEZ, MAR TZA 127, 15, 3543 | 584436861 | $1,820.00 | $1,150.00 | $470.00 | 02/28/95 | 95180530 | 07/06/95 |
| C106 NAZARIO CRUZ JOSUE . 130 15, 3627. | 582376097 | $2,300.00 | $1,118.00 | $1,182.00 | 02/10/95 | 95180530 | 07/06/95 |
| C107 NEGRON FRANCO CARMEN 130 28, 3640 | 582459382 | $1,380.00 | $1,150.00 | $230.00 | 02/03/95 | 95180530 | 07/06/95 |
| C108 NIEVES FIGUEROA NORMA 133 6 3702 | 584380734 | $2,300.00 | $823.00 | $1,477.00 | 02/10/95 | 951P0. 30 | 07/06/95 |
| C109 NIE(VES SANTIAGO SARA 134 21 3745 | 583215420 | $2,300.00 | $845.00 | $1,455.00 | 11/29/94 | 95180530 | 07/06/95 |
| C110 NUNEZ AYALA WANDA . 134 26 375C | 582551081 | $2,300.00 | $1,150.00 | $1,150.00 | 02/10/95 | 95180530 | 07/06/95 |
| C111 OJEDA MALDONADO LUIS 135 17 3797 | 583419816 | $2,300.00 | $393.00 | $1,907.00 | 03/07/95 | 95180530 | 07/06/95 |
| C112 ORTEGA MORALES ANGEL 139 4 3868 | 581513376 | $2,300.00 | $443.00 | $1,857.00 | 11/29/94 | 95180530 | 07/06/95 |
| C113 ORTIZ MALDONADO FELIX 141 15 3935 | 581730939 | $2,300.00 | $745.00 | $1,555.00 | 11/28/94 | 95180530 | 07/06/95 |
| C114 ORTIZ PINET JOEL 142, 28, 3926 | 583764961 | $2,300.00 | $453.00 | $1,847.00 | 09/21/94 | 95180530 | 07/06/95 |
| C115 OTERO TORRES NELVA . 145, 28, 4062 | 582410598 | $1,380.00 | $1,150.00 | $230.00 | 12/06/94 | 95180530 | 07/06/95 |
| C116 PAGAN SANCHEZ YAMIL 149, 5, 4151 | 581773855 | $2,300.00 | $2,023.00 | $277.00 | 02/27/95 | 95180530 | 07/06/95 |
| C117 PARRILLA CIRINO GRISEL 149, 27, 4173 | 583532411 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| C118 PASTOR AGOSTO JOSE A . 150, 11, 4185 | 581639140 | $1,610.00 | $1,380.00 | $230.00 | 08/11/94 | 95180530 | 07/06/95 |
| C119 PEREZ RIVERA JOHEL . 155, 14, 4326 | 582671437 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| C120 PIZARRO RIVERA BRENDA 158, 13, 4512 | 582357780 | $2,300.00 | $845.00 | $1,455.00 | 12/05/94 | 95180530 | 07/06/95 |
| C121 PRIETO RIVERA MIRIAM 159, 16, 4542 | 584358773 | $2,300.00 | $745.00 | $1,555.00 | 12/13/94 | 95180530 | 07/06/95 |
| C122 QUIJANO BARBOSA MORAYMA 159, 26, 4552 | 584654238 | $2,300.00 | $453.00 | $1,847.00 | 09/28/94 | 95180530 | 07/06/95 |
| C123 QUIROS GOMEZ JAVIER 161, 20, 4602 | 581539931 | $2,300.00 | $1,150.00 | $1,150.00 | 01/24/95 | 95180530 | 07/06/95 |
| C124 RAMOS FELICIANO DOMINGO 163, 9, 4647 | 583728911 | $2,300.00 | $645.00 | $1,655.00 | 12/08/94 | 95180530 | 07/06/95 |
| C125 RAMOS FERN ANDEZ, MYRNALIZ 163, 10, 4648 | 597034371 | $2,300.00 | $1,150.00 | $1,150.00 | 12/14/94 | 95180530 | 07/06/95 |
| C126 RAMOS RODRIGUEZ YU(JOEL 164, 22, 4688 | 583963341 | $2,300.00 | $413.00 | $1,887.00 | 11/04/94 | 95180530 | 07/06/95 |
| C127 REYES RIOS JOSE A. 167, 11, 4761 | 584451221 | $2,300.00 | $645.00 | $1,655.00 | 11/28/94 | 95180530 | 07/06/95 |
| C128 REYEZ ONEILL MANUEL 167 6, 4756 | 584159193 | $2,300.00 | $393.00 | $1,907.00 | 03/21/95 | 95180530 | 07/06/95 |
| C129 RIOS ESCOBAR MARIA 169 2 4808 | 582333421 | $2,300.00 | $453.00 | $1,847.00 | 11/29/94 | 95180530 | 07/06/95 |
| C130 RIOS ESTEVES MARIA 169 4, 4810 | 582718612 | $2,300.00 | $845.00 | $1,455.00 | 11/28/94 | 95180530 | 07/06/95 |
| C131 RIOS QUINONES WENDY 169 22 4828 | 581916180 | $2,300.00 | $825.00 | $1,475.00 | 11/29/94 | 95180530 | 07/06/95 |
| C132 RIOS RODRIGUEZ MARIELLIE 170 2 4836 | 583796329 | $2,300.00 | $800.00 | $1,500.00 | 01/30/95 | 95180530 | 07/06/95 |
| C133 RIVERA CHISM CARMEN 172, 20, 4910 | 354643294 | $2,300.00 | $453.00 | $1,847.00 | 11/17/94 | 95180530 | 07/06/95 |
| C134 RIVERA FIGUEROA HERIBERTO 174, 16, 4962 | 584737828 | $2,300.00 | $431.00 | $1,869.00 | 03/28/95 | 95180530 | 07/06/95 |

Carolina.wk4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C135 RIVERA GONZALEZ YOLANDA : 175 : : 5 | 582616500 | $2,300.00 | $1,150.00 | 0.00 | 12/14/94 | 95180530 | 07/06/95 |
| C136 RIVERA NIEVES JOSE L : 178 : 5069 | 582335647 | $2,300.00 | $413.00 | $1,887.00 | 11/04/94 | 95180530 | 07/06/95 |
| C137 RIVERA PENALOZA LUZ : 179 : 15 : 5101 | 581812530 | $2,300.00 | $845.00 | $1,455.00 | 12/14/94 | 95180530 | 07/06/95 |
| C138 RIVERA RODRIGUEZ ANA : 181 : 19 : 5161 | 581579273 | $2,300.00 | $845.00 | $1,455.00 | 11/02/94 | 95180530 | 07/06/95 |
| C139 RIVERA SANCHEZ RICARDO : 183 : 6 : 5204 | 581694349 | $2,300.00 | $1,088.00 | $1,212.00 | 02/03/95 | 95180530 | 07/06/95 |
| C140 RIVERA SOTO MIGUEL : 183 : 22 : 5220 | 583410682 | $2,300.00 | $645.00 | $1,655.00 | 11/08/94 | 95180530 | 07/06/95 |
| C141 RODRIGUEZ MANSO RANDOLPH : 190, 10, 5402 | 583396755 | $2,300.00 | $1,150.00 | $1,150.00 | 02/03/95 | 95180530 | 07/06/95 |
| C142 RODRIGUEZ (B)RETANO (COURT) JORGE : 192, 9, 5457 | 581790135 | $1,380.00 | $0.00 | $1,380.00 | 10/14/94 | 95180530 | 07/06/95 |
| C143 RODRIGUEZ FERNAN(DEZ) MARIA : 188, 18, 5352' | 583278281 | $2,300.00 | $453.00 | $1,847.00 | 11/21/94 | 95180530 | 07/06/95 |
| C144 RODRIGUEZ ILDEFO(NSO) ORLANDO : 189, 13, 5377 | 581025045 | $2,300.00 | $1,031.00 | $1,269.00 | 01/30/95 | 95180530 | 07/06/95 |
| C145 RODRIGUEZ MELECI(O) SANDRA : 190, 25, 5417 | 583516140 | $2,300.00 | $1,150.00 | $1,150.00 | 03/24/95 | 95180530 | 07/06/95 |
| C146 RODRIGUEZ NAZARI(O) JANET : 191, 2, 5422 | 583414455 | $2,300.00 | $845.00 | $1,355.00 | 12/08/94 | 95180530 | 07/06/95 |
| C147 RODRIGUEZ QUINON(ES) JO-ANN : 192, 3, 5457 | 582479206 | $2,300.00 | $845.00 | $1,455.00 | 01/13/95 | 95180530 | 07/06/95 |
| C148 ROJAS MOLINA NILSA : 196 : 4 : 5562 | 582356082 | $2,300.00 | $845.00 | $1,455.00 | 10/26/94 | 95180530 | 07/06/95 |
| C149 ROMAN SALAMAN MARGARITA : 197, 22, 5608 | 580940870 | $767.00 | $623.00 | $144.00 | 10/07/94 | 95180530 | 07/06/95 |
| C150 ROMERO ORTIZ ANABEL : 198, 11, 5625 | 583490476 | $1,789.00 | $0.00 | $1,789.00 | 10/14/94 | 95180530 | 07/06/95 |
| C151 ROMERO PEREZ WILMA : 12, 12, 5626 | 581083875 | $2,300.00 | $403.00 | $1,897.00 | 03/21/95 | 95180530 | 07/06/95 |
| C152 ROSA FIGUEROA AARON : 199, 6, 5648 | 582576430 | $2,300.00 | $712.00 | $1,588.00 | 01/27/95 | 95180530 | 07/06/95 |
| C153 ROSA HIRALDO ANGEL : 199, 5656 | 582658171 | $2,300.00 | $725.00 | $1,575.00 | 12/05/94 | 95180530 | 07/06/95 |
| C154 ROSA ROSADO MARITZA : 200, 1, 5671 | 584705351 | $2,300.00 | $403.00 | $1,897.00 | 03/17/95 | 95180530 | 07/06/95 |
| C155 RUIZ BETHANIA : 203, 18, 5772 | 898302380 | $2,300.00 | $925.00 | $1,375.00 | 01/20/95 | 95180530 | 07/06/95 |
| C156 RUIZ CORREA DIANA : 203, 25, 5779 | 583250103 | $1,380.00 | $0.00 | $1,380.00 | 10/04/94 | 95180530 | 07/06/95 |
| C157 SANCHEZ CARABALLO JOSE : 206, 6, 5844 | 584949287 | $2,300.00 | $1,058.00 | $1,242.00 | 02/17/95 | 95180530 | 07/06/95 |
| C158 SIERRA CEPEDA JOSE : 218 : 2, 6176 | 582798557 | $2,300.00 | $745.00 | $1,555.00 | 01/13/95 | 95180530 | 07/06/95 |
| C159 SUAREZ GARCIA JORGE : 221, 5, 6263 | 583038561 | $2,300.00 | $1,150.00 | $1,150.00 | 01/13/95 | 95180530 | 07/06/95 |
| C160 TORRES ABRHAMS JUAN D : 223, 6, 6320 | 581515087 | $2,310.00 | $413.00 | $1,897.00 | 03/24/95 | 95180530 | 07/06/95 |
| C161 URBINA NIEVES MARIA : 228, 13, 6467 | 582393110 | $2,300.00 | $1,150.00 | $1,150.00 | 02/23/95 | 95180530 | 07/06/95 |
| C162 VELAZQUEZ BENITE(Z) MIGUEL : 234 : 18 : 6640 | 583609752 | $2,300.00 | $2,023.00 | $277.00 | 03/10/95 | 95180530 | 07/06/95 |
| C163 VELEZ DUENO JULIO : 235 : 26 : 6628 | 551678353 | $2,300.00 | $725.00 | $1,575.00 | 11/21/94 | 95180530 | 07/06/95 |
| C164 VELEZ GUZMAN JOSE D : 236 : 7 : 6684 | 582558636 | $2,300.00 | $1,978.00 | $322.00 | 03/10/95 | 95180530 | 07/06/95 |
| C165 VELEZ M RANDA ANDY : 236 : 14 : 6692 | 584333341 | $767.00 | $515.00 | $252.00 | 10/07/94 | 95180530 | 07/06/95 |
| C166 VELEZ RAMOS MARTIN : 236 : 26 : 6704 | 0??285597 | $2,300.00 | $1,585.00 | $715.00 | 03/07/95 | 95180530 | 07/06/95 |
| C167 VIERA COCHADO FELIX : 236 : 4 : 6738 | 5?1352551 | $2,300.00 | $453.00 | $1,847.00 | 09/19/94 | 95068597 | 03/30/95 |
| | | $347,91?.?0 | $140,460.00 | $207,459.00 | | | |

3

| IEU | PELL IPS DATE | GRANT IPS RECE IVED | BATCH PROCE SSED | REPORTS BATCH NUMBER | 1994 1-A IEU COUNT COUNT | 1996 1-B IUSDE COUNT | 1-C DIFF ERE NCE | 2-A REJ ECT ED | 2-B ACCEPT WITH ASSUMP | 2-C DUP LIC ATE | 2-D ACCE EPT ED | 2-E TOTAL PAYMENT VOUCHERS | 3-A IEU AMOUNT | 3-B IUSDE AMOUNT | 3-C DIFF ERE NCE | 4-TOTAL PAYMENTS | 5-A VOUCHER REJECTED | 5-B VOUCHERS WITH ASUMPT | 5-C VOUCHERS DUPLI CATES | 5-D PAYMENTS PREVIOUSLY ACCEPTED | 5-E TOTAL ADJUST MENTS | NET ADJUSTMENT PAYMENT DATA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 06/28/95 | 06/20/95 | 07/06/95 | 95181502 | 152 | 152 | 0 | 0 | 0 | 0 | 152 | 152 | $125,877 | $125,877 | $0 | $125,877 | $0 | $0 | $0 | ($297,113) | ($297,113) | ($171,436) |
| 4 | 06/24/95 | 06/22/95 | 07/06/95 | 95180530 | 455 | 455 | 0 | 1 | 4 | 1 | 449 | 455 | $387,296 | $387,296 | $0 | $387,296 | ($450) | ($830) | ($1,150) | ($925,875) | ($928,105) | ($540,809) |
| 3 | 06/23/95 | 06/22/95 | 06/22/95 | 95177545 | 23 | 23 | 0 | 0 | 0 | 0 | 23 | 23 | $23,426 | $23,426 | $0 | $23,426 | $0 | $0 | $0 | ($40,075) | ($40,075) | ($16,649) |
| 2 | 06/16/95 | 06/16/95 | 06/22/95 | 95170475 | 6 | 6 | 0 | 0 | 0 | 0 | | 5 | $3,451 | $3,451 | $0 | $3,451 | $0 | $0 | $0 | $0 | $0 | $3,451 |
| 1 | 06/16/95 | 06/16/95 | 06/22/95 | 95170452 | 320 | 317 | 3 | 3 | 3 | 3 | | 320 | | | | | | | | ($394,749) | | ($1,120,192) |

```
Report Date: 03/30/95          FEDERAL PELL GRANT PROGRAM          Page:1
Int. Batch No.: 0028          ELECTRONIC PAYMENT INFORMATION          Time:09:01
                                 BATCH SUMMARY REPORT

 .******************************************************************************

BATCH PROCESSED DATE:          033095
BATCH NUMBER:                  95086597

                    REJECTED RECORDS (NON-RETAINED):          1
                    REJECTED WITH ERRORS (RETAINED):          0
                    ACCEPTED WITH ASSUMPTIONS:                11
                    DUPLICATE RECORDS:                        0
                    ACCEPTED RECORDS:                         115
                       ERROR FREQUENCIES
01 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
     ORIGINAL SOCIAL SECURITY NUMBER INVALID OR DID NOT MATCH              1
02 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
     NAME CODE DID NOT MATCH                                               0
03 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
     TRANSACTION NUMBER INVALID OR DID NOT MATCH                           0
04 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
     EXPECTED FAMILY CONTRIBUTION DID NOT MATCH                            0
05 PELL ID OF CAMPUS ATTENDED INVALID - ASSUMPTION APPLIED                 0
06 PELL ID OF CAMPUS ATTENDED INVALID - RECORD REJECTED                    0
07 ACADEMIC CALENDAR INVALID - DEFAULT OR ASSUMPTION APPLIED               0
08 COST OF ATTENDANCE INVALID - ASSUMPTION APPLIED                         0
09 VERIFICATION STATUS CODE INVALID - ASSUMPTION APPLIED                   0
10 ENROLLMENT STATUS INVALID - ASSUMPTION APPLIED                          0
11 ENROLLMENT STATUS NOT APPLICABLE - DATA IGNORED                         0
12 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS INVALID
     - ASSUMPTION APPLIED                                                  0
13 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS NOT APPLICABLE
     - DATA IGNORED                                                        0
14 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR INVALID
     - DEFAULT OR ASSUMPTION APPLIED                                       0
15 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR NOT APPLICABLE - DATA IGNORED       0
16 AMOUNT PAID TO DATE INVALID - ASSUMPTION APPLIED                        11
17 ADJUSTMENT CODE INVALID - NO RECOVERY APPLICABLE                        0
18 ADJUSTMENT CODE INVALID - RECOVERY APPLICABLE                           0
19 REMAINING AMOUNT TO BE PAID INVALID - ASSUMPTION APPLIED                1
20 NUMBER OF MONTHS REMAINING PAYMENTS WILL BE MADE IS INVALID
     - ASSUMPTION APPLIED                                                  1
21 NUMBER OF MONTHS INCONSISTENT WITH REMAINING AMOUNT TO BE PAID
     - ASSUMED STUDENT PAID IN FULL                                        0
22 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INVALID
     - ASSUMPTION APPLIED                                                  1
23 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INCONSISTENT
     REMAINING AMOUNT TO BE PAID - ASSUMED STUDENT PAID IN FULL            0
24 DATE ENROLLED INVALID                                                   0
```

Report Date: 03/30/9?          FEDERAL PELL GRANT PROGRAM          Page: 2
Int. Batch No.: 0028          ELECTRONIC PAYMENT INFORMATION          Time:09:01
                                   BATCH SUMMARY REPORT

 (
 ?*.,*****************************************************************************>

 26 30% VERIFICATION LIMIT - ASSUMPTION APPLIED                                    0
 27 SECONDARY EFC USED INVALID - ASSUMPTION APPLIED                               0
 29 SECONDARY EFC INVALID - RECORD REJECTED                                       0
 31 VERIFICATION STATUS 'W' - AWARD SET TO ONE HALF                              0
 32 INVALID VERIFICATION STATUS REPORTED AFTER VERIFICATION DEADLINE DATE
    - RECORD REJECTED                                                            0
 33 CHANGES ASSUMED TO APPLY TO ONLY PART OF THE AWARD YEAR:
    POTENTIAL OVERPAYMENT                                                        0
 34 REMAINING PAYMENT MONTH(S) PAST SEPTEMBER 30 DEADLINE
    - ASSUMPTION APPLIED                                                         0
 35 INCARCERATION INDICATOR INVALID - ASSUMPTION APPLIED                         0
 36 STATE OF INCARCERATION INVALID OR NOT APPLICABLE - DATA IGNORED              0
 37 STATE OF INCARCERATION INCONSISTENT WITH INDICATOR
    - ASSUMPTION  ATTENDED CAMPUS STATE                                          0
 38 STATE NOT (OR NO LONGER) CERTIFIED BY ED--NO PELL TO INCARC. STUDENTS        0
 39 CHANGE IN INCARCERATED STATUS ASSUMED TO APPLY ONLY PARTIAL YEAR
    MAY BE OVERPAID                                                              0
 40 MORE THAN 1 AWARD NOT AUTHORIZED - EXCESS AMOUNT DISALLOWED                  0
 41 MORE THAN 1 AWARD FOR CLOCK HR STUDENT INVALID-EXSS AMT DISALLOWED           0
 42 ADJUSTMENT CODE FOR MORE THAN 1 AWARD INVALID - ASSUMPTION APPLIED           0
 43 MORE THAN 1 AWARD AT LESS THAN FULL-TM ENROLLMENT INVALID
    - EXCESS AMOUNT DISALLOWED                                                   0
 44 PAYMENT AMOUNT CALC CODE NOT APPLICABLE - DATA IGNORED.                      0
 4  AID AT MORE THAN 1 SCHOOL - AMOUNT OVER 100% OF AWARD DISALLOWED            11
          TOTAL NUMBER OF EDIT/COMMENT MESSAGES:                                 2

 TOTAL ACCEPTED WITH ASSUMPTIONS IS NOT THE SAME AS THE TOTAL OF
 THE COMMENT CODES COUNTS BECAUSE STUDENTS MAY SATISFY MULTIPLE
 CONDITIONS.

