**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ANGEL RUIZ RIVERA

Petitioner

v.                                                          07-0019 (EGS)(RBW)

ALBERTO R. GONSALES, et al.,

Respondents

---

**MOTION TO INCLUDE EXHIBIT OMITTED FROM MEMORANDUM IN SUPPORT
OF PETITIONER'S OPPOSITION TO RESPONDENTS' MOTION TO DISMISS**

TO THE HONORABLE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (HUSDCDC):

Comes now the Petitioner, Angel Ruiz Rivera (ARR), appearing here Pro Se Ipso, and respectfully states, alleges and prays as follows:

1. Enclosed please find a copy of an e-mail that the Assistant U.S. Attorney (AUSA) in charge of the litigation sub judice before the Honorable U.S. Court of Appeals for the First Circuit (06-1562), Mr. Anthony Yang, Esq., wrote to Petitioner sua sponte, on June 27, 2006. Same is self-explanatory and it reveals the AUSA concern for the effects that the malicious prosecution and vindictive persecution against Petitioner by other AUAS' has had over Petitioner's person and his family as a result of the Internal Revenue Service (IRS) actions over them. This document is produced in support of the Petitioner's evident standing to file the instant Petition.

2. This Exhibit was omitted from Exhibit 3 of the Petitioner's Memorandum In Support of his Motion In Opposition To the Respondents' Motion To Dismiss.

Very respectfully, we pray that this Exhibit is inserted or added to this Petitioner's

Memorandum, filed on May 4, 2007.

*[signature]*

Angel Ruiz Rivera
Pro Se Ipso
P.O. Box 191209
San Juan, P.R. 00919-1209.
787-435-3512
aruizrivera@aol.com

*[signature]* **CERTIFICATE OF SERVICE**

I, Angel Ruiz Rivera, appearing here Pro Se ipso, hereby certify that I have sent a copy of this writing by priority mail of the USPS to the appearing counsel for the Respondents, Ms. Judith A. Kidwell, AUSA, 555 Fourth St., NW.-Room E4905, Washington, D.C. 20530. (202) 514-7250.

**EXHIBIT TO BE INSERTED AS PART OF EXHIBIT 3 OF THE MEMORANDUM**

| | |
|---|---|
| Subj: | **Re: Suggestion to consult tax counsel** |
| Date: | 8/28/2006 10:43:07 P.M. SA Western Standard Time |
| From: | ARUIZRIVERA |
| To: | ARUIZRIVERA |

-----Original Message-----
From: Anthony.Yang@usdoj.gov
To: ARUIZRIVERA@aol.com
Cc: juliomorillo@aol.com
Sent: Tue, 27 Jun 2006 12:41 AM
Subject: RE: Suggestion to consult tax counsel

P.S. Please note that my suggestion to seek good tax counsel is just that -- a suggestion.

Also, please do not send me any information about your tax liabilities unless it is contained in formal court filings relevant to the IEU case. Any information you send me as an government attorney should be information that you are willing to disclose to the government. Thus, your tax information and analysis of your tax liabilities should generally be kept confidential between you and your attorney.

Yours,
Tony Yang

-----Original Message-----
From: Yang, Anthony (CIV)
Sent: Tuesday, June 27, 2006 12:33 AM
To: 'ARUIZRIVERA@aol.com'
Cc: 'juliomorillo@aol.com'
Subject: Suggestion to consult tax counsel

Dear Mr. Ruiz --

I appreciate the level of respect that we have shown each other in this litigation, and I greatly regret that we are forced to interact in this adversarial context.

As you know, my job is to represent the Department of Education and, in that capacity, it is my view that we are rapidly approaching the end of this long litigation involving IEU. Based on my review of the arguments and the relevant record, I believe the Department of Education will ultimately prevail in this case and its administrative order regarding IEU will be upheld on appeal. I anticipate that you will continue to litigate this matter actively, and I do not hold this against you.

However, IEU's case against the Department may not be the case that has the greatest impact on you personally. Your arguments in the IEU case have indicated that substantial IEU-related tax liabilities have been assessed against you personally, and it has occurred to me that the legal issues relating to those tax liability may be the issues that have the most direct and practical impact on your own life. The tax issues are not directly implicated by this case and I am not personally familiar with their merits, but I suggest that you consult with Mr. Morillo in order to acquire a skilled tax attorney to assist you in this matter. Tax issues can be quite complex, and it is possible that you could benefit substantially from consulting with good and experienced tax counsel.

Please note that I do not know whether it would be fruitful for you to seek review of the tax liabilities that have been assessed against you personally, and I do not know whether the time to seek such review has already passed. However, if you have not already done so, I suggest that you consult with a good tax attorney to review your options. Doing so may address the legal issues that have the most direct impact on you personally.