UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANGEL RUIZ RIVERA, | ) |
| Petitioner *pro se*, | ) |
| v. | ) Civil Action No.: 07-0019 (RBW) |
| ALBERTO R. GONZALES, *et al.*, | ) |
| Respondents. | ) |

RESPONDENTS' MOTION FOR AN ENLARGEMENT
OF TIME TO FILE REPLY

Respondents,[1] through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including May 31, 2007, within which to file a reply to Petitioner's Response to Respondents' Motion to Dismiss the Petition for Writ of Mandamus filed in this case. Respondents' reply is now due on May 21, 2007.

This is Respondents' first request for an enlargement of time for this purpose. Because Petitioner is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Respondents, therefore, have not obtained his position as to the relief requested.[2]

There is good cause for this motion. Petitioner's response is thirty-nine (39) pages in length with an attachment containing 115 pages. Moreover, the response raises various legal

---

[1] According to the Petition, Respondents include: Alberto Gonzales, Attorney General of the United States (referred to as the "U.S. Attorney"), H. Marshall Jarrett, Director, U.S. Department of Justice ("DOJ"), Office of Professional Responsibility ("OPR"), Glenn Fine, Inspector General, DOJ (referred to as the "Director of the Office of the Inspector General"), and John Doe and Jane Doe, "unknown OPR or OIG attorneys" in charge of investigating Petitioner's August 26, 2004 complaint of misconduct made to OPR. See Petition ¶¶ 2-5.

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties.

issues that were not included in the initial Petition for Writ of Mandamus.  It will require additional time to decipher and address these issues.  Thus, additional time is needed for Respondents' reply.  Accordingly, Respondents are requesting an extension of time to and including May 31, 2007, to file their reply to Petitioner's response to Respondents' motion to dismiss.

For the foregoing reasons, Respondents respectfully request that this motion for an enlargement of time be granted.  A proposed order is included with this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2007, I caused the foregoing Motion for Enlargement of Time and proposed Order to be served by first class mail, postage prepaid, on:

Angel Ruiz Rivera
P.O. Box 191209
San Juan, PR 00919-1209

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANGEL RUIZ RIVERA,** | ) |
| Petitioner *pro se*, | ) |
| v. | ) Civil Action No.: 07-0019 (RBW) |
| **ALBERTO R. GONZALES,** *et al.*, | ) |
| Respondents. | ) |

## ORDER

UPON CONSIDERATION OF Respondents' Motion for An Enlargement of Time to file a reply to Petitioner's Response, any Opposition thereto, and the entire record herein, it is this _____ day of May, 2007,

**ORDERED** that Respondents' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Respondents shall have until and including May 31, 2007, to file a reply to Petitioner's response.

_____
UNITED STATES DISTRICT JUDGE