# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANGEL RUIZ RIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 1:07-0019 (RBW) |
| ) | ECF |
| ALBERTO GONZALES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Judith A. Kidwell.

Dated: September 24, 2007          Respectfully submitted,

                                    /s/
                                    JUDITH A. KIDWELL


                                    /s/
                                    BLANCHE L. BRUCE
                                    D.C. Bar No. 960245
                                    Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C. 20530
                                    (202) 307-6078