DEC - 3 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGEL RUIZ RIVERA

Petitioner

v.

07-0019 (EGS)(RBW)

ALBERTO R. GONZALES, et al.,

Respondents

# MOTION TO REQUEST THE COURT TO ISSUE ORDERS TO ANSWER AND TO SHOW CAUSE

TO THE HONORABLE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (HUSDCDC):

Comes now the Petitioner, Angel Ruiz Rivera (ARR), appearing here Pro Se Ipso, and respectfully states, alleges and prays as follows:

1. That on January 3, 2007, the Petitioner filed the instant petition.

2. That on April 6, 2007, the main Defendants filed an unripe Motion To Dismiss, without first answering to the pleadings.

3. That on May 9, 2007, Petitioner timely filed a Motion In Opposition in response to same unripe Motion To Dismiss.

4. That on May 31, 2007, the Respondents filed a Reply to my Motion In Opposition.

5. That on June 20, 2007, Petitioner timely filed a Surreply to the Respondents Reply.

6. That since then, the controversy has remained idle except for the September 24, 2007 Notice of Substitution of Counsel filed by the Respondents.

1

7. That this controversy raised the most serious and grave accusations that can possibly be raised against the U.S. Attorney General and the institution he/she represents inasmuch I have submitted overwhelming evidence that a complaint for prosecutorial misconduct against various U.S. Attorney's Office (USAO), Attorneys, was covered up, and/or negligently managed and/or totally ignored, in overt violation of the applicable laws and regulations, as expounded in the Mandamus Petition.

8. That due to the implications that the above accusations have for the image, prestige and reputation of the U.S. Attorney General, and the USAO's Attorneys personally, in charge of the investigation of the Complaint, who may as such be liable, since for this function they are not immune since it is not prosecutorial but administrative in nature, and most importantly, as members of the institution they all represent, this controversy should not be underestimated, much less ignored, because of its obvious repercussions to the full faith and credit all U.S. Citizens defer to them and entrust.

9. That this Petitioner has been for more than eleven (11) years now, struggling though this federal system of "Justice", to find a way through which, to uncover the evidently obvious vindictive and prosecutorial misconduct denounced and more importantly, to have it amended, that is in case it cannot be corrected altogether.

10. That it is hornbook law that the USAO Attorneys have the ministerial and ethical duties to sift the evidence brought to them by their client-agency legal counsels before exerting their discretion or not, to press charges, or as in the

case of this controversy, pursue the imputation of financial liabilities owed to the federal fisc, based on the alleged administrative malfeasances or misfeasances of those referred to them by their client-agency.

11. That we all U.S. Citizens naturally expect from the U. S Attorney General and its USAO's Attorneys to vehemently press charges against those upon whom they have evidence that have violated the law or the applicable regulations.

12. That we all U.S. Citizens, also equally expect from the U. S Attorney General and its USAO's Attorneys to vehemently exonerate charges, or as in this controversy, administrative liabilities against whom the former have evidence that the latter have **not** violated the law nor the applicable regulations.

13. That this HUSDCDC has judicial knowledge of the fait accompli that in the instant controversy, the government barristers did not have an iota of evidence with sufficient muster to support their imputed liabilities. Most ironically, contrariu sensu, the Petitioner's evidence against the U.S. Department of Education (USDE)'s in this vein is overwhelming, robust, abundant; and of smoking gun, beyond doubt and clear and convincing quality, in the worst of the scenarios for the Petitioner.

14. That the quantity and quality of the evidence produced by this Petitioner, unequivocally proves that the main allegation behind this Petition is undisputable. Based on it, any innocent bystander, impartial evaluator or cold reviewer, must conclude that the complaint procedures mandated by law, were egregiously and wantonly ignored altogether, and/or negligently managed, and/or, worst, mistreated in such a fashion that the denounced misconduct was

deliberately covered up.

15. That in a normal and unbiased setting, the complaint procedures by the Office of Professional Responsibility (OPR) and/or the Office of the Inspector General (OIG) of the USAO, must had reached a result in favor of the Petitioner's claims in consideration of the evidence mentioned above and that produced in the Petition and the subsequent filings which prove ad nauseam that the complaint was mismanaged against the law, the ethics and reason and logic, de minimis, not to say it was "chanchullada", first and "amapuchada", second. [1]

16. That the hard overwhelming evidence produced here and elsewhere proves without a doubt that the OIG pseudo-audit "clock hour finding" was against all the own USDE legal opinions, auditors' explicit and specific orders in this vein, all its Administrative Law Judges' (ALJ's) decisions, constituting the case law or stare decisis within the agency and in case all of the above were not sufficient, against the express proscription in the applicable statute. Ergo, the fraud upon the courts endorsed by the appearing USAO's Attorneys.

17. That the hard overwhelming evidence produced here and elsewhere proves without a doubt that the OIG pseudo-audit "excess cash finding" was against all mathematical logic to the point that same denunciation was made by the own USDE's Quality Assurance Review Team Report (QARTR) on the OIG audit, after which, the Auditor In Charge (AIC) was expelled from the USDE

---

[1] "Chanchullada" is a Puerto Rican colloquial expression that refers to the cover up of a fact or the investigation of true facts.
"Amapuchada" is a Puerto Rican colloquial expression that refers to the cover up of the cover up of a fact, or the investigation of true facts.

as a result. Evenmore, the QARTR exonerating evidence was concealed by the USDE legal counsels from the USAO's Attorneys. In this sense, the latter were the first ones to suffer the consequences of this fraud.

