UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANGEL RUIZ RIVERA

Petitioner/Plaintiff

v.

07-0019 (EGS)(RBW)

MICHAEL B. MUKASEY
Attorney General, Et Al.

Respondents/Defendants

---

## NOTICE OF APPEAL

TO THE HONORABLE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (HUSDCDC):

Comes now the Petitioner, Angel Ruiz Rivera (ARR), appearing here Pro Se Ipso, and respectfully states, alleges and prays as follows:

Notice is given this 25th. of January of 2008, that this Petitioner/Plaintiff hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit, from the judgment of this court entered on December 14, 2007, in favor of the Respondents/Defendants. Same judgment was ratified after a timely filed Motion for Reconsideration was denied on January 10, 2008.

Notification of this Notice of Appeal should be served upon: Mr. Michael B. Mukasey, Esq., the Attorney General of the United States; Mr. H. Marshall Jarett, Esq., the Director of the United States Department's of Justice Office (USDJ) of Professional Responsibility (OPR), Mr. Glenn Fine, Esq., the Inspector General (IG) of the USDJ and unnamed Assistant U.S. Attorneys of the U.S. Attorney's Office at the OPR and IG. Sufficient copies of this Notice of Appeal are hereby

1

being included in compliance with your local rules so that you can serve them accordingly.

Respectfully submitted, today January, 26, 2008.

Angel Ruiz Rivera
Petitioner/Plaintiff
P.O. Box 191209
San Juan, P.R. 00919-1209.
787-435-3512
aruizrivera@aol.com

2