SELECTED RECORDS F... WAR... EAR: 1994-95 REPORTIN... CAM... S=015...

```
REPORTING CAMPUS = 015915                                    DATE: 03/24/95
                                                             AWARD YEAR = 95
SAR RECORD ID     ATTND.                      FIRST
SO*4       CDE NO CAMPUS LAST NAME            NAME  EFC   STAGE  AMOUNT   REM. AM
                                                                 PAID    TO BE P
```

| SOC | CDE | NO | CAMPUS | LAST NAME | FIRST NAME | EFC | STAGE | AMOUNT PAID | REM. AM TO BE P |
|---|---|---|---|---|---|---|---|---|---|
| 5. 619025 | AL | 01 | 015915 | ALGARIN GUZMAN | ERN | 0000 | S | 1150 | 1150 |
| 584629318 | AL | 01 | 015915 | ALGARIN ORTIZ | JOS | 0000 | S | 1150 | 0000 |
| 583394597 | AL | 01 | 015915 | ALGARIN ORTIZ | SAU | 0000 | S | 1150 | 0000 |
| 597363751 | AL | 01 | 015915 | ALMONTE ALVAREZ | FRA | 0000 | S | 1150 | 0000 |
| 584554441 | AL | 01 | 015915 | ALVAREZ CRESPO | WIL | 0000 | S | 1150 | 0000 |
| 598186435 | AL | 02 | 015915 | ALVAREZ DEL ROSA | MAN | 0000 | S | 1150 | 1150 |
| 581659787 | AL | 01 | 015915 | ALVAREZ GUZMAN | CAR | 0000 | S | 1150 | 0000 |
| 596036419 | AY | 01 | 015915 | AYALA COLON | SAS | 0000 | S | 1150 | 1150 |
| 583137385 | BA | 01 | 015915 | BAEZ DONIS | TAN | 0000 | S | 1150 | 0000 |
| 583439003 | BA | 01 | 015915 | BARRETO LOPEZ | DAV | 0000 | S | 1150 | 0000 |
| 596326433 | BA | 01 | 015915 | BAUTISTA COLLADO | RAF | 0000 | S | 1150 | 0000 |
| 582419642 | BA | 05 | 015915 | BAYRON NATER | HUG | 0000 | S | 1150 | 0000 |
| 584047016 | BE | 01 | 015915 | BERRIOS VERDEJO | DIA | 0000 | S | 1150 | 1150 |
| 598181912 | BR | 01 | 015915 | BRITO OSTOLAZA | ROB | 0000 | S | 1150 | 1150 |
| 597409533 | CA | 01 | 015915 | CACERES HERNANDE | JOR | 0000 | S | 1150 | 1150 |
| 580235126 | CA | 03 | 015915 | CADETE QUELI | JUA | 0000 | S | 1150 | 0000 |
| 584211143 | CA | 01 | 015915 | CADIZ GRACIA | GER | 0000 | S | 1150 | 0000 |
| 599162458 | CA | 01 | 015915 | CARRASQUILLO ESC | ALE | 0000 | S | 1150 | 0000 |
| 582439109 | CA | 01 | 015915 | CARRASQUILLO HER | ANA | 0000 | S | 1150 | 0000 |
| 582513914 | CA | 01 | 015915 | CASTRO REYES | HAR | 0000 | S | 1150 | 0000 |
| 582310318 | CA | 01 | 015915 | CATALA CRUZ | ABE | 0000 | S | 1150 | 0000 |
| 582615497 | CA | 01 | 015915 | CATAQUET NUNEZ | ANG | 0000 | S | 1150 | 0000 |
| 584755929 | CE | 01 | 015915 | CENTENO GARCIA | J A | 0000 | S | 1150 | 0000 |
| 583155201 | CE | 01 | 015915 | CENTENO VAZQUEZ | IVA | 0000 | S | 1150 | 0000 |
| 584576687 | CO | 01 | 015915 | COLON ADORNO | SHE | 0000 | S | 1150 | 0000 |
| 5. 538593 | CO | 03 | 015915 | COLON RODRIGUEZ | JUA | 0000 | S | 1150 | 1150 |
| 586790976 | CO | 01 | 015915 | COTTO FRANCO | ELI | 0000 | S | 1150 | 0000 |
| 581650796 | CR | 01 | 015915 | CRUZ AVILES | ISR | 0000 | S | 1150 | 1150 |
| 582495567 | CR | 01 | 015915 | CRUZ CARMONA | ROB | 0000 | S | 1150 | 0000 |
| 584814756 | CU | 02 | 015915 | CUMBA CINTRON | BEA | 0000 | S | 1150 | 0000 |
| 583238552 | DA | 01 | 015915 | DAVILA MONSERRAT | MIR | 0000 | S | 1150 | 1150 |
| 582376233 | DE | 01 | 015915 | DELGADO DE LEON | MAX | 0000 | S | 1150 | 1150 |
| 581550255 | DE | 01 | 015915 | DELGADO NUNEZ | JOS | 0000 | S | 1150 | 0000 |
| 599074364 | DI | 01 | 015915 | DIAZ ACEVEDO | WAN | 0000 | S | 1150 | 0000 |
| 584676045 | DI | 01 | 015915 | DIAZ AYALA | BRU | 0000 | S | 1150 | 1150 |
| 581251019 | DI | 01 | 015915 | DIAZ COLON | SAR | 0000 | S | 1150 | 0000 |
| 598014932 | DI | 03 | 015915 | DIAZ VAZQUEZ | MEL | 0000 | S | 1150 | 0000 |
| 583835188 | ES | 03 | 015915 | ESCALERA BAEZ | ALF | 0000 | S | 1150 | 0000 |
| 581651529 | FE | 01 | 015915 | FEBRES QUILES | EMM | 0000 | S | 1150 | 0000 |
| 582334620 | FE | 02 | 015915 | FERNANDEZ NUNEZ | YAM | 0000 | S | 1150 | 0000 |
| 583699815 | FO | 01 | 015915 | FONTANEZ ALGARIN | LOR | 0000 | S | 1150 | 1150 |
| 583958743 | FU | 01 | 015915 | FUENTES VELAZQUE | VER | 0000 | S | 1150 | 1150 |
| 587391622 | GA | 03 | 015915 | GARAY FIGUEROA | JES | 0000 | S | 1150 | 0000 |
| 584233963 | GA | 01 | 015915 | GARCIA LLANOS | GUS | 0000 | S | 1150 | 0000 |
| 587390768 | GA | 01 | 015915 | GARRAFA RIVERA | NER | 0000 | S | 1150 | 1150 |
| 582754222 | GO | 01 | 015915 | GONZALEZ BENITEZ | ORL | 0000 | S | 1150 | 0000 |
|  |  |  |  |  |  |  |  | 1150 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5..262695 | GO | 01 | 015915 | GONZALEZ BENITEZ | PED | 0000 | S | 1150 | 1150 |
| 582811671 | GO | 04 | 015915 | GONZALEZ MONZON | CHA | 0000 | S | 1150 | 1150 |
| 583357201 | GO | 01 | 015915 | GONZALEZ NUNEZ | NEF | 0000 | S | 1150 | 1150 |
| 598077693 | GO | 01 | 015915 | GONZALEZ ORTIZ | LUI | 0000 | S | 0000 | 0000 |
| 584655040 | GU | 03 | 015915 | GUEVAREZ MAYSONE | HUM | 0000 | S | 1150 | 1150 |
| 581374305 | FE | 01 | 015915 | HERNANDEZ CASTRO | GLE | 0000 | S | 1150 | 1150 |
| 582132043 | HE | 01 | 015915 | HERNANDEZ NATAL | ANA | 0000 | S | 1150 | 0000 |
| 599126780 | JA | 02 | 015915 | JALIFF OLGUIN | JOR | 0000 | S | 0725 | 0000 |
| 583355920 | JU | 02 | 015915 | JUSINO AULETTA | OMA | 0000 | S | 1150 | 0000 |
| 582396287 | LO | 02 | 015915 | LOPEZ GARCIA | ALF | 0000 | S | 1150 | 0000 |
| 584194849 | LO | 01 | 015915 | LOPEZ QUINTANA | EVA | 0000 | S | 1150 | 0000 |
| 583067284 | LU | 01 | 015915 | LUGO PACHECO | ANG | 0000 | S | 1150 | 0000 |
| 583394642 | MA | 02 | 015915 | MALDONADO LOPEZ | DAN | 0000 | S | 1150 | 0000 |
| 584911371 | MA | 01 | 015915 | MALDONADO RAMIRE | RAM | 0000 | S | 1150 | 0000 |
| 581900187 | MA | 02 | 015915 | MARCANO CARRASQU | JOS | 0000 | S | 1150 | 0000 |
| 077588336 | MA | 01 | 015915 | MARTINEZ ROSADO | EVE | 0000 | S | 1150 | 0000 |
| 582431533 | MA | 01 | 015915 | MATOS SANCHEZ | HEC | 0000 | S | 1150 | 0000 |
| 584310100 | ME | 01 | 015915 | MEDINA FONTANET | JOE | 0000 | S | 1150 | 1150 |
| 584697125 | ME | 01 | 015915 | MEDINA MARTINEZ | MAR | 0000 | S | 1150 | 0000 |
| 583357357 | ME | 01 | 015915 | MELENDEZ MALDONA | MAR | 0000 | S | 1150 | 1150 |
| 599427706 | ME | 01 | 015915 | MELO MATOS | JUA | 0000 | S | 1150 | 1150 |
| 581374724 | MI | 01 | 015915 | MILAN REYNOSO | EST | 0000 | S | 1150 | 0000 |
| 582828335 | MO | 02 | 015915 | MOLINA ESTRADA | EME | 0000 | S | 1150 | 0000 |
| 997563102 | MO | 01 | 015915 | MONTALVO MELENDE | EDW | 0000 | S | 1150 | 0000 |
| 584923202 | MO | 01 | 015915 | MORENO ALVAREZ | LUI | 0000 | S | 1150 | 1150 |
| 5 518946 | MU | 01 | 015915 | MUNIZ BARRETO | RIC | 0000 | S | 1150 | 1150 |
| 583691858 | NA | 02 | 015915 | NAVARRO VELAZQUE | YAZ | 0000 | S | 1150 | 0000 |
| 598122716 | NA | 01 | 015915 | NAZARIO GUADALUP | DAV | 0000 | S | 1150 | 0000 |
| 582453550 | OC | 01 | 015915 | OCASIO DIAZ | CAR | 0000 | S | 1150 | 1150 |
| 583613694 | OR | 01 | 015915 | ORTIZ ARCE | GRI | 0000 | S | 1150 | 1150 |
| 359602273 | OR | 01 | 015915 | ORTIZ COLLAZO | MIC | 0000 | S | 1150 | 1150 |
| 584437704 | OR | 01 | 015915 | ORTIZ MENDEZ | MAR | 0000 | S | 1150 | 0000 |
| 599107081 | OR | 01 | 015915 | ORTIZ PINEIRO | REY | 0000 | S | 1150 | 0000 |
| 583114204 | OR | 02 | 015915 | ORTIZ SELLAS | JOS | 0000 | S | 1150 | 1150 |
| 583797771 | OT | 01 | 015915 | OTERO CANCEL | TIR | 0000 | S | 1150 | 0000 |
| 582610291 | PA | 01 | 015915 | PANIAGUA DIAZ | LUI | 0000 | S | 1150 | 0000 |
| 584164195 | PA | 01 | 015915 | PANTOJAS BAEZ | LUI | 0000 | S | 1150 | 0000 |
| 582596590 | PA | 01 | 015915 | PARRILLA IRIZARR | NYD | 0000 | S | 1150 | 0000 |
| 583344771 | PE | 01 | 015915 | PENA ORTIZ | HEC | 0000 | S | 1150 | 0000 |
| 075562699 | FE | 05 | 015915 | PEREZ GARAY | JAS | 0000 | S | 1150 | 1150 |
| 582354560 | PR | 03 | 015915 | PRADO CANA | JOA | 0000 | S | 1150 | 1150 |
| 597012154 | RA | 01 | 015915 | RAMOS SANTIAGO | CAR | 0000 | S | 1150 | 1150 |
| 583657003 | RE | 01 | 015915 | REYES RIVERA | ELI | 0000 | S | 1150 | 0000 |
| 596367903 | RI | 01 | 015915 | RIJO MOJICA | RAF | 0000 | S | 1150 | 1150 |
| 584737828 | RI | 05 | 015915 | RIVERA FIGUEROA | HER | 0000 | S | 1150 | 0000 |
| 583510940 | RI | 01 | 015915 | RIVERA FUENTES | ELI | 0000 | S | 1150 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 584985853 | RI | 01 | 015915 | RIVERA GRACIA | DAN | 0000 | S | 1150 | 0000 |
| 581193247 | RI | 04 | 015915 | RIVERA MALDONADO | ANG | 0000 | S | 1150 | 1150 |
| 583815287 | RI | 03 | 015915 | RIVERA MIRANDA | MAR | 0000 | S | 1150 | 0000 |
| 583666196 | RI | 01 | 015915 | RIVERA PANTOJAS | ELV | 0000 | S | 1150 | 0000 |
| 583913592 | RI | 04 | 015915 | RIVERA RIVERA | WIL | 0000 | S | 1150 | 0000 |
| 599092516 | RI | 01 | 015915 | RIVERA SANTIAGO | DAN | 0000 | S | 1150 | 0000 |
| 584656968 | RO | 01 | 015915 | ROBLES RIVERA | ED | 0000 | S | 1150 | 1150 |
| 584693670 | RO | 01 | 015915 | RODRIGUEZ ENCARN | JOR | 0000 | S | 1150 | 1150 |
| 584394417 | RO | 01 | 015915 | RODRIGUEZ FIGUER | KAT | 0000 | S | 1150 | 1150 |
| 583635314 | RO | 01 | 015915 | RODRIGUEZ MONTAN | JOS | 0000 | S | 1150 | 0000 |
| 583533143 | RO | 01 | 015915 | RODRIGUEZ RAMOS | JOS | 0000 | S | 1150 | 0000 |
| 584731477 | RO | 01 | 015915 | ROSADO APONTE | MAY | 0000 | S | 1150 | 1150 |
| 584923122 | RO | 01 | 015915 | ROSARIO AYALA | RIC | 0000 | S | 1150 | 1150 |
| 582698282 | RO | 02 | 015915 | ROSARIO JIMENEZ | IBR | 0000 | S | 1150 | 0000 |
| 584016335 | RO | 02 | 015915 | ROSARIO SANJURJO | BRE | 0000 | S | 1150 | 0000 |
| 584310196 | RU | 01 | 015915 | RUIZ REYES | MAY | 0000 | S | 1150 | 1150 |
| 584940071 | SA | 01 | 015915 | SANCHEZ PRINCIPE | DAN | 0000 | S | 1150 | 0000 |
| 584253055 | SA | 01 | 015915 | SANCHEZ RODRIGUE | GEI | 0000 | S | 1150 | 1150 |
| 583293839 | SA | 01 | 015915 | SANTIAGO MORALES | AMA | 0000 | S | 1150 | 1150 |
| 582610977 | SA | 02 | 015915 | SANTIAGO RIOS | HEC | 0000 | S | 1150 | 0000 |
| 584353374 | SA | 01 | 015915 | SANTOS NUNEZ | BRU | 0000 | S | 1150 | 0000 |
| 584450552 | SA | 02 | 015915 | SANTOS ORNES | ALE | 0000 | S | 1150 | 0000 |
| 583666060 | SA | 01 | 015915 | SANTOS RODRIGUEZ | LYD | 0000 | S | 1150 | 1150 |
| 583490234 | SE | 01 | 015915 | SERRANO SERRANO | MAR | 0000 | S | 1150 | 1150 |
| 577556466 | SI | 01 | 015915 | SIERRA ALICEA | JOM | 0000 | S | 1150 | 1150 |
| 58 896166 | SI | 01 | 015915 | SIERRA DE JESUS | ORL | 0000 | S | 1150 | 0000 |
| 582434134 | SO | 01 | 015915 | SOLER MENENDEZ | KEI | 0000 | S | 1150 | 1150 |
| 588976411 | SU | 05 | 015915 | SUAREZ OCASIO | JUA | 0000 | S | 2300 | 0000 |
| 154600100 | TO | 01 | 015915 | TORRES ROMERO | ROB | 0000 | S | 1150 | 1150 |
| 584294401 | VA | 02 | 015915 | VAZQUEZ ORTIZ | JAC | 0000 | S | 1150 | 1150 |
| 596104058 | VE | 01 | 015915 | VELAZQUEZ HEREID | JOR | 0155 | S | 1075 | 1075 |
| 581474973 | VE | 01 | 015915 | VELAZQUEZ MONGE | ANA | 0000 | S | 1150 | 1150 |
| 582757427 | VE | 03 | 015915 | VERA MARTELL | DIA | 0000 | S | 1150 | 0000 |
| 597035382 | VE | 01 | 015915 | VERAS | OLG | 0000 | S | 1150 | 0000 |
| 583595331 | VE | 01 | 015915 | VERDEJO CASTRO | MAR | 0000 | S | 1150 | 1150 |
| 581352551 | VIC4701 | | 015915 | VIERA CORCHADO | FEL | 0000 | S | 0453 | 0000 |
| 581899907 | VI | 01 | 015915 | VILLEGAS CRUZ | OBR | 0000 | S | 1150 | 0000 |
| 583155784 | VI | 01 | 015915 | VILLEGAS QUINONE | LUZ | 0158 | S | 1075 | 0000 |

MATCHED=130
AMOUNT PAID=$148228 + REM. AMT. $58575 = TOTAL PAID $206803

Report Date: 06/07/95          FEDERAL PELL GRANT PROGRAM          Page:1
Int. Batch No.: 0035         ELECTRONIC PAYMENT INFORMATION         Time:09:13
                                 BATCH SUMMARY REPORT

******************************************************************************

BATCH PROCESSED DATE:        060895
BATCH NUMBER:                95156450

                    REJECTED RECORDS (NON-RETAINED):        0
                    REJECTED WITH ERRORS (RETAINED):        0
                    ACCEPTED WITH ASSUMPTIONS:              1
                    DUPLICATE RECORDS:                      1
                    ACCEPTED RECORDS:                      27
                         ERROR FREQUENCIES
01 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   ORIGINAL SOCIAL SECURITY NUMBER INVALID OR DID NOT MATCH                 0
   WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   NAME CODE DID NOT MATCH                                                  0
03 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   TRANSACTION NUMBER INVALID OR DID NOT MATCH                             0
04 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   EXPECTED FAMILY CONTRIBUTION DID NOT MATCH                              0
05 PELL ID OF CAMPUS ATTENDED INVALID - ASSUMPTION APPLIED                 0
06 PELL ID OF CAMPUS ATTENDED INVALID - RECORD REJECTED                    0
07 ACADEMIC CALENDAR INVALID - DEFAULT OR ASSUMPTION APPLIED               0
08 COST OF ATTENDANCE INVALID - ASSUMPTION APPLIED                         0
09 VERIFICATION STATUS CODE INVALID - ASSUMPTION APPLIED                   0
10 ENROLLMENT STATUS INVALID - ASSUMPTION APPLIED                          0
1  ENROLLMENT STATUS NOT APPLICABLE - DATA IGNORED                         0
12 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS INVALID
    - ASSUMPTION APPLIED                                                   0
13 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS NOT APPLICABLE
    - DATA IGNORED                                                         0
14 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR INVALID
    - DEFAULT OR ASSUMPTION APPLIED                                        0
15 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR NOT APPLICABLE - DATA IGNORED       0
16 AMOUNT PAID TO DATE INVALID - ASSUMPTION APPLIED                        0
17 ADJUSTMENT CODE INVALID - NO RECOVERY APPLICABLE                        0
18 ADJUSTMENT CODE INVALID - RECOVERY APPLICABLE                           0
19 REMAINING AMOUNT TO BE PAID INVALID - ASSUMPTION APPLIED                1
20 NUMBER OF MONTHS REMAINING PAYMENTS WILL BE MADE IS INVALID
    - ASSUMPTION APPLIED                                                   1
21 NUMBER OF MONTHS INCONSISTENT WITH REMAINING AMOUNT TO BE PAID
    - ASSUMED STUDENT PAID IN FULL                                         0
22 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INVALID
    - ASSUMPTION APPLIED                                                   1
23 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INCONSISTENT
   REMAINING AMOUNT TO BE PAID - ASSUMED STUDENT PAID IN FULL              0
24 DATE ENROLLED INVALID                                                   0

Report Date: 06/07/9        FEDERAL PELL GRANT PROGRAM            Page:  2
Int. Batch No.: 0055        ELECTRONIC PAYMENT INFORMATION        Time:09:13
                               BATCH SUMMARY REPORT

*****************************************************************************

26  30% VERIFICATION LIMIT - ASSUMPTION APPLIED                              0
27  SECONDARY EFC USED INVALID - ASSUMPTION APPLIED                          0
29  SECONDARY EFC INVALID - RECORD REJECTED                                  0
31  VERIFICATION STATUS 'W' - AWARD SET TO ONE HALF                          0
32  INVALID VERIFICATION STATUS REPORTED AFTER VERIFICATION DEADLINE DATE
      - RECORD REJECTED                                                      0
33  CHANGES ASSUMED TO APPLY TO ONLY PART OF THE AWARD YEAR:
      POTENTIAL OVERPAYMENT                                                  0
34  REMAINING PAYMENT MONTH(S) PAST SEPTEMBER 30 DEADLINE
      - ASSUMPTION APPLIED                                                   0
35  INCARCERATION INDICATOR INVALID - ASSUMPTION APPLIED                     0
36  STATE OF INCARCERATION INVALID OR NOT APPLICABLE - DATA IGNORED          0
37  STATE OF INCARCERATION INCONSISTENT WITH INDICATOR
      - ASSUMPTION  ATTENDED CAMPUS STATE                                    0
38  STATE NOT (OR NO LONGER) CERTIFIED BY ED-NO PELL TO INCARC. STUDENTS     0
39  CHANGE IN INCARCERATED STATUS ASSUMED TO APPLY ONLY PARTIAL YEAR
      MAY BE OVERPAID                                                        0
40  MORE THAN 1 AWARD NOT AUTHORIZED - EXCESS AMOUNT DISALLOWED              0
41  MORE THAN 1 AWARD FOR CLOCK HR STUDENT INVALID-EXSS AMT DISALLOWED       0
42  ADJUSTMENT CODE FOR MORE THAN 1 AWARD INVALID - ASSUMPTION APPLIED       0
43  MORE THAN 1 AWARD AT LESS THAN FULL-TM ENROLLMENT INVALID
      - EXCESS AMOUNT DISALLOWED                                             0
47  PAYMENT AMOUNT CALC CODE NOT APPLICABLE - DATA IGNORED.                  0
4   PAID AT MORE THAN 1 SCHOOL - AMOUNT OVER 100% OF AWARD DISALLOWED        0
         TOTAL NUMBER OF EDIT/COMMENT MESSAGES:                             3

TOTAL ACCEPTED WITH ASSUMPTIONS IS NOT THE SAME AS THE TOTAL OF
THE COMMENT CODES COUNTS BECAUSE STUDENTS MAY SATISFY MULTIPLE
CONDITIONS.