18. That the hard overwhelming evidence produced here and elsewhere prove without a doubt that the USDE's Institutional Review Branch (IRB), Program Review pseudo-audit, "unpaid refunds finding" was not only false but viciously and outrageously upheld. Ergo, the fraud upon the courts concocted by the USDE legal counsels and perhaps ignorantly endorsed by the appearing USAO's Attorneys.

19. That the hard overwhelming evidence produced here and elsewhere proves that the above pseudo-audits' findings were, are, and shall remain so fraudulent, that there is no reasonable way for any non-vindictive and non-malicious prosecutor to have retained them, much less sustained them.

20. That the maintaining, retaining and sustaining of the imputed liabilities against the Petitioner, in spite of the timely produced evidence here and elsewhere, amounts to a vulgar case of fraud upon the courts and consequently an overt abuse of the legal process, which only serve to ratify the vindictive and malicious prosecution denounced, the former motivated by personal vendetta reasons by the USAO's intervening Attorneys and the latter, because of the invidious discrimination for reasons of ethnicity by the USDE legal counsels who started this entire sham or fiasco.

21. That the dire consequences of the vulgar and contumacious misconduct of the USDE legal counsels with their fraud upon all the courts, exacerbated by the

USAO intervening Attorneys and compounded by those in charge of the complaint for misconduct filed and covered up, have caused that the heretofore intervening courts, have been placed in the uneasy predicament they have fallen into, of not finding a viable way of recanting from what they blindly bought and trusted as an act of faith, the ill-representations by all the government barristers heretofore, maintained, retained and sustained. This misconduct have occurred as the result of what we have labeled as the presumption of righteousness, we all are indoctrinated into owing all federal officers, the USAO's Attorneys, and Honorable Federal Judges certainly not excluded.

22. The fraudulent character of all the incidents denounced through the instant controversy, via this Petition, and elsewhere, have risen to the level of putting into question, the candor and decorum owed to the courts on one side by the USAO's intervening Attorneys, and the respect and dignity that the Honorable Judges owe to the institutions they represent themselves. It is this serious and significant.

23. For the above reasons, I am respectfully including for the judicial knowledge of this HUSDCDC, the pertinent Motions I have timely filed before the Honorable U.S. Court of Appeals for the First Circuit, (HUSCA1C), regarding what I have labeled as the judicial corruption of the Honorable U.S. District Court for the District of P.R. Honorable Judges (Exhibit 1), who have been the victims of the fraud upon the courts hereby denounced by the USAO's Attorneys, and its blind endorsement by the Honorable Judges of the

HUSCA1C (Exhibit 2), so that this Honorable Judge may realize that this Petition is not the typical run of the mill petition of what Honorable Judges usually label as a disgruntled litigant discomfort outbursts. But on the contrary, the true, honest and vehement efforts, however quixotical they may seem, of an abused U.S. Citizen by its own judicial system, to vindicate his constitutional, civil and even human rights, and those of his family, including the over 5,000 students and 500 employees of Instituto de Educacion Universal (IEU), the non-profit, technical and higher education institution he founded with many sacrifices, and which grew to be one of the best in the U.S. of A., before some USDE officers acting ultra vires, made its destruction their reason for living, because of their racist bigotry, and personal agendas that were irrationally and illegally adopted by the USAO's Attorneys, who in turn sold all of this nonsense to the Honorable Judges who still have to realize that it was them, the government barristers, the ones to fool them and not me, into the evidently obvious miscarriage and mismanagement of Justice that have ensued so far.

For all the above stated reasons, I respectfully pray that this HUSDCDC, if not for reasons of "Justice", at least for the appearance of "Justice", orders the Respondents to at least answer the pleadings de minimis, and emit a show cause order upon them as to why the Mandamus Petition should not issue, accord, all the overwhelming smoking gun, beyond doubt and clear and convincing evidence, hereby reiterated. So we state, allege and pray.

Respectfully submitted, today, November 16, 2007.

Angel Ruiz Rivera
Pro Se Ipso
P.O. Box 191209
San Juan, P.R. 00919-1209.
787-435-3512
aruizrivera@aol.com

## CERTIFICATE OF SERVICE

I, Angel Ruiz Rivera, appearing here Pro Se ipso, hereby certify that I have sent a copy of this writing by priority mail of the USPS to the appearing counsel for the Respondents, Mr. Blanche L. Bruce, AUSA, 555 Fourth St., NW.-Room E4905, Washington, D.C. 20530. (202) 514-7250.

EXHIBITS

1. Motion To Publicly Denounce Judicial Corruption
2. Motion For the Disqualification Of The Circuit Court

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**ANGEL RUIZ RIVERA**

    Plaintiff(s),

vs.                    Civil Case No: **07-19 RBW**

**ALBERTO R. GONZALEZ, ET AL.,**

    Defendant(s).

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibits 1 and 2 to plaintiff's motion to request the court to issue orders to answer and to show cause have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                               **NANCY MAYER-WHITTINGTON**

                                                                       Clerk

**Date:** 12/3/07