SELECTED RECORDS FOR AWARD YEAR: 1994-95 REPORTING CAMPUS=015915

REPORTING CAMPUS = 015915

DATE: 06/02/95
AWARD YEAR = 95

| SSN | RECORD ID CDE | ATTND. NO | CAMPUS | LAST NAME | FIRST NAME | EFC | STAGE | AMOUNT PAID | REM. AMT. TO BE PA: |
|---|---|---|---|---|---|---|---|---|---|
| 582338745 | AN | 01 | 015915 | ANDINO ISAAC | NIL | 0000 | S | 1150 | 0000 |
| 583335771 | BA | 01 | 015915 | BAEZ AFANADOR | MAN | 0000 | S | 0000 | 0000 |
| 583410966 | CA | 01 | 015915 | CAMACHO GONZALEZ | DAP | 0000 | S | 2075 | 0000 |
| 582479608 | CH | 03/01 | 015915 | CHAPARRO OLIVERA | REB | 0000 | S | 0503 | 0000 |
| 583397349 | CO | 01 | 015915 | COLON RODRIGUEZ | LUI | 0000 | S | 0767 | 0000 |
| 583316367 | DA | 03/03 | 015915 | DAVILA VILLEGA | JOS | 0000 | S | 1022 | 0000 |
| 584391919 | FE | 03 | 015915 | FERRER LOPEZ | JOS | 0000 | S | 1150 | 0000 |
| 584316780 | FR | 02 | 015915 | FREYTES BAUTISTA | LIZ | 0000 | S | 1150 | 0000 |
| 080528051 | GA | 05/01 | 015915 | GALARZA MONCLOVA | LYZ | 0000 | S | 1150 | 0000 |
| 583334219 | HU | 05/01 | 015915 | HUERTAS CHEVERE | DOR | 0000 | S | 1750 | 0000 |
| 581791288 | KU | 05 | 015915 | KUILAN PIZARRO | IVE | 0000 | S | 1150 | 0000 |
| 584693349 | LO | 02 | 015915 | LOPEZ NEGRON | ISR | 0000 | S | 1150 | 0000 |
| 582455924 | MA | 02 | 015915 | MALDONADO NIEVES | ANG | 0000 | S | 1150 | 0000 |
| 584894225 | MA | 01 | 015915 | MALDONADO RODRIG | JOS | 0154 | S | 1075 | 1075 |
| 582814654 | MA | 01 | 015915 | MARRERO BETANCOU | JOR | 0000 | S | 1150 | 0000 |
| 582933718 | MO | 03 | 015915 | MONGE MATOS | ARM | 0000 | S | 1150 | 0000 |
| 583274645 | NE | 03 | 015915 | NEGRON ISAAC | CAR | 0000 | S | 1075 | 0000 |
| 584391780 | OC | 02 | 015915 | OCANA CLAUDIO | ERN | 0000 | S | 1150 | 0000 |
| 582459330 | OR | 05/03 | 015915 | ORTIZ RIVERA | YOL | 0000 | S | 0409 | 0000 |
| 584634102 | OT | 02 | 015915 | OTERO CASANOVA | JAC | 0000 | S | 1150 | 0000 |
| 581553983 | PE | 03 | 015915 | PEREZ FELIZ | MAR | 0000 | S | 0885 | 0000 |
| 583557089 | RI | 03 | 015915 | RIVERA | RAU | 0000 | S | 0973 | 0000 |
| 080624372 | RI | 03 | 015915 | RIVERA RODRIGUEZ | JOS | 0000 | S | 0958 | 0000 |
| 5  393499 | RO | 05 | 015915 | ROBLES ECHEVARRI | ORL | 0000 | S | 1150 | 0000 |
| 5  730823 | RO | 03 | 015915 | RODRIGUEZ COSME | GIL | 0000 | S | 1150 | 0000 |
| 584890813 | RO | 01 | 015915 | RODRIGUEZ LOPEZ | MEL | 0000 | S | 0000 | 0000 |
| 583603757 | RO | 02 | 015915 | ROSADO MOLINA | FRA | 0000 | S | 1150 | 0000 |
| 584472228 | SA | 01 | 015915 | SANTIAGO FERNAND | MEL | 0000 | S | 0453 | 0000 |
| 581817410 | SA | 01 | 015915 | SANTIAGO VAZQUEZ | JER | 0000 | S | 0000 | 0000 |
| 582854438 | TO | 01 | 015915 | TORRES GARDON | FEL | 0000 | S | 0443 | 0000 |
| 581777793 | TO | 02 | 015915 | TORRES RIVAS | GLO | 0000 | S | 1150 | 0000 |

MATCHED=31
AMOUNT PAID=$29638 + REM. AMT. $1075 = TOTAL PAID $30713

Batch #
95 156 450

```
Report Date: 06/23/95                FEDERAL PELL GRANT PROGRAM                    Page:1
Int. Batch No.: 0038              ELECTRONIC PAYMENT INFORMATION                Time:08:57
                                      BATCH SUMMARY REPORT
```

*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*

```
BATCH PROCESSED DATE:          062295
BATCH NUMBER:                  95170452
```

|                                                      |     |
|------------------------------------------------------|-----|
| REJECTED RECORDS (NON-RETAINED):                     | 0   |
| REJECTED WITH ERRORS (RETAINED):                     | 0   |
| ACCEPTED WITH ASSUMPTIONS:                           | 3   |
| DUPLICATE RECORDS:                                   | 0   |
| ACCEPTED RECORDS:                                    | 317 |

ERROR FREQUENCIES

| | |
|---|---|
| 01 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE ORIGINAL SOCIAL SECURITY NUMBER INVALID OR DID NOT MATCH | 0 |
| 02 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE NAME CODE DID NOT MATCH | 0 |
| 03 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE TRANSACTION NUMBER INVALID OR DID NOT MATCH | 0 |
| 04 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE EXPECTED FAMILY CONTRIBUTION DID NOT MATCH | 0 |
| 05 PELL ID OF CAMPUS ATTENDED INVALID - ASSUMPTION APPLIED | 0 |
| 06 PELL ID OF CAMPUS ATTENDED INVALID - RECORD REJECTED | 0 |
| 07 ACADEMIC CALENDAR INVALID - DEFAULT OR ASSUMPTION APPLIED | 0 |
| 08 COST OF ATTENDANCE INVALID - ASSUMPTION APPLIED | 0 |
| 09 VERIFICATION STATUS CODE INVALID - ASSUMPTION APPLIED | 0 |
| 10 ENROLLMENT STATUS INVALID - ASSUMPTION APPLIED | 0 |
| 11 ENROLLMENT STATUS NOT APPLICABLE - DATA IGNORED | 0 |
| 12 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS INVALID - ASSUMPTION APPLIED | 0 |
| 13 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS NOT APPLICABLE - DATA IGNORED | 0 |
| 14 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR INVALID - DEFAULT OR ASSUMPTION APPLIED | 0 |
| 15 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR NOT APPLICABLE - DATA IGNORED | 0 |
| 16 AMOUNT PAID TO DATE INVALID - ASSUMPTION APPLIED | 3 |
| 17 ADJUSTMENT CODE INVALID - NO RECOVERY APPLICABLE | 0 |
| 18 ADJUSTMENT CODE INVALID - RECOVERY APPLICABLE | 0 |
| 19 REMAINING AMOUNT TO BE PAID INVALID - ASSUMPTION APPLIED | 0 |
| 20 NUMBER OF MONTHS REMAINING PAYMENTS WILL BE MADE IS INVALID - ASSUMPTION APPLIED | 0 |
| 21 NUMBER OF MONTHS INCONSISTENT WITH REMAINING AMOUNT TO BE PAID - ASSUMED STUDENT PAID IN FULL | 0 |
| 22 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INVALID - ASSUMPTION APPLIED | 0 |
| 23 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INCONSISTENT REMAINING AMOUNT TO BE PAID - ASSUMED STUDENT PAID IN FULL | 0 |
| 24 DATE ENROLLED INVALID | 0 |

**********************************************************************************

```
  6  30. VERIFICATION LIMIT - ASSUMPTION APPLIED                             0
  27  SECONDARY EFC USED INVALID - ASSUMPTION APPLIED                        0
  29  SECONDARY EFC INVALID - RECORD REJECTED                                0
  31  VERIFICATION STATUS 'W' - AWARD SET TO ONE HALF                        0
  32  INVALID VERIFICATION STATUS REPORTED AFTER VERIFICATION DEADLINE DATE
      - RECORD REJECTED                                                      0
  33  CHANGES ASSUMED TO APPLY TO ONLY PART OF THE AWARD YEAR:
      POTENTIAL OVERPAYMENT                                                  6
  34  REMAINING PAYMENT MONTH(S) PAST SEPTEMBER 30 DEADLINE
      - ASSUMPTION APPLIED                                                   0
  35  INCARCERATION INDICATOR INVALID - ASSUMPTION APPLIED                   0
  36  STATE OF INCARCERATION INVALID OR NOT APPLICABLE - DATA IGNORED        0
  37  STATE OF INCARCERATION INCONSISTENT WITH INDICATOR
      - ASSUMPTION  ATTENDED CAMPUS STATE                                    0
  38  STATE NOT (OR NO LONGER) CERTIFIED BY ED-NO PELL TO INCARC. STUDENTS   0
  39  CHANGE IN INCARCERATED STATUS ASSUMED TO APPLY ONLY PARTIAL YEAR
      MAY BE OVERPAID                                                        0
  40  MORE THAN 1 AWARD NOT AUTHORIZED - EXCESS AMOUNT DISALLOWED            0
  41  MORE THAN 1 AWARD FOR CLOCK HR STUDENT INVALID-EXSS AMT DISALLOWED     0
  42  ADJUSTMENT CODE FOR MORE THAN 1 AWARD INVALID - ASSUMPTION APPLIED     0
      MORE THAN 1 AWARD AT LESS THAN FULL-TM ENROLLMENT INVALID
      EXCESS AMOUNT DISALLOWED                                              0
  44  PAYMENT AMOUNT CALC CODE NOT APPLICABLE - DATA IGNORED.                0
  45  PAID AT MORE THAN 1 SCHOOL - AMOUNT OVER 100% OF AWARD DISALLOWED      1
           TOTAL NUMBER OF EDIT/COMMENT MESSAGES:                           4
```

TOTAL ACCEPTED WITH ASSUMPTIONS IS NOT THE SAME AS THE TOTAL OF
THE COMMENT CODES COUNTS BECAUSE STUDENTS MAY SATISFY MULTIPLE
CONDITIONS.

ELECTED RECORDS FOR ARD YEAR: 1994-95 REPORTING MPUS=0159

REPORTING CAMPUS = 015915                                                      E: 06/16/95
                                                                               ARD YEAR = 95

| SSN | CDE NO | ATTND. CAMPUS | LAST NAME | FIRST NAME | EFC | STAGE | AMOUNT PAID | REM. AMT TO BE PA |
|---|---|---|---|---|---|---|---|---|
| 83326 | AC0101 | 015915 | ACEVEDO TRUYOL | JEN | 0000 | S | 1150 | 0000 |
| 386791 | AD0201 | 015915 | ADANES BENITEZ | CAN | 0000 | S | 1088 | 0000 |
| 81593857 | AD0301 | 015915 | ADORNO CARRILLO | JAI | 0000 | S | 0453 | 0000 |
| 83739226 | AD 02 | 015915 | ADORNO LOPEZ | CIN | 0000 | S | 0000 | 0000 |
| 84478574 | AD0401 | 015915 | ADORNO ROSADO | BRE | 0000 | S | 0503 | 0000 |
| 8035.5600 | AD0501 | 015915 | ADORNO SANCHEZ | CAR | 0000 | S | 0480 | 0000 |
| 83330336 | AG0002 | 015915 | AGOSTO LOPEZ | NOE | 0000 | S | 0193 | 0000 |
| 84230248 | AG 01 | 015915 | AGOSTO ROSA | RIC | 0000 | S | 1773 | 0000 |
| 82350074 | AL0701 | 015915 | ALAMO SANTANA | PED | 0000 | S | 0453 | 0000 |
| 64460758 | AL0801 | 015915 | ALBALADEJO | JOS | 0000 | S | 1058 | 0000 |
| 84377973 | AL 01 | 015915 | ALEJANDRO RIVERA | JAN | 0000 | S | 0845 | 0000 |
| 84713119 | AL09 01 | 015915 | ALICEA MARRERO | ALV | 0000 | S | 0393 | 0000 |
| 93782284 | AL0001 | 015915 | ALICEA RIVERA | MAR | 0000 | S | 1088 | 0000 |
| 82131651 | AL0401 | 015915 | ALOMAR RODRIGUEZ | WIL | 0000 | S | 0413 | 0000 |
| 82239729 | AL0101 | 015915 | ALVARADO SANTIAG | NEL | 0000 | S | 1150 | 0000 |
| 84554441 | AL 01 | 015915 | ALVAREZ CRESPO | WIL | 0000 | S | 1150 | 0000 |
| 84415213 | AL 01 | 015915 | ALVAREZ RIVERA | YES | 0000 | S | 0918 | 0000 |
| 97103591 | AM0001 | 015915 | AMADOR RIOS | GIL | 0000 | S | 0823 | 0000 |
| 84710713 | AN 01 | 015915 | ANDINO RIVERA | MIG | 0000 | S | 0905 | 0000 |
| 82060356 | AN 01 | 015915 | ANGULO SUAREZ | IRM | 0000 | S | 0966 | 0000 |
| 83810751 | AP 01 | 015915 | APONTE MASS | ERA | 0000 | S | 0000 | 0000 |
| 82554115 | AR 01 | 015915 | ARROYO REYES | WIL | 0000 | S | 2300 | 2 100 |
| 84475852 | V 01 | 015915 | AVILES AVILES | MEL | 0000 | S | 0000 | 00 |
| 82451770 | AV0401 | 015915 | AVILES BRUNO | JAC | 0000 | S | 0453 | 6 00 |
| 84650478 | AV 01 | 015915 | AVILES COLON | FEL | 0000 | S | 1823 | 0000 |
| 50416941 | AY 01 | 015915 | AYALA AMEZQUITA | YAR | 0000 | S | 0000 | 0000 |
| 376708 | AY0501 | 015915 | AYALA CLAUDIO | JES | 0000 | S | 1150 | 0000 |
| 04491823 | AY 01 | 015915 | AYALA FANTAUZZI | MAR | 0000 | S | 1150 | 0000 |
| 84491679 | AY 01 | 015915 | AYALA FANTAUZZI | RAM | 0000 | S | 1150 | 0000 |
| 81831992 | AY 01 | 015915 | AYALA MORALES | ANA | 0000 | S | 0845 | 0000 |
| 81312533 | AY0401 | 015915 | AYALA ROMAN | DIA | 0000 | S | 0503 | 0000 |
| 83459908 | BA0701 | 015915 | BARBOSA TORRES | CAR | 0000 | S | 0413 | 0000 |
| 83494050 | BE 01 | 015915 | BELEN HAYER | ANA | 0000 | S | 0000 | 0000 |
| 81795461 | BE 01 | 015915 | BERNAR SUAREZ | DAN | 0000 | S | 0745 | 0000 |
| 81570232 | BE0701 | 015915 | BERNARDI ORTIZ | ERI | 0000 | S | 0443 | 0000 |
| 83562389 | BE0201 | 015915 | BERRIO PADILLA | FRA | 0000 | S | 1150 | 0000 |
| 83934213 | BE 01 | 015915 | BERRIOS HERNANDE | LES | 0000 | S | 0000 | 0000 |
| 81570035 | BE0701 | 015915 | BERRIOS ORTIZ | JOS | 0000 | S | 0000 | 0000 |
| 83.78100 | BE0101 | 015915 | BEZARES AGUAYO | LUI | 0000 | S | 0845 | 0000 |
| 82690655 | BO 01 | 015915 | BONILLA LAUREANO | GLO | 0000 | S | 0845 | 0000 |
| 815.5008 | BO 01 | 015915 | BORIA CARRERO | JAN | 0000 | S | 1740 | 0000 |
| 84944866 | BO0401 | 015915 | BOU DIAZ | ARA | 0000 | S | 1630 | 0000 |
| 98092741 | BR 01 | 015915 | BRANA SAITER | HAR | 0000 | S | 0383 | 0000 |
| 81930089 | CA0001 | 015915 | CALDERO NIEVES | JOS | 0000 | S | 1150 | 0000 |
| 82040032 | B24 +1 # | | Calderon Alicea | JOS | 0000 | S | 0725 | 0000 |
| | | | NDE | SAB | 0000 | S | 1380 | 0000 |

791·
077·

661  393 714·
268

002

A duplua

24

95170452



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33976 | CAB461 | 015915 | CAMACHO MARRERO | JOS | 0000 | S | 1075 | 0000 |
| 582437579 | CAB401 | 015915 | CANCEL FRANCO | MAR | 0000 | S | 0453 | 0000 |
| 584314711 | CA  01 | 015915 | CANDELARIO | JOS | 0000 | S | 0905 | 0000 |
| 582810438 | CA0701 | 015915 | CARRION CARRERO | JES | 0000 | S | 0000 | 0000 |
| 583211078 | CA  01 | 015915 | CASIANO MEDINA | GLO | 0000 | S | 0000 | 0000 |
| 584719311 | CA  01 | 015915 | CASTRO ALICEA | JUA | 0000 | S | 1617 | 0000 |
| 582299304 | CAB401 | 015915 | CASTRO COLON | RAM | 0000 | S | 0845 | 0000 |
| 576032911 | CA  01 | 015915 | CASTRO TORRES | JOS | 0000 | S | 0368 | 0000 |
| 583396107 | CHA301 | 015915 | CHAPARRO AVILES | CHR | 0000 | S | 1150 | 0000 |
| 585172407 | CIB301 | 015915 | CINTRON LANDRON | IDA | 0000 | S | 0431 | 0000 |
| 581736739 | CI  01 | 015915 | CINTRON VILLANNE | RAM | 0000 | S | 2023 | 0000 |
| 584708505 | CL  02 | 015915 | CLEMENTE LUGO | ORL | 0000 | S | 0000 | 0000 |
| 582596431 | CO8301 | 015915 | COLLAZO RIOS | GER | 0000 | S | 0403 | 0000 |
| 582353998 | CO8701 | 015915 | COLLAZO RIVERA | GLO | 0000 | S | 0745 | 0000 |
| 584658790 | CO  01 | 015915 | COLON CEPEDA | MIS | 0000 | S | 1150 | 0000 |
| 582327824 | CO3501 | 015915 | COLON CRUZ | MAR | 0000 | S | 1150 | 0000 |
| 584948490 | CO  01 | 015915 | COLON MARCANO | HER | 0000 | S | 1150 | 0000 |
| 584291007 | CO3601 | 015915 | CONSEPCION BRUNO | ELI | 0000 | S | 0000 | 0000 |
| 521173742 | CO  01 | 015915 | CONSEPCION HERNA | WAN | 0000 | S | 1150 | 0000 |
| 581415897 | CO3701 | 015915 | CORDERO NAZARIO | MIG | 0000 | S | 2001 | 0000 |
| 532589796 | CO  02 | 015915 | CORONEL SANTIAGO | DIA | 0000 | S | 0000 | 0000 |
| 582836712 | CO  01 | 015915 | COTTO RAMOS | RAM | 0000 | S | 1803 | 0000 |
| 582674734 | CO3901 | 015915 | CRUZ ALVAREZ | JOS | 0000 | S | 0393 | 0000 |
| 583515357 | CR  01 | 015915 | CRUZ FONSECA | LUZ | 0000 | S | 0403 | 0000 |
| 397560211 | CR  02 | 015915 | CRUZ JIMENEZ | MAR | 0000 | S | 0000 | 0000 |
| 5  517210 | CR  04 | 015915 | CRUZ LASSEND | GLO | 0000 | S | 1150 | 0000 |
| 582415239 | CR  01 | 015915 | CRUZ ORTEGA | MAR | 0000 | S | 1830 | 0000 |
| 581398466 | CR  02 | 015915 | CRUZ PENA | YAH | 0000 | S | 1150 | 0000 |
| 584531495 | CA4701 | 015915 | CRUZ PIZARRO | DOR | 0000 | S | 1150 | 0000 |
| 592576149 | CA4001 | 015915 | CRUZ SANTIAGO | IRI | 0000 | S | 0914 | 0000 |
| 581049392 | DA2301 | 015915 | DAVILA COLON | NAN | 0000 | S | 0000 | 0000 |
| 581850436 | DE  01 | 015915 | DE JESUS ACOSTA | DAV | 0000 | S | 2300 | 0000 |
| 562603238 | DE  01 | 015915 | DE JESUS TORRES | MAS | 0000 | S | 1150 | 0000 |
| 583338599 | DE  01 | 015915 | DE LEON GONZALEZ | BAR | 0000 | S | 0000 | 0000 |
| 582731661 | DA4401 | 015915 | DEL VALLE MIRAND | SAN | 0000 | S | 0453 | 0000 |
| 584713331 | DE  01 | 015915 | DELACERA ACOSTA | IVO | 0000 | S | 1630 | 0000 |
| 584430131 | DA7501 | 015915 | DELGADO MORALES | BAR | 0000 | S | 1150 | 0000 |
| 581313179 | DA4601 | 015915 | DELGADO RIVERA | RIB | 0000 | S | 1630 | 0000 |
| 581615241 | DA4702 | 015915 | DIAZ DIAZ | ASU | 0000 | S | 1150 | 0000 |
| 396743256 | DI  01 | 015915 | DIAZ RODRIGUEZ | ANT | 0000 | S | 1150 | 0000 |
| 540705243 | DI  01 | 015915 | DIAZ SAEZ | CAR | 0283 | S | 0463 | 0000 |
| 583815334 | EC  01 | 015915 | ECHEVARRIA | EDW | 0000 | S | 0000 | 0000 |
| 581897363 | EL  02 | 015915 | ELIAS TORRES | JUA | 0000 | S | 1058 | 0000 |
| 581798324 | ER  01 | 015915 | ERAZO KUILAN | RUM | 0000 | S | 1042 | 0000 |
| 584956238 | FA  01 | 015915 | FALCON RODRIGUEZ | ARN | 1302 | S | 0792 | 0000 |
| 584350656 | FL0403 | 015915 | FELIBERTY-NIEVES | EDG | 0000 | S | 1150 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 26971 | FE B401 | 015915 | FERNANDEZ | MAR | 0000 | S | 0945 | 0000 |
| 5758736 | FE B501 | 015915 | FERRAO SANTIAGO | JOS | 0000 | S | 0393 | 0000 |
| 81390569 | FI 0501 | 015915 | FIGEROA RIVERA | JOA | 0000 | S | 0000 | 0000 |
| 82173405 | FI B501 | 015915 | FIGUEROA | WAN | 0000 | S | 2023 | 0000 |
| 82755913 | FI 01 | 015915 | FIGUEROA AYALA | YAS | 0000 | S | 1150 | 0000 |
| 83390921 | FI 01 | 015915 | FIGUEROA ROSADO | JER | 0000 | S | 0000 | 0000 |
| 96015596 | FI 01 | 015915 | FIGUEROA VELAZQU | CAR | 0000 | S | 0000 | 0000 |
| 84399290 | FI B501 | 015915 | FIGUEROA ZAYAS | YAR | 0000 | S | 1830 | 0000 |
| 84351721 | FB 5401 | 015915 | FLORES CHEVRES | YOV | 0000 | S | 0845 | 0000 |
| 82430770 | FU 02 | 015915 | FUENTES | JOS | 0000 | S | 0000 | 0000 |
| 82275994 | GB B501 | 015915 | GALARZA CUEVAS | JAV | 0357 | S | 0000 | 0000 |
| 84713187 | GB 5701 | 015915 | GARCIA GARCIA | JOS | 0000 | S | 0453 | 0000 |
| 85453500 | GB 5801 | 015915 | GARCIA MARRERO | ISM | 0000 | S | 0346 | 0000 |
| 46607408 | GB 5901 | 015915 | GARCIA MATOS | JUA | 0000 | S | 0845 | 0000 |
| 82771959 | GA 01 | 015915 | GARCIA MELENDEZ | CAR | 0000 | S | 1913 | 0000 |
| 82477896 | GA 0601 | 015915 | GARCIA MENA | EDA | 0000 | S | 1150 | 0000 |
| 81559053 | GA 0601 | 015915 | GARCIA MOJICA | JOS | 0000 | S | 0779 | 0000 |
| 50601802 | GA 0601 | 015915 | GARCIA PAGAN | CAR | 0000 | S | 0453 | 0000 |
| 50601817 | GA 01 | 015915 | GARCIA PAGAN | CLA | 0000 | S | 1150 | 0000 |
| 02582692 | GA 01 | 015915 | GARCIA PEREZ | BLA | 0000 | S | 0503 | 0000 |
| 84551278 | GA 01 | 015915 | GARCIA PEREZ | OMA | 0000 | S | 1088 | 0000 |
| 49477675 | GA 0301 | 015915 | GARCIA REYES | BRE | 0000 | S | 0000 | 0000 |
| 82554011 | GO B401 | 015915 | GOMEZ ADORNO | MAD | 0000 | S | 0945 | 0000 |
| 83518584 | GO 0601 | 015915 | GOMEZ RIVERA | ANG | 0000 | S | 0722 | 0000 |
| 41523283 | GO 0601 | 015915 | GONZALEZ CONKLIN | LOR | 0000 | S | 1150 | 0000 |
| F 71786 | GO 01 | 015915 | GONZALEZ MARRERO | MAR | 0000 | S | 0403 | 0000 |
| 81491011 | GO 0401 | 015915 | GONZALEZ RIVERA | DAM | 0000 | S | 0845 | 0000 |
| 81498507 | GO 0601 | 015915 | GONZALEZ RIVERA | YOH | 0000 | S | 0000 | 0000 |
| 82870027 | GO 01 | 015915 | GONZALEZ RODRIGU | FEL | 0000 | S | 2300 | 0000 |
| 04050638 | GO 0601 | 015915 | GONZALEZ ROJAS | FRA | 0000 | S | 0942 | 0000 |
| 44644568 | GO B701 | 015915 | GONZALEZ TORRES | JOS | 0000 | S | 1118 | 0000 |
| 24567246 | GR 01 | 015915 | GRAU PINEIRO | LIS | 0000 | S | 1150 | 0000 |
| 83150370 | GU 0701 | 015915 | GUZMAN MARRERO | JOS | 0000 | S | 0765 | 0000 |
| 81638713 | GU 0701 | 015915 | GUZMAN MARTINEZ | JOS | 0000 | S | 1608 | 0000 |
| 84613585 | GU 0701 | 015915 | GUZMAN ROSADO | WAN | 0000 | S | 0801 | 0000 |
| 82557999 | GU 0701 | 015915 | GUZMAN SANCHEZ | JAH | 0000 | S | 0453 | 0000 |
| 81510292 | HA 0702 | 015915 | HAVES ANDUJAR | YOL | 0000 | S | 1150 | 0000 |
| 52607447 | HE B701 | 015915 | HERNANDEZ CHEVER | MAR | 0000 | S | 0489 | 0000 |
| 85519840 | HU 01 | 015915 | HUERTAS MORALES | ERI | 0000 | S | 0413 | 0000 |
| 83273957 | IB 8001 | 015915 | IRIZARRY TORO | ERI | 0000 | S | 0945 | 0000 |
| 81710917 | IS 0701 | 015915 | ISERN CRESPO | LYD | 0000 | S | 0913 | 0000 |
| 84434328 | IS 0701 | 015915 | ISERN HERNANDEZ | ANI | 0000 | S | 0845 | 0000 |
| 83735170 | JI 01 | 015915 | JIMENEZ SANCHEZ | JAC | 0000 | S | 1978 | 0000 |
| 82613487 | JU 0601 | 015915 | JUARBE CASTRO | ABR | 0000 | S | 0000 | 0000 |
| 84235845 | JU 0601 | 015915 | JULBE ROSA | ROS | 0000 | S | 0745 | 0000 |
| 96035258 | LA 05 | 015915 | LA SANTA SANTA | JUA | 0104 | S | 0630 | 0000 |

30

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 054606129 | LO 01 | 015915 | LOPEZ FELICIANO | MEL | 0000 | S | 1150 | 0000 |
| 5. 194250 | LO 01 | 015915 | LOPEZ QUINONEZ | RAU | 0000 | S | 1150 | 0000 |
| 580625911 | LO 01 | 015915 | LOPEZ SANTANA | JES | 0000 | S | 0845 | 0000 |
| 583433082 | LO 01 | 015915 | LOPEZ SANTIAGO | ERI | 0000 | S | 1630 | 0000 |
| 583335118 | MA 01 | 015915 | MALAN SALGADO | TEX | 0000 | S | 1630 | 0000 |
| 582652487 | MA 02 | 015915 | MALDONADO FIGUER | JAH | 0000 | S | 0945 | 0000 |
| 583953190 | MA 01 | 015915 | MANGUAL RODRIGUE | BER | 0000 | S | 0712 | 0000 |
| 581374190 | MA 01 | 015915 | MARRERO BERRIOS | WIL | 0000 | S | 1150 | 0000 |
| 584350276 | MA 01 | 015915 | MARRERO MELENDEZ | ERI | 0000 | S | 0845 | 0000 |
| 044642972 | MA 01 | 015915 | MARRERO MORALES | ORL | 0000 | S | 0860 | 0000 |
| 581577745 | MA 01 | 015915 | MARRERO ROSADO | EDG | 0000 | S | 0431 | 0000 |
| 584564790 | MA 01 | 015915 | MARRERO SANTIAGO | JOS | 0000 | S | 0413 | 0000 |
| 582234392 | MA 01 | 015915 | MARRERO SANTO | ROS | 0000 | S | 0000 | 0000 |
| 583721975 | MA 01 | 015915 | MARTINEZ FIGUERO | BAL | 0000 | S | 1470 | 0000 |
| 582416107 | MA 01 | 015915 | MARTINEZ OLAGUIB | JAV | 0000 | S | 1150 | 0000 |
| 581771053 | MA 01 | 015915 | MARTINEZ SANTANA | ALV | 0000 | S | 1150 | 0000 |
| 582352196 | MA 01 | 015915 | MARTINEZ VAZQUEZ | JOS | 0000 | S | 2001 | 0000 |
| 132560115 | MA 01 | 015915 | MARTIS ROSARIO | WIL | 0000 | S | 0000 | 0000 |
| 583714202 | MA 01 | 015915 | MAYMI SANCHEZ | MAR | 0000 | S | 1961 | 0000 |
| 583297016 | MA 01 | 015915 | MAYNARD SALGADO | IVO | 0000 | S | 0823 | 0000 |
| 583914513 | ME 01 | 015915 | MEDINA QUINONES | ALI | 0000 | S | 1727 | 0000 |
| 581892165 | ME 01 | 015915 | MELECIO VAZQUEZ | MIG | 0000 | S | 1586 | 0000 |
| 584359069 | ME 01 | 015915 | MERCED MEDINA | GER | 0000 | S | 0705 | 0000 |
| 584737230 | MI 01 | 015915 | MIRANDA AYALA | ABR | 0000 | S | 1088 | 0000 |
| 582773321 | MI 01 | 015915 | MIRANDA MORAN | JOS | 0000 | S | 0443 | 0000 |
| 583654213 | MI 01 | 015915 | MIRANDA VAZQUEZ | JUA | 0000 | S | 0383 | 0000 |
| 5. 151860 | MO 01 | 015915 | MONTALVO DIAZ | FRA | 0000 | S | 0000 | 0000 |
| 1..608388 | MO 01 | 015915 | MONTANEZ LYON | JOS | 0000 | S | 1891 | 0000 |
| 116564068 | MO 01 | 015915 | MONTERO MOLINA | ROL | 0000 | S | 0000 | 0000 |
| 583575167 | MO 01 | 015915 | MORALES ESTEVES | MAR | 0000 | S | 0823 | 0000 |
| 583318642 | MO 01 | 015915 | MORALES FERNANDE | JUA | 0000 | S | 0725 | 0000 |
| 582796426 | MO 01 | 015915 | MORALES GONZALEZ | RAU | 0000 | S | 2023 | 0000 |
| 582433010 | MO 01 | 015915 | MORALES LOZANO | ALE | 0000 | S | 0413 | 0000 |
| 584835436 | MO 01 | 015915 | MORALES MAYSONET | ALF | 0000 | S | 0745 | 0000 |
| 583553670 | NA 01 | 015915 | NARVAEZ CRUZ | ARI | 0000 | S | 0453 | 0000 |
| 337625111 | NA 01 | 015915 | NARVAEZ VARGAS | LUZ | 0000 | S | 1150 | 0000 |
| 109608104 | NA 03 | 015915 | NAVARRO HERNANDE | JUA | 0000 | S | 0000 | 0000 |
| 582531789 | NA 01 | 015915 | NAVARRO HERNANDE | VAN | 0000 | S | 1150 | 0000 |
| 134628597 | NA 01 | 015915 | NAVARRO RAMOS | CAR | 0000 | S | 0000 | 0000 |
| 204566551 | NE 02 | 015915 | NEGRON NEGRON | NEL | 0000 | S | 0000 | 0000 |
| 582474626 | NE 01 | 015915 | NEGRON ORTIZ | JES | 0000 | S | 1929 | 0000 |
| 582919456 | NE 01 | 015915 | NEGRON QUINONEZ | MAR | 0000 | S | 1630 | 0000 |
| 583198840 | NE 01 | 015915 | NEGRON RIVERA | JUA | 0000 | S | 1058 | 0000 |
| 583251307 | NI 01 | 015915 | NIEVES AYALA | WAN | 0000 | S | 0000 | 0000 |
| 582559235 | NI 01 | 015915 | NIEVES CINTRON | WAN | 0000 | S | 0453 | 0000 |
| 582271079 | NI 01 | 015915 | NIEVES CRUZ | LUZ | 0000 | S | 0000 | 0000 |

19

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 84290380 | NI | 03 | 015915 | NIEVES ORSINI | RAF | 0000 | S | 1390 | 0000 |
| 65215 | NI | 01 | 015915 | NIEVES QUILES | MEL | 0000 | S | 0413 | 0000 |
| 83895796 | NI | 01 | 015915 | NIEVES TRINIDAD | WIL | 0000 | S | 1058 | 0000 |
| 84236693 | NU | 01 | 015915 | NUNEZ MELENDEZ | JAN | 0000 | S | 0845 | 0000 |
| 84575017 | OC | 01 | 015915 | OCACIO CANCEL | RAF | 0000 | S | 1150 | 0000 |
| 84391780 | OC | 02 | 015915 | OCANA CLAUDIO | ERN | 0000 | S | 0453 | 0000 |
| 82154994 | OC | 01 | 015915 | OCASIO NIEVES | VIR | 0000 | S | 0883 | 0000 |
| 84835335 | OC | 01 | 015915 | OCASIO SERRANO | JAN | 0000 | S | 0000 | 0000 |
| 84133442 | OL | 02 | 015915 | OLIVERAS LAGUNA | MAR | 1262 | S | 0000 | 0000 |
| 84214314 | OR | 01 | 015915 | ORTEGA VEGA | ROS | 0000 | S | 0503 | 0000 |
| 82298185 | OR | 01 | 015915 | ORTIZ CRUZ | ANG | 0000 | S | 0000 | 0000 |
| 83957938 | OR | 01 | 015915 | ORTIZ FERNANDEZ | ANA | 0000 | S | 1606 | 0000 |
| 82337879 | OR | 01 | 015915 | ORTIZ MORALES | CAR | 0000 | S | 0767 | 0000 |
| 82378329 | OR | 02 | 015915 | ORTIZ NEGRON | FAB | 0000 | S | 2023 | 0000 |
| 98165533 | OR | 01 | 015915 | ORTIZ ROSADO | NAN | 0000 | S | 1150 | 0000 |
| 82082218 | OT | 01 | 015915 | OTERO COLON | MIR | 0000 | S | 0503 | 0000 |
| 84239223 | OU | 01 | 015915 | OYOLA RIVERA | MAR | 0000 | S | 0945 | 0000 |
| 81893018 | PA | 01 | 015915 | PABON RIOS | JUA | 0000 | S | 0403 | 0000 |
| 88561684 | PA | 01 | 015915 | PACHECO DE LEON | ISR | 0000 | S | 1150 | 0000 |
| 82976525 | PA | 02 | 015915 | PACHECO PABON | JES | 0000 | S | 1150 | 0000 |
| 82353663 | PA | 01 | 015915 | PADILLA COREANO | NEL | 0452 | S | 0845 | 0000 |
| 82354154 | PA | 01 | 015915 | PADILLA CORIANO | CAR | 0000 | S | 0453 | 0000 |
| 83566762 | PA | 01 | 015915 | PAGAN ESQUILIN | WAN | 0000 | S | 0914 | 0000 |
| 98744626 | PA | 02 | 015915 | PAGAN GONZALEZ | JOS | 0090 | S | 1088 | 0000 |
| 82371939 | PA | 01 | 015915 | PAGAN ROSARIO | LEO | 0000 | S | 0383 | 0000 |
| 96104691 | PA | 01 | 015915 | PAZ JIMENEZ | MEL | 0000 | S | 1150 | 0000 |
| 155456 | PE | 01 | 015915 | PEREZ RODRIGUEZ | LUI | 0000 | S | 2023 | 0000 |
| 371706 | PO | 01 | 015915 | POWLEDGE | VIL | 0000 | S | 0000 | 0000 |
| 80067132 | QU | 01 | 015915 | QUILES LLOPIZ | WIL | 0000 | S | 1058 | 0000 |
| 84706998 | QU | 01 | 015915 | QUINONES BENITEZ | RAU | 0000 | S | 1150 | 0000 |
| 82558537 | QU | 01 | 015915 | QUINONES MORALES | VIC | 0000 | S | 0000 | 0000 |
| 83557853 | RA | 01 | 015915 | RAMOS | ROS | 0000 | S | 1575 | 0000 |
| 84232352 | RA | 01 | 015915 | RAMOS GUZMAN | NOE | 0000 | S | 0453 | 0000 |
| 84947447 | RA | 01 | 015915 | RAMOS PAGAN | GIL | 0000 | S | 0801 | 0000 |
| 86566169 | RE | 01 | 015915 | RESTO CORREA | MAD | 0000 | S | 0443 | 0000 |
| 82290470 | RE | 01 | 015915 | REXACH SANTIAGO | JUA | 0000 | S | 1150 | 0000 |
| 84332013 | RE | 01 | 015915 | REYES MARRCRU | JOS | 0000 | S | 0000 | 0000 |
| 84757208 | RE | 01 | 015915 | REYES RODRIGUEZ | DAN | 0000 | S | 0725 | 0000 |
| 81738863 | RI | 02 | 015915 | RIOS LOPEZ | MIR | 0000 | S | 1150 | 0000 |
| 84943659 | RI | 01 | 015915 | RIOS NAVEDO | RIC | 0000 | S | 1058 | 0000 |
| 82982008 | RI | 01 | 015915 | RIOS QUINONES | MAR | 0000 | S | 0393 | 0000 |
| 82411942 | RI | 01 | 015915 | RIVAS DIAZ | VIC | 0000 | S | 0000 | 0000 |
| 98186043 | RI | 01 | 015915 | RIVAS LOPEZ | FRA | 0000 | S | 0623 | 0000 |
| 83451635 | RI | 01 | 015915 | RIVAS OTERO | YAZ | 0000 | S | 1757 | 0000 |
| 91099160 | RI | 01 | 015915 | RIVERA ALBARRAN | MIC | 0000 | S | 1088 | 0000 |
| 83434087 | RI | 01 | 015915 | RIVERA APONTE | ROB | 0000 | S | 2023 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 759874 | RB1261 | 015915 | RIVERA ARROYO | OMA | 0000 | S | 1150 | 0000 |
| 712550 | RB1401 | 015915 | RIVERA BITTAR | YAM | 0000 | S | 1128 | 0000 |
| 199586520 | RB1701 | 015915 | RIVERA CRUZ | ANT | 0000 | S | 0732 | 0000 |
| 583027692 | RI 01 | 015915 | RIVERA DEL VALLE | ENI | 0000 | S | 1150 | 0000 |
| 582457131 | RB1201 | 015915 | RIVERA DIAZ | CAR | 0000 | S | 1150 | 0000 |
| 582253770 | RI 01 | 015915 | RIVERA GARCIA | LUI | 0000 | S | 1150 | 0000 |
| 582621566 | RB1901 | 015915 | RIVERA GARCIA | ORL | 0000 | S | 0725 | 0000 |
| 584736771 | RB3001 | 015915 | RIVERA GONZALEZ | ILI | 0000 | S | 0845 | 0000 |
| 582439195 | RB1801 | 015915 | RIVERA MELENDEZ | ANT | 0000 | S | 0000 | 0000 |
| 147620075 | RB3201 | 015915 | RIVERA NATER | DAN | 0154 | S | 0765 | 0000 |
| 583519689 | RI 01 | 015915 | RIVERA NIEVES | BAI | 0000 | S | 1608 | 0000 |
| 584592385 | RB3301 | 015915 | RIVERA ORTIZ | JUA | 0000 | S | 0725 | 0000 |
| 582417310 | RI 02 | 015915 | RIVERA RIVERA | DAL | 0000 | S | 1150 | 0000 |
| 584456090 | RB3401 | 015915 | RIVERA RIVERA | ISA | 0000 | S | 0735 | 0000 |
| 584352679 | RI 01 | 015915 | RIVERA RIVERA | JOS | 0000 | S | 0000 | 0000 |
| 599145313 | RI 01 | 015915 | RIVERA RODRIGUEZ | DAN | 0323 | S | 1947 | 0000 |
| 582478641 | RB3501 | 015915 | RIVERA RODRIGUEZ | MIC | 0000 | S | 1088 | 0000 |
| 581310519 | RB3601 | 015915 | RIVERA SANTANA | DEL | 0000 | S | 1150 | 0000 |
| 581514944 | RB3701 | 015915 | RIVERA VAZQUEZ | LES | 0000 | S | 0451 | 0000 |
| 582552994 | RI 02 | 015915 | RIVERA VEGA | AID | 0000 | S | 1150 | 0000 |
| 583455553 | RI 01 | 015915 | RIVERA VELEZ | AKY | 0000 | S | 0823 | 0000 |
| 584296792 | RO 01 | 015915 | RODRIGUEZ CASTRO | LOU | 0000 | S | 0000 | 0000 |
| 584613837 | RO 01 | 015915 | RODRIGUEZ COLLAZ | MAR | 0000 | S | 1150 | 0000 |
| 599147242 | RO 01 | 015915 | RODRIGUEZ FLORES | RIC | 0000 | S | 0923 | 0000 |
| 584757639 | RO 3901 | 015915 | RODRIGUEZ GARCIA | JAN | 0000 | S | 0000 | 0000 |
| 583351407 | RO 01 | 015915 | RODRIGUEZ MARTIN | JES | 0000 | S | 1640 | 0000 |
| 5 97567 | RO 01 | 015915 | RODRIGUEZ MATOS | MIC | 0000 | S | 0000 | 0000 |
| 581394683 | RB4001 | 015915 | RODRIGUEZ POLLOC | LIL | 0000 | S | 1150 | 0000 |
| 583909135 | RB4101 | 015915 | RODRIGUEZ QUINON | CAR | 0000 | S | 0000 | 0000 |
| 115586817 | RO 02 | 015915 | RODRIGUEZ RUIZ | MAR | 0000 | S | 1630 | 0000 |
| 583871722 | RB4101 | 015915 | ROMERO IRRIZARRY | LUI | 0000 | S | 0917 | 0000 |
| 583350295 | RB4201 | 015915 | RONDON RAMOS | ALE | 0000 | S | 1150 | 0000 |
| 583796318 | RB4301 | 015915 | ROSADO BAEZ | MAN | 0000 | S | 0383 | 0000 |
| 584615142 | RB4401 | 015915 | ROSADO MARRERO | HEC | 0000 | S | 1150 | 0000 |
| 583654625 | RB4501 | 015915 | ROSADO ORTIZ | ROB | 0000 | S | 0523 | 0000 |
| 584712849 | RO 01 | 015915 | ROSADO RODRIGUEZ | SHE | 0000 | S | 0000 | 0000 |
| 583493378 | RO 01 | 015915 | ROSADO RODRIGUEZ | WIL | 0000 | S | 0000 | 0000 |
| 599120083 | RB4601 | 015915 | ROSADO SANCHEZ | SHE | 0000 | S | 0000 | 0000 |
| 581415344 | RO 01 | 015915 | ROSADO SANTIAGO | IVE | 0000 | S | 0000 | 0000 |
| 084809656 | RO 01 | 015915 | ROSADO SANTIAGO | MAG | 0000 | S | 1630 | 0000 |
| 581636436 | RO 01 | 015915 | ROSADO SANTIAGO | YOL | 0000 | S | 1183 | 0000 |
| 584830286 | RB4701 | 015915 | ROSARIO MELENDEZ | RAF | 0000 | S | 0722 | 0000 |
| 583378706 | RO 01 | 015915 | ROSARIO QUINONEZ | JUA | 0000 | S | 1390 | 0000 |
| 584771930 | RO 01 | 015915 | ROSARIO ROSARIO | JUA | 0000 | S | 0000 | 0000 |
| 582757672 | RO 01 | 015915 | ROSELLO GARCIA | MAD | 0103 | S | 0000 | 0000 |
| 581471890 | RB4801 | 015915 | RUIZ CANINO | NEL | 1275 | S | 0160 | 0000 |



**\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

BATCH PROCESSED DATE:             070695
BATCH NUMBER:                     95180530

```
                          REJECTED RECORDS (NON-RETAINED):            1
                          REJECTED WITH ERRORS (RETAINED):            0
                          ACCEPTED WITH ASSUMPTIONS:                  4
                          DUPLICATE RECORDS:                          1
                          ACCEPTED RECORDS:                         449
                          ERROR FREQUENCIES
```

01 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   ORIGINAL SOCIAL SECURITY NUMBER INVALID OR DID NOT MATCH                              0
02 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   NAME CODE DID NOT MATCH                                                              0
03 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   TRANSACTION NUMBER INVALID OR DID NOT MATCH                                          0
04 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   EXPECTED FAMILY CONTRIBUTION DID NOT MATCH                                           1
05 PELL ID OF CAMPUS ATTENDED INVALID - ASSUMPTION APPLIED                              0
06 PELL ID OF CAMPUS ATTENDED INVALID - RECORD REJECTED                                0
07 ACADEMIC CALENDAR INVALID - DEFAULT OR ASSUMPTION APPLIED                            0
08 COST OF ATTENDANCE INVALID - ASSUMPTION APPLIED                                      0
09 VERIFICATION STATUS CODE INVALID - ASSUMPTION APPLIED                                3
10 ENROLLMENT STATUS INVALID - ASSUMPTION APPLIED                                       0
11 ENROLLMENT STATUS NOT APPLICABLE - DATA IGNORED                                      0
12 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS INVALID
   - ASSUMPTION APPLIED                                                                0
13 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS NOT APPLICABLE
   - DATA IGNORED                                                                      0
14 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR INVALID
   - DEFAULT OR ASSUMPTION APPLIED                                                     0
15 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR NOT APPLICABLE - DATA IGNORED                    0
16 AMOUNT PAID TO DATE INVALID - ASSUMPTION APPLIED                                     2
17 ADJUSTMENT CODE INVALID - NO RECOVERY APPLICABLE                                     0
18 ADJUSTMENT CODE INVALID - RECOVERY APPLICABLE                                        0
19 REMAINING AMOUNT TO BE PAID INVALID - ASSUMPTION APPLIED                             0
20 NUMBER OF MONTHS REMAINING PAYMENTS WILL BE MADE IS INVALID
   - ASSUMPTION APPLIED                                                                0
21 NUMBER OF MONTHS INCONSISTENT WITH REMAINING AMOUNT TO BE PAID
   - ASSUMED STUDENT PAID IN FULL                                                      0
22 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INVALID
   - ASSUMPTION APPLIED                                                                0
23 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INCONSISTENT
   REMAINING AMOUNT TO BE PAID - ASSUMED STUDENT PAID IN FULL                           0
24 DATE ENROLLED INVALID                                                                0

*******************************************************************************

26 36% VERIFICATION LIMIT - ASSUMPTION APPLIED                                          0
27 SECONDARY EFC USED INVALID - ASSUMPTION APPLIED                                      0
29 SECONDARY EFC INVALID - RECORD REJECTED                                             0
30 VERIFICATION STATUS 'W' - AWARD SET TO ONE HALF                                     1
32 INVALID VERIFICATION STATUS REPORTED AFTER VERIFICATION DEADLINE DATE
   - RECORD REJECTED                                                                   0
33 CHANGES ASSUMED TO APPLY TO ONLY PART OF THE AWARD YEAR;
   POTENTIAL OVERPAYMENT                                                               0
34 REMAINING PAYMENT MONTH(S) PAST SEPTEMBER 30 DEADLINE
   - ASSUMPTION APPLIED                                                                0
35 INCARCERATION INDICATOR INVALID - ASSUMPTION APPLIED                                0
36 STATE OF INCARCERATION INVALID OR NOT APPLICABLE - DATA IGNORED                     0
37 STATE OF INCARCERATION INCONSISTENT WITH INDICATOR
   - ASSUMPTION  ATTENDED CAMPUS STATE                                                 0
38 STATE NOT (OR NO LONGER) CERTIFIED BY ED-NO PELL TO INCARC. STUDENTS               0
39 CHANGE IN INCARCERATED STATUS ASSUMED TO APPLY ONLY PARTIAL YEAR
   MAY BE OVERPAID                                                                     0
40 MORE THAN 1 AWARD NOT AUTHORIZED - EXCESS AMOUNT DISALLOWED                         0
41 MORE THAN 1 AWARD FOR CLOCK HR STUDENT INVALID-EXSS AMT DISALLOWED                  0
42 AWARD PYMT CODE FOR MORE THAN 1 AWARD INVALID - ASSUMPTION APPLIED                  0
   MORE THAN 1 AWARD AT LESS THAN FULL-TM ENROLLMENT INVALID
   - EXCESS AMOUNT  DISALLOWED                                                         0
44 PAYMENT AMOUNT CALC CODE NOT APPLICABLE - DATA IGNORED.                             0
45 PAID AT MORE THAN 1 SCHOOL - AMOUNT OVER 100% OF AWARD DISALLOWED                   0
            TOTAL NUMBER OF EDIT/COMMENT MESSAGES:                                     7

TOTAL ACCEPTED WITH ASSUMPTIONS IS NOT THE SAME AS THE TOTAL OF
THE COMMENT CODES COUNTS BECAUSE STUDENTS MAY SATISFY MULTIPLE
CONDITIONS.

```
LECTED RECORDS FOR AWARD YEAR: 1994-95 REPORTING CAMPUS=0159
```

| RECORD ID | ATTND. | | | FIRST | | | AMOUNT | REM. AMT |
|---|---|---|---|---|---|---|---|---|
| SN | CDE NO CAMPUS | LAST NAME | | NAME | EFC | STAGE | PAID | TO BE PA |
| 33370666 | AC N 01 015915 | ACEVEDO BERRIOS | | NOE | 0000 | S | 0453 | 0000 |
| 33254751 | AC 01 015915 | ACEVEDO CARABALL | | MIG | 0000 | S | 0000 | 0000 |
| 28589641 | AC N 01 015915 | ACEVEDO RIVERA | | MAN | 0000 | S | 0623 | 0000 |
| 32399308 | AC N 01 015915 | ACO RIVERA | | NAT | 0000 | S | 1150 | 0000 |
| 31375006 | AC 02 015915 | ACOSTA PROSPER | | BLA | 0000 | S | 1150 | 0000 |
| 33657337 | AG N 01 015915 | AGOSTO AMBERTY | | DOR | 0000 | S | 0453 | 0000 |
| 31407218 | AG N 01 015915 | AGOSTO CONCEPCIO | | LUI | 0000 | S | 0433 | 0000 |
| 34647636 | AG 01 015915 | AGOSTO FIGUEROA | | DES | 0000 | S | 1150 | 0000 |
| 33784654 | AL 01 015915 | ALEJANDRA SIERRA | | JAC | 0000 | S | 0503 | 0000 |
| 81454495 | AL 03 015915 | ALEJANDRO ANDINO | | OMA | 0000 | S | 0823 | 0000 |
| 83393692 | AL 01 015915 | ALEJANDRO ESCRIB | | ANI | 0000 | S | 0725 | 0000 |
| 83393247 | AL 01 015915 | ALEJANDRO ESCRIB | | MAR | 0000 | S | 0845 | 0000 |
| 83812289 | AL 01 015915 | ALICEA COTTO | | CYN | 0000 | S | 0823 | 0000 |
| 81934222 | AL 01 015915 | ALLENDE MARRERO | | JUA | 0202 | S | 0000 | 0000 |
| 84646288 | AL 01 015915 | ALVARADO MIRANDA | | JIM | 0000 | S | 0845 | 0000 |
| 82450705 | AL 01 015915 | ALVARADO RIVERA | | ROS | 0000 | S | 0503 | 0000 |
| 82133385 | AL 01 015915 | ALVAREZ | | ELD | 0000 | S | 0000 | 0000 |
| 83951037 | AL 01 015915 | ALVAREZ DIAZ | | GEO | 0000 | S | 0945 | 0000 |
| 82995418 | AL B 01 015915 | ALVAREZ LOYOLA | | RIC | 0000 | S | 0393 | 0000 |
| 82399210 | AL 01 015915 | ALVAREZ ROHENA | | MAR | 0567 | S | 0750 | 0000 |
| 84046609 | AL 01 015915 | ALVERTO RAMOS | | CAR | 0000 | S | 0000 | 0000 |
| 82231644 | AM 01 015915 | AMARL COLON | | JOR | 0000 | S | 0745 | 0000 |
| 84513157 | AN N 01 015915 | ANDINO CORA | | MON | 0000 | S | 1150 | 0000 |
| 80338745 | AN N 01 015915 | ANDINO ISAAC | | NIL | 0000 | S | 1150 | 0000 |
| 84 48590 | AN 01 015915 | ANDREU RAMIREZ | | GAB | 0000 | S | 1304 | 0000 |
| 81819967 | AP N 01 015915 | APONTE SANCHEZ | | MIL | 0000 | S | 1150 | 0000 |
| 81578667 | AV N 01 015915 | AVILA MORALES | | CAR | 0000 | S | 0725 | 0000 |
| 84558411 | AV N 01 015915 | AVILES VAZQUEZ | | LIL | 0000 | S | 1150 | 0000 |
| 82419786 | AY 03 015915 | AYALA ARES | | EMI | 0000 | S | 0453 | 0000 |
| 84455105 | AY 02 015915 | AYALA MARRERO | | JUA | 0000 | S | 1150 | 0000 |
| 84515328 | AY 01 015915 | AYALA ORTIZ | | ELI | 0000 | S | 0453 | 0000 |
| 82119016 | BA 01 015915 | BAERGA VALENTIN | | IVE | 0000 | S | 0000 | 0000 |
| 84582943 | BA 01 015915 | BARRETO ORLANDO | | CAR | 0000 | S | 0745 | 0000 |
| 82585510 | BA 01 015915 | BATISTA CORREA | | MAR | 0000 | S | 0000 | 0000 |
| 83673117 | BA 01 015915 | BATISTA ORTIZ | | GLE | 0000 | S | 0503 | 0000 |
| 82419642 | BA 05 015915 | BAYRON NATER | | HUG | 0000 | S | 1150 | 0000 |
| 81838520 | BE N 01 015915 | BELEN DE LEON | | MAR | 0000 | S | 0453 | 0000 |
| 83331490J | BE 01 015915 | BENITEZ MILLAN | | LUI | 0000 | S | 0000 | 0000 |
| 59708137 | BE 01 015915 | BENITEZ PEREZ | | JOS | 0000 | S | 0403 | 0000 |
| 84127085 | BE 01 015915 | BENITEZ RIVERA | | RAF | 0000 | S | 0000 | 0000 |
| 81553493 | BE 01 015915 | BERBERENA BONILL | | JOS | 0000 | S | 0000 | 0000 |
| 84819588 | BE N 01 015915 | BERMUDEZ REYES | | JOS | 0000 | S | 1590 | 0000 |
| 16561409 | BE N 01 015915 | BERNARD BAEZ | | ANG | 0000 | S | 0825 | 0000 |
| 82599259 | BE N 01 015915 | BETANCOURT DIAZ | | FRA | 0000 | S | 1150 | 0000 |
| 82373640 | BE 01 015915 | BETANCOURT RUIZ | | TAI | 0000 | S | 0431 | 0000 |
| 82558674 | BO N 02 015915 | BONANO SANTIAGO | | ROS | 0000 | S | 0000 | 0000 |

*Batch # 95 180530*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1336860 | BCH001 | 015915 | BONILLA VAZQUEZ | BEL | 0000 | S | 0885 | 0000 |
| 4155909 | BO 01 | 015915 | BOSCO BARRIOS | RON | 0000 | S | 0000 | 0000 |
| 3553618 | BUH01 | 015915 | BURGOS CARRION | SAU | 0000 | S | 1150 | 0000 |
| 3592494 | CA 01 | 015915 | CAAMANO GONZALEZ | BER | 0000 | S | 0000 | 0000 |
| 1773364 | CA 01 | 015913 | CABAN QUILES | ELM | 0000 | S | 1025 | 0000 |
| 2772695 | CAO501 | 015915 | CABEZA VILLANUEV | ANT | 0000 | S | 0845 | 0000 |
| 4416048 | CACH01 | 015915 | CALCANO DIAZ | CAR | 0000 | S | 1150 | 0000 |
| 4475074 | CAOL01 | 015915 | CALDERON BAEZ | ANA | 0000 | S | 0453 | 0000 |
| 4511947 | CAH01 | 015915 | CALDERON ISAAL | PAS | 0000 | S | 0745 | 0000 |
| 4152377 | CAH301 | 015915 | CALDERON JIMENEZ | EVE | 0000 | S | 1150 | 0000 |
| 1594501 | CA 01 | 015915 | CALDERON PIZARRO | CLA | 0000 | S | 0945 | 0000 |
| 1337261 | CAH01 | 015915 | CAMACHO GONZALEZ | ANG | 0000 | S | 1150 | 0000 |
| 7410966 | CAH501 | 015915 | CAMACHO GONZALEZ | DAP | 0000 | S | 0925 | 0000 |
| 9097264 | CA 01 | 015915 | CAMACHO SANCHEZ | JAS | 0000 | S | 0625 | 0000 |
| 4331512 | CA 02 | 015915 | CAMILO CASTILLO | DAL | 0000 | S | 1150 | 0000 |
| 3270875 | CAH01 | 015915 | CANALES SALDANA | ANI | 0000 | S | 1608 | 0000 |
| 2453861 | CA 01 | 015915 | CANDELARIA RODRI | ANA | 0000 | S | 0000 | 0000 |
| 4594804 | CA 01 | 015915 | CANDELARIA RODRI | LIN | 0000 | S | 0000 | 0000 |
| 3511147 | CAH201 | 015915 | CANDELARIO CRUZ | ANT | 0000 | S | 1150 | 0000 |
| 2751776 | CAC1801 | 015915 | CARABALLO APONTE | ESL | 0000 | S | 1630 | 0000 |
| 3757667 | CAC1901 | 015915 | CARABALLO APONTE | EST | 0000 | S | 0621 | 0000 |
| 1660317 | CA 02 | 015915 | CARMONA DEL VAL | JUA | 0000 | S | 2242 | 0000 |
| 4311024 | CAC2001 | 015915 | CARMONA DELGADO | CLA | 0000 | S | 1150 | 0000 |
| 3072117 | CAH2801 | 015915 | CARRASQUILLO VEL | MAR | 0000 | S | 0623 | 0000 |
| 9 75976 | CA 01 | 015915 | CARRERAS SANTIAG | VIC | 0000 | S | 0000 | 0000 |
| 96231'4 | CA 01 | 015915 | CARRION ESTRADA | JAN | 0000 | S | 0823 | 0000 |
| 3157364 | CAC2101 | 0.5915 | CASADO RIVERA | JAC | 0000 | S | 1150 | 0000 |
| 4585045 | CAC2201 | 015915 | CASTELLANO CALDE | VIR | 0000 | S | 0573 | 0000 |
| 2739425 | CAH301 | 015915 | CASTRO CRUZ | DOM | 0000 | S | 0493 | 0000 |
| 4416554 | CAHD01 | 015915 | CASTRO GARCIA | OMA | 0000 | S | 1150 | 0000 |
| 1417685 | CAC2301 | 015915 | CASTRO RESTO | RUB | 0000 | S | 1332 | 0000 |
| 4330665 | CEH301 | 015915 | CENTENO SANTIAGO | REB | 0000 | S | 1790 | 0000 |
| 4374111 | CHH301 | 015915 | CHRISTOPHER BORR | GIL | 0000 | S | 1150 | 0000 |
| 1655484 | CL 01 | 015915 | CLEMENTE RODRIGU | JUA | 0000 | S | 1150 | 0000 |
| 3514238 | COC2401 | 015915 | COLLAZO CRUZ | ROD | 0000 | S | 0712 | 0000 |
| 2695117 | COC2501 | 015915 | COLLAZO OLMA | EDU | 0000 | S | 1058 | 0000 |
| 4336679 | COC2601 | 015915 | COLON GONZALEZ | LIS | 0000 | S | 0000 | 0000 |
| 2456786 | COC2701 | 015915 | COLON MELENDEZ | NAN | 0000 | S | 0845 | 0000 |
| 4221814 | COC2801 | 015915 | COLON ONEILL | JOS | 0000 | S | 0393 | 0000 |
| 2383260 | CO 01 | 015915 | COLON PERFECTO | ANA | 0000 | S | 0745 | 0000 |
| 4413683 | COC2901 | 015915 | COLON RESTO | BEX | 0000 | S | 1150 | 0000 |
| 4176304 | CO 01 | 015915 | COLON RIVERA | NEL | 0262 | S | 1380 | 0000 |
| 8356155 | COC3001 | 015915 | COLON SANTANA | CAR | 0000 | S | 2023 | 0000 |
| 4104732 | CO 01 | 015915 | COLON SERRANO | GEN | 0000 | S | 0000 | 0000 |
| 2231523 | CO 01 | 015915 | COLON TORRES | MAR | 0000 | S | 0845 | 0000 |
| 4531787 | COC3101 | 015915 | COLON VINALES | ANA | 0000 | S | 0623 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32497914 | CO 01 | 015915 | CONCEPCION | BEA | 0000 | S | 0000 | 0000 |
| 33272568 | COH33D1 | 015915 | CONCEPCION HERNA | MAY | 0000 | S | 1150 | 0000 |
| 32472686 | COH34D1 | 015915 | CORDOVA DIAZ | EME | 0000 | S | 0483 | 0000 |
| 34813439 | COC34D1 | 015915 | CORREA RIVERA | JOS | 0000 | S | 0712 | 0000 |
| 32110499 | COH35D1 | 015915 | CORRES SOTO | JOH | 0000 | S | 0643 | 0000 |
| 33451781 | COC33D1 | 015915 | CORTES | DAM | 0000 | S | 0801 | 0000 |
| 53840279 | CO 01 | 015915 | CORTES SANTIAGO | AIM | 0000 | S | 1630 | 0000 |
| 76580121 | COH36D1 | 015915 | CORTORREAL LERRE | NOR | 0000 | S | 1150 | 0000 |
| 34355637 | COC3YD1 | 015915 | COTTO HERNANDEZ | EMI | 0000 | S | 1150 | 0000 |
| 71600380 | CR 01 | 015915 | CRESPO CONCEPCIO | DAV | 0000 | S | 0393 | 0000 |
| 64318451 | CR37D1 | 015915 | CRUZ ARROYO | ANI | 0000 | S | 0000 | 0000 |
| 75582543 | CR 01 | 015915 | CRUZ HERNANDEZ | UDA | 0000 | S | 0000 | 0000 |
| 83114792 | CR 01 | 015915 | CRUZ LEON | EMM | 0000 | S | 1150 | 0000 |
| 81551545 | CRCJD1 | 015915 | CRUZ LOPEZ | CAT | 0000 | S | 0745 | 0000 |
| 81412396 | CRCJ7D1 | 015915 | CRUZ PAGAN | MEI | 0000 | S | 0443 | 0000 |
| 82479914 | CRJ8D1 | 015915 | CRUZ RIVERA | JOE | 0000 | S | 1973 | 0000 |
| 83191229 | CRH9D1 | 015915 | CRUZ ROSADO | MAR | 0000 | S | 0443 | 0000 |
| 84348480 | CUH7D1 | 015915 | CUEVAS CALDERON | NOR | 2000 | S | 0403 | 0000 |
| 84451601 | CULYD1 | 015915 | CUEVAS SANJURJO | TAN | 0000 | S | 1150 | 2000 |
| 68585529 | CUCYD1 | 015915 | CUSHION ORTIZ | MAR | 0000 | S | 0453 | 0000 |
| 2179255 | DACYD1 | 015915 | DAVILA AGUAYO | EDG | 0000 | S | 1150 | 0000 |
| 98107927 | DAH8D1 | 015915 | DAVILA RIVERA | MAN | 0700 | S | 1995 | 0000 |
| 84753552 | DECY3D1 | 015915 | DE JESUS | GRI | 0000 | S | 0453 | 0000 |
| 83975866 | DECY7D1 | 015915 | DE JESUS PEREZ | ERI | 0000 | S | 1590 | 0000 |
| 392988 | DEHY5D1 | 015915 | DE JESUS ROMAN | CAR | 0000 | S | 1973 | 0000 |
| 339091 | DE 01 | 015915 | DE LA CRUZ BETAN | VAN | 0000 | S | 1150 | 0000 |
| 82932952 | DEHY2D1 | 015915 | DE LA CRUZ DIAZ | IVA | 0000 | S | 2431 | 0000 |
| 96305516 | DECY7D1 | 015915 | DE LA CRUZ MARTI | CEL | 0000 | S | 0413 | 0000 |
| 81356391 | DECY8D1 | 015915 | DELGADO CARRASQU | PED | 0000 | S | 0403 | 0000 |
| 97124950 | DE 01 | 015915 | DELGADO GONZALEZ | MAR | 0000 | S | 0000 | 0000 |
| 81714477 | DECY9D1 | 015915 | DELGADO GUADALUP | LUZ | 0000 | S | 0845 | 0000 |
| 81372341 | DE 01 | 015915 | DELGADO MATOS | JOS | 0000 | S | 1150 | 0000 |
| 81376433 | DE 01 | 015915 | DELGADO MOLINA | BRE | 0000 | S | 1150 | 0000 |
| 81436834 | DYC5D1 | 015915 | DIAZ ALMESTICA | DAN | 0000 | S | 1150 | 0000 |
| 82026208 | DI 01 | 015915 | DIAZ CARRASQUILL | SON | 0000 | S | 0000 | 0000 |
| 83735582 | DYCSJD1 | 015915 | DIAZ CASUL | HEC | 0000 | S | 0413 | 0000 |
| 81410652 | DICSYD1 | 015915 | DIAZ CIRINO | JES | 0000 | S | 1150 | 0000 |
| 82571551 | DYC9D1 | 015915 | DIAZ CUELLO | WAN | 0000 | S | 0745 | 0000 |
| 72586354 | DICS5D1 | 015915 | DIAZ MANSO | JOS | 0000 | S | 0503 | 0000 |
| 81972677 | DYHYD1 | 015915 | DIAZ MOJICA | JOH | 0000 | S | 1150 | 0000 |
| 84653663 | DIHYD1 | 015915 | DIAZ SALCEDO | NIO | 0000 | S | 1150 | 0000 |
| 84424261 | DCC5YD1 | 015915 | DONES CASTRO | MIN | 0066 | S | 0503 | 0000 |
| 34408812 | DLCS2D3 | 015915 | DUFREY VEGA | GLO | 0000 | S | 0503 | 0000 |
| 84813527 | EC 01 | 015915 | ECHAVARRY RIVERA | DEB | 0000 | S | 0000 | 0000 |
| 56565078 | ES 01 | 015915 | ESQUILIN RODRIGU | CAR | 0000 | S | 0000 | 0000 |
| 84671662 | ESCS6D1 | 015915 | ESQUILIN VELAZQU | MYR | 0000 | S | 1088 | 0000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2. .4287 | ESC571 | 015915 | ESTRADA TOLENTIN | SON | 0000 | S | 0000 | | 0000 |
| 4755936 | FA   03 | 015915 | FALCON LLERAS | ADE | 0000 | S | 0000 | | 0000 |
| 3952628 | FA581 | 015915 | FANINI FERMIN | ROS | 0000 | S | 1150 | | 0000 |
| 3406630 | FES71 | 015915 | FERNANDEZ BETANC | JAI | 0000 | S | 0702 | | 0000 |
| 4537266 | FE   01 | 015915 | FERNANDEZ MARTIN | IVE | 0000 | S | 0801 | | 0000 |
| 3574151 | FEC01 | 015915 | FERNANDEZ RODRIG | CAR | 0000 | S | 0393 | | 0000 |
| 7101392 | FEC401 | 015915 | FERRER PLAZA | ENR | 1637 | S | 0325 | | 0000 |
| 4710936 | FIC622 | 015915 | FIGUEROA GONZALE | RUT | 0000 | S | 1564 | | 0000 |
| 3617691 | FIC301 | 015915 | FIGUEROA KERCADO | LUI | 0000 | S | 1150 | | 0000 |
| 3951570 | FI   01 | 015915 | FIGUEROA MALDONA | ROS | 0000 | S | 0845 | | 0000 |
| 7200530 | FI   01 | 015915 | FIGUEROA RIVERA | YOL | 0000 | S | 0000 | | 0000 |
| 2311841 | FI   01 | 015915 | FIGUEROA RODRIGU | JUA | 0000 | S | 0403 | | 0000 |
| 7556515 | FI   01 | 015915 | FIGUEROA SABALA | IRI | 1016 | S | 0000 | | 0000 |
| 4062647 | FL   01 | 015915 | FLORES FERNANDEZ | MAN | 0000 | S | 0870 | | 0000 |
| 4773953 | FO   01 | 015915 | FONTAN DE JESUS | SHE | 0000 | S | 0945 | | 0000 |
| 3378439 | FR   03 | 015915 | FRANCO RIVERA | MAN | 0000 | S | 1150 | | 0000 |
| 4257490 | FU   21 | 015915 | FUENTES FUENTES | WIL | 0000 | S | 1830 | | 0000 |
| 7548481 | FUH01 | 015915 | FUENTES LOPEZ | ORL | 0000 | S | 1073 | | 0000 |
| 1608646 | GA   01 | 015915 | GARCIA ALVIRA | YAZ | 0000 | S | 0823 | | 0000 |
| 2555487 | GAC01 | 015915 | GARCIA BARRETO | SAM | 0000 | S | 0623 | | 0000 |
| 4275379 | GA   01 | 015915 | GARCIA BAYRON | ANT | 0000 | S | 1150 | | 0000 |
| 3334075 | GA502 | 015915 | GARCIA CORDERO | SIX | 0000 | S | 0813 | | 0000 |
| 3557624 | GA   01 | 015915 | GARCIA LOPEZ | EDG | 0000 | S | 2300 | | 0000 |
| 3338389 | GAC601 | 015915 | GARCIA MORALES | JUA | 0000 | S | 1058 | | 0000 |
| 9790359 | GA   01 | 015915 | GARCIA PEREZ | JES | 0000 | S | 1150 | | 0000 |
| 6. 74537 | GAW301 | 015915 | GARCIA RIVERA | MAG | 0000 | S | 0845 | | 0000 |
| 3439622 | GEC701 | 015915 | GEIGEL VELAZQUEZ | JAH | 0000 | S | 1150 | | 0000 |
| 3558737 | GE   01 | 015915 | GERENA SANCHEZ | CHA | 0000 | S | 0903 | | 0000 |
| 3214039 | GX801 | 015915 | GIERBOLINI ALVAR | CAR | 0000 | S | 1118 | | 0000 |
| 3437625 | GOH701 | 015915 | GOMEZ CATAGUET | LEX | 0000 | S | 1454 | | 0000 |
| 4413669 | GOC901 | 015915 | GOMEZ DIAZ | JOS | 0000 | S | 1630 | | 0000 |
| 4632599 | GOC03 | 015915 | GONZALEZ | EMM | 0000 | S | 0453 | | 0000 |
| 4942441 | GOC701 | 015915 | GONZALEZ ARISTUD | MOD | 0000 | S | 0453 | | 0000 |
| 3377899 | GOH501 | 015915 | GONZALEZ BERNACE | MAX | 0000 | S | 1150 | | 0000 |
| 3519039 | GOC201 | 015915 | GONZALEZ DELGADO | ELI | 0000 | S | 1549 | | 0000 |
| 3233110 | GOH401 | 015915 | GONZALEZ DIAZ | JOR | 0000 | S | 0403 | | 0000 |
| 4416005 | GOC701 | 015915 | GONZALEZ GANZALE | MAR | 0000 | S | 0000 | | 0000 |
| 4712365 | GO   01 | 015915 | GONZALEZ HERNAND | ALI | 0000 | S | 0000 | | 0000 |
| 3211110 | GOH01 | 015915 | GONZALEZ HERNAND | WIL | 0000 | S | 0705 | | 0000 |
| 4121380 | GOH01 | 015915 | GONZALEZ MAISONE | JOS | 0000 | S | 1150 | | 0000 |
| 3478075 | GO   01 | 015915 | GONZALEZ MEJIAS | FEL | 0977 | S | 1350 | | 0000 |
| 2233674 | GOC601 | 015915 | GONZALEZ MOLIFUL | WIL | 0000 | S | 0370 | | 0000 |
| 3357201 | GO   01 | 015915 | GONZALEZ NUNEZ | NEF | 0000 | S | 1150 | | 0000 |
| 1774330 | GOH01 | 015915 | GONZALEZ OLMEDO | NEL | 0000 | S | 1150 | | 0000 |
| 2101905 | GO   01 | 015915 | GONZALEZ OTERO | RAF | 0000 | S | 0845 | | 0000 |
| 1393381 | GOC701 | 015915 | GONZALEZ PEREZ | JAC | 0000 | S | 0845 | | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54370736 | GO 01 | 015915 | GONZALEZ RIVERA | MAN | 0000 | S | 1150 | 0000 |
| 34412767 | GO 01 | 015915 | GONZALEZ TOLEDO | NIL | 0000 | S | 0845 | 0000 |
| 32434308 | GO 01 | 015915 | GOTAY CASILLAS | OMA | 0000 | S | 1088 | 0000 |
| 31857313 | GO 01 | 015915 | GOTAY ORTIZ | DAM | 0000 | S | 1790 | 0000 |
| 31551190 | GR 01 | 015915 | GRACESKI DOMING | LUI | 0000 | S | 0393 | 0000 |
| 97266040 | GR 01 | 015915 | GRULLON FERNANDE | LUI | 0000 | S | 0845 | 0000 |
| 52974274 | GU 01 | 015915 | GUILLEN GUILLEN | JUA | 0000 | S | 1150 | 0000 |
| 93595430 | GU 01 | 015915 | GUTIERREZ FARARA | IVA | 0000 | S | 0000 | 0000 |
| 38564119 | GU 01 | 015915 | GUZMAN DIAZ | STE | 0000 | S | 0403 | 0000 |
| 93731293 | GU 02 | 015915 | GUZMAN PARRILLA | MAR | 0000 | S | 1150 | 0000 |
| 31556385 | GU 01 | 015915 | GUZMAN VILLARONG | WAN | 0000 | S | 0697 | 0000 |
| 54981408 | HA 01 | 015915 | HANCE RODRIGUEZ | DAV | 0000 | S | 0443 | 0000 |
| 82779485 | HE 01 | 015915 | HERNANDEZ | GIN | 0000 | S | 0000 | 0000 |
| 22793241 | HE 01 | 015915 | HERNANDEZ BRISTO | STE | 0000 | S | 0393 | 0000 |
| 84439245 | HE 01 | 015915 | HERNANDEZ CRUZ | LUI | 0000 | S | 1150 | 0000 |
| 98142869 | HE 01 | 015915 | HERNANDEZ DAVILA | DAN | 1647 | S | 0135 | 0000 |
| 83866943 | HE 01 | 015915 | HERNANDEZ REYES | SON | 0000 | S | 0483 | 0000 |
| 56402020 | HE 01 | 015915 | HERRERA RAMIREZ | ISI | 0000 | S | 1150 | 0000 |
| 82953703 | IG 02 | 015915 | IGLESIAS VARGAS | CEC | 0000 | S | 2023 | 0000 |
| 84491828 | IR 01 | 015915 | IRIZARRY VELAZQU | ANT | 0000 | S | 0000 | 0000 |
| 83839427 | JI 01 | 015915 | JIMENEZ GUTIERRE | RIC | 0000 | S | 0725 | 0000 |
| 82252290 | LA 01 | 015915 | LATIMER TAPIA | FEL | 0000 | S | 0000 | 0000 |
| 82772706 | LE 01 | 015915 | LEBRON | MEL | 0000 | S | 0000 | 0000 |
| 39230 | LE 01 | 015915 | LEBRON MORALES | EDW | 0000 | S | 0453 | 0000 |
| 83471024 | LE 01 | 015915 | LEBRON ROMAN | ANG | 0000 | S | 0413 | 0000 |
| 82737056 | LE 01 | 015915 | LEBRON SANCHEZ | IRE | 0000 | S | 0000 | 0000 |
| 97442011 | LE 01 | 015915 | LEE CHOW | WIN | 0000 | S | 0845 | 0000 |
| 84637386 | LL 03 | 015915 | LLANOS NADAL | LUZ | 0000 | S | 0453 | 0000 |
| 83973620 | LO 01 | 015915 | LOPEZ HUERTAS | JAC | 0000 | S | 0745 | 0000 |
| 92411716 | LO 01 | 015915 | LOPEZ LOPEZ | JUA | 0000 | S | 0403 | 0000 |
| 81513710 | LO 01 | 015915 | LOPEZ MENDEZ | ANA | 0000 | S | 0845 | 0000 |
| 83779028 | LO 01 | 015915 | LOPEZ PADILLA | DAN | 0000 | S | 1150 | 0000 |
| 84435685 | LO 01 | 015915 | LOPEZ RODRIGUEZ | CAR | 0000 | S | 1585 | 0000 |
| 84087001 | LO 01 | 015915 | LORENZO MANSO | DAN | 0000 | S | 1088 | 0000 |
| 84578754 | LO 01 | 015915 | LORENZO MOLINA | JER | 0000 | S | 1150 | 0000 |
| 83844626 | LO 01 | 015915 | LOZADA FERNANDEZ | EVE | 0000 | S | 0000 | 0000 |
| 83393169 | LU 01 | 015915 | LUCIANO RAMIREZ | PAB | 0000 | S | 0965 | 0000 |
| 81876277 | LU 01 | 015915 | LUNA ROMAN | RAF | 0000 | S | 1150 | 0000 |
| 54640454 | MA 01 | 015915 | MACHADO MARTINEZ | BRE | 0000 | S | 1586 | 0000 |
| 82153792 | MA 01 | 015915 | MACKENZIE CORSIN | CHA | 0000 | S | 0725 | 0000 |
| 84770813 | MA 01 | 015915 | MADERA COLON | MYR | 0000 | S | 1088 | 0000 |
| 83952494 | MA 01 | 015915 | MAFIOLI VARELA | SER | 0000 | S | 0000 | 0000 |
| 98428783 | MA 01 | 015915 | MALDONADO SANCHE | JAC | 0000 | S | 1150 | 0000 |
| 83522331 | MA 02 | 015915 | MARCANO BAEZ | YAM | 0000 | S | 1150 | 0000 |
| 84195076 | MA 01 | 015915 | MARCANO RODRIGUE | DAM | 0000 | S | 0588 | 0000 |
| 84657220 | MA 01 | 015915 | MARQUEZ MELENDEZ | ABD | 0000 | S | 1150 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4657282 | MA | 01 | 015915 | MARQUEZ MELENDEZ | GAM | 0000 | S | 1150 | 0000 |
| 4616210 | MA | 02 | 015915 | MARQUEZ QUINTANA | OMA | 0000 | S | 0473 | 0000 |
| 2794797 | MA | 01 | 015915 | MARQUEZ SKERRETH | JUL | 0000 | S | 0949 | 0000 |
| 2794796 | MA | 01 | 015915 | MARQUEZ SKERRETT | JOS | 0000 | S | 0949 | 0000 |
| 9008982 | MA | 01 | 015915 | MARTINEZ AYALA | JOS | 0000 | S | 0000 | 0000 |
| 4692212 | MA | 01 | 015915 | MARTINEZ DIAZ | CAR | 0000 | S | 1022 | 0000 |
| 4414491 | MA | 01 | 015915 | MARTINEZ RIVERA | MAR | 0000 | S | 0623 | 0000 |
| 1351243 | MA | 01 | 015915 | MARTINEZ RODRIGE | LEI | 0000 | S | 0823 | 0000 |
| 7668349 | MA | 01 | 015915 | MARTINEZ SANCHEZ | HIL | 0000 | S | 0825 | 0000 |
| 2416510 | MA | 01 | 015915 | MARTINEZ SANTOS | MIG | 0000 | S | 0393 | 0000 |
| 2686304 | MA | 01 | 015915 | MARTINEZ VILLANU | ALB | 0000 | S | 1630 | 0000 |
| 2658804 | MA | 01 | 015915 | MATOS SANTIAGO | BRE | 0000 | S | 0922 | 0000 |
| 1672770 | MA | 01 | 015915 | MAYSONET ROMERO | JOH | 0000 | S | 0000 | 0000 |
| 4589067 | ME | 02 | 015915 | MEDINA ALICEA | ALI | 0000 | S | 0845 | 0000 |
| 3958157 | ME | 01 | 015915 | MEDINA RIOS | BRE | 0000 | S | 1630 | 0000 |
| 1476940 | ME | 01 | 015915 | MELENDEZ ALMESTI | EDG | 0000 | S | 1058 | 0000 |
| 6587823 | ME | 01 | 015915 | MELENDEZ ROMAN | RAY | 0000 | S | 0240 | 0000 |
| 7013142 | ME | 01 | 015915 | MELENDEZ VELAZQU | OMA | 0000 | S | 0925 | 0000 |
| 1778464 | ME | 01 | 015915 | MENDEZ BRIGYONI | ROB | 0331 | S | 0975 | 0000 |
| 4654619 | ME | 01 | 015915 | MENDEZ NIEVES | VIC | 0000 | S | 0705 | 0000 |
| 1617322 | ME | 02 | 015915 | MENDEZ RIVERA | JOR | 0000 | S | 1723 | 0000 |
| 1536952 | ME | 01 | 015915 | MERCADO LOPEZ | RAF | 0000 | S | 1150 | 0000 |
| 4709136 | ME | 01 | 015915 | MERCADO LOZADA | SAT | 0307 | S | 0000 | 0000 |
| 04887 | MI | 01 | 015915 | MILLER RODRIGUEZ | MIC | 0077 | S | 0393 | 0000 |
| 14579 | MI | 01 | 015915 | MIRABAL BURGOS | RAU | 0000 | S | 1058 | 0000 |
| 3637981 | MI | 02 | 015915 | MIRANDA BURGOS | DAG | 0000 | S | 1566 | 0000 |
| 4372827 | MI | 03 | 015915 | MIRANDA LEON | BET | 0000 | S | 0845 | 0000 |
| 4850939 | MI | 01 | 015915 | MIRANDA OTERO | KAR | 0000 | S | 1150 | 0000 |
| 2432570 | MO | 01 | 015915 | MONGE MARQUEZ | DAV | 0000 | S | 1088 | 0000 |
| 9344696 | MO | 02 | 015915 | MONTAS | ROB | 0000 | S | 1025 | 0000 |
| 3778731 | MO | 01 | 015915 | MONTEMOINO VAZQU | ALE | 0000 | S | 1150 | 0000 |
| 1399873 | MO | 01 | 015915 | MONTERO GARCIA | JEN | 0000 | S | 0000 | 0000 |
| 1378610 | MO | 01 | 015915 | MORALES BATISTA | ROB | 0000 | S | 0905 | 0000 |
| 1412895 | MO | 01 | 015915 | MORALES BETANCOU | REN | 0000 | S | 0403 | 0000 |
| 4296868 | MO | 01 | 015915 | MORALES CASTRO | JOS | 0000 | S | 0905 | 0000 |
| 4478488 | MO | 01 | 015915 | MORALES CEPEDA | LUI | 0000 | S | 1382 | 0000 |
| 1694864 | MO | 01 | 015915 | MORALES DE JESUS | LIZ | 0000 | S | 1150 | 0000 |
| 8053687 | MO | 02 | 015915 | MORALES DE LEON | OMA | 0000 | S | 0845 | 0000 |
| 4943280 | MO | 01 | 015915 | MORALES GARCIA | MAR | 0000 | S | 1773 | 0000 |
| 3154012 | MO | 01 | 015915 | MORALES MATOS | ALB | 0000 | S | 0965 | 0000 |
| 4436861 | MO | 02 | 015915 | MORALES RODRIGUE | MAR | 0000 | S | 1830 | 0000 |
| 3691858 | NA | 02 | 015915 | NAVARRO VELAZQUE | YAZ | 0000 | S | 0772 | 0000 |
| 2376097 | NA | 01 | 015915 | NAZARIO CRUZ | JOS | 0000 | S | 1118 | 0000 |
| 3476741 | NA | 01 | 015915 | NAZARIO GUTIERRE | JAC | 0000 | S | 1630 | 0000 |
| 4262489 | NE | 01 | 015915 | NEGRON COLON | CRI | 0000 | S | 1018 | 0000 |
| 3336525 | NE | 01 | 015915 | NEGRON CRUZ | IVE | 0000 | S | 0533 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32459382 | NEC/001 | 015915 | NEGRON FRANCO | CAR | 0000 | S | 1150 | 0000 |
| 34478160 | NEH/401 | 015915 | NEGRON RIOS | JOS | 0000 | S | 1790 | 0000 |
| 34734303 | NI 01 | 015915 | NIEVES BRISTOL | MIG | 0000 | S | 0000 | 0000 |
| 17569272 | NJ 04 | 015915 | NIEVES CARABALLO | BRE | 0000 | S | 2300 | 0000 |
| 34351990 | NIW8701 | 015915 | NIEVES FELICIANO | ALE | 0000 | S | 1150 | 0000 |
| 34380734 | NICWB01 | 015915 | NIEVES FIGUEROA | NOR | 0000 | S | 0823 | 0000 |
| 32496370 | NI 02 | 015915 | NIEVES PICHARDO | ALB | 0220 | S | 2050 | 0000 |
| 33215420 | NIC/001 | 015915 | NIVES SANTIAGO | SAR | 0000 | S | 0845 | 0000 |
| 32551081 | NUK/001 | 015915 | NUNEZ AYALA | WAN | 0000 | S | 1150 | 0000 |
| 32697892 | NLMB901 | 015915 | NUNEZ REYES | JUA | 0000 | S | 1630 | 0000 |
| 33516058 | OF 01 | 015915 | OFERRALL CORDERO | LUC | 0000 | S | 0000 | 0000 |
| 83419816 | OE///01 | 015915 | OJEDA MALDONADO | LUI | 0000 | S | 0393 | 0000 |
| 32751563 | OL 01 | 015915 | OLMO CALDERON | BRE | 0000 | S | 1150 | 0000 |
| 81910242 | OW9001 | 015915 | OLMO CARRASQUILL | DAI | 0000 | S | 0845 | 0000 |
| 91513376 | ORC//201 | 015915 | ORTEGA MORALES | ANG | 0000 | S | 0443 | 0000 |
| 82476971 | OR 01 | 015915 | ORTIZ | SAN | 0000 | S | 1565 | 0000 |
| 81730939 | OFC/301 | 015915 | ORTIZ MALDONADO | FEL | 0000 | S | 0745 | 0000 |
| 83392035 | OR 01 | 015915 | ORTIZ PEREZ | CAR | 0000 | S | 1150 | 0000 |
| 83794961 | ORC/V01 | 015915 | ORTIZ FINET | JOE | 0000 | S | 0453 | 0000 |
| 82315528 | OR 01 | 015915 | ORTIZ RODRIGUEZ | WIL | 0000 | S | 0403 | 0000 |
| 84499357 | ORW301 | 015915 | ORTIZ RODRIGUEZ | ZAK | 0000 | S | 1630 | 0000 |
| 82471125 | OR 01 | 015915 | ORTIZ ROHENA | JOS | 0000 | S | 1150 | 0000 |
| 81252821 | ORA/01 | 015915 | ORTIZ VEGA | MAN | 0000 | S | 0900 | 0000 |
| 32503070 | OTW701 | 015915 | OTERO ALVARADO | ROS | 0000 | S | 1388 | 0000 |
| 75723 | OT 01 | 015915 | OTERO BERRIOS | FRA | 0000 | S | 0000 | 0000 |
| 82410598 | OTC/601 | 015915 | OTERO TORRES | NEL | 0000 | S | 1150 | 0000 |
| 64910611 | FA 01 | 015915 | PABON SANTOS | JOE | 0000 | S | 2300 | 0000 |
| 83156762 | FAW101 | 015915 | PACHECO RIVAS | BET | 0000 | S | 0905 | 0000 |
| 81773855 | FFC/601 | 015915 | PAGAN SANCHEZ | YAM | 0000 | S | 2023 | 0000 |
| 81390871 | FA 01 | 015915 | PANTOJA MATOS | ITZ | 0000 | S | 0453 | 0000 |
| 83532411 | FAC/701 | 015915 | PARRILLA CIRINO | GRI | 0000 | S | 1150 | 0000 |
| 84042414 | FAW701 | 015915 | PASTRANA MURIEL | ORL | 0000 | S | 0648 | 0000 |
| 81376203 | FEH7301 | 015915 | PENA MARTINEZ | MAN | 0000 | S | 0925 | 0000 |
| 39371446 | FEH/001 | 015915 | PEREZ GARAY | YAR | 0000 | S | 1803 | 0000 |
| 82477957 | PE 01 | 015915 | PEREZ MARTINEZ | RAF | 0000 | S | 0702 | 0000 |
| 84632556 | FEH/203 | 015915 | PEREZ MELENDEZ | EVE | 0208 | S | 0845 | 0000 |
| 82671437 | FEC/401 | 015915 | PEREZ RIVERA | JOH | 0000 | S | 1150 | 0000 |
| 80489805 | FW05301 | 015915 | PIAZZA ORTIZ | ANA | 0000 | S | 0945 | 0000 |
| 99264686 | PI 01 | 015915 | PINEDA FELIZ | LEA | 0000 | S | 1917 | 0000 |
| 81374170 | PI 02 | 015915 | PIZARRO BURGOS | YAS | 0552 | S | 0000 | 0000 |
| 82357780 | PIC/001 | 015915 | PIZARRO RIVERA | BRE | 0000 | S | 0845 | 0000 |
| 84974660 | PO 01 | 015915 | POMALES PIZARRO | VAN | 0000 | S | 2116 | 0000 |
| 84358773 | FRC/V01 | 015915 | PRIETO RIVERA | MIR | 0000 | S | 0745 | 0000 |
| 83236005 | GW/0601 | 015915 | QUIDLEY GREY | ANG | 0000 | S | 0925 | 0000 |
| 84654238 | QUC/001 | 015915 | QUIJANO BARABOSA | MOR | 0000 | S | 0453 | 0000 |
| 81539931 | QUC/002 | 015915 | QUIROS GOMEZ | JAV | 0000 | S | 1150 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1617 | RAW/0201 | 015915 | RAMIREZ CRUZ | MIL | 0000 | S | 0745 | 0000 |
| 7728911 | RAC/WB3 | 015915 | RAMOS FELICIANOS | DOM | 0000 | S | 0645 | 0000 |
| 7034371 | RAC/W501 | 015915 | RAMOS FERNANDEZ | MYR | 0000 | S | 1150 | 0000 |
| 4437099 | RAW/0601 | 015915 | RAMOS ORTIZ | JAV | 0000 | S | 0723 | 0000 |
| 3963341 | RAC/1401 | 015915 | RAMOS RODRIGUEZ | YOE | 0000 | S | 0413 | 0000 |
| 4698564 | RAW/0601 | 015915 | RAMOS VIAS | MAR | 0000 | S | 0905 | 0000 |
| 7889859 | RE  01 | 015915 | RENDON PACHECO | MAN | 0000 | S | 0453 | 0000 |
| 7051473 | RE  01 | 015915 | REYES LAUREANO | CAR | 0000 | S | 0846 | 0000 |
| 3630643 | REM/1201 | 015915 | REYES MEJIAS | PED | 0000 | S | 1895 | 0000 |
| 4159193 | RE/1301 | 015915 | REYES O'NEILL | MAN | 0000 | S | 0393 | 0000 |
| 4451221 | REW/1401 | 015915 | REYES RIOS | JOS | 0000 | S | 0645 | 0000 |
| 2333471 | RX/2701 | 015915 | RIOS ESCOBAR | MAR | 0000 | S | 0453 | 0000 |
| 2716612 | RX/1301 | 015915 | RIOS ESTEVEZ | MAR | 0000 | S | 0845 | 0000 |
| 3341749 | RI  02 | 015915 | RIOS PEREZ | MIR | 0347 | S | 0453 | 0000 |
| 1916180 | RX/3101 | 015915 | RIOS QUINONES | WEN | 0000 | S | 0825 | 0000 |
| 3796329 | RX/1301 | 015915 | RIOS RODRIGUEZ | MAR | 0000 | S | 0800 | 0000 |
| 4751750 | RIW/2201 | 015915 | RIVERA | JAC | 0000 | S | 1150 | 0000 |
| 2736723 | RI  01 | 015915 | RIVERA AYALA | AIL | 0000 | S | 0000 | 0000 |
| 2738336 | RI  01 | 015915 | RIVERA AYALA | YAN | 0000 | S | 0000 | 0000 |
| 4643294 | RX/0301 | 015915 | RIVERA CHISM | CAR | 0000 | S | 0453 | 0000 |
| 3842749 | RIW/1601 | 015915 | RIVERA COTTO | MIL | 0000 | S | 1150 | 0000 |
| 4439264 | RI  01 | 015915 | RIVERA CRUZ | BER | 0000 | S | 1150 | 0000 |
| 3137452 | RI//701 | 015915 | RIVERA ECHEVARRI | NAN | 0000 | S | 1830 | 0000 |
| 3614921 | RIW/1901 | 015915 | RIVERA ESCALERA | NAY | 0000 | S | 1150 | 0000 |
| 1763887 | RI  01 | 015915 | RIVERA FIGUEROA | EDU | 0000 | S | 0965 | 0000 |
| 1_ 57628 | RX/0905 | 015915 | RIVERA FIGUEROA | HER | 0000 | S | 0431 | 0000 |
| 9031422 | RI  01 | 015915 | RIVERA FIGUEROA | MAX | 0000 | S | 0453 | 0000 |
| 3616500 | RX/3101 | 015915 | RIVERA GONZALEZ | YOL | 0000 | S | 1150 | 0000 |
| 4473605 | RIW/1401 | 015915 | RIVERA MARIN | JOS | 0000 | S | 1088 | 0000 |
| 3120612 | RI  01 | 015915 | RIVERA MIRANDA | MIG | 1335 | S | 0570 | 0000 |
| 1578709 | RI  01 | 015915 | RIVERA MOJICA | AWI | 0000 | S | 0745 | 0000 |
| 2335647 | RX/3401 | 015915 | RIVERA NIEVES | JOS | 0000 | S | 0413 | 0000 |
| 1812530 | RX/0701 | 015915 | RIVERA PENALOZA | LUZ | 0000 | S | 0845 | 0000 |
| 2636209 | RIW/2001 | 015915 | RIVERA ROBLES | ALI | 0000 | S | 0493 | 0000 |
| 3673681 | RIW/0203 | 015915 | RIVERA RODRIGUEZ | ALI | 0000 | S | 1790 | 0000 |
| 1579273 | RE/3402 | 015915 | RIVERA RODRIGUEZ | ANA | 0000 | S | 0845 | 0000 |
| 3313842 | RA/1501 | 015915 | RIVERA RODRIGUEZ | REB | 0000 | S | 1150 | 0000 |
| 1739519 | RIW/0401 | 015915 | RIVERA ROOS | WIL | 0000 | S | 0745 | 0000 |
| 3869567 | RI  01 | 015915 | RIVERA SANCHEZ | JUL | 0000 | S | 0725 | 0000 |
| 1694349 | RX/0901 | 015915 | RIVERA SANCHEZ | RIC | 0000 | S | 1088 | 0000 |
| 3072972 | RI  01 | 015915 | RIVERA SANTAELLA | JOS | 0000 | S | 0453 | 0000 |
| 3410682 | RX/4401 | 015915 | RIVERA SOTO | MIG | 0000 | S | 0645 | 0000 |
| 1418862 | RIW/2601 | 015915 | RIVERA VAZQUEZ | CAR | 0000 | S | 0493 | 0000 |
| 2564163 | RI  01 | 015915 | RIVERA VERAS | ISA | 0000 | S | 0000 | 0000 |
| 2376186 | RCW/2901 | 015915 | RODRIGUEZ COLON | LUI | 0000 | S | 1088 | 0000 |
| 1498994 | RO  01 | 015915 | RODRIGUEZ CRUZ | SAM | 0000 | S | 0413 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 83278281 | RC//4/01 | 015915 | RODRIGUEZ FERNAN | MAR | 0000 | S | 0453 | 0000 |
| 81025054 | RC//4/02 | 015915 | RODRIGUEZ IDELFO | ORL | 0000 | S | 1031 | 0000 |
| 82751579 | RO//3/01 | 015915 | RODRIGUEZ MALDON | EMM | 0000 | S | 1630 | 0000 |
| 83396755 | RC//4/01 | 015915 | RODRIGUEZ MANSO | RON | 0000 | S | 1058 | 0000 |
| 82637218 | RO//3201 | 015915 | RODRIGUEZ MARRER | JOR | 0000 | S | 1028 | 0000 |
| 83916140 | RC//4/01 | 015915 | RODRIGUEZ MELECI | SAN | 0000 | S | 1150 | 0000 |
| 83414455 | R0//4/01 | 015915 | RODRIGUEZ NAZARI | JAN | 0000 | S | 0945 | 0000 |
| 82479206 | RC//4/01 | 015915 | RODRIGUEZ QUINON | JO- | 0000 | S | 0945 | 0000 |
| 82497578 | RO 01 | 015915 | RODRIGUEZ RAMOS | GLO | 0654 | S | 0000 | 0000 |
| 91790135 | RC//4/01 | 015915 | RODRIGUEZ RETANO | JOR | 0000 | S | 0000 | 0000 |
| 84451421 | R8/3/01 | 015915 | RODRIGUEZ RIVERA | DAL | 0000 | S | 1470 | 0000 |
| 87254039 | RO 01 | 015915 | RODRIGUEZ SANCHE | HEN | 0000 | S | 0645 | 0000 |
| 82335979 | RO//3/01 | 015915 | RODRIGUEZ SANCHE | JOS | 0000 | S | 0725 | 0000 |
| 82356082 | RC//4/01 | 015915 | ROJAS MOLINA | NIL | 0000 | S | 0845 | 0000 |
| 80940870 | RC//4/01 | 015915 | ROMAN SALAMAN | MAR | 0000 | S | 0623 | 0000 |
| 83490476 | RC//5/01 | 015915 | ROMERO ORTIZ | ANA | 0000 | S | 0000 | 0000 |
| 91083875 | RC//4/01 | 015915 | ROMERO PEREZ | WIL | 0000 | S | 0403 | 0000 |
| 82411529 | RO 01 | 015915 | ROMERO YAMBO | CAR | 0000 | S | 1700 | 0000 |
| 84492494 | RO//0/01 | 015915 | ROMOS RODRIGUEZ | ALE | 0000 | S | 0841 | 0000 |
| 82576430 | RC//2/01 | 015915 | ROSA FIGUEROA | AAR | 0000 | S | 0712 | 0000 |
| 82658171 | RO//3/01 | 015915 | ROSA HIRALDO | ANG | 0000 | S | 0725 | 0000 |
| 32709034 | RO//3/01 | 015915 | ROSA MALDONADO | SHE | 0000 | S | 1630 | 0000 |
| 84705351 | RO//4/01 | 015915 | ROSA ROSADO | MAR | 0000 | S | 0403 | 0000 |
| 83687782 | RO 01 | 015915 | ROSARIO DE JESUS | MAR | 0000 | S | 0745 | 0000 |
| 98282 | RO 02 | 015915 | ROSARIO JIMENEZ | IBR | 0000 | S | 0370 | 0000 |
| 45426201 | RO 02 | 015915 | ROSARIO QUINONEZ | KEN | 0000 | S | 1150 | 0000 |
| 82651240 | RO//3/01 | 015915 | ROSARIO ROSA | JAC | 0000 | S | 1150 | 0000 |
| 83016433 | RU 01 | 015915 | RUBERT QUINONES | VIC | 0000 | S | 0160 | 0000 |
| 98302380 | RU//55/01 | 015915 | RUIZ | BET | 0000 | S | 0925 | 0000 |
| 83250103 | RU//54/01 | 015915 | RUIZ CORREA | DIA | 0000 | S | 0000 | 0000 |
| 81751057 | RU 01 | 015915 | RUIZ HARNANDEZ | OMA | 0000 | S | 2300 | 0000 |
| 84310196 | RU 01 | 015915 | RUIZ REYES | MAY | 0000 | S | 0503 | 0000 |
| 29665976 | SA//01 | 015915 | SABCHEZ JIMENEZ | MIL | 0000 | S | 0945 | 0000 |
| 83844976 | SA 03 | 015915 | SAMBOLIN MERCADO | ALE | 0180 | S | 0000 | 0000 |
| 82859289 | SA 01 | 015915 | SANCHEZ AGOSTO | JOS | 0000 | S | 0845 | 0000 |
| 84949287 | SA//5/01 | 015915 | SANCHEZ CARABALL | JOS | 0000 | S | 1058 | 0000 |
| 83664087 | SA//4/01 | 015915 | SANCHEZ CASTRO | HEC | 0000 | S | 1630 | 0000 |
| 84707622 | SA//4/01 | 015915 | SANCHEZ PENA | ISR | 0000 | S | 0925 | 0000 |
| 83595945 | SA 01 | 015915 | SANCHEZ PIZARRO | HEC | 0000 | S | 0503 | 0000 |
| 84870749 | SA//3/01 | 015915 | SANCHEZ SOLA | JOS | 0000 | S | 0745 | 0000 |
| 83555466 | SA//4/01 | 015915 | SANTALIZ MALDONA | DO | 0000 | S | 1058 | 0000 |
| 84295151 | SA//4/01 | 015915 | SANTANA DIAZ | ELI | 0000 | S | 0453 | 0000 |
| 81410388 | SA 01 | 015915 | SANTANA OLMO | ANG | 0941 | S | 0450 | 0000 |
| 81430893 | SA//4/01 | 015915 | SANTANA RIVERA | ROS | 0000 | S | 1150 | 0000 |
| 84350726 | SA//4/01 | 015915 | SANTIAGO CRESPO | ALE | 0000 | S | 0453 | 0000 |
| 84559241 | SA//4/01 | 015915 | SANTIAGO GINZALE | ELB | 0000 | S | 1630 | 0000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6103999 | SA | 03 | 015915 | SANTIAGO HERNAND | NEL | 0000 | S | 1150 | 0000 |
| 2137012 | SA | 01 | 015915 | SANTIAGO OJEDA | MIL | 0000 | S | 0000 | 0000 |
| 3378244 | SA#15001 | | 015915 | SANTIAGO RAMIREZ | WIL | 0000 | S | 1058 | 0000 |
| 13418211 | SA | 01 | 015915 | SANTIAGO RAMOS | SAM | 0000 | S | 0702 | 0000 |
| 2024242 | SA | 02 | 015915 | SANTIAGO WETZKE | PAM | 0753 | S | 0775 | 0000 |
| 4434784 | SA#1701 | | 015915 | SANTOS RODRIGUEZ | SAN | 0000 | S | 1058 | 0000 |
| 3382736 | SE | 01 | 015915 | SERRANO DIAZ | PED | 0000 | S | 0708 | 0000 |
| 34074637 | SE | 01 | 015915 | SERRANO ROSA | LIL | 0000 | S | 0767 | 0000 |
| 2798557 | SE15801 | | 015915 | SIERRA CEPEDA | JOS | 0000 | S | 0745 | 0000 |
| 7986652 | SO#1521 | | 015915 | SOLA BURGOS | SAR | 0000 | S | 1150 | 0000 |
| 1453116 | SO | 01 | 015915 | SOLIS FEBRES | MAY | 0000 | S | 1630 | 0000 |
| 3731459 | SO | 01 | 015915 | SOTO BONUS | NOE | 0000 | S | 1150 | 0000 |
| 2638561 | SU#5001 | | 015915 | SUAREZ GARCIA | JOR | 0000 | S | 1150 | 0000 |
| 3004763C | TA | 01 | 015915 | TABOAS RIVERA | CAR | 0000 | S | 1150 | 0000 |
| 31737091 | TI | 01 | 015915 | TIRADO PEREZ | SOZ | 0000 | S | 1998 | 0000 |
| 31513087 | TC#001 | | 015915 | TORRES ABRAHAM | JUA | 0000 | S | 0413 | 0000 |
| 34639701 | TO#5601 | | 015915 | TORRES ACEVEDO | LUZ | 0000 | S | 1995 | 0000 |
| 9033474 | TO | 01 | 015915 | TORRES FRANQUI | RAF | 0684 | S | 0825 | 0000 |
| 3675607 | TO#5701 | | 015915 | TORRES NEGRON | JOE | 0000 | S | 1150 | 0000 |
| 24378768 | TO#5901 | | 015915 | TORRES NIEVES | RAF | 0000 | S | 0443 | 0000 |
| 84351564 | TR | 01 | 015915 | TRINIDAD DONES | ANG | 0000 | S | 0403 | 0000 |
| 23393 10 | UR#001 | | 015915 | URBINA NIEVES | MAR | 0000 | S | 1150 | 0000 |
| 7586954 | VA#101 | | 015915 | VALENTIN HERNADE | RAL | 0000 | S | 1586 | 0000 |
| 2588727 | VA#601 | | 015915 | VALERIANO MARTIN | AAR | 0000 | S | 0845 | 0000 |
| 3 2466 | VA | 01 | 015915 | VARGAS MORALES | CAR | 0000 | S | 0403 | 0000 |
| 84032276 | VA | 01 | 015915 | VAZQUEZ ACOSTA | MAR | 0000 | S | 0000 | 0000 |
| 83631780 | V9#002 | | 015915 | VAZQUEZ CRUZADO | ERA | 0000 | S | 0801 | 0000 |
| 84846894 | VA | 01 | 015915 | VAZQUEZ GALINDEZ | ANG | 0000 | S | 0705 | 0000 |
| 23479003 | VA | 01 | 015915 | VAZQUEZ VEGA | EVE | 0000 | S | 1608 | 0000 |
| 82334546 | VE#1503 | | 015915 | VEGA DEL VALLE | JAH | 0000 | S | 1630 | 0000 |
| 81758337 | VE#401 | | 015915 | VEGA NECO | MER | 0000 | S | 1518 | 0000 |
| 83790091 | VE | 01 | 015915 | VEGA PACHECO | MAR | 0000 | S | 0000 | 0000 |
| 83809752 | VE2#01 | | 015915 | VELAZQUEZ BENITE | MIG | 0000 | S | 2023 | 0000 |
| 82931540 | VE#701 | | 015915 | VELAZQUEZ CALDER | MIC | 0000 | S | 0493 | 0000 |
| 81678353 | VE#301 | | 015915 | VELEZ DUENO | JUL | 0000 | S | 0725 | 0000 |
| 82558636 | VE#01 | | 015915 | VELEZ GUZMAN | JOS | 0000 | S | -1978 | 0000 |
| 84633341 | VE#01 | | 015915 | VELEZ MIRANDA | AND | 0000 | S | 0515 | 0000 |
| 5285597 | VE#01 | | 015915 | VELEZ RAMOS | MIG | 0000 | S | 1585 | 0000 |
| 1586547 | VE | 01 | 015915 | VENTURA SANTANA | ARL | 0000 | S | 1823 | 0000 |
| 84634466 | VE | 01 | 015915 | VERA SILVA | RAF | 0433 | S | 1109 | 0000 |
| 81496328 | VI#001 | | 015915 | VIDAURRE PEREZ | CAR | 0000 | S | 1150 | 0000 |

MATCHED=455

AMOUNT PAID=$387296 + REM. AMT. $0 = TOTAL PAID $387296

```
E  37407  SA  02  015915  SALAS RIOS         EMI  0000  S  0823  0000
81694081  SA  01  015915  SAMOT ROBLES        MAR  0000  S  0813  0000
83872188  SA  01  015915  SANCHEZ ALBINO      MAR  0000  S  0383  0000
83239071  SA  01  015915  SANCHEZ CESAREO     JUS  0000  S  1830  0000
99075134  SA  01  015915  SANCHEZ COLON       DAM  0000  S  1150  0000
82499290  SA  01  015915  SANCHEZ GONZALEZ    VIL  0000  S  0845  0000
83858964  SA  01  015915  SANCHEZ SANCHEZ     ALE  0000  S  0712  0000
01357988  SA  01  015915  SANCHEZ SANTOS      CAR  0000  S  0825  0000
84998065  SA  01  015915  SANTIAGO CORREA     ENI  0000  S  0845  0000
83594693  SA  01  015915  SANTIAGO COSME      ENI  0000  S  0845  0000
84842059  SA  02  015915  SANTIAGO FLORES     EDW  0000  S  0431  0000
84417386  SA  01  015915  SANTIAGO GONZALE    VIC  0000  S  0453  0000
81971674  SA  01  015915  SANTIAGO JIMENEZ    ANT  0000  S  1150  0000
83573162  SA  01  015915  SANTIAGO MEDINA     GLA  0000  S  0403  0000
56608472  SA  01  015915  SANTIAGO NEGRON     LUI  0000  S  1058  0000
11542003  SA  01  015915  SANTIAGO PEREZ      HEC  0000  S  1058  0000
83073780  SA  01  015915  SANTOS MATOS        FRA  0000  S  0413  0000
81433687  SA  01  015915  SANTOS PENA         IRI  0000  S  2233  0000
84299058  SE  02  015915  SERRANO ALICEA      REI  0000  S  0703  0000
83633271  SI  01  015915  SIAGA CASILLAS      MIG  0000  S  0000  0000
06304070  SI  01  015915  SIERRA RODRIGUEZ    DEL  0000  S  0441  0000
83739256  SI  01  015915  SIERRA TORRENS      JOS  0000  S  0413  0000
83797381  SU  01  015915  SUAREZ TORRES       CAR  0000  S  1676  0000
43664197  TO  01  015915  TORO RAMIREZ        OMA  0000  S  0712  E  3
62597678  TO  01  015915  TORRENS CAMACHO     NIT  0000  S  1995  0000
87370068  TO  01  015915  TORRES ANDINO       JUA  0000  S  0845  0000
15170  TO  01  015915  TORRES ESCOBAR        MEL  0000  S  1073  0000
83755814  TO  01  015915  TORRES ESTRADA      ELV  0000  S  0453  0000
83757644  TO  01  015915  TORRES LANDRON      ORL  0000  S  0453  0000
82471282  TO  01  015915  TORRES MORA         GEO  0000  S  0000  0000
96163423  TO  01  015915  TORRES PEREZ        ORL  0000  S  1150  0000
84066030  TO  01  015915  TORRES VAZQUEZ      ROS  0000  S  0503  0000
98201798  VA  01  015915  VARGAS RODRIGUEZ    JUA  0440  S  0925  0000
84595924  VA  01  015915  VARGAS RUIZ         JOS  0000  S  2023  0000
82932250  VA  01  015915  VAZQUEZ ARCHILLA    PED  0000  S  2023  0000
82731351  VA  01  015915  VAZQUEZ MERCED      LOU  0000  S  0873  0000
84895765  VA  01  015915  VAZQUEZ PADILLA     GAB  0000  S  0725  0000
83880272  VA  01  015915  VAZQUEZ VAZQUEZ     EMI  0000  S  0000  0000
83386883  VA  01  015915  VAZQUEZ VAZQUEZ     MAR  0000  S  0472  0000
83881625  VE  01  015915  VEGA COLON          JOR  0000  S  0945  0000
81514555  VE  01  015915  VELAZQUEZ PAGAN     LYD  0000  S  0779  0000
81892731  VE  02  015915  VELEZ ORTIZ         DAN  0000  S  1150  0000
83457595  VE  01  015915  VELEZ VELEZ         EVE  0000  S  1150  0000
84234146  VI  01  015915  VIERA MARTINEZ      JOS  0000  S  0160  0000
```

```
                    MATCHED=320
    AMOUNT PAID=$267969 + REM. AMT. $0 = TOTAL PAID $267969
```



Report Date: 06/29/95                    FEDERAL PELL GRANT PROGRAM          Page:1
Int. Batch No.: 0040                    ELECTRONIC PAYMENT INFORMATION       Time:08:35
                                             BATCH SUMMARY REPORT

**********************************************************************************

BATCH PROCESSED DATE:          062995
BATCH NUMBER:                  95177545

                    REJECTED RECORDS (NON-RETAINED):        0
                    REJECTED WITH ERRORS (RETAINED):        0
                    ACCEPTED WITH ASSUMPTIONS:              0
                    DUPLICATE RECORDS:                      0
                    ACCEPTED RECORDS:                       25
                    ERROR FREQUENCIES

01 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   ORIGINAL SOCIAL SECURITY NUMBER INVALID OR DID NOT MATCH                      0
   WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   NAME CODE DID NOT MATCH                                                       0
03 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   TRANSACTION NUMBER INVALID OR DID NOT MATCH                                   0
04 WE CAN NOT IDENTIFY THIS STUDENT AS AN ELIGIBLE PELL APPLICANT BECAUSE
   EXPECTED FAMILY CONTRIBUTION DID NOT MATCH                                    0
05 PELL ID OF CAMPUS ATTENDED INVALID -- ASSUMPTION APPLIED                      0
06 PELL ID OF CAMPUS ATTENDED INVALID - RECORD REJECTED                          0
07 ACADEMIC CALENDAR INVALID - DEFAULT OR ASSUMPTION APPLIED                     0
08 COST OF ATTENDANCE INVALID - ASSUMPTION APPLIED                              0
09 VERIFICATION STATUS CODE INVALID - ASSUMPTION APPLIED                         0
1  ENROLLMENT STATUS INVALID - ASSUMPTION APPLIED                                0
1  ENROLLMENT STATUS NOT APPLICABLE - DATA IGNORED                               0
12 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS INVALID
   - ASSUMPTION APPLIED                                                          0
13 HOURS/WEEKS EXPECTED TO COMPLETE IN ALL PAYMENT PERIODS NOT APPLICABLE
   - DATA IGNORED                                                                0
14 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR INVALID
   - DEFAULT OR ASSUMPTION APPLIED                                               0
15 HOURS/WEEKS IN SCHOOL ACADEMIC YEAR NOT APPLICABLE -- DATA IGNORED            0
16 AMOUNT PAID TO DATE INVALID - ASSUMPTION APPLIED                              0
17 ADJUSTMENT CODE INVALID - NO RECOVERY APPLICABLE                              0
18 ADJUSTMENT CODE INVALID - RECOVERY APPLICABLE                                 0
19 REMAINING AMOUNT TO BE PAID INVALID - ASSUMPTION APPLIED                      0
20 NUMBER OF MONTHS REMAINING PAYMENTS WILL BE MADE IS INVALID
   - ASSUMPTION APPLIED                                                          0
21 NUMBER OF MONTHS INCONSISTENT WITH REMAINING AMOUNT TO BE PAID
   - ASSUMED STUDENT PAID IN FULL                                                0
22 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INVALID
   - ASSUMPTION APPLIED                                                          0
23 MONTHS IN WHICH REMAINING PAYMENTS WILL BE MADE IS INCONSISTENT
   REMAINING AMOUNT TO BE PAID - ASSUMED STUDENT PAID IN FULL                    0
24 DATE ENROLLED INVALID                                                         0
                                                                                 0



******************************************************************************

26  30% VERIFICATION LIMIT - ASSUMPTION APPLIED                                    0
27  SECONDARY EFC USED INVALID - ASSUMPTION APPLIED                               0
29  SECONDARY EFC INVALID - RECORD REJECTED                                       0
31  VERIFICATION STATUS 'W' - AWARD SET TO ONE HALF                               0
32  INVALID VERIFICATION STATUS REPORTED AFTER VERIFICATION DEADLINE DATE
    - RECORD REJECTED                                                             0
33  CHANGES ASSUMED TO APPLY TO ONLY PART OF THE AWARD YEAR;
    POTENTIAL OVERPAYMENT                                                         0
34  REMAINING PAYMENT MONTH(S) PAST SEPTEMBER 30 DEADLINE
    - ASSUMPTION APPLIED                                                          0
35  INCARCERATION INDICATOR INVALID - ASSUMPTION APPLIED                          0
36  STATE OF INCARCERATION INVALID OR NOT APPLICABLE - DATA IGNORED               0
37  STATE OF INCARCERATION INCONSISTENT WITH INDICATOR
    - ASSUMPTION  ATTENDED CAMPUS STATE                                           0
38  STATE NOT (OR NO LONGER) CERTIFIED BY ED-NO PELL TO INCARC. STUDENTS          0
39  CHANGE IN INCARCERATED STATUS ASSUMED TO APPLY ONLY PARTIAL YEAR
    MAY BE OVERPAID                                                               0
40  MORE THAN 1 AWARD NOT AUTHORIZED - EXCESS AMOUNT DISALLOWED                   0
41  MORE THAN 1 AWARD FOR CLOCK HR STUDENT INVALID-EXSS AMT DISALLOWED            0
42  ADJUSTMENT CODE FOR MORE THAN 1 AWARD INVALID - ASSUMPTION APPLIED            0
43  MORE THAN 1 AWARD AT LESS THAN FULL-TM ENROLLMENT INVALID
    - EXCESS AMOUNT DISALLOWED                                                    0
    PAYMENT AMOUNT CALC CODE NOT APPLICABLE - DATA IGNORED.                       0
44  PAID AT MORE THAN 1 SCHOOL - AMOUNT OVER 100% OF AWARD DISALLOWED             0
             TOTAL NUMBER OF EDIT/COMMENT MESSAGES:                               0

TOTAL ACCEPTED WITH ASSUMPTIONS IS NOT THE SAME AS THE TOTAL OF
THE COMMENT CODES COUNTS BECAUSE STUDENTS MAY SATISFY MULTIPLE
CONDITIONS.

SELECTED RECORDS FOR AWARD YEAR: 1994-95 REPORTING CAMPUS=015915

```
                                                          DATE: 06/23/95
REPORTING CAMPUS = 015915                                 AWARD YEAR = 95
SSN RECORD ID     ATTND.              FIRST              AMOUNT    REM. AMT
         CDE NO   CAMPUS  LAST NAME    NAME EFC   STAGE   PAID     TO BE PA
581918931 CE  07  015915  CEBALLO MOJICA    ZOR  0000  S  0000      0000
157581116 CI  01  015915  CINTRON ORTIZ     PAU  0000  S  1150      0000
582830526 CO 03801 015915 COSME NIEVES      ANA  0000  S  0000      0000
582275016 CR  01  015915  CRESPO FRED       RAM  0000  S  1150      0000
583645638 DE  03  015915  DEL RIO LOPEZ     MAN  0000  S  0745      0000
584316083 DO  03  015915  DOMINGUEZ SANCHE  EMA  0000  S  1150      0000
596108835 GO 01701 015915 GONZALEZ GERENA   LUI  0000  S  2300      0000
599123977 LO  03  015915  LOPEZ             EFR  0000  S  0775      0000
583929432 MA  02  015915  MARTINEZ FIGUERO  MIL  0966  S  0337      0000
582579295 MI  02  015915  MIRANDA ZENO      MIG  0000  S  0760      0000
599034883 NA  01  015915  NARVAEZ DIAZ      JAV  0000  S  1150      0000
583274645 NE  03  015915  NEGRON ISAAC      CAR  0154  S  1075      0000
583391776 PA  01  015915  PADILLA MARTINEZ  EDD  0000  S  1150      0000
584376516 QU  01  015915  QUILES CARRASQUI  DAG  0000  S  0945      0000
598125282 QU  01  015915  QUILES NIEVES     FER  0000  S  1058      0000
582292422 QU  03  015915  QUINTANA FERNAND  ORL  0000  S  2300      0000
582255253 RI  01  015915  RIVERA PACHECO    BEN  0000  S  1917      0000
583219148 RO 13701 015915 ROMAN ARROYO      DOM  0000  S  1603      0000
584839348 SA  01  015915  SANCHEZ CATALAN   SUG  0000  S  1150      0000
582339275 SA  01  015915  SANTIAGO RAMOS    ROS  0000  S  0000      0000
584859705 TO  01  015915  TORRES NEGRON     IVE  0000  S  1150      0000
596148484 TR  01  015915  TRENCHE RIVERA    LUI  0000  S  1150      0000
599424244 VI 17101 015915 VILA ARIAS        ISA  0000  S  0411      0000
```

MATCHED=23
AMOUNT PAID=$23426 + REM. AMT. $0 = TOTAL PAID $23426

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

ANGEL R. RIVERA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 99999
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (N/A)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

ALBERTO GONZALES, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER   1:07CV00019

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employm'

DATE STAMP: 01/3/2007

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(4)

| ☐ G. Habeas Corpus/ 2255 | ☐ H. Employment Discrimination | ☐ I. FOIA/PRIVACY ACT | ☐ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. Labor/ERISA (non-employment) | ☐ L. Other Civil Rights (non-employment) | ☐ M. Contract | ☐ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1361    WRIT OF MANDAMUS

---

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES  ☒ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** N/A  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE 1.3.07    SIGNATURE OF ATTORNEY OF RECORD  NